AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**PALTALK HOLDINGS, INC.,**
*Plaintiff*

V.    Civil Action No. **6:21−CV−00757**

**WEBEX COMMUNICATIONS, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Cisco WebEx LLC**
**c/o Registered Agent**
**Corporation Service Company d/b/a CSC−Lawyers Incorporating Service Company**
**211 E. 7th Street, Suite 620**
**Austin, Texas 78701−3218**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **Max L. Tribble Jr.**
> **Susman Godfrey L.L.P.**
> **1000 Louisiana**
> **Suite 5100**
> **Houston, TX 77002−5096**

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**

CLERK OF COURT

**s/LEIGH ANNE DIAZ**

DEPUTY CLERK

**ISSUED ON 2021−07−26 09:02:10**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21–CV–00757

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐   I personally served the summons on the individual at *(place)*_____
   _____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
   _____, a person of suitable age and discretion who resides there,
   on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on*(name of individual)*_____, who is
   designated by law to accept service of process on behalf of*(name of organization)*_____
   _____ on*(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____
   _____
   _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                    _____
                                                *Server's signature*

                                           _____
                                                *Printed name and title*

                                           _____
                                                *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____