# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Please Choose Division

Paltalk Holdings, Inc.,

vs.                                              Case No.: 6:21-cv-00757

Webex Communications, Inc., Et Al.,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Bryce T. Barcelo , counsel for Paltalk Holdings, Inc. , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Bryce T. Barcelo  may appear on behalf of  Paltalk Holdings, Inc.  in the above case.

IT IS FURTHER ORDERED that  Bryce T. Barcelo , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE