| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Max L Tribble, Esq.<br>SUSMAN GODFREY LLP<br>1000 LOUISIANA STREET STE 5100<br>HOUSTON , TX 77002<br>Telephone No: 713-655-5668<br>Attorney For: Plaintiff | *Ref. No. or File No.:*<br>016889 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC Western District of Texas Waco Division | | |
| *Plaintiff:* PALTALK HOLDINGS, INC.<br>*Defendant:* WEBEX COMMUNICATIONS, INC.; et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>6:21-cv-00757-ADA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Patent Infringement

3. a. Party served: Cisco Systems, Inc.
   b. Person served: Samantha Guerra, Employee, Corporation Service Company, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 211 E 7th St Suite 620, Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jul 26 2021 (2) at: 03:20 PM

6. **Person Who Served Papers:**
   a. Dane Ray Cuppett PSC-7114, Exp. 10/31/21
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7/27/2021
(Date)                                          (Signature)



PROOF OF SERVICE

5934296
(344214)