| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>Max L Tribble, Esq.<br>SUSMAN GODFREY LLP<br>1000 LOUISIANA STREET STE 5100<br>HOUSTON , TX 77002<br>  *Telephone No:*  713-655-5668 | |

| | |
|---|---|
| *Attorney For:*  Plaintiff | *Ref. No. or File No.:*<br>016889 |

*Insert name of Court, and Judicial District and Branch Court:*
USDC Western District of Texas Waco Division

*Plaintiff:*  PALTALK HOLDINGS, INC.
*Defendant:*  WEBEX COMMUNICATIONS, INC.; et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>6:21-cv-00757-ADA |
|---|---|---|---|---|

1.   *At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the Summons in a Civil Action; Complaint for Patent Infringement

3.   a.   *Party served:*   WebEx Communications, Inc.
     b.   *Person served:*   Samantha Guerra, Employee, Corporation Service Company, Registered Agent , authorized to accept served under F.R.C.P. Rule 4.

4.   *Address where the party was served:*   211 E 7th St Suite 620, Austin, TX 78701

5.   *I served the party:*
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jul 26 2021 (2) at: 03:20 PM

6.   *Person Who Served Papers:*
     a. Dane Ray Cuppett PSC-7114, Exp. 10/31/21 ()
     b. **FIRST LEGAL**
        3600 Lime Street, Suite 626
        RIVERSIDE, CA 92501
     c. (888) 599-5039

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

9/27/2021
(Date)                                              (Signature)



PROOF OF
SERVICE

5934299
(344215)