# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WEBEX COMMUNICATIONS, INC.;<br>CISCO WEBEX LLC; CISCO SYSTEMS,<br>INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-CV-00757-ADA<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT OF PALTALK HOLDINGS, INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Paltalk Holdings, Inc. provides the following disclosure:

Plaintiff Paltalk Holdings, Inc. declares that it is a wholly owned subsidiary of Paltalk, Inc., which is a publicly traded corporation.

Dated: July 28, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Max L. Tribble, Jr.*
　　　　　　　　　　　　　　　　　　　　　　Max L. Tribble, Jr.
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 2021395
　　　　　　　　　　　　　　　　　　　　　　SUSMAN GODFREY L.L.P.
　　　　　　　　　　　　　　　　　　　　　　1000 Louisiana Street, Suite 5100
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002-5096
　　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 651-9366
　　　　　　　　　　　　　　　　　　　　　　Fax: (713) 654-6666
　　　　　　　　　　　　　　　　　　　　　　mtribble@susmangodfrey.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEY-IN-CHARGE FOR**
　　　　　　　　　　　　　　　　　　　　**PLAINTIFF PALTALK HOLDINGS, INC.**

OF COUNSEL:

Ryan Caughey (*pro hac vice* pending)
State Bar No. 24080827
Bryce T. Barcelo (*pro hac vice* pending)
State Bar No. 24092081
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com