IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., § § **Plaintiff** § § vs. § **No. 6:21-cv-00757** § WEBEX COMMUNICATIONS, INC.; § CISCO WEBEX LLC; CISCO SYSTEMS, § INC., § § **Defendants.** | |

NOTICE OF APPEARANCE OF SARAH E. PIEPMEIER FOR
DEFENDANTS WEBEX COMMUNICATIONS, INC., CISCO WEBEX LLC,
AND CISCO SYSTEMS, INC.

Please take notice that Sarah E. Piepmeier of Perkins Coie LLP, 505 Howard Street, Suite 1000, San Francisco, CA 94105, hereby enters an appearance as counsel of record on behalf of Defendants WebEx Communications, Inc., Cisco WebEx LLC, and Cisco Systems, Inc.

Dated:  August 12, 2021          Respectfully submitted,


                                 */s/ Sarah E. Piepmeier*
                                 Sarah E. Piepmeier
                                 PERKINS COIE LLP
                                 505 Howard Street, Suite 1000
                                 San Francisco, CA  94105
                                 SPiepmeier@perkinscoie.com
                                 Telephone: (415) 344-7000
                                 Facsimile: (415) 344-7050

                                 ATTORNEYS FOR DEFENDANTS
                                 WEBEX COMMUNICATIONS, INC., CISCO
                                 WEBEX LLC, AND CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 12, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                          */s/ Sarah E. Piepmeier*
                                                          Sarah E. Piepmeier