# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **PALTALK HOLDINGS, INC.,** | § § § | |
| **Plaintiff** | § § | |
| vs. | § § | No. 6:21-cv-00757 |
| **WEBEX COMMUNICATIONS, INC.; CISCO WEBEX LLC; CISCO SYSTEMS, INC.,** | § § § § | |
| **Defendants.** | | |

## DEFENDANT CISCO SYSTEMS, INC. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cisco Systems, Inc. states that it has no parent corporation, and is not aware of any publicly held corporation that currently owns 10% or more of Cisco Systems, Inc.'s stock.

Dated:  August 12, 2021               Respectfully submitted,


*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105
SPiepmeier@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 12, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                                              */s/ Sarah E. Piepmeier*  
                                                                              Sarah E. Piepmeier