IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § § § | |
| Plaintiff | § § | |
| vs. | § § | No. 6:21-cv-00757 |
| WEBEX COMMUNICATIONS, INC.; CISCO WEBEX LLC; CISCO SYSTEMS, INC., | § § § § | |
| Defendants. | | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendants WebEx Communications, Inc., Cisco WebEx LLC, and Cisco Systems, Inc. hereby move for an extension of forty-five (45) days to answer or otherwise respond to Plaintiff's Complaint. The current deadline for Defendants to answer or otherwise respond to the Complaint is August 16, 2021, and Defendants request that deadline be extended by forty-five (45) days until Thursday, September 30, 2021.

Plaintiff's counsel has informed Defendants' counsel that it does not oppose this Motion.

Dated:  August 12, 2021                               Respectfully submitted,


                                                      */s/ Sarah E. Piepmeier*
                                                      Sarah E. Piepmeier
                                                      PERKINS COIE LLP
                                                      505 Howard Street, Suite 1000
                                                      San Francisco, CA  94105
                                                      SPiepmeier@perkinscoie.com
                                                      Telephone: (415) 344-7000
                                                      Facsimile: (415) 344-7050

                                                      ATTORNEYS FOR DEFENDANTS
                                                      WEBEX COMMUNICATIONS, INC., CISCO
                                                      WEBEX LLC, AND CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 12, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                    */s/ Sarah E. Piepmeier*
                                                   Sarah E. Piepmeier