IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § § § § § § § § § § | |
| Plaintiff | | |
| vs. | | No. 6:21-cv-00757 |
| WEBEX COMMUNICATIONS, INC.; CISCO WEBEX LLC; CISCO SYSTEMS, INC., | | |
| Defendants. | | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

The Court, having considered Defendants' motion for extension of time for WebEx Communications, Inc., Cisco WebEx LLC, and Cisco Systems, Inc. to answer or otherwise respond to Plaintiff's Complaint, finds that the motion for extension of time has merit and thus hereby GRANTS the motion for an extension.

Accordingly, the deadline for Defendants Cisco Systems, Inc. and Meraki LLC to answer or otherwise respond is extended until and including Thursday, September 30, 2021.

IT IS SO ORDERED this ___ day of _____, 2021.

_____
Judge Alan D Albright