IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PALTALK HOLDINGS, INC.,** | § § § | |
| **Plaintiff** | § § | |
| vs. | § § | No. 6:21-cv-00757 |
| **WEBEX COMMUNICATIONS, INC.; CISCO WEBEX LLC; CISCO SYSTEMS, INC.,** | § § § § | |
| **Defendants.** | | |

### DEFENDANTS WEBEX COMMUNICATIONS, INC., CISCO WEBEX LLC, AND CISCO SYSTEMS, INC. NOTICE OF EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants WebEx Communications, Inc., Cisco WebEx LLC, and Cisco Systems, Inc. hereby give notice of their agreed extension of forty-five (45) days to answer or otherwise respond to Plaintiff's Complaint. The current deadline for Defendants to answer or otherwise respond to the Complaint is August 16, 2021, and Defendants' deadline is extended by agreement by forty-five (45) days until Thursday, September 30, 2021.

Plaintiff's counsel has informed Defendants' counsel that it does not oppose this extension.

Defendants previously filed an Unopposed Motion for Extension of Time (ECF No. 15), but now file this Notice in light of the Court's August 11, 2021 Standing Order Regarding Joint or Unopposed Request to Change Dates.

Dated:  August 13, 2021					Respectfully submitted,


							*/s/ Sarah E. Piepmeier*
							Sarah E. Piepmeier
							PERKINS COIE LLP
							505 Howard Street, Suite 1000
							San Francisco, CA  94105
							SPiepmeier@perkinscoie.com
							Telephone: (415) 344-7000
							Facsimile: (415) 344-7050

							ATTORNEYS FOR DEFENDANTS
							WEBEX COMMUNICATIONS, INC., CISCO
							WEBEX LLC, AND CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 13, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier
