# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEBEX COMMUNICATIONS, INC.; CISCO WEBEX LLC; CISCO SYSTEMS, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:21-CV-00757-ADA <br><br><br><br> JURY TRIAL DEMANDED |

## CASE READINESS STATUS REPORT

Plaintiff Paltalk Holdings, Inc. and Defendants Cisco Systems, Inc., Cisco Webex LLC, and Webex Communications, Inc. hereby provide the following status report.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on July 23, 2021. There has been one extension of the responsive pleading deadline, for a total of 45 days.

## RESPONSE TO THE COMPLAINT

No responsive pleading has been filed.

## PENDING MOTIONS

No motions have been filed.

## RELATED CASES IN THE JUDICIAL DISTRICT

None.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent and a total of ten claims. The asserted patent is U.S. Patent No. 6,683,858.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties would welcome the appointment of a technical advisor if the Court deems it beneficial.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The parties are not currently aware of any pre-*Markman* issues to raise at the CMC.

Dated: August 23, 2021                                  Respectfully submitted,


By: /s/ Max L. Tribble, Jr.
    Max L. Tribble, Jr.
    State Bar No. 2021395
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Telephone: (713) 651-9366
    Fax: (713) 654-6666
    mtribble@susmangodfrey.com

    ATTORNEY-IN-CHARGE FOR PLAINTIFF
    PALTALK HOLDINGS, INC.

OF COUNSEL:

Ryan Caughey (*pro hac vice* pending)
State Bar No. 24080827
Bryce T. Barcelo (*pro hac vice* pending)
State Bar No. 24092081
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

## CERTIFICATE OF SERVICE

This document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Max L. Tribble, Jr.
Max L. Tribble, Jr.