IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § § § | |
| **Plaintiff** | § § | |
| vs. | § § | NO. 6:21-cv-00757 |
| WEBEX COMMUNICATIONS, INC.; CISCO WEBEX LLC; CISCO SYSTEMS, INC., | § § § § | |
| **Defendants.** | | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS WEBEX COMMUNICATIONS, INC. AND CISCO WEBEX LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Paltalk Holdings Inc. ("Paltalk"), Defendant Cisco Systems, Inc. ("Cisco"), and Defendants WebEx Communications, Inc. ("WebEx Comms"), and Cisco WebEx LLC ("Cisco WebEx") (collectively, "WebEx Defendants"), jointly stipulate as follows:

WHEREAS, Paltalk filed its Complaint for patent infringement against Cisco and the WebEx Defendants on July 23, 2021;

WHEREAS, Defendants filed an Unopposed Motion for Extension of Time to Respond to the Complaint on August 12, 2021 (ECF No. 15), followed by a Notice of Extension of Time to Respond to the Complaint on August 13, 2021 (ECF No. 16) in light of the Court's Standing Order Regarding Joint or Unopposed Request to Change Dates.  This extended the deadline to answer by 45-days until September 30, 2021;

WHEREAS, Cisco and the WebEx Defendants answered Paltalk's Complaint on September 30, 2021;

WHEREAS, Cisco contends the WebEx Defendants are not necessary parties to this action;

WHEREAS, Cisco agrees that it will not take the position in this case that Paltalk must subpoena documents or people because they sit within a WebEx entity rather than Cisco;

WHEREAS, Cisco further agrees that it will not assert that liability is different or escaped or a judgment may be avoided because only Cisco is a defendant in this case, and not the WebEx entities; and

WHEREAS, in view of the foregoing, Paltalk agrees to dismiss the WebEx Defendants from this action with prejudice.

The parties therefore agree and stipulate that:

1. The parties jointly stipulate to dismiss with prejudice all of Paltalk's claims against WebEx Comms and Cisco WebEx.

2. The parties further stipulate and agree that each party shall bear and pay its own costs, expenses and attorney's fees incurred in connection with the dismissal of said claims.

DATED:  October 14, 2021						Respectfully submitted,

By: */s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
State Bar No. 2021395
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
mtribble@susmangodfrey.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF
PALTALK HOLDINGS, INC.

By:  */s/ Sarah E. Piepmeier*
Sarah E. Piepmeier (SBN 227094)
Elise S. Edlin (SBN 293756) (*pro hac vice* pending)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
spiepmeier@perkinscoie.com
eedlin@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

*Attorneys for Defendants Cisco Systems, Inc., WebEx Communications, Inc., and Cisco WebEx LLC*

OF COUNSEL:

Ryan Caughey (*pro hac vice* pending)
State Bar No. 24080827
Bryce T. Barcelo (*pro hac vice* pending)
State Bar No. 24092081
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 14, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.