# Exhibit 1

Dr. Vijay K. Madisetti
Fellow, IEEE
vkm@madisetti.com
Cell: 770-527-0177
Address:
56 Creekside Park Drive
Johns Creek, GA 30022

## Employment:

- 1989-present: Full Professor of Electrical & Computer Engineering (Georgia Tech, Atlanta, GA 30332).

Areas of Technical Interest —  Embedded Systems, Wireless & Mobile Communications, Computer Engineering, Circuit Design (Analog/Digital), Biomedical Instrumentation Hardware/Software, Software Engineering, Digital Signal Processing, Sensors, Wireline & Wireless Computer Networks, Software Systems, Control Systems, Chip Design, Cloud Computing.

Education:  PhD (EECS, University of California at Berkeley, 1989), B.Tech (Hons) in Electronics and Electrical Communications Engineering (Indian Institute of Technology, Kharagpur, 1984).

## Startup Companies:

Director, VP Technologies, Inc. (1995-  ): A startup commercialized through Georgia Tech's Advanced Technology Development Corporation (ATDC) focusing on digital software and hardware design services for military market. http://www.vptinc.net

Director, Soft Networks, LLC (2001-2007): A startup commercialized through Georgia Tech support focusing on software development tools and compilers for Cellular/WiFi/VOIP/telecommunication products. http://www.soft-networks.com

Director, Elastic Video Inc. (2007- 2009): A startup commercialized through Georgia Tech's VentureLab (http://venturelab.gatech.edu) development image and video processing software for wireless & IP networking.

Professor Vijay K. Madisetti, ECE

## Litigation Experience (2015-2021) With Testimony
(Note:  There may be multiple cases between the parties, e.g., District Court v. ITC, US versus Foreign Cases)

**Chrimar v. Adtran, Alcatel, et al.**
Technology:  Power over Ethernet (2015-2017)
Submitted reports & Deposition & Trial

**Chamberlain  v. Ryobi/TTI**
Case No: 1:16-cv-06097 (ND Illinois)
Expert for Ryobi
Technology:  Wireless/IoT/Barrier Movement (2016 – 2019)
Submitted reports & deposition & trial testimony

**IOEngine v. IMC/Imation**
Case No: cv-14-1572-GMS (US Delaware)
Expert for IMC/Imation
Technology:  Networked Storage Device (2016-2017)
Submitted reports & deposition & trial testimony

**Huawei  v. Samsung**
Case No: 3:16-cv-2787-WHO (ND Cal)
Expert for Samsung
Technology:  4G/LTE Random Access Protocols (2016-2019)
Submitted reports & deposition

**Hitachi Maxell v. ZTE/Huawei**
Case No: 5:16-cv-00178-RWS (ED Texas)
Expert for Hitachi Maxell
Technology:  Digital Cameras
Submitted reports & deposition (2017 – 2018)

**Hitachi Maxell v. Apple**
Case No: 5:19-cv-00036-RWS
Expert for Hitachi Maxell
Technology: Digital Cameras
Submitted Expert Reports (2020-)

**Qualcomm v. Apple**
Case No: 17-ccv-0108-GPC-MDD (SD Cal) Also, Related ITC/FTC Matters
Expert for Qualcomm
Technology:  4G/Wireless Communications/Smartphones (2017-2019)
Submitted Reports and Deposition

**Qualcomm v. Apple**
Case No: 3:17-cv-01375-DMS-MDD (SD Cal)

Professor Vijay K. Madisetti, ECE

Expert for Qualcomm
Technology:  4G/Wireless Communications/Smartphones (2017-2019)
Submitted Reports and Deposition

**Optis v. Huawei**
Case No: 2:17-cv-123 (E.D. Texas)
Expert for Optis Wireless
Technology:  4G/Video  (2017-2019)
Submitted reports & deposition

**Beckman Coulter v. Sysmex**
Case No: 1:17-cv-24049-DPG (ND Illinois)
Expert for Sysmex
Technology:  Medical Instrumentation Automation (2017-present)
Testifying Expert

**TQ Delta v. Xyxel/Adtran**
Expert for TQ Delta
Technology:  DSL Technologies (2018-present)
Testifying Expert

**3GL/KPN v. LG, Blackberry, HTC**
Expert for 3GL/KPN
Technology: 4G/LTE Protocols (2018-present)
Reports and Deposition / Testifying Expert

**Rovi v. Comcast**
ITC No. 337-TA-1103 (ITC)
Expert for Rovi
Technology:  Digital Video & interactive GUI (Jan 2018-May 2018)
Reports and Deposition

**Cirba/Densify v. VMWare**
Case No: 1:19-cv-00742-LPS
Expert for Cirba/Densify
Technology: Virtualization (2019-present)
Reports Deposition/PI Hearing / Testifying Expert

**Power Integrations v. On Semiconductor**
Case No: 17-cv-03189-BLF
Expert for On Semiconductor
Technology:  Power Electronics (2018-2019)
Reports & Deposition/Testifying Expert.

Professor Vijay K. Madisetti, ECE

**Pathway  v. Lumens, IPEVO, Aver JDA**
Case No: ITC 337-TA-1045
Expert for Lumens JDA
Technology:  Document Cameras (2016-2019)
Reports & Deposition (for IPR/ITC, no trial)

**Wilan v. Apple**
Case No: 3:14-cv-2235
Expert for WiLan
Technology: Voice over LTE/LTE Protocols (2017-2020)
Reports and Testified through Deposition/Trials

**St. Lawrence Comm. v. Amazon**
Case No. 2:19-CV-00027-JRG
Expert for Amazon
Technology: Multimedia Codecs
Submitted Expert Reports/Deposition (2020-2020)

**PanOptis v. Apple**
Case No. 2:19-CV-00066-JRG
Expert for PanOptis
Technology: LTE
Submitted Expert Reports/Deposition/Trial  (2019-2020)

**GAS v. Sprint Communications**
Case No. 2:20-cv-00007-RWS
Expert for General Access (GAS)
Technology: LTE
Submitted Expert Reports/Deposition (9/21-)

Additional matters include declarations supporting IPRs at the PTAB for Google (US Patent 8,601,154), On Semiconductor (US Patent 6,212,079), Ubisoft (US Patent 5,490,216), Lumens JDA (2017-2019), Broadcom (WiFi), Sony (US Patent 6,101,534), Kia, (US Patent 5,530,431), Qualcomm,  Ericsson, Daimler Benz, VW, Estech, Amazon, Ring, Digital Ally, On Semiconductor, United Patents, Lenovo, BMC Software, BMW, Daimler and Dolby.

## Earned Degrees

1. B. Tech (Hons), Electronics & Electrical Comm. Engineering
   Indian Institute of Technology (IIT), Kharagpur, India
   1984.

Professor Vijay K. Madisetti, ECE

2. Ph.D., Electrical Engineering & Computer Sciences (EECS)
   University of California (UC), Berkeley. CA
   1989.

## Books

1. VLSI Digital Signal Processors
   Madisetti, V.K.;
   Boston: MA, IEEE Press: Butterworth Heinemann, 1995, 525 pp.

2. Quick-Turnaround ASIC Design in VHDL
   Romdhane, M., Madisetti, V.K., Hines, J.
   Boston: MA, Kluwer Academic Press, 1996, 190 pp.

3. The Digital Signal Processing Handbook (First Edition)
   Madisetti, V. K., Williams, D. (Editors)
   CRC Press, Boca Raton, Fla, 1998, 2500 pp.

4. VHDL: Electronics Systems Design Methodologies.
   Madisetti, V. K. (Editor)
   Boston: MA, IEEE Standards Press, 2000, ISBN 0-7381-1878-8.

5. Platform-Centric Approach to System-on-Chip (SoC) Design.
   Madisetti, V. K., Arpnikanondt, A.
   Springer, Boston: MA, Springer, 2004, 280 pp.

6. The Digital Signal Processing Handbook – Second Edition.
   Madisetti, V. K. (2009)
   CRC Press, Boca Raton, Fla.

7. Cloud Computing:  A Hands-On Approach
   A Bahga,  V. Madisetti (2013)
   Amazon CreateSpace Publishing, 2013, 454 pp.

8. Internet of Things:  A Hands-On Approach
   A Bahga,  V. Madisetti (2014)
   Amazon CreateSpace Publishing, 2014, 450 pp.

5

Professor Vijay K. Madisetti, ECE





9.  Big Data Science & Analytics:  A Hands-On Approach
    A Bahga,  V. Madisetti (2016)
    Amazon CreateSpace Publishing, 2016, 542 pp.

Professor Vijay K. Madisetti, ECE



10.Blockchain Applications:  A Hands-On Approach
A Bahga, V. Madisetti (2017)
Amazon CreateSpace Publishing, 2017, 380 pp.



## Edited Books & Collection of Papers

1.  Advances in Parallel & Distributed Simulation
    Madisetti, V.K.; Nicol, D., Fujimoto, R. (Editors)
    San Diego, CA: SCS Press, 1991, 200 pp.

2.  Modeling, Analysis, Simulation of Computer & Telecommunications
    Systems
    Madisetti, V., Gelenbe, E., Walrand, J. W. (Editors)
    Los Alamitos: CA, IEEE Computer Society Press, 1994, 425 pp.

Professor Vijay K. Madisetti, ECE

3. Modeling & Simulations on Microcomputers
   Madisetti, V.K. (Editor)
   San Diego, CA: SCS Press, 138 pp. 1990.

## Editorship of Journals & Transactions

1. IEEE Design & Test of Computers
   Special Issue: Reengineering Digital Systems
   April – June 1999 (Vol 16, No 2)
   Madisetti, V.K (Editor)
   Los Alamitos: CA, IEEE Computer Society Press, 1999.

2. IEEE Design & Test of Computers
   Special Issue: Rapid Prototyping of Digital Systems
   Fall 1996  (Vol 13, No 3)
   Madisetti, V., Richards, M. (Editors)
   Los Alamitos: CA, IEEE Computer Society Press, 1994, 425 pp.

3. IEEE Transactions on Circuits & Systems II
   Associate Editor: 1993-1995.

4. International Journal in Computer Simulation
   Associate Editor: 1990-1993

5. International Journal in VLSI Signal Processing
   Editorial Board:  1995 - Present

## Recent Issued US Patents

[1]   10,503,927   Method and system for securing cloud storage and databases from
               insider threats and optimizing performance, Issued Dec 10, 2019
[2].   10,460,283   Smart contract optimization for multiparty service or product ordering
               system, Issued Oct 29, 2019
[3].   10,459,946   Method and system for tuning blockchain scalability, decentralization,
               and security for fast and low-cost payment and transaction processing,
               Issued Oct 29, 2019

Professor Vijay K. Madisetti, ECE

[4]. 10,402,589 Method and system for securing cloud storage and databases from insider threats and optimizing performance, Issued Sep 3, 2019

[5]. 10,394,845 Method and system for tuning blockchain scalability for fast and low-cost payment and transaction processing, Issued Aug 27, 2019

[6]. 10,289,631 Method and system for tuning blockchain scalability for fast and low-cost payment and transaction processing, Issued May 24, 2019

[7]. 10,255,342 Method and system for tuning blockchain scalability, decentralization, and security for fast and low-cost payment and transaction processing, Issued April 9, 2019

[8]. 10,243,743 Tokens or crypto currency using smart contracts and blockchains, Issued March 26. 2019

[9]. 10,204,339 Method and system for blockchain-based combined identity, ownership, integrity and custody management, Issued February 12, 2019

[10]. 10,204,148 Method and system for tuning blockchain scalability, decentralization, and security for fast and low-cost payment and transaction processing, Issued Feb 12, 2019

[11]. 10,121,143 Method and system for blockchain-based combined identity, ownership, integrity and custody management, Issued Nov 6, 2018

[12]. 10,102,526 Method and system for blockchain-based combined identity, ownership, integrity and custody management, October 16, 2018

[13]. 10,102,265 Method and system for tuning blockchain scalability for fast and low-cost payment and transaction processing, October 16, 2018

[14]. 9,935,772 Methods and systems for operating secure digital management aware applications, April 3, 2018

[15]. 9,769,213 Method and system for secure digital object management, Issued Sep 19, 2017

## Refereed Journal Publications

1. Trends in the Electronic Control of Mine Hoists
   Madisetti, V. and Ramlu, M.,
   IEEE Transactions on Industry Applications, Vol IA-22, No. 6,
   November/December 1986. Pages 1105-1112

2. Multilevel range/NEXT performance in digital subscriber loops
   Brand, G.; Madisetti, V.; Messerschmitt, D.G.;
   Communications, Speech and Vision, IEE Proceedings I [see also IEE

Proceedings-Communications]  ,Volume: 136 , Issue: 2 , April 1989
Pages: 169 − 174

3. Seismic migration algorithms on parallel computers
   Madisetti, V.K.; Messerschmitt, D.G.;
   Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and
   Signal Processing, IEEE Transactions on]  ,Volume: 39 , Issue: 7 , July 1991
   Pages: 1642 − 1654

4. Asynchronous algorithms for the parallel simulation of event-driven
   dynamical systems
   Madisetti, V.K.; Walrand, J.C.; Messerschmitt, D.G.:
   ACM Transactions on Modeling and Computer Simulation, v 1, n 3, July 1991,
   Pages:  244-74

5. Synchronization mechanisms for distributed event-driven
   computation
   Madisetti, V.K.; Hardaker, D.:
   ACM Transactions on Modeling and Computer Simulation, v 2, n 1, Jan. 1992,
   Pages:  12-51

6. Efficient VLSI Architectures for the Arithmetic Fourier Transform
   (AFT)
   Kelley, B.T.; Madisetti, V.K.;
   Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and
   Signal Processing, IEEE Transactions on]  ,Volume: 41 , Issue: 1 , January
   1993
   Pages: 365-378

7. The fast discrete Radon transform. I. Theory
   Kelley, B.T.; Madisetti, V.K.;
   Image Processing, IEEE Transactions on  ,Volume: 2 , Issue: 3 , July 1993
   Pages: 382 − 400

8. The Georgia Tech digital signal multiprocessor
   Barnwell, T.P., III; Madisetti, V.K.; McGrath, S.J.A.:
   Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and
   Signal Processing, IEEE Transactions on] ,Volume: 41 , Issue: 7 , July 1993
   Pages: 2471 − 2487

9. The MIMDIX Environment for Parallel Simulation
   Madisetti, V.K.; Hardaker, D.; Fujimoto, R.M.:
   Journal of Parallel and Distributed Computing, v18, no. 4, August 1993,
   Pages:  473-83.

10. LMSGEN: a prototyping environment for programmable adaptive
    digital filters in VLSI
    Romdhane, M.S.B.; Madisetti, V.K.;
    Chapter in VLSI Signal Processing, VII, 1994.,
    Pages: 33 – 42


11. Fixed-point co-design in DSP
    Egolf, T.W.; Famorzadeh, S.; Madisetti, V.K.;
    Chapter in VLSI Signal Processing, VII, 1994.,
    Pages: 113 - 126


12. A fast spotlight-mode synthetic aperture radar imaging system
    Madisetti, V.K.;
    Communications, IEEE Transactions on  ,Volume: 42 , Issue: 234 , February-
    April 1994
    Pages: 873 – 876


13. Rapid prototyping on the Georgia Tech digital signal multiprocessor
    Curtis, B.A.; Madisetti, V.K.;
    Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and
    Signal Processing, IEEE Transactions on]  ,Volume: 42 , Issue: 3 , March
    1994
    Pages: 649 – 662


14. Low-power signaling in asymmetric noisy channels via spectral
    shaping
    Sipitca, M.; Madisetti, V.K.;
    Signal Processing Letters, IEEE, Volume: 1 , Issue: 8 , Aug 1994
    Pages: 117 – 118


15. A quantitative methodology for rapid prototyping and high-level
    synthesis of signal processing algorithms
    Madisetti, V.K.; Curtis, B.A.;
    Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and
    Signal Processing, IEEE Transactions on]  ,Volume: 42 , Issue: 11 , Nov. 1994
    Pages: 3188 – 3208


16. Computer Simulation of Application-Specific Signal Processing
    Systems
    Casinovi, G.; Madisetti, V.K.;
    International Journal in Computer Simulation, Vol. 4, No. 4, Nov 1994.


17. System partitioning of MCMs for low power
    Khan, S.A.; Madisetti, V.K.;
    Design & Test of Computers, IEEE  ,Volume: 12 , Issue: 1 , Spring 1995
    Pages: 41 – 52

18. Error correcting run-length limited codes for magnetic recording
    Jaejin Lee; Madisetti, V.K.;
    Magnetics, IEEE Transactions on ,Volume: 31 , Issue: 6 , Nov. 1995
    Pages: 3084 − 3086

19. Virtual prototyping of embedded microcontroller-based DSP systems
    Madisetti, V.K.; Egolf, T.W.;
    Micro, IEEE ,Volume: 15 , Issue: 5 , Oct. 1995
    Pages: 9 − 21

20. Constrained multitrack RLL codes for the storage channel
    Lee, J.; Madisetti, V.K.;
    Magnetics, IEEE Transactions on ,Volume: 31 , Issue: 3 , May 1995
    Pages: 2355 − 2364

21. Rapid digital system prototyping: current practice, future challenges
    Madisetti, V.K.;
    Design & Test of Computers, IEEE ,Volume: 13 , Issue: 3 , Fall 1996
    Pages: 12 − 22

22. Conceptual prototyping of scalable embedded DSP systems
    Dung, L.-R.; Madisetti, V.K.;
    Design & Test of Computers, IEEE ,Volume: 13 , Issue: 3 , Fall 1996
    Pages: 54 − 65

23. Advances in rapid prototyping of digital systems
    Madisetti, V.K.; Richards, M.A.;
    Design & Test of Computers, IEEE ,Volume: 13 , Issue: 3 , Fall 1996
    Pages: 9

24. Combined modulation and error correction codes for storage
    channels
    Jaejin Lee; Madisetti, V.K.;
    Magnetics, IEEE Transactions on ,Volume: 32 , Issue: 2 , March 1996
    Pages: 509 − 514

25. Model-based architectural design and verification of scalable
    embedded DSP systems-a RASSP approach
    Dung, L.-R.; Madisetti, V.K.; Hines, J.W.;
    Chapter in VLSI Signal Processing, IX, 1996.
    Pages: 147 − 156

Professor Vijay K. Madisetti, ECE

26. Low-power digital filter implementations using ternary coefficients
Hezar, R.; Madisetti, V.K.;
Chapter in VLSI Signal Processing, IX, 1996.,
Pages: $179 - 188$

27. All-digital oversampled front-end sensors
Romdhane, M.S.B.; Madisetti, V.K.;
Signal Processing Letters, IEEE, Volume: 3 , Issue: 2 , Feb. 1996
Pages: $38 - 39$

28. Modeling COTS components in VHDL
Calhoun, S., Reese, R; Egolf, T., Madisetti, V.K.;
Journal of VLSI Signal Processing, Volume: 14 , Issue: 2 , Nov 1996
Pages: $24 - 31$

29. VHDL-Based Rapid Systems Prototyping
Egolf, T.; Madisetti, V.K.;
Journal of VLSI Signal Processing, Volume: 14 , Issue: 2 , Nov 1996
Pages: 40-52

30. Interface design for core-based systems
Madisetti, V.K.; Lan Shen;
Design & Test of Computers, IEEE  ,Volume: 14 , Issue: 4 , Oct.-Dec. 1997
Pages: 42 - 51

31. Incorporating cost modeling in embedded-system design
Debardelaben, J.A.; Madisetti, V.K.; Gadient, A.J.;
Design & Test of Computers, IEEE  ,Volume: 14 , Issue: 3 , July-Sept. 1997
Pages: $24 - 35$

32. On homomorphic deconvolution of bandpass signals
Marenco, A.L.; Madisetti, V.K.;
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and
Signal Processing, IEEE Transactions on]  ,Volume: 45 , Issue: 10 , Oct. 1997
Pages: $2499 - 2514$

33. A case study in the development of multi-media educational material:
the VHDL interactive tutorial
Gadient, A.J.; Stinson, J.A., Jr.; Taylor, T.C.; Aylor, J.H.; Klenke, R.H.;
Salinas, M.H.; Madisetti, V.K.; Egolf, T.; Famorzadeh, S.; Karns, L.N.; Carter,
H.W.;
Education, IEEE Transactions on  ,Volume: 40 , Issue: 4 , Nov. 1997
Pages: 17 pp.

13

Professor Vijay K. Madisetti, ECE

34. Adaptive mobility management in wireless networks
Jeongwook Kim; Madisetti, V.K.;
Electronics Letters ,Volume: 34 , Issue: 15 , 23 July 1998
Pages: 1453 – 1455

35. Efficient implementation of two-band PR-QMF filterbanks
Hezar, R.; Madisetti, V.K.;
Signal Processing Letters, IEEE ,Volume: 5 , Issue: 4 , April 1998
Pages: 92 – 94

36. On fast algorithms for computing the inverse modified discrete
cosine transform
Yun-Hui Fan; Madisetti, V.K.; Mersereau, R.M.;
Signal Processing Letters, IEEE ,Volume: 6 , Issue: 3 , March 1999
Pages: 61 – 64

37. System on chip or system on package?
Tummala, R.R.; Madisetti, V.K.;
Design & Test of Computers, IEEE ,Volume: 16 , Issue: 2 , April-June 1999
Pages: 48 – 56

38. Reengineering legacy embedded systems
Madisetti, V.K.; Jung, Y.-K.; Khan, M.H.; Kim, J.; Finnessy, T.;
Design & Test of Computers, IEEE ,Volume: 16 , Issue: 2 , April-June 1999
Pages: 38 – 47

39. Reengineering digital systems
Madisetti, V.K.;
Design & Test of Computers, IEEE ,Volume: 16 , Issue: 2 , April-June 1999
Pages: 15 – 16

40. Parameter optimization of robust low-bit-rate video coders
Sangyoun Lee; Madisetti, V.K.;
Circuits and Systems for Video Technology, IEEE Transactions on, Volume: 9
Issue: 6 , Sept. 1999
Pages: 849 – 855

41. Closed-form for infinite sum in bandlimited CDMA
Jatunov, L.A.; Madisetti, V.K.;
Communications Letters, IEEE ,Volume: 8 , Issue: 3 , March 2004
Pages: 138 – 140

42. A new protocol to enhance path
reliability and load balancing in mobile ad hoc networks
Argyriou, A.; Madisetti, V.K.;

Professor Vijay K. Madisetti, ECE

Journal of Ad Hoc Networks, Elsevier Press, 2004

43. Closed-form analysis of CDMA systems using Nyquist pulse
Jatunov, L.A.; Madisetti, V. K.;
Communications Letters, IEEE (Under Revision), 2005.

44. Systematic Design of End-to-End Wireless Mobility Management
Prototocols,
Argyriou, A.; Madisetti, V. K.;
ACM/Springer Wireless Networks (WINET), Accepted 2005.

45. A Novel End-to-End Approach for Video Streaming Over the Internet,
Argyriou, A.; Madisetti, V. K.;
Kluwer Telecommunications Systems, Vol. 28, No. 2, Pages 133-150, Jan
2005. Special Issue on Multimedia Streaming.

46. An Analytical Framework of RD Optimized Video Streaming with TCP,
Argyriou, A.; Madisetti, V. K.;
IEEE Transactions on Multimedia, Submitted for review in March 2005.

47. Modeling the Effect of Handoffs on Transport Protocol Performance,
Argyriou, A.; Madisetti, V. K.;
IEEE Transactions on Mobile Computing, Submitted for review in March 2005

48. Throughput Models for Transport Protocols with CBR and VBR Traffic
Workloads",
Argyriou, A.; Madisetti, V. K.;
ACM Transactions on Multimedia Computing, Communications & Applications,
Submitted for review in April 2005.

49. "Electronic System, Platform & Package Codesign",
Madisetti, V. K.
IEEE Design & Test of Computers, Volume 23, Issue 3, June 2006. pages
220-233.

50. "The Design of an End-to-End Handoff Management Protocol",
A. Argyriou, Madisetti, V. K.
Wireless Networks, Springer, May 2006.

51. "A Soft-Handoff Transport Protocol for Media Flows in Heterogeneous
Mobile Networks ",
A. Argyriou, Madisetti, V. K.
Computer Networks, Vol 50, Issue 11, Pages 1860-1871, August 2006.

Professor Vijay K. Madisetti, ECE

52. "Computationally Efficient SNR Estimation for Bandlimited WCDMA Systems"
L. Jatunov, Madisetti, V. K.
IEEE Transactions on Wireless Communications, Volume 5, Issue 13, December 2006, Pages 3480-3491.

53. "Space-Time Codes for Wireless & Mobile Applications",
M. Sinnokrot, Madisetti, V.K.
DSP Handbook, Second Edition, 2009 (to be published)

54. A. Bahga, V. Madisetti, "Rapid Prototyping of Advanced Cloud-Based Systems", IEEE Computer, vol. 46, no. 11, Nov 2013, pp 76-83, 2013

55. A. Bahga, V. Madisetti, "Cloud-Based Information Integration & Informatics Framework for Healthcare Applications", IEEE Computer, February 2015.

56. A. Bahga, V. Madisetti, "A Cloud-based Approach for Interoperable EHRs", IEEE Journal of Biomedical and Health Informatics, vol. 17, no. 5, Sep 2013, pp. 894-906, 2013

57. A. Bahga, V. Madisetti, "Cloud-Based Information Technology Framework for Data Driven Intelligent Transportation Systems", Journal of Transportation Technologies, vol.3 no.2, April 2013

58. A. Bahga, V. Madisetti, "Performance Evaluation Approach for Multi-tier Cloud Applications", Journal of Software Engineering and Applications, vol. 6, no. 2, pp. 74-83, Mar 2013.

59. Yusuf, A., V. Madisetti, "Configuration for Predicting Travel Time Using Wavelet Packets and Support Vector Regression", Journal of Transportation Technologies, vol 3, no. 3, June 2013.

60. A. Bahga, V. Madisetti, "Analyzing Massive Machine Maintenance Data in a Computing Cloud", IEEE Transactions on Parallel and Distributed Systems, vol. 23, no. 10, pp. 1831 - 1843, 2012.

61. N. Radia. Y. Zhang, M. Tatimapula, V. Madisetti, "Next Generation Applications on Cellular Networks: Trends, Challenges, and Solutions," Proceedings of the IEEE, Vol 100, Issue 4, pp. 841-854, 2012.

62. A. Bahga, V. Madisetti, "Rapid Prototyping of Advanced Cloud-Based Systems", IEEE Computer, vol. 46, no. 11, Nov 2013, pp 76-83, 2013

63. A. Bahga, V. Madisetti, "A Cloud-based Approach for Interoperable EHRs", IEEE Journal of Biomedical and Health Informatics, vol. 17, no. 5, Sep 2013, pp. 894-906, 2013

64. A. Bahga, V. Madisetti, "Cloud-Based Information Integration & Informatics Framework for Healthcare Applications", IEEE Computer, February 2015.

## Peer Reviewed Conference Publications

1. Dynamically-reduced complexity implementation of echo cancelers
   Madisetti, V.; Messerschmitt, D.; Nordstrom, N.;
   Acoustics, Speech, and Signal Processing, IEEE International Conference on ICASSP '86.  ,Volume: 11 , Apr 1986

2. Seismic migration algorithms using the FFT approach on the NCUBE multiprocessor
   Madisetti, V.K.; Messerschmitt, D.G.;
   Acoustics, Speech, and Signal Processing, 1988. ICASSP-88., 1988 International Conference on , 11-14 April 1988

3. Seismic migration algorithms on multiprocessors
   Madisetti, V.K.; Messerschmitt, D.G.;
   Acoustics, Speech, and Signal Processing, 1988. ICASSP-88., 1988 International Conference on , 11-14 April 1988
   Pages: 2124 - 2127 vol.4

4. WOLF: A rollback algorithm for optimistic distributed simulation systems
   Madisetti, V.; Walrand, J.; Messerschmitt, D.;
   Simulation Conference Proceedings, 1988 Winter , December 12-14, 1988
   Pages: 296 – 305

5. Efficient distributed simulation
   Madisetti, V.; Walrand, J.; Messerschmitt, D.;
   Simulation Symposium, 1989. The 22nd Annual , March 28-31, 1989
   Pages: 5 - 6

6. High speed migration of multidimensional seismic data
   Kelley, B.; Madisetti, V.;

Acoustics, Speech, and Signal Processing, 1991. ICASSP-91., 1991
International Conference on , 14-17 April 1991
Pages: 1117 - 1120 vol.2

7.  Performance of a fast analog VLSI implementation of the DFT
    Buchanan, B.; Madisetti, V.; Brooke, M.;
    Circuits and Systems, 1992., Proceedings of the 35th Midwest Symposium on
    , 9-12 Aug. 1992
    Pages: 1353 - 1356 vol.2

8.  Task scheduling in the Georgia Tech digital signal multiprocessor
    Curtis, B.A.; Madisetti, V.K.;
    Acoustics, Speech, and Signal Processing, 1992. ICASSP-92., 1992 IEEE
    International Conference on  ,Volume: 5 , 23-26 March 1992
    Pages: 589 - 592 vol.5

9.  The fast discrete Radon transform
    Kelley, B.T.; Madisetti, V.K.;
    Acoustics, Speech, and Signal Processing, 1992. ICASSP-92., 1992 IEEE
    International Conference on  ,Volume: 3 , 23-26 March 1992
    Pages: 409 - 412 vol.3

10. Yield-based system partitioning strategies for MCM and ASEM design
    Khan, S.; Madisetti, V.;
    Multi-Chip Module Conference, 1994. MCMC-94, Proceedings., 1994 IEEE,15-
    17 March 1994
    Pages: 144 – 149

11. Multitrack RLL codes for the storage channel with immunity to
    intertrack interference
    Lee, J.; Madisetti, V.K.;
    Global Telecommunications Conference, 1994. GLOBECOM '94.
    'Communications: The Global Bridge'., IEEE,Volume: 3 , 28 Nov.-2 Dec. 1994
    Pages: 1477 - 1481 vol.3

12. A parallel mapping of backpropagation algorithm for mesh signal
    processor
    Khan, S.A.; Madisetti, V.K.;
    Neural Networks for Signal Processing [1995] V. Proceedings of the 1995
    IEEE Workshop , 31 Aug.-2 Sept. 1995
    Pages: 561 – 570

13. Virtual prototyping of embedded DSP systems
    Madisetti, V.K.; Egolf, T.; Famorzadeh, S.; Dung, L.-R.;
    Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995

International Conference on  ,Volume: 4 , 9-12 May 1995
Pages: 2711 - 2714 vol.4

14. Assessing and improving current practice in the design of
    application-specific signal processors
    Shaw, G.A.; Anderson, J.C.; Madisetti, V.K.;
    Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995
    International Conference on  ,Volume: 4 , 9-12 May 1995
    Pages: 2707 - 2710 vol.4

15. Introduction to ARPA's RASSP initiative and education/facilitation
    program
    Corley, J.H.; Madisetti, V.K.; Richards, M.A.;
    Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995
    International Conference on  ,Volume: 4 , 9-12 May 1995
    Pages: 2695 - 2698 vol.4

16. DSP design education at Georgia Tech
    Madisetti, V.K.; McClellan, J.H.; Barnwell, T.P., III;
    Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995
    International Conference on  ,Volume: 5 , 9-12 May 1995
    Pages: 2869 - 2872 vol.5

17. Rapid prototyping of DSP systems via system interface module
    generation
    Famorzadeh, S.; Madisetti, V.K.;
    Acoustics, Speech, and Signal Processing, 1996. ICASSP-96. Conference
    Proceedings., 1996 IEEE International Conference on  ,Volume: 2 , 7-10 May
    1996
    Pages: 1256 - 1259 vol. 2

18. Rapid prototyping of DSP chip-sets via functional reuse
    Romdhane, M.S.B.; Madisetti, V.K.;
    Acoustics, Speech, and Signal Processing, 1996. ICASSP-96. Conference
    Proceedings., 1996 IEEE International Conference on  ,Volume: 2 , 7-10 May
    1996
    Pages: 1236 - 1239 vol. 2

19. A constructive deconvolution procedure of bandpass signals by
    homomorphic analysis
    Marenco, A.L.; Madisetti, V.K.;
    Geoscience and Remote Sensing Symposium, 1996. IGARSS '96. 'Remote
    Sensing for a Sustainable Future.', International  ,Volume: 3 , 27-31 May
    1996
    Pages: 1592 - 1596 vol.3

Professor Vijay K. Madisetti, ECE

20.  BEEHIVE: an adaptive, distributed, embedded signal processing
environment
Famorzadeh, S.; Madisetti, V.; Egolf, T.; Nguyen, T.;
Acoustics, Speech, and Signal Processing, 1997. ICASSP-97., 1997 IEEE
International Conference on ,Volume: 1 , 21-24 April 1997
Pages:663 - 666 vol.1

21. Target detection from coregistered visual-thermal-range images
Perez-Jacome, J.E.; Madisetti, V.K.;
Acoustics, Speech, and Signal Processing, 1997. ICASSP-97., 1997 IEEE
International Conference on ,Volume: 4 , 21-24 April 1997
Pages:2741 - 2744 vol.4

22. Variable block size adaptive lapped transform-based image coding
Klausutis, T.J.; Madisetti, V.K.;
Image Processing, 1997. Proceedings., International Conference on ,Volume:
3 , 26-29 Oct. 1997
Pages:686 - 689 vol.3

23. A Rate 8/10 (0, 6) MTR Code And Its Encoder/decoder
Jaejin Lee; Madisetti, V.K.;
Magnetics Conference, 1997. Digests of INTERMAG '97., 1997 IEEE
International , 1-4 April 1997
Pages:BS-15 - BS-15

24. VHDL models supporting a system-level design process: a RASSP
approach
DeBardelaben, J.A.; Madisetti, V.K.; Gadient, A.J.;
VHDL International Users' Forum, 1997. Proceedings , 19-22 Oct. 1997
Pages:183 – 188

25. A performance modeling framework applied to real time infrared
search and track processing
Pauer, E.K.; Pettigrew, M.N.; Myers, C.S.; Madisetti, V.K.;
VHDL International Users' Forum, 1997. Proceedings , 19-22 Oct. 1997
Pages:33 – 42

26. System design and re-engineering through virtual prototyping: a
temporal model-based approach
Khan, M.H.; Madisetti, V.K.;
Signals, Systems & Computers, 1998. Conference Record of the Thirty-
Second Asilomar Conference on ,Volume: 2 , 1-4 Nov. 1998
Pages:1720 - 1724 vol.2

27. A debugger RTOS for embedded systems
Akgul, T.; Kuacharoen, P.; Mooney, V.J.; Madisetti, V.K.;
Euromicro Conference, 2001. Proceedings. 27th , 4-6 Sept. 2001
Pages: 264 - 269

28. Adaptability, extensibility and flexibility in real-time operating systems
Kuacharoen, P.; Akgul, T.; Mooney, V.J.; Madisetti, V.K.;
Digital Systems, Design, 2001. Proceedings. Euromicro Symposium on , 4-6 Sept. 2001
Pages: 400 – 405

**29.**  Effect of handoff delay on the system performance of TDMA cellular systems
Turkboylari, M.; Madisetti, V.K.;
Mobile and Wireless Communications Network, 2002. 4th International Workshop on , 9-11 Sept. 2002
Pages: 411 – 415

30. Enforcing interdependencies and executing transactions atomically over autonomous mobile data stores using SyD link technology
Prasad, S.K.; Bourgeois, A.G.; Dogdu, E.; Sunderraman, R.; Yi Pan; Navathe, S.; Madisetti, V.;
Distributed Computing Systems Workshops, 2003. Proceedings. 23rd International Conference on , 19-22 May 2003
Pages: 803 – 809

31. Performance evaluation and optimization of SCTP in wireless ad-hoc networks
Argyriou, A.; Madisetti, V.;
Local Computer Networks, 2003. LCN '03. Proceedings. 28th Annual IEEE International Conference on , 20-24 Oct. 2003
Pages: 317 - 318

32. Implementation of a calendar application based on SyD coordination links
Prasad, S.K.; Bourgeois, A.G.; Dogdu, E.; Sunderraman, R.; Yi Pan; Navathe, S.; Madisetti, V.;
Parallel and Distributed Processing Symposium, 2003. Proceedings. International , 22-26 April 2003
Pages: 8 pp.

33. Bandwidth aggregation with SCTP
Argyriou, A.; Madisetti, V.;
Global Telecommunications Conference, 2003. GLOBECOM '03. IEEE  Volume: 7 , 1-5 Dec. 2003
Pages: 3716 - 3721 vol.7

Professor Vijay K. Madisetti, ECE

34. Software streaming via block streaming
    Kuacharoen, P.; Mooney, V.J.; Madisetti, V.K.;
    Design, Automation and Test in Europe Conference and Exhibition, 2003
    , 2003
    Pages: 912 – 917


35. Frequency-dependent space-interleaving for MIMO OFDM systems
    Mohajerani, P.; Madisetti, V.K.;
    Radio and Wireless Conference, 2003. RAWCON '03. Proceedings , Aug. 10-
    13, 2003
    Pages: 79 - 82


36. A media streaming protocol for heterogeneous wireless networks
    Argyriou, A.; Madisetti, V.;
    Computer Communications, 2003. CCW 2003. Proceedings. 2003 IEEE 18th
    Annual Workshop on , 20-21 Oct. 2003
    Pages: 30 – 33


37. Realizing load-balancing in ad-hoc networks with a transport layer
    protocol
    Argyriou, A.; Madisetti, V.;
    Wireless Communications and Networking Conference, 2004. WCNC. 2004
    IEEE ,Volume: 3 , 21-25 March 2004
    Pages: 1897 - 1902 Vol.3


38. Streaming H.264/AVC video over the Internet
    Argyriou, A.; Madisetti, V.;
    Consumer Communications and Networking Conference, 2004. CCNC 2004.
    First IEEE , 5-8 Jan. 2004
    Pages: 169 – 174

Professor Vijay K. Madisetti, ECE

## Other Publications

1. A Transport Layer Technology for Improving the QoS of Networked Multimedia Applications <draft-madisetti-arguriou-qos-sctp-00.txt).
   Madisetti, V., Argyriou, A.
   IETF Internet-Draft, Jul 25, 2002.

2. Voice & Video over Mobile IP Networks <draft-madisetti-argyriou-voice-video-mip-00.txt>
   Madisetti, V., Argyriou, A.
   IETF Internet-Draft, Nov 20, 2002.

3. Enhancements to ECRTP with Applications to Robust Header Compression for Wireless Applications.  <draft-madisetti-rao-suresh-rohc-00.txt>
   Madisetti, V.; Rao, S., Suresh, N.
   IETF Internet-Draft, June 30, 2003.

## Ph.D. Students Graduated

1. Brian T. Kelley, 1992
   VLSI Computing Architectures for High Speed Signal Processing
   Member of Technical Staff, Motorola.

   <u>Winner of Dr. Thurgood Marshall Dissertation Fellowship Award</u>

2. Bryce A. Curtis, 1992
   Special Instruction Set Multiple Chip Computer for DSP
   Member of Technical Staff, IBM

3. Jaejin Lee, 1994
   Robust Multitrack Codes for the Magnetic Channel
   Professor, Yonsei University, Korea

4. Mohamed S. Ben Romdhane, 1995
   Design Synthesis of Application-Specific IC for DSP
   Director of IP, Rockwell.

5. Shoab A. Khan, 1995
   Logic and Algorithm Partitioning on MCMs
   Professor, National University of Science & Technology, Pakistan

6. Lan-Rong Dung, 1997
   VHDL-based Conceptual Prototyping of Embedded DSP Architectures
   Professor, National Chaio Tung University, Taiwan.

Winner of VHDL International Best PhD Thesis Award, 1997

7.  Thomas W. Egolf, 1997
    Virtual Prototyping of Embedded DSP Systems
    Distinguished Member of Technical Staff, Agere

8.  Alvaro Marenco, 1997
    On Homomorphic Deconvolution of Bandpass Signals
    Professor, Texas A&M University.

    Winner of GIT ECE Outstanding Teaching Assistant Award

9.  Shahram Famorzadeh, 1997
    BEEHIVE: A Distributed Environment for Adaptive Signal Processing
    Member of Technical Staff, Rockwell.

10. Timothy J. Klausutis, 1997
    Adaptive Lapped Transforms with Applications to Image Coding.
    US Air Force/Univ. of Florida.

11. Lan Shen, 1998
    Temporal Design of Core-Based Systems
    Member of Technical Staff, IBM

12. James DeBardelaben, 1998
    Optimization Based Approach to Cost Effective DSP Design
    Research Scientist, Johns Hopkins University

    Georgia Tech ECE Faculty Award

13. Sangyoun Lee, 1999
    Design of Robust Video Signal Processors
    Professor, Yonsei University

    US Army Sensors Lab Research Excellence Award, 1999

14. Rahmi Hezar, 2000
    Oversampled Digital Filters
    Member of Technical Staff, Texas Instruments

15. Yong-kyu Jung, 2001
    Model-Based Processor Synthesis
    Professor, Texas A&M University

16. Mustafa Turkboylari, 2002
    Handoff Algorithms for Wireless Applications
    Member of Technical Staff, Texas Instruments

17. Yun-Hui Fan, 2002
    A Stereo Audio Coder with Nearly Constant Signal to Noise Ratio
    Post-Doctoral Research Associate, Northeastern University

18. Subrato K. De, 2002

Design of a Retargetable Compiler for DSP
Member of Technical Staff, Qualcomm

US Army Sensors Lab Research Excellence Award, 1999

19. Chonlameth Aripnikanondt, 2004
System-on-Chip Design with UML
Professor, King Mongkut's University, Thailand.

<u>US Army Sensors Lab Research Excellence Award, 1999</u>

20. Loran Jatunov, 2004
Performance Analysis of 3G CDMA Systems
Senior Research Scientist, Soft Networks, LLC.

21. Antonios Argyriou, 2005, Serving in Hellenic Army.

22. Pilho Kim, 2009, Scientist, VP Technologies, Inc.

23. M. Sinnokrot, 2009, Staff Engineer, Qualcomm.

## Awards & Honors

1. **Jagasdis Bose National Science Talent Fellowship**, Indian Institute of Technology, Kharagpur, 1980-1984.

2. **General Proficiency Prize**, Indian Institute of Technology, Kharagpur, 1984.

3. **Demetri Angelakos Outstanding Graduate Student Award**, Univ. of California, Berkeley, 1989

4. **Ira Kay IEEE/ACM Best Paper Award** for Best Paper presented at IEEE Annual Simulation Symposium, 1989

5. **IBM Faculty Development Award** 1990

6. **Technical Program Chair**, IEEE Workshop on Parallel and Distributed Simulation. 1990.

7. **Technical Program Chair**, IEEE MASCOTS'94

8. **NSF RI Award**, 1990

9. **VHDL International Best PhD Dissertation Advisor Award**, 1997

Professor Vijay K. Madisetti, ECE

10. **Georgia Tech Outstanding Doctoral Dissertation Advisor Award**, 2001.

11. **ASEE 2006 Frederick Emmons Terman Medal, 2006.**

12. **Fellow of IEEE**



| Intellectual Property Disclosures (Georgia Tech) |
|---|

| Patent | Date | Description |
|---|---|---|
| 2843 | 2004 | Method and Apparatus for Improving the Performance of Wireless LANs |
| 2825 | 2003 | Method and Apparatus for Optimal Partitioning and Ordering of Antennas for Layered Space-Time Block Codes in MIMO Communications Systems |
| 2815 | 2003 | How to Rapidly Develop a SyD Application |
| GSU-023 | 2003 | Rapid Development of SyD Applications |

26

Professor Vijay K. Madisetti, ECE

| | | |
|---|---|---|
| 2810 | 2003 | System on Mobile Devices Middleware Design |
| 2718 | 2003 | A Transport Layer Algorithm for Improved Anycast Communication |
| 2717 | 2003 | A Novel Transport Layer Load-Balancing Algorithm |
| 2716 | 2003 | A Transport Layer QoS Algorithm |
| 2715 | 2003 | A Novel Transport Layer Algorithm for MPLS Performance |
| 2659 | 2002 | A New Algorithm and Technology for Implementing Mobile IP with Applications to Voice and Video over Mobile IP |
| 2656 | 2002 | Debugging with Instruction-Level Reverse Execution |
| 2655 | 2002 | Embedded Software Streaming |
| 2539 | | System of Databases: An Enabling Technology for Programming |
| 2517 | 2002 | A Dynamic Instantiated Real-Time Operating System Debugger |
| 2516 | 2002 | A Dynamic Real-Time Operating System |
| GSU-009 | 2001 | System of Databases: Architecture,, Global Queries, Triggers and Constraints |
| 2480 | 2001 | Mobile Fleet Application based on SyD Technology |
| 2479 | 2001 | System of Databases: A model with coordination links and a calendar application |
| 1893 | 1999 | Beehive |
| 1726 | 1995 | Very High Scale Integrated Circuit Hardware Description Language Models (VHDL Models) |
| 1401 | 1995 | Self-Compensation Receiver (SCR) |

**Issued Patents**: 9,935,772, 9,769,213