IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC.,<br>　　　*Plaintiff,* | § § § § § § § § § § § | |
| v. | | 6-21-CV-757-ADA |
| CISCO SYSTEMS, INC.,<br>　　　*Defendant.* | | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Chris Cravey to serve as the Technical Advisor for the Court in this case. Mr. Cravey's contact information is as follows:

>　Chris Cravey
>　Jackson Walker LLP
>　1401 McKinney Street, Suite 1900
>　Houston, TX 77010
>　(713) 752-4247
>　ccravey@jw.com

Mr. Cravey will assist the Court with technical issues related to the claim construction process and advise the Court regarding preliminary and final claim constructions. Because a technical advisor serves essentially as a law clerk to the Court and will be familiar with the claim construction issues in this case, Mr. Cravey may also assist the Court in drafting a claim construction order. Further, depending on the needs of the case, Mr. Cravey may also assist the Court with motions for summary judgment, Daubert motions, at trial, and with post-trial motions.

The parties are instructed to mail a paper copy of the claim construction briefs, including exhibits, double-sided and either spiral bound or in three ring binders to Mr. Cravey at his office address above at least 10 days before the claim construction hearing. The parties shall also provide

at the same time electronic copies of the claim construction briefs, exhibits, and technology tutorials, if any, on a USB drive.

**SIGNED** this 3rd day of February, 2022.

                                ALAN D ALBRIGHT  
                                UNITED STATES DISTRICT JUDGE