# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00757-ADA |
| | § | |
| WEBEX COMMUNICATIONS, INC., CISCO WEBEX LLC, CISCO SYSTEMS, INC. | § | |

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MARKMAN HEARING by Zoom on February 17, 2022 at 01:30 PM.

IT IS SO ORDERED this 4th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE