IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00757-ADA <br><br><br><br> JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Order Governing Proceedings – Patent Case (OGP Version 3.5.1) and as agreed by the parties in the Agreed Scheduling Order (Dkt. 24), Plaintiff Paltalk Holdings, Inc. ("Paltalk") and Defendant Cisco Systems, Inc. ("Cisco") hereby submit this claim construction statement for terms included in U.S. Patent No. 6,683,858.

1. **Disputed Terms:**

   A. **"a multiplexed stream" / "said multiplexed stream"**

   | Claim Language | Paltalk's Construction | Cisco's Construction |
   |---|---|---|
   | "multiplexed stream" <br><br> (cls. 1, 2, 6, 7) | Plain and ordinary meaning. | "A data structure containing a continuous sequence of interleaved packets of audio data from each client on the active speakers list" |

   B. **"PC-based equipment"**

   | Claim Language | Paltalk's Construction | Cisco's Construction |
   |---|---|---|
   | "PC-based equipment" <br><br> (cls. 4, 9) | "devices for personal computing" | Plain and ordinary meaning. |

1

C. **"means for removing" (Claim 7)**

| Claim Language | Paltalk's Constructions | Cisco's Constructions |
|---|---|---|
| "means for removing before said packet sender sends said multiplexed stream to one of the plurality of clients which have the capability to mix multiple audio streams, from said multiplexed stream said packets of audio data received from said one of the plurality of clients, when said one of the plurality of clients is on said list of active speakers"<br><br>(cl. 7) | **Function:** removing, before said packet sender sends said multiplexed stream to one of the plurality of clients which have the capability to mix multiple audio streams, from said multiplexed stream said packets of audio data received from said one of the plurality of clients, when said one of the plurality of clients is on said list of active speakers<br><br>**Structure:** mixer **118** in Figures 1 and 2 as well as equivalents thereof | **Function:** removing, before said packet sender sends said multiplexed stream to one of the plurality of clients which have the capability to mix multiple audio streams, from said multiplexed stream said packets of audio data received from said one of the plurality of clients, when said one of the plurality of clients is on said list of active speakers<br><br>**Structure:** Indefinite |

D. **"means for removing" (Claim 8)**

| Claim Language | Paltalk's Constructions | Cisco's Constructions |
|---|---|---|
| "means for removing, before said packet sender sends said combined packet to one of the plurality of clients which do not have the capability to mix multiple audio streams, from said combined packet said packets of audio data received from said one of the plurality of clients, when said one of the plurality of clients is on said list of active speakers"<br><br>(cl. 8) | **Function:** removing, before said packet sender sends said combined packet to one of the plurality of clients which do not have the capability to mix multiple audio streams, from said combined packet said packets of audio data received from said one of the plurality of clients, when said one of the plurality of clients is on said list of active speakers<br><br>**Structure:** mixer **118** in Figures 1 and 2 as well as equivalents thereof | **Function:** removing, before said packet sender sends said combined packet to one of the plurality of clients which do not have the capability to mix multiple audio streams, from said combined packet said packets of audio data received from said one of the plurality of clients, when said one of the plurality of clients is on said list of active speakers<br><br>**Structure:** Indefinite |

**2.     Agreed Constructions:**

| Terms and Asserted Claims | Parties' Agreed Construction |
|---|---|
| "means for storing information indicative of whether each of the plurality of clients has the capability to mix multiple audio streams"<br><br>(Cls. 6-10) | **Function:** storing information indicative of whether each of the plurality of clients has the capability to mix multiple audio streams<br><br>**Structure:** main memory **408** and processor **404** in Figure 4 as well as equivalents thereof |
| "means for maintaining"<br><br>(Cls. 6-10) | **Function:** maintaining a list of each of the plurality of clients that is an active speaker<br><br>**Structure:** control logic, like that of control flow **300** in Figure 3, executed by the computer system **400** in Figure 4 as well as equivalents thereof |

Dated: February 4, 2022                     Respectfully submitted,


By: */s/ Max L. Tribble, Jr.*
    Max L. Tribble, Jr.
    State Bar No. 2021395
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Telephone: (713) 651-9366
    Fax: (713) 654-6666
    mtribble@susmangodfrey.com

    **ATTORNEY-IN-CHARGE FOR
    PLAINTIFF PALTALK HOLDINGS, INC.**

OF COUNSEL:

Ryan Caughey (*admitted pro hac vice*)
State Bar No. 24080827
Bryce T. Barcelo (*admitted pro hac vice*)
State Bar No. 24092081
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Dated: February 4, 2022

Respectfully submitted,

By: */s/ Sarah E. Piepmeier*
    Sarah E. Piepmeier, (SBN 227094)
    Elise S. Edlin (SBN 293756) (pro hac vice)
    PERKINS COIE LLP
    SPiepmeier@perkinscoie.com
    EEdlin@perkinscoie.com
    505 Howard Street, Suite 1000
    San Francisco, California 94105

    **Attorneys for Defendant
    CISCO SYSTEMS, INC.**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was filed electronically using the Court's CM/ECF system, on the 4th day of February 2022.

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
