UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Paltalk Holdings, Inc.

vs.  Case No.: 6:21-cv-00757-ADA

Cisco Systems, Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Amber Brianna Magee, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Paltalk Holdings, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Amber Brianna Magee with offices at:

   Mailing address: 1000 Louisiana Street, Suite 5100

   City, State, Zip Code: Houston, TX 77002

   Telephone: 713-653-7847  Facsimile: 713-654-6666

2. Since December 4, 2020, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 24121572.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Texas State Bar | 12/4/20 |
   | | |
   | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Ryan Caughey

Mailing address: 1000 Louisiana Street, Suite 5100

City, State, Zip Code: Houston, TX 77002

Telephone: 713-653-7823

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Amber Brianna Magee to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Amber Brianna Magee
[printed name of Applicant]

*/s/ Amber Brianna Magee*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 8th day of February, 2022.

Amber Brianna Magee
[printed name of Applicant]

*/s/ Amber Brianna Magee*
[signature of Applicant]