UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Paltalk Holdings, Inc.

vs.                                          Case No.: 6:21-cv-00757-ADA

Cisco Systems, Inc.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Amber Brianna Magee , counsel for Paltalk Holdings, Inc. , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Amber Brianna Magee may appear on behalf of Paltalk Holdings, Inc. in the above case.

IT IS FURTHER ORDERED that Amber Brianna Magee , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


UNITED STATES DISTRICT JUDGE