# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

PALTALK HOLDINGS, INC.    §
                          §
vs.                       §    NO:  WA:21-CV-00757-ADA
                          §
WEBEX COMMUNICATIONS, INC.,  §
CISCO WEBEX LLC, CISCO SYSTEMS,
INC.

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for

MARKMAN HEARING by Zoom on February 24, 2022  at  03:30 PM .


IT IS SO ORDERED this 11th day of February, 2022.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE