**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **PALTALK HOLDINGS, INC.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **6-21-CV-757-ADA** |
| **v.** | § | |
| | § | |
| **CISCO SYSTEMS, INC.,** | § | |
| *Defendant.* | § | |
| | § | |

## FINAL CLAIM CONSTRUCTIONS OF THE COURT

The Court held a *Markman* hearing on February 24, 2022 for U.S. Patent No. 6,683,858.

After careful consideration of the parties' briefs, oral argument, and the applicable law, the Court

enters its final constructions for each term as follows:

| Claim Term | Court's Final Construction |
|---|---|
| multiplexed stream<br><br>Claims:  1, 2, 6, 7 | Plain and ordinary meaning |
| PC-based equipment<br><br>Claims:  4, 9 | Plain and ordinary meaning |
| means for removing, before said packet sender sends said multiplexed stream to one of the plurality of clients which have the capability to mix multiple audio streams, from said multiplexed stream said packets of audio data received from said one of the plurality of clients, when said one of the plurality of clients is on said list of active speakers | Subject to 35 U.S.C. § 112, ¶ 6[1]<br><br>**Function:**  removing, before said packet sender sends said multiplexed stream to one of the plurality of clients which have the capability to mix multiple audio streams, from said multiplexed stream said packets of audio data received from said one of the plurality of clients, when said one of the |

---

[1] The Court notes that paragraph 6 of 35 U.S.C. § 112 was replaced with 35 U.S.C. § 112(f) when the Leahy-Smith America Invents Act (AIA) took effect on September 6, 2012.  Because the application that the resulted in the '858 Patent was filed before that date, the Court refers to the pre-AIA version of § 112.

| Claim:  7 | plurality of clients is on said list of active speakers<br><br>**Structure:**  mixer 118 in Figures 1 and 2 |
|---|---|
| means for removing, before said packet sender sends said combined packet to one of the plurality of clients which do not have the capability to mix multiple audio streams, from said combined packet said packets of audio data received from said one of the plurality of clients, when said one of the plurality of clients is on said list of active speakers<br><br>Claim:  8 | Subject to 35 U.S.C. § 112, ¶ 6<br><br>**Function:**  removing, before said packet sender sends said combined packet to one of the plurality of clients which do not have the capability to mix multiple audio streams, from said combined packet said packets of audio data received from said one of the plurality of clients, when said one of the plurality of clients is on said list of active speakers<br><br>**Structure:**  mixer 118 in Figures 1 and 2 |

Further, the parties have reached agreement on the constructions of the terms identified in Dkt. No. 33, and thus those constructions shall be followed in this case.

**SIGNED** this 9th day of March, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE