IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC.,<br>　　　　*Plaintiff,*<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br>　　　　*Defendant.* | §<br>§<br>§<br>§　　6-21-CV-757-ADA<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER TO PAY TECHNICAL ADVISOR

The Court appointed Chris Cravey to serve as a technical advisor on this case. The Court has considered Mr. Cravey's invoice for services through March 9, 2022 and finds the requested amount ($14,595) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

Plaintiff:      $7,297.50
Defendant:   $7,297.50

Mr. Cravey will separately provide deposit instructions.

**SIGNED** this 9th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE