UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

PALTAK HOLDINGS, INC.

vs.

CISCO SYSTEMS, INC.

Case No.: 6:21-CV-00757-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Ryan Hawkins, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Perkins Coie LLP with offices at:

   Mailing address: 11452 El Camino Real, Suite 300
   City, State, Zip Code: San Diego, CA 92130
   Telephone: 858.720.5709     Facsimile: 858.720.5809

2. Since June 3, 2008, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 256146.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | USDC Southern District of CA | 10/16/09 |
   | USDC Northern District of CA | 4/2/18 |
   | USDC Central District of CA | 10/7/15 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
Number: 6:21-cv-00623-ADA on the 28 day of January, 2022.
Number: _____ on the ___ day of _____, ___.
Number: _____ on the ___ day of _____, ___.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Sarah E. Piepmeier

Mailing address: 505 Howard Street, Suite 1000

City, State, Zip Code: San Francisco, CA 94105

Telephone: 415.344.7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Ryan Hawkins to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Ryan Hawkins
[printed name of Applicant]

*Ryan Hawkins*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 6th day of September, 2022.

Ryan Hawkins
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

PALTAK HOLDINGS, INC.

vs.                                              Case No.: 6:21-CV-00757-ADA

CISCO SYSTEMS, INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Ryan Hawkins, counsel for Defendants, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Ryan Hawkins may appear on behalf of Defendants in the above case.

IT IS FURTHER ORDERED that Ryan Hawkins, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of September, 20_____.

Please Choose Judge