# EXHIBIT 2

**IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION**

| | |
|---|---|
| **PALTALK HOLDINGS, INC.,** | |
| **Plaintiff,** | |
| **vs.** | **Case No. 6:21-cv-00757-ADA** |
| **CISCO SYSTEMS, INC.,** | |
| **Defendant.** | |

### PALTALK'S RULE 30(B)(1) NOTICE OF DEPOSITION OF CHRIS PEARCE

Plaintiff Paltalk Holdings, Inc. will take the deposition by oral examination of Chris Pearce at the following date, time, and location (as may otherwise be agreed to by the parties) pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure.

Date:   September 9, 2022

Time:   9:00 a.m. CT

Location:    Remote

The deposition will be recorded stenographically before a notary public or other officer authorized to administer oaths, and shall continue from day to day, excluding weekends and holidays, until completed. The deposition may be videotaped and/or offered via live web feed with real-time transcripts to persons located off-site (in such a case, the persons will be identified on the deposition record).

Dated: September 7, 2022                Respectfully submitted,

SUSMAN GODFREY L.L.P.


*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.

Bar No. 2021395
Ryan Caughey
Bar No. 24080827 *(pro hac vice)*
Bryce Barcelo
Bar No. 24092081
Amber B. Magee
Bar No. 24121572 *(pro hac vice)*
mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

*Counsel for Paltalk Holdings, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that, on Wednesday, September 7, 2022, all counsel of record who have appeared in this case were served with a copy of the foregoing via email.

*/s/ Max J. Tribble, Jr.*
Max J. Tribble, Jr.