# EXHIBIT 4

| | |
|---|---|
| **From:** | Amber Magee <AMagee@susmangodfrey.com> |
| **Sent:** | Wednesday, August 3, 2022 3:28 PM |
| **To:** | Edlin, Elise (SFO); Griggs, Angela (SFO); Piepmeier, Sarah (SFO) |
| **Cc:** | Ryan Caughey; Bryce T. Barcelo; Max Tribble; Kalpana Srinivasan; Alex Kaminsky; Stacy Schulze; Vanesa Keller; Maria Romo |
| **Subject:** | Paltalk v. Cisco: Paltalk's Depositions of Cisco Employees |

Counsel,

Please tell us dates when the following individuals are available for deposition:

- Brick Zhang
- Wilford Wang
- Chris Pearce
- Aaron Belcher
- Sijia Chen
- Robert Hamilton

At present, our preference is for remote depositions for each individual, but we will let you know ASAP if that changes for anyone.

Thanks,

**Amber B. Magee | Susman Godfrey LLP**
903-948-9639 (c) | amagee@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**