IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., § <br> § <br> Plaintiff § <br> § <br> vs. § <br> § <br> CISCO SYSTEMS, INC., § <br> § <br> Defendant. § | <br><br><br><br> No. 6:21-cv-00757 <br><br> JURY TRIAL DEMANDED |

ORDER GRANTING DEFENDANT'S OPPOSED MOTION TO STAY
PENDING *EX PARTE* REEXAMINATION
ADDRESSING ALL ASSERTED CLAIMS

Before the Court is the Defendant Cisco Systems, Inc.'s ("Cisco's") Opposed Motion to Stay Pending *Ex Parte* Reexamination Addressing All Asserted Claims. The Court GRANTS the Motion. The Court ORDERS that this proceeding is stayed until the determination of the United States Patent and Trademark Office of the *ex parte* reexamination of U.S. Patent No. 6,683,858 becomes final. Cisco shall notify the Court of the status of the reexamination within 15 days after *ex parte* reexamination becomes final.

SO ORDERED.