IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:21-cv0757[ADA] |
| | § | |
| CISCO SYSTEMS, INC. | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE FOR CISCO SYSTEMS, INC.

Defendant, CISCO SYSTEMS, INC., files this Notice of Appearance of Counsel and hereby notifies the Court that Shaun W. Hassett of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant CISCO SYSTEMS, INC.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  September 30, 2022

Respectfully submitted,

By: /s/ *Shaun W. Hassett*
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.**

{A07/07637/0043/W1799262.1 }