# EXHIBIT 3

Product:
Webex Events (Classic), Webex Training, Webex Mee…

Operating System:
iOS, Windows Desktop, Mac, Android

Release:
WBS39, WBS40

For:
Host/Moderator, User, Administrator, Customer

Subscribe

March 17, 2022 | 61087 view(s) | 110 people thought this was helpful

# Webex Audio Support

(+) In this article

## Webex Audio Supported Platforms and Services

Webex Audio (hybrid audio) provides flexibility for attendees to join an audio conference using their computer (VoIP) or a phone. There are no meeting-level options to enable or disable this feature; it's available when Webex Audio is available within a Webex meeting.

Features such as muting and unmuting, icons, and active-talker notifications operate identically for attendees. Attendees may transition at any time from using their computer to phone or phone to computer. Attendee status and the mode that they're using to connect to the conference can be seen in the **Participant** list.

Webex Audio (hybrid audio) is supported on the following services and platforms:

| Support for Webex Audio (Hybrid Audio) | Windows | Mac OS X | Linux and Solaris | iOS | Android |
|---|---|---|---|---|---|
|  |  |  |  | √ | √ |
|  |  |  |  | √ | √ |

By continuing to use our website, you acknowledge the use of cookies.

Privacy Statement | Change Settings

| Support for Webex Audio (Hybrid Audio) | Windows | Mac OS X | Linux and Solaris | iOS | Android |
|---|---|---|---|---|---|
| Webex Events | √ | √ | | √ | √ |
| Webex Support | | | | | |

## Webex Audio Feature Support

| Feature | Description | Webex Meetings | Webex Events | Webex Training | Webex Support |
|---|---|---|---|---|---|
| Webex Teleconference | Audio options are integrated into online sessions:<br><br>• **Call in**- Webex provides a toll or toll-free phone number to call when joining a session (global numbers are also available)<br><br>• **Call back**- When a user joins a session, enter a phone number to be called by Webex | √ | √ | √ | √ |
| Audio broadcast | One-way audio, for meetings where attendees only listen. A host speaks by using a microphone connected to their computer. | | √ | | |
| Integrated Voice-over-IP (VoIP) Audio | Instead of using a telephone, use a computer to send the audio over the Internet. | √ | √ | √ | √ |
| Personal Conferencing | Personal Conferencing allows users to start an audio conference and then optionally expand the meeting to include an online meeting, including video conferencing.<br><br>A Personal Conferencing account can have up to three sets of access numbers (host and attendee access codes). To sign up for a Personal Conferencing account, go to the **My Webex** tab and select **Personal Conferencing**. | √ | | | |
| Other Teleconference Service | Use a third-party teleconference service. | √ | √ | √ | √ |

## Webex Audio Feature Comparisons


By continuing to use our website, you acknowledge the use of cookies.
Privacy Statement | Change Settings

| Feature | Description | Audio Broadcast (Events Only) | Webex Audio | Integrated VoIP (VoIP Only) | Personal Conferencing |
|---|---|---|---|---|---|
| Conference size | How many attendees can attend a session | 3000 for Webex Events that support 3000 attendees<br><br>1000 for Webex Events that support 1000 attendees | Up to 1000 on telephone and up to 2000 on Webex VoIP for Webex Events that support 3000 attendees<br><br>Up to 1000 on telephone or up to 1000 on Webex VoIP for Webex Events that support 1000 attendees | 1000 for Webex Meetings<br><br>3000 for Webex Events that support 3000 attendees<br><br>1000 for Webex Events that support 1000 attendees<br><br>1000 for Webex Training | 500 attendees |
| Multiple speakers | How many active speakers there can be in the conference | Only hosts, presenters and panelists can speak | No limitations | No limitations | No limitations |

| Feature | Description | Audio Broadcast (Events Only) | Webex Audio | Integrated VoIP (VoIP Only) | Personal Conferencing |
|---|---|---|---|---|---|
| Entry and exit tones | Webex can play a sound when attendees join and leave the session<br><br>• When using the Webex Audio option, if the Announce Name feature is selected, those joining using the Use computer for audio option don't get the option to record and announce their name. | No | Yes | No | Yes |
| Mute on entry | Automatically mute attendee microphones when they enter the session | N/A | Yes | Yes | No |
| Automatically start the audio conference | Start the audio when an attendee joins the session; If the host hasn't joined, attendees hear a recorded message that informs them that the host isn't present | Yes | Optional | No | Optional |
| Save default settings | Save default audio settings in the **My Webex** profile to make it easier to start and schedule sessions with preferred settings | Yes | Yes | Yes | Yes |
| Reports | Run reports that show Webex Audio usage | Yes | Yes | Yes | Yes |
| TCP/UDP support | Webex supports UDP and TCP protocols | Yes | N/A | Yes | N/A |
| Support for Webex Audio (hybrid audio) meeting | Webex Audio (hybrid audio) meeting where attendees have the flexibility to join a conference through telephone or desktop-based VoIP. | Yes | Yes | No | N/A |

[bex Audio Offering Data Sheet](#)

By continuing to use our website, you acknowledge the use of cookies.
Privacy Statement | Change Settings

## Was this article helpful?

Yes, thank you!  Not really

By continuing to use our website, you acknowledge the use of cookies.

Privacy Statement | Change Settings