# EXHIBIT 7



# Webex Audio? Sounds good.

All audio solutions are not created equal.



## What sets Webex Audio apart?

By eliminating common challenges like echo, background noise, and distorted sound, Webex Audio minimizes the fatigue and mental strain that can occur after a long stretch of video conferences. Providing a best-in-class experience with just one goal in mind: to make your remote meetings sound as clear and natural as an in-person conversation.

Webex Audio goes the distance: it sounds just as good at the end of an all-day meeting as it does when you kick off the call.

# Focus on sound

The Focus on Sound video series explains the basics of room acoustics and sound in video conferencing to help you sound your best and get your message across. Being aware of the video system's microphones and loudspeakers, room acoustics, and noise sources in the room, allows you to optimize your setup.



Episode 1 – Room acoustics and video conferencing

Learn the basics of room acoustics and sound in video conferencing and find out how you can improve your working environment.

Watch the video

Read the blog post



## Episode 2 – Sound great in every call

Learn the basics of loudspeakers and microphones in video conferencing systems, and how Webex audio features improve your meeting experience.

Watch the video

Read the blog post



## Why does quality audio matter more than ever?

Because great sound is way more than just a feature: it's one of the foundations of a strong hybrid workforce. Clear audio facilitates a culture of participation, inclusion, and productivity. Webex Audio ensures that meeting attendees feel inclined to speak up and contribute their ideas, wherever they are.

# Discover all Webex features to level up your audio experience

Webex Automatic Gain Control (AGC)

Webex Noise Removal

Optimize for My Voice

Webex Full-Duplex

Webex Spatial Audio

Webex Music Mode

Webex Beamforming Microphones

Webex Full-Band Audio



# Webex Automatic Gain Control (AGC)

In face-to-face and video meetings alike, some voices are naturally louder, whilst others are softer. What they have in common is that every voice counts. Webex AGC picks up sound beautifully, whether you're leaning back in a conference room chair or sitting in front of the desk in your home office. There is immense value in multiple perspectives, and Webex AGC provides equal levels for all voices, so everyone gets their say.



# Webex Noise Removal

Whirring espresso machines. Barking dogs. And of course, noisy neighbours. Today, not all business happens in a conference room. More and more work is done outside a traditional office setting, and modern workers need technology that helps them stay focused. Webex Noise Removal intelligently detects and minimizes distracting sounds, so you and your team can concentrate on collaboration. Moreover, de-reverberation reduces the sound reflections in the room to deliver the best sound possible. This results in crisper and clearer audio for folks at the far end.



# Optimize for My Voice

Optimize for My Voice is an advanced noise-cancelling feature that supresses all background noise, including background voices, so only your voice can be heard speaking in your meetings.

Work from a lively office or a boisterous work-from-home environment without having to worry about background voices disturbing your presentation. With Optimize for My Voice, you can communicate clearly and productively in your daily meetings without worrying about office chatter or household noise getting in the way.

Wherever you work, Optimize for My Voice puts your voice in the spotlight. Which is exactly how it should be.



# Webex Full Duplex

Spark lively discussion with Webex Full-Duplex, a two-way communication technology that enables multiple meeting participants to speak at once, rather than relying on static interaction. Full-Duplex is needed anywhere an animated real-time discussion is best, and our Acoustic Echo Cancellation (AEC) prevents you hearing an echo of your own voice. Webex Full-Duplex technology encourages transparent, natural conversations and enables seamless multi-participant communication that will keep the discussion moving.



# Webex Spatial Audio

Hear them where you see them. Webex Spatial Audio provides aural cues that guide your attention to the person speaking: you hear the person's voice coming from the loudspeaker nearest their image on the screen. Understand the flow of the conversation in dynamic meetings—and create a more natural experience—with Webex Spatial Audio.



# Webex Music Mode

Any meeting with a musical component requires a well-tuned technology like Webex Music Mode. From remote music lessons to a casual concert for colleagues, Webex Music Mode ensures that sounds ring out clear and true. Musicians and their instruments go seamlessly from the garage to center stage with Webex Music Mode.



# Webex Beamforming Microphones

Webex Beamforming Microphone technology ensures that you catch all the details of your next meeting. This feature enables focused sound pickup where it counts, like the voices of your meeting's participants, while softening noises that interfere with your message.



# Webex Full-Band Audio

Make meeting communication effortless with a more natural, full-spectrum sound. The loudspeaker and microphone systems in our devices deliver the full breadth and depth of the sonic experience. With Webex Full-Band Audio, remote sound quality is on par with a face-to-face conversation. Full-Band Audio brings out the best in other signature Webex features, like Music Mode and Spatial Audio. From rich, distortion-free lows to crisp, clear highs, Webex Full-Band Audio captures and reproduces every detail of your meeting.



## Ready to discuss your hybrid work device needs?

Let us know how we can help you become better equipped to embrace the future of hybrid work.

Contact our representatives

# Get started for free.

Additional features, storage, and support start at just one low price.

Start for Free

See Plans & Pricing

Small Business

Enterprise

Devices

Solutions For

Resources

Company

Terms & Conditions

Privacy Statement

Cookies

Trademarks

🌐 United States ⌄



© 2021 Cisco and/or its affiliates. All Rights Reserved.