# EXHIBIT 14



# The "Dial Tone" for
# Web Communications Services

# The "Dial Tone" for Web Communications Services

WebEx<sup>TM</sup> MediaTone<sup>TM</sup> technology enables WebEx meeting participants worldwide to enjoy the richest set of data, voice and video interactive services together with unparalleled network performance and reliability. The secure, highly scalable MediaTone Network can support millions of simultaneous calls, and as many as 5,000 individuals may attend one meeting.

The WebEx MediaTone Platform positions WebEx as the technological leader in Web communications services, providing OEM services to WebEx partners and industry-leading meeting services to nearly 7000 corporations. The MediaTone architecture provides ubiquitous access—regardless of location, hardware platform, operating system, browser, and wired or wireless status—enabling everyone to reap the benefits of online meetings.

## MediaTone Technology

All WebEx services integrate the company's MediaTone technology. This proprietary technology enables true interactive communication sessions with levels of functionality, reliability, security and scalability impossible to achieve in a database-centric, store-and-retrieve architecture. With its modular framework and standards-based application programming interfaces (APIs), MediaTone is the "dial-tone" for Web communications.

The highly extensible WebEx architecture includes two components: the MediaTone Network and the MediaTone Platform.



### Customer Requirements

As they evaluate solutions that can deliver such benefits, customers factor in many technical and business requirements. These include the need for:

- A flexible, scalable, reliable Web services architecture with powerful and extensible capabilities.
- The ability to accommodate millions of people-minutes in online meetings.
- Reliable third-party service provision for integrated rich-media calls across enterprises.
- Integration with the customer's enterprise IT infrastructure and support for heterogeneous environments *(eg. Microsoft Exchange/Outlook and Domino/Notes integration, Instant Messaging, Portals)*.
- Support for diverse online meeting scenarios (e.g., sales, marketing, training, support, project management, design reviews).
- Rapid deployment and ease of administration.
- Security that addresses authentication, encryption, auditing and tracking.
- Full support for ad-hoc and scheduled sessions.
- Integration with billing and reporting systems.
- Support for personalization.
- Seamless integration with voice systems such as audio conferencing bridges and Voice over IP (VoIP) solutions.
- Worldwide 24x7x365 support and native language support.

## MediaTone Network

The MediaTone Network is a fully redundant, high-performance private global network specifically designed to deliver Web communications services. Created with a carrier-class information-switching architecture, the MediaTone Network delivers optimal performance by routing communications across several WebEx data centers. The result is a high-performance network that is unmatched for secure, reliable, fast, real-time Web communications. WebEx is the only company to develop and deploy a globally distributed information-switching network specifically designed for the delivery of interactive Web communications services.

## MediaTone Platform

The MediaTone Platform, a distributed software architecture for Web-based communications services, is deployed over the MediaTone Network. The MediaTone Platform supports the full range of data, voice and video communications needed to provide a setting that simulates the full spontaneity and productivity of face-to-face meetings. With the MediaTone Platform, WebEx can rapidly develop new interactive Web communications services.

**With the WebEx MediaTone Network:**

- Latency and interruptions in multi-point interactive meetings are eliminated, even when participants are located in different countries.
- Participants may use any telephone for the audio portion of their meeting.

**The MediaTone Platform Provides:**

- Administrative capabilities, such as scheduling, provisioning and billing.
- Capabilities for session management, conference control and communications.
- Rich features, such as application sharing, video, white boarding and VoIP.



**WebEx MediaTone Architecture**

## A More Robust T.120



The MediaTone Platform leverages the T.120 standard, which supports platform-independent, multi-point data communications. WebEx has built upon the T.120 standard, adapting it to a Web-native infrastructure and significantly enhancing the T.120 Presentation and Application Layers. WebEx also has extended the T.120 protocols for scalability, fault tolerance, security and manageability— while assuring PSTN integration. By basing the MediaTone Platform on an enhanced version of the T.120 standard and by creating a set of integration toolkits, WebEx has created a highly scalable and open information-switching network.

Originally developed by leading telecommunications providers to promote Integrated Services Digital Network (ISDN) service, T.120 is the first well-defined switched architecture for real-time data communications. The standard addresses multimedia-technology issues with attention to both voice and data requirements. The T.120 protocol, which focuses on Layers 5-7 of the OSI Model, addresses the following issues:

- Communications/transport interface (e.g., TCP/UDP).
- Multipoint session management and conference control.
- Application Layers standards.
- White boarding, application sharing and file transfer.

WebEx enhancements to the T.120 protocol suite include:

- Well-defined support for HTTP.
- Vector-based graphic format for sharing any document/format and session archiving.
- Format and protocol for sharing and synchronizing rich media.
- Federated Switched Network for global deployment and ubiquitous access.
- PSTN integration.
- A rich set of APIs and tools for integration with Web and desktop applications.
- Enhanced network scalability, reliability and manageability.
- Improved security.
- Business and operational tuning.

## Service Management Layers

WebEx service management layers provide customers with an extensive array of features to maximize the use of WebEx services. WebEx service management capabilities include:

- Administration.
- Reporting and Monitoring.
- Fault/Recovery.
- Provisioning and Billing.
- Authentication.

**The OSI Model**

The OSI communications model defines how messages should be transmitted between any two points in a telecommunication network. The reference model defines seven layers of functions that take place at each end of a communication. Within the OSI Model:

- The *Application Layer* represents the level at which applications access network services, such as software for file transfers, database access and electronic mail.
- The *Presentation Layer* translates data from the Application Layer and manages security issues by providing services such as data encryption and compression.
- The *Session Layer* enables two applications on different computers to establish, use and end a session.
- The *Transport Layer* handles error recognition and recovery. It also repackages long messages, when necessary, and sends receipt acknowledgments.
- The *Network Layer* addresses messages and translates logical addresses and names into physical addresses. It also determines the routes and manages traffic problems.
- The *Data Link Layer* packages raw bits from the Physical Layer into frames— logical, structured packets for data.
- The *Physical Layer* transmits bits from one computer to another and regulates the transmission of a stream of bits over a physical medium.

### A Secure Network-Friendly Solution



WebEx patent pending technologies provide universal access to the MediaTone servers from the Internet. WebEx provides a secure location on the Internet where users can connect and collaborate at any time from any place without requiring modifications to their security infrastructure.

WebEx provides encryption of all session content with Secure Sockets Layer (SSL) technology to ensure the high level of security required for enterprise data communications. The T.120 based MediaTone architecture ensures that session contents are switched through the MediaTone Network and never stored in the WebEx infrastructure.

### Additional Key Capabilities of the MediaTone Platform

**WebEx Universal Communications Format (UCF)**
- UCF is a part of the MediaTone technology developed by WebEx that makes interactive communication powerful and effective by delivering unprecedented levels of interactivity and support for advanced multimedia communications.
- UCF technology includes a portable document format for sharing and annotating on any document, and a protocol for sharing multimedia content.
- UCF enables the ability to:
  - Share PPT presentations with animations and transitions.
  - Spontaneously show rich media in WebEx meetings.
  - Easily create engaging, interactive presentations containing rich media.
  - Share Flash animation, video, audio, Web pages, and WebEx recordings in WebEx meetings with full control over delivery.

**WebEx Access Anywhere™**
The WebEx Access Anywhere service enables any meeting participant to securely access or share information or applications that reside on an unattended remote computer. Mobile employees can access information on their office computers from a personal digital assistant (PDA) and share it in a WebEx meeting.

**Video Conferencing**
WebEx technology supports video conferencing with a browser and Webcams. WebEx also supports feeds from video technologies, including Polycom cameras and standard video camcorders. MediaTone also provides support for multi-point video conferencing.

### The WebEx Solution

WebEx has developed a comprehensive set of Web communications services built on its patented MediaTone technology in order to meet the diverse requirements of its enterprise customers, enterprise portal providers, application developers and telecommunications providers. All WebEx services support highly interactive data, voice and video communications across multiple client platforms:

- Windows 95, 98, ME, NT, 2000 and XP, Tablet PC
- Macintosh OS 9 and OS X
- Solaris 7 and 8, HP-UX 11.3, Linux
- Palm OS, Pocket PC

*"WebEx Event Center and Meeting Center services enable VeriSign to present important new product information to our affiliates more effectively and efficiently. Our professional services group has increased productivity by providing quality support to our customers around the globe in far less time. WebEx provides the collaboration and presentation power required to fully support our outsourced service."*

Stephen Fridakis, director of professional services, VeriSign

*"With WebEx we're able to train hundreds of people at any given point in time. The employee never has to leave the branch. So the branch does not lose the productivity of the employee. And we wind up with a better-trained employee. We've estimated that this is saving us more than $4 million dollars per year."*

Ron Schneider, First Vice President of training and performance development, Countrywide Wholesale Lending Division

4

## Integrating WebEx Services with Enterprise Applications



Customers can integrate WebEx services with their enterprise applications by using the WebEx integration technologies. These include APIs and software development kits (SDKs) that support integration of real-time interactive capabilities with applications such as enterprise portals, project management services, content management solutions, and learning management systems using the popular Web programming languages HTML/XML. More than 350 companies and partners have integrated their applications with the MediaTone Platform.

The WebEx APIs, together with MediaTone's support for voice/data standards and protocols, provide many benefits for corporate customers and end users of WebEx services. Upon integrating their applications with WebEx services, corporations gain powerful Web collaboration capabilities that drive productivity and reduce travel costs. In addition, the ability to integrate WebEx services with corporate accounting, CRM, ERP, human resources and other key applications streamlines maintenance and upkeep. For end users, participating in WebEx online meetings is easy and efficient; single sign on integration eliminates the need for multiple passwords, and the user can easily move between applications or documents, as the meeting requires.

## WebEx Integration Capabilities

The WebEx APIs and SDKs enable the following integration capabilities for enterprise customers and teleconferencing service providers:

**To manage user data:**
- Sign up new user
- Login/logout
- Activate/deactivate users
- Edit users

**To manage meeting scheduling and registration:**
- Start/schedule/host/join
- Edit/delete
- List/add/delete attendees
- Create/get registration form
- Register attendee

**To manage and access the history of online sessions:**
- List/get usage history
- List recorded access history

### Protocol Support

MediaTone technology supports many multimedia protocols to fulfill its mission of delivering rich-media contents to the broadest possible selection of customer devices. Supported standards and protocols include:

- H.323, the leading protocol for VoIP.
- Session Initiation Protocol (SIP), which is used for conferencing via IP phone or instant messenger (IM) device.
- Lightweight Directory Access Protocol (LDAP), a vendor-independent network directory protocol that provides directory-server integration for WebEx services.
- Extensible Markup Language (XML).
- SSL.
- Aviation Industry CBT Committee (AICC) protocol.
- SCORM.

In addition, WebEx supports the Universal Communication Format™ (UCF)—a revolutionary delivery format that enables high-speed sharing and delivery of rich content as part of a presentation. UCF enables users to share content within Microsoft™ PowerPoint™ presentations, with full control over the delivery. Users can share full PowerPoint animation and transitions, just as they would in an in-person meeting, and participants may start, stop or pause the streaming content whenever they desire.

# WebEx Services



**WebEx Enterprise Edition™** enables administrators to provide, and users to access, the complete suite of WebEx interactive services, leveraging the features of the specific service that's best for their needs. WebEx Enterprise Edition is delivered with My WebEx, the personal interface into the WebEx suite of services. Through My WebEx, users within the enterprise can access all of their WebEx services in a single place, with a single login.



**WebEx Meeting Center™** is the most powerful online Web meeting solution available. Users can present, collaborate, demonstrate, sell – anything that can be done in a face-to-face meeting can be done in a WebEx meeting. MediaTone enables productive, online meetings with rich media, using any desktop, laptop, or wireless handheld device.



**WebEx Training Center™** empowers users to deliver a rich and compelling live, online classroom experience. Users can maximize the reach, timeliness, and effectiveness of training programs while decreasing delivery costs.



**WebEx Event Center™** makes highly effective seminars and exciting multimedia events available with a browser, managed from a user's desktop, all for a fraction of the cost of a traditional enterprise-wide event.



**WebEx Support Center™** utilizes the power of WebEx to create a perfect environment for delivering high-quality, low-cost customer support.

## Benefits of WebEx Services

Benefits of WebEx services include the ability to share multiple documents and presentations in a meeting and use streaming or local multi-media content. Multiple presenters may collaborate in one meeting, and multi-language meetings are available through a customizable interface. Presenters may run any software application for effective demos, training and team meetings, including applications for:

- Customer relationship management (CRM)
- Enterprise resource planning (ERP)
- Financial management

The following capabilities are included in some or all of the WebEx services:

- Application Sharing
- Remote Control
- White Boarding
- Polling
- Chat
- Q&A
- Breakout Sessions
- Integrated VoIP
- Integrated audio conferencing

6

## Requirements of a Web Communications Platform



Much like the telecommunications infrastructure is built on standards to support voice communications from myriads of endpoints, a Web communications infrastructure must provide for ubiquitous access, allow for an ever-increasing range of functionality, be scalable and extensible, and most importantly be reliable. The Web has been a powerful medium for ubiquitous access to information and services, and a successful communications platform should leverage it for access to its services by individuals who are anywhere in the world and who use any combination of wired or wireless Internet devices. Finally, the infrastructure should provide support for rapid provisioning of an increasing range of services with relatively low cost of ownership.

## WebEx Delivers Web Communications Solutions

To meet demand for Web communications services such as online meetings, conferencing, learning and customer support, WebEx is adding live interaction capabilities to the Web. This requires strong support for service management, multi-point conference control as well as robust communications support. Additionally, with full support for sharing any documents including streaming audio and video, Flash, and other rich media formats, WebEx communications services enable users to share applications, take remote control, and interactively annotate on-screen materials. With these services, enterprises have:

- Richer, more effective online communications.
- Faster time to market and quicker problem resolution.
- Lower costs for expenses such as travel, meeting venues and meeting planning.
- Better decision-making.
- Improved productivity and efficiency through the use of real-time interactive Web communications across the enterprise.

**Join hundreds of Fortune 1000 companies already using WebEx.**
For more information, visit www.webex.com or contact a service consultant at +1.877.50.WEBEX (or +1.408.435.7048).

### WebEx History

- Founded, 1996.
- Initial Public Offering, 1999.
- Acquired and developed key technologies in real-time collaboration.
- Today offers a breadth of services that are unparalleled in the industry—plus outstanding scalability, reliability and cost performance.
- Headquartered in San Jose, Calif., with offices in Sacramento, New York, Amsterdam, Melbourne, Hong Kong and Tokyo.
- Approximately 950 employees worldwide.
- Research and Development Centers of Excellence in San Jose, Hangzhou, Suzhou and Hefei.
- Data Centers in San Jose, Denver, Virginia, Hong Kong, Tokyo, Stockholm and London.

### Worldwide Sales Offices:

Americas & Canada
Tel: +1.877.50.WEBEX
AmericasInfo@webex.com

Europe, Middle East & Africa
Tel: +31 (0)20.4108.700
EMEAinfo@webex.com

Australia & New Zealand
Tel: +61 (0)3.9653.9581
AsiaPacInfo@webex.com

China (HK)
Tel: +852.8201.0228
AsiaPacInfo@webex.com

Japan
Tel: +81.3.5501.3272
JapanInfo@webex.com

**webex**

©2003 WebEx Communications, Inc. WebEx, WebEx MediaTone, and the WebEx logo are registered trademarks of WebEx Communications, Inc. All rights reserved. All other trademarks are the property of their respective owners.

011003.MTWP