# EXHIBIT 15



Data Sheet

# Cisco WebEx Meeting Center Video Conferencing

Simplify your IT department's work and make it easy for participants to join meetings from any standards-based video endpoint with Cisco WebEx® Meeting Center video conferencing, formerly Cisco® Collaboration Meeting Rooms (CMR) Cloud.

## Product Overview

With cloud-based conferencing services, you can shift from a Capital Expenditures (CapEx) financial model to an Operating Expenses (OpEx) model while using existing network and device investments. And because it is a cloud service, it simplifies the complexity of managing disparate technologies. All this with your Cisco WebEx Meeting Center subscription.

## Features and Benefits

| Feature | Description | Benefit |
|---|---|---|
| **Users** | • Support for up to 1,025 concurrent users in a single meeting:<br>  ◦ Up to 25 SIP or H.323 video conferencing screens or clients; for example, a three-codec video conferencing system equals three users<br>  ◦ Up to 500 additional Cisco WebEx Meeting Center video participants (depending on your organization's licensing model)<br>  ◦ Up to 500 additional Cisco WebEx Audio-only users (depending on your organization's licensing model)<br>• Total number of users depends on the Cisco WebEx licensing choice | • Helps reduce costs and allows IT to focus on core business priorities<br>• Provides high scalability and availability as a cloud-based service<br>• Easy to roll out and expand as the organization grows |
| **Join Experience** | **Video Systems**<br>• One Button to Push join from Cisco on-prem registered video systems, controlled by TMS and Cisco Spark registered apps and devices (*)<br>• Simply dial a video address, e.g., <meeting_number>@<site_name>.webex.com<br>• Alternatively, use an IP address and enter the meeting number<br>• Additional support for Skype for Business (SfB) and Lync users, e.g., <meeting_number>.<site_name>@lync.webex.com<br>• Video IVR with visual cues for a more intuitive join experience (*)<br>**Desktop, Mobile and Browser Apps**<br>• Click-to-join from invitations<br>• Enter meeting number for ad-hoc join<br>• Use your computer or a telephone for audio<br>• Or, have the cloud call your SIP based video system for full audio, video, content share experience | • Schedule your meeting, go to your conference room, and tap the Join button. That easy!<br>• Standards based video address dialing for universal access<br>• Join meetings quickly without the need for complex call control and firewall setups on H.323 endpoints |
| **IVR Interaction, In-Meeting Controls and Indicators** | **Video Systems**<br>• Mute and unmute self using Dual-Tone Multi-Frequency (DTMF) controls<br>• Change own video layout using DTMF controls<br>• SIP video systems require at least one of the following capabilities:<br>  ◦ RFC 2833 RTP Payload Type<br>  ◦ In-band DTMF audio tones (*)<br>  ◦ Key Press Markup Language (KPML) (*)<br>• H.323 video systems require at least one of the following capabilities:<br>  ◦ H.245 User Input Indicator<br>  ◦ RFC 2833 RTP Payload Type<br>  ◦ In-band DTMF audio tones (*)<br>• Users on video systems that cannot negotiate DTMF will only be able to join a meeting after the host starts it | • Select from available video layouts for a more engaging meeting experience<br>• Control audio privacy in meetings |

© 2018 Cisco and/or its affiliates. All rights reserved. This document is Cisco Public Information.                    Page 1 of 5

| Feature | Description | Benefit |
|---|---|---|
| | • Recording status indicator<br>• Audio line mute state change prompts<br>**Desktop, Mobile and Browser Applications**<br>• Full participant list<br>• Recording status indicator<br>• Meeting lock status indicator<br>• Mute/unmute audio of participants (host)<br>• Expel participant from meeting (host)<br>• Lock/unlock personal room meeting (host)<br>• Record meeting (host)<br>• Transfer host role to another participant (host) | |
| Video | **Video Quality**<br>• Main video at up to 720p at 30 frames per second (fps)<br>• Main video at up to 1080p at 30 fps when connected to Hybrid Media Nodes (*)<br>• Content sharing up to 1920x1200 at 3 fps<br>**Video Aspect Ratios**<br>• 16:9 widescreen<br>• 4:3 standard<br>**Video Codec Support**<br>• H.261 (**)<br>• H.263 (**)<br>• H.263+ (**)<br>• H.264 AVC<br>• H.263 (CIF) or H.264 UC (720p/30) for Skype for Business and Lync clients | • Meet online just as if you were face to face<br>• Use High-Definition (HD) video to improve communications, relationships, and productivity<br>• Enable people to meet face to face to share documents, presentations, and applications |
| Audio | **Audio Codec Support for Video Systems**<br>• G.711 (μ-law and a-law)<br>• MPEG-4 AAC-LD<br>• Opus<br>• G.722<br>• G.728<br>• G.722.1<br>• G.729 (with and without Annex B)<br>• MPEG-4 AAC-LC (TIP calls only)<br>**Audio Codec Support for Applications**<br>• Opus<br>• Internet Low Bitrate Codec (iLBC)<br>• G.722<br>**Audio Integration Options for Applications**<br>◦ Cisco WebEx integrated audio (telephone and VoIP)<br>◦ Cisco WebEx Cloud Connected Audio<br>**Audio Access Methods for Applications**<br>◦ Call-in (dial into the meeting)<br>◦ Call-back (meeting calls you) and video call-back<br>◦ VoIP (use your computer microphone and speakers or your smartphone data connection) | • Unparalleled audio quality<br>• Optimal use of network resources |
| SIP Video Systems | • Single and tripe-screen standards-based video systems (multiscreen endpoints must use the Cisco Telepresence Interoperability Protocol [TIP])<br>• Advanced Encryption Standard (AES) 128-bit encryption<br>• Signaling protocol support: SIP, SIP Transport Layer Security (TLSv1.2), Binary Floor Control Protocol (BFCP), and TIPv8<br>• Media protocol support: Real-Time Transfer Protocol (RTP), Secure RTP (sRTP), and Real-Time Control Protocol (RTCP)<br>• Content share (dual video) protocol support: BFCP | • Widest interoperability allows for better reuse of investment |

© 2018 Cisco and/or its affiliates. All rights reserved. This document is Cisco Public Information.

| Feature | Description | Benefit |
| --- | --- | --- |
| H.323 Video Systems | • ITU-T H.323 standards-based video systems<br>• AES 128-bit encryption<br>• Signaling protocol support: H.323, H.323 with H.235, H.225.0, and H.245<br>• Media protocol support: RTP, sRTP, and RTCP<br>• Content (dual video) share protocol support: H.239<br>• Annex-O dialing: Ability for standalone H.323 video systems not registered to a gatekeeper to dial and join meetings | • Take advantage of existing investment in older systems<br>• Broaden reach of video conferencing inside of and across enterprises |
| Security | • AES 128-bit encryption<br>• PIN-protected access into personal rooms from video systems<br>• Meeting lock and unlock for added privacy<br>• Authenticated access into meetings on desktop and mobile apps<br>• SIP TLSv1.2 and H.235 for signaling security<br>• sRTP for media security<br>• Password protected Network-Based Recordings (NBR)<br>• Data at rest encryption for recordings in Cisco WebEx data centers | • Global, enterprise-scale network designed specifically for highly secure delivery of on-demand applications<br>• It offers a scalable architecture, consistent availability, and multilayer tenant security validated by rigorous independent audits, including SSAE-16 and ISO 27001 |

\* Requires video platform, version 2.
\*\* Not available on content sharing channel for sites on video platform version 2.

**Figure 1.**    Accommodate a Multitude of Participants from a Multitude of Platforms



## Prominent Features

From the proven leader in video and web conferencing, Cisco WebEx Meeting Center video conferencing provides highly secure and scalable collaboration from the global Cisco Collaboration Cloud with the largest number of concurrent participants in a single meeting. Other benefits include:

- Cisco WebEx Meeting Center video conferencing enhances personal rooms, turning them into permanent, personalized spaces. Schedule ahead or invite others to drop in.
- Your customers, partners, and other peers can easily join you in a meeting from their own video system at any time without requiring cumbersome codes, including Microsoft Skype for Business.

© 2018 Cisco and/or its affiliates. All rights reserved. This document is Cisco Public Information.

- Each participant, regardless of video system, enjoys the same integrated video, audio, and content for one meeting experience.
- You can quickly scale your video conferencing reach and capacity from 1 to 1025 participants.

## Platform Support Information

Consult the Hardware and System Software Specifications for Cisco WebEx Meeting Center (bill of materials [BOM]) for information about compatibility with other Cisco and third-party products, and for additional product specifications.

## Licensing

The Cisco WebEx Meeting Center subscription includes video conferencing built in and available at no additional cost when ordered on SaaS Subscription Annuity. In addition, Cisco Expressway firewall traversal sessions are included to provide secure, end-to-end network protection.

## Ordering Information

To place an order, visit the Cisco Ordering homepage. To download software, visit the Cisco Software Center.

## Cisco and Partner Services

Cisco Services adapt to market changes while increasing productivity, improving competitive advantage, and delivering a media-rich experience across any workspace. The combined strengths of Cisco and our partners provide a portfolio of services that can help you prepare your infrastructure for future changes aligning to long-term business goals.

Together we create innovative, network-centric architecture solutions resulting in a scalable and responsive foundation that can help you realize the full value of your IT and communications investment.

For more information about services, visit https://www.cisco.com/go/uccservices.

Cisco Authorized Technology Provider (ATP) Partners have completed rigorous training and validation of their knowledge of the product and can offer customers some or all of the following capabilities:

- Planning
- Design
- Implementation
- Operation
- Optimization
- Product resale
- Professional services
- Post-sales support

Information about Cisco ATP Partners is available at: https://www.cisco.com/web/partners/pr11/atp/index.html.

© 2018 Cisco and/or its affiliates. All rights reserved. This document is Cisco Public Information.

## Cisco Capital

**Financing to Help You Achieve Your Objectives**

Cisco Capital® can help you acquire the technology you need to achieve your objectives and stay competitive. We can help you reduce CapEx. Accelerate your growth. Optimize your investment dollars and ROI. Cisco Capital financing gives you flexibility in acquiring hardware, software, services, and complementary third-party equipment. And there's just one predictable payment. Cisco Capital is available in more than 100 countries. Learn more.

## For More Information

Read more about Cisco WebEx Meeting Center video conferencing at https://www.cisco.com/go/webex, or contact your local Cisco account representative.



**Americas Headquarters**
Cisco Systems, Inc.
San Jose, CA

**Asia Pacific Headquarters**
Cisco Systems (USA) Pte. Ltd.
Singapore

**Europe Headquarters**
Cisco Systems International BV Amsterdam,
The Netherlands

Cisco has more than 200 offices worldwide. Addresses, phone numbers, and fax numbers are listed on the Cisco Website at https://www.cisco.com/go/offices.

Cisco and the Cisco logo are trademarks or registered trademarks of Cisco and/or its affiliates in the U.S. and other countries. To view a list of Cisco trademarks, go to this URL: https://www.cisco.com/go/trademarks. Third-party trademarks mentioned are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company. (1110R)

Printed in USA                                                                                       C78-734100-06   01/18

© 2018 Cisco and/or its affiliates. All rights reserved. This document is Cisco Public Information.                     Page 5 of 5