# EXHIBIT 16



**Data sheet**
**Cisco public**

# Cisco Webex Meetings Audio PSTN Coverage for Cisco Collaboration Flex Plan

© 2020 Cisco and/or its affiliates. All rights reserved.

# Contents

Product overview 3
Cost-effective conferencing solution with audio 3
Important information regarding audio services 4
Pricing inquiries 12
For more information 13
Cisco Capital 13

## Product overview

Cisco Webex® Meetings Audio provides the broadest global Public Switched Telephone Network (PSTN) dial-in and call-me services to attendees in Cisco Webex Meetings, Events, Trainings, and Teams.

The audio options available with Cisco Webex products promote efficient discussions among participants by providing a fully integrated experience. As a cloud-based PSTN audio option, Cisco Webex Meetings Audio provides a broad coverage footprint with toll dial-in, toll-free dial-in, and call-me capabilities for local and global connections. It operates on a wide variety of devices, including cell phones, IP phones, and softphones, and supports the ability to enable telephony attendees as well as attendees and devices that use Voice over IP (VoIP) to all collaborate in the same session.



To maximize the power of Webex within your own datacenter please explore Cisco Webex Edge Services to further improve audio quality and optimize PSTN audio costs.

## Cost-effective conferencing solution with audio

Cisco Webex offers a flexible, high-performance platform of products for organizations of any size that want to deploy online meetings with audio conferencing. Cisco Webex Meetings Audio is designed to attach to a Cisco Webex meeting product purchased from Cisco; it is not available as standalone product. Cisco includes unlimited 56 Toll Dial-in country coverage and VOIP audio as part of the Cisco Collaboration Flex Plan for Webex meeting products at no additional cost.

Table 1 outlines the features and benefits of Cisco Webex Meetings Audio.

**Table 1.**     Features and benefits

| Feature | Benefit |
| --- | --- |
| **Global access** | - 66-country access for toll call-in<br>- 85-country access for toll-free call-In<br>- 202-country access for call-me<br>- VoIP available where regulators allow |
| **Scalability** | Total audio capacities are 1000 total participants in a single meeting: up to 1000 on phones and up to 1000 on VoIP. |
| **Conference management** | The solution offers powerful conference control for management of active conferences, allowing moderators to:<br>- Use the active talker indicator for positive identification of the speaker<br>- Add or drop participants in a conference<br>- Mute audio from a selected participant<br>- Use the conference lock feature<br>- Terminate a conference |

| Feature | Benefit |
|---|---|
| **Audio on entry and exit** | • Optionally announce name, play beep, or allow silent entry and exit<br>• Optionally mute participants on entry |
| **Compatibility** | • Works with all Cisco Webex services<br>• Supports mobility clients<br>• Supports Network-Based Recording (NBR) and tracking codes |
| **Support for phone-only users** | As controlled by Cisco Webex site policies, users may choose to start or join meetings from the phone, with or without starting a Cisco Webex client application. |

## Important information regarding audio services

**Integrated VoIP:** Customers with billing addresses in the following countries will not be provisioned with Cisco Webex VoIP capabilities: India, Algeria, Kuwait, Lebanon, and Yemen. We advise that VoIP should not be used by users from within these countries. However, Cisco Webex is not aware of the location of each user, and hence Cisco Webex does not (cannot) specifically prevent VoIP from working based on location.

**Country coverage:** Due to rapidly changing and unpredictable global telecommunications laws and regulations, availability of certain Cisco Webex Meetings Audio services and related offerings may become restricted.

While Cisco Webex routinely monitors applicable telecommunications law and regulations in an attempt to readily adapt to changing legal environments, Cisco Webex reserves the right to modify its Country Coverage Listing for all affected Cisco Webex Meetings Audio offerings, without notice, as necessary to meet all country legal requirements.

Currently, the Cisco Webex Meetings Audio services may be affected under these circumstances are:

- 59 Toll Dial-in coverage included in the meeting offer
- Committed Monthly Spend Audio Offer
    ◦ Bridge country toll-free call-in rates
    ◦ Bridge country call back (call me) rates
    ◦ Global toll-free call-in rates
    ◦ Global premium toll call-in rates
    ◦ Global callback/call-me rates
- Uncommitted (Pay-as-you-go) Audio Offer
    ◦ Bridge country toll-free call-in rates
    ◦ Bridge country call back (call me) rates
    ◦ Global toll-free call-in rates
    ◦ Global premium toll call-in rates
    ◦ Global callback/call-me rates
- Flat Rate Audio Offer
    ◦ Bridge country (US, UK or Singapore) unlimited call back
    ◦ Australia unlimited call back
    ◦ Global unlimited call back
- Integrated VoIP

**Bridge country audio** is defined based on the customer's provisioned Cisco Webex site locale, which is normally based on the customer's billing address and timezone. There are three Cisco Webex Meetings Audio bridge countries: United States, United Kingdom, and Singapore. Cisco Webex Meetings Audio services are provided and billed at the bridge country rates for each of these countries as follows:

- **United States:** For customers that are provisioned in the United States, bridge country services and rates apply to U.S. toll-free dial-in and to the United States and Canada for callback.
- **United Kingdom:** For customers that are provisioned in the United Kingdom, bridge country services and rates apply to U.K. toll-free dial-in and to the U.K. for callback.
- **Singapore:** For customers that are provisioned in Singapore, bridge country services and rates apply to Singapore toll-free dial-in, to U.S. toll-free dial-in, and to Singapore for callback.

Flat Rate Bridge Country Call Back audio services that are marked with a hash (#) denote that callback coverage is available only for the provisioned bridge country, which is ONE of the following: the United States and Canada, or the United Kingdom, or Singapore.

Table 2.    Country coverage for Webex Meetings PSTN Audio. (Algeria Call back is missing in below list)

| Country | Included in Meeting | Flat Rate Audio Offers | | | Uncommitted - Committed (usage) Audio Offers | | |
|---|---|---|---|---|---|---|---|
| | Toll Dial-In | Bridge Country Call Back | Australia Call Back | Global Call Back | Premium Toll | Call Back | Toll Free |
| Afghanistan | | | | | | X | |
| Albania | | | | X | | X | |
| American Samoa | | | | | | X | |
| Andorra | | | | | | X | |
| Angola | | | | | | X | |
| Anguilla | | | | | | X | |
| Antigua (including Barbuda) | | | | | | X | |
| Argentina | X | | | X | | X | X |
| Armenia | | | | | | X | |
| Aruba | | | | | | X | |
| Australia | X | | X | X | | X | X |
| Austria | X | | | X | | X | X |
| Azerbaijan | | | | | | X | |
| Bahamas | | | | | | X | X |
| Bahrain | | | | | | X | X |

|  | Included in Meeting | Flat Rate Audio Offers | | | Uncommitted - Committed (usage) Audio Offers | | |
|---|---|---|---|---|---|---|---|
| Country | Toll Dial-In | Bridge Country Call Back | Australia Call Back | Global Call Back | Premium Toll | Call Back | Toll Free |
| Bangladesh |  |  |  | X |  | X |  |
| Barbados |  |  |  |  |  | X |  |
| Belarus |  |  |  |  |  | X | X |
| Belgium | X |  |  | X |  | X | X |
| Belize |  |  |  |  |  | X | X |
| Benin |  |  |  |  |  | X |  |
| Bermuda |  |  |  | X |  | X |  |
| Bhutan |  |  |  |  |  | X |  |
| Bolivia |  |  |  |  |  | X |  |
| BOSNIA AND HERZEGOVINA |  |  |  |  |  | X |  |
| Botswana |  |  |  |  |  | X | X |
| Brazil | X |  |  | X |  | X | X |
| British Virgin Islands |  |  |  | X |  | X |  |
| Brunei |  |  |  |  |  | X | X |
| Bulgaria | X |  |  |  |  | X | X |
| Burkina Faso |  |  |  |  |  | X |  |
| Burundi |  |  |  |  |  | X |  |
| Cambodia |  |  |  |  |  | X |  |
| Cameroon |  |  |  |  |  | X |  |
| Canada | X | X# |  | X |  | X | X |
| Cape Verde Islands |  |  |  |  |  | X |  |
| Cayman Islands |  |  |  |  |  | X |  |
| Central African Republic |  |  |  |  |  | X |  |
| CHAD |  |  |  |  |  | X |  |
| Chile | X |  |  | X |  | X | X |
| China |  |  |  | X | X | X | X |
| Colombia | X |  |  | X |  | X | X |

© 2020 Cisco and/or its affiliates. All rights reserved.

| Country | Included in Meeting | Flat Rate Audio Offers | | | Uncommitted - Committed (usage) Audio Offers | | |
|---|---|---|---|---|---|---|---|
| | Toll Dial-In | Bridge Country Call Back | Australia Call Back | Global Call Back | Premium Toll | Call Back | Toll Free |
| Comoros | | | | | | X | |
| Congo, Democratic Republic of the Congo | | | | | | X | |
| Congo, Republic of the Congo | | | | | | X | |
| Costa Rica | X | | | X | | X | X |
| Croatia | X | | | X | | X | X |
| Cyprus | X | | | X | | X | X |
| Czech Republic | X | | | X | | X | X |
| Denmark | X | | | X | | X | X |
| Djibouti | | | | | | X | |
| Dominica | | | | | | X | |
| Dominican Republic | X | | | X | | X | X |
| Ecuador | | | | | | X | X |
| Egypt | | | | | | X | X |
| El Salvador | X | | | | | X | |
| Equatorial Guinea | | | | | | X | |
| Eritrea | | | | | | X | |
| Estonia | X | | | X | | X | X |
| Ethiopia | | | | | | X | |
| Faroe Islands | | | | | | X | |
| FIJI | | | | | | X | |
| Finland | X | | | X | | X | X |
| France | X | | | X | | X | X |
| French Depts. (Indian Ocean) | | | | | | X | |
| French Guiana | | | | | | X | |
| French Polynesia | | | | | | X | |
| Gabon | | | | | | X | |

© 2020 Cisco and/or its affiliates. All rights reserved.

|  | Included in Meeting | Flat Rate Audio Offers | | | Uncommitted - Committed (usage) Audio Offers | | |
|---|---|---|---|---|---|---|---|
| Country | Toll Dial-In | Bridge Country Call Back | Australia Call Back | Global Call Back | Premium Toll | Call Back | Toll Free |
| Gambia |  |  |  |  |  | X |  |
| Georgia | X |  |  | X |  | X |  |
| Germany | X |  |  | X |  | X | X |
| Ghana |  |  |  |  |  | X |  |
| Gibraltar |  |  |  |  |  | X |  |
| Greece | X |  |  | X |  | X | X |
| Grenada |  |  |  |  |  | X |  |
| Guadeloupe |  |  |  |  |  | X |  |
| Guatemala |  |  |  |  |  | X |  |
| Guinea |  |  |  |  |  | X |  |
| Guinea-Bissau |  |  |  |  |  | X |  |
| Guyana |  |  |  |  |  | X |  |
| Haiti |  |  |  |  |  | X |  |
| Honduras |  |  |  |  |  | X | X |
| Hong Kong | X |  |  | X |  | X | X |
| Hungary | X |  |  | X |  | X | X |
| Iceland |  |  |  | X |  | X | X |
| India | X |  |  | X |  | X | X |
| Indonesia |  |  |  | X | X | X | X |
| Iran |  |  |  |  |  | X |  |
| Iraq |  |  |  | X |  | X |  |
| Ireland | X |  |  | X |  | X | X |
| Israel | X |  |  | X |  | X | X |
| Italy | X |  |  | X |  | X | X |
| Ivory Coast |  |  |  |  |  | X |  |
| Jamaica |  |  |  |  |  | X |  |
| Japan | X |  |  | X |  | X | X |
| Jordan |  |  |  | X |  | X | X |

|  | Included in Meeting | Flat Rate Audio Offers | | | Uncommitted - Committed (usage) Audio Offers | | |
|---|---|---|---|---|---|---|---|
| Country | Toll Dial-In | Bridge Country Call Back | Australia Call Back | Global Call Back | Premium Toll | Call Back | Toll Free |
| Kazakhstan |  |  |  | X |  | X |  |
| Kenya |  |  |  |  | X | X | X |
| Kuwait |  |  |  |  |  | X |  |
| Kyrgyzstan |  |  |  |  |  | X |  |
| Laos |  |  |  |  |  | X |  |
| Latvia | X |  |  | X |  | X | X |
| Lesotho |  |  |  |  |  | X |  |
| Liberia |  |  |  |  |  | X |  |
| Libya |  |  |  |  |  | X |  |
| Liechtenstein |  |  |  |  |  | X |  |
| Lithuania | X |  |  | X |  | X | X |
| Luxembourg | X |  |  | X |  | X | X |
| Macao |  |  |  |  |  | X |  |
| Macedonia |  |  |  |  |  | X |  |
| Malawi |  |  |  |  |  | X |  |
| Malaysia | X |  |  | X |  | X | X |
| Maldives |  |  |  |  |  | X |  |
| Mali |  |  |  |  |  | X |  |
| Malta | X |  |  |  |  | X | X |
| Marshall Islands |  |  |  |  |  | X |  |
| Mauritania |  |  |  |  |  | X |  |
| Mauritius |  |  |  |  |  | X |  |
| Mayotte Island |  |  |  |  |  | X |  |
| Mexico | X |  |  | X |  | X | X |
| Micronesia |  |  |  |  |  | X |  |
| Moldova |  |  |  | X |  | X | X |
| Monaco |  |  |  |  |  | X | X |
| Mongolia |  |  |  |  |  | X |  |

© 2020 Cisco and/or its affiliates. All rights reserved.

|  | Included in Meeting | Flat Rate Audio Offers | | | Uncommitted - Committed (usage) Audio Offers | | |
|---|---|---|---|---|---|---|---|
| Country | Toll Dial-In | Bridge Country Call Back | Australia Call Back | Global Call Back | Premium Toll | Call Back | Toll Free |
| Montserrat |  |  |  |  |  | X |  |
| Morocco |  |  |  |  |  | X |  |
| Mozambique |  |  |  |  |  | X |  |
| Myanmar |  |  |  |  |  | X |  |
| Namibia |  |  |  |  |  | X |  |
| Nepal |  |  |  |  |  | X |  |
| Netherlands | X |  |  | X |  | X | X |
| Netherlands Antilles |  |  |  |  |  | X |  |
| New Caledonia |  |  |  |  |  | X |  |
| New Zealand | X |  |  | X |  | X | X |
| Nicaragua |  |  |  |  |  | X |  |
| Niger |  |  |  |  |  | X |  |
| Nigeria |  |  |  |  |  | X |  |
| Norfolk Island |  |  |  |  |  | X |  |
| Northern Mariana Islands |  |  |  |  |  | X |  |
| Norway | X |  |  | X |  | X | X |
| Oman |  |  |  |  |  | X | X |
| Pakistan |  |  |  | X | X | X |  |
| Palau |  |  |  |  |  | X |  |
| Panama | X |  |  | X |  | X | X |
| Papua New Guinea |  |  |  |  |  | X |  |
| Paraguay |  |  |  | X |  | X | X |
| Peru | X |  |  | X |  | X | X |
| Philippines |  |  |  |  | X | X | X |
| Poland | X |  |  | X |  | X | X |
| Portugal | X |  |  | X |  | X | X |
| Puerto Rico | X |  |  |  |  | X | X |

© 2020 Cisco and/or its affiliates. All rights reserved.

|  | Included in Meeting | Flat Rate Audio Offers | | | Uncommitted - Committed (usage) Audio Offers | | |
|---|---|---|---|---|---|---|---|
| Country | Toll Dial-In | Bridge Country Call Back | Australia Call Back | Global Call Back | Premium Toll | Call Back | Toll Free |
| Qatar |  |  |  |  |  | X | X |
| Romania | X |  |  | X |  | X | X |
| Russia | X |  |  | X |  | X | X |
| Rwanda |  |  |  |  |  | X |  |
| San Marino |  |  |  |  |  | X |  |
| Saudi Arabia |  |  |  |  |  | X | X |
| Senegal |  |  |  |  |  | X |  |
| Serbia |  |  |  |  |  | X | X |
| Seychelles Islands |  |  |  |  |  | X |  |
| Singapore | X | X# |  | X |  | X | X |
| Slovakia | X |  |  | X |  | X | X |
| Slovenia | X |  |  | X |  | X | X |
| South Africa | X |  |  | X |  | X | X |
| South Korea | X |  |  | X |  | X | X |
| Spain | X |  |  | X |  | X | X |
| Sri Lanka |  |  |  |  | X | X |  |
| St. Kitts and Nevis |  |  |  |  |  | X |  |
| St. Lucia |  |  |  |  |  | X |  |
| St. Pierre and Miquelon |  |  |  |  |  | X |  |
| St. Vincent |  |  |  |  |  | X |  |
| Sudan |  |  |  |  |  | X |  |
| Suriname |  |  |  |  |  | X |  |
| Swaziland |  |  |  |  |  | X |  |
| Sweden | X |  |  | X |  | X | X |
| Switzerland | X |  |  | X |  | X | X |
| Syria |  |  |  |  |  | X |  |
| Taiwan | X |  |  | X |  | X | X |
| Tajikistan |  |  |  |  |  | X |  |

|  | Included in Meeting | Flat Rate Audio Offers | | | Uncommitted - Committed (usage) Audio Offers | | |
|---|---|---|---|---|---|---|---|
| Country | Toll Dial-In | Bridge Country Call Back | Australia Call Back | Global Call Back | Premium Toll | Call Back | Toll Free |
| Tanzania |  |  |  |  |  | X |  |
| Thailand | X |  |  | X |  | X | X |
| Trinidad and Tobago |  |  |  |  |  | X | X |
| Tunisia |  |  |  |  |  | X |  |
| Turkey | X |  |  | X |  | X | X |
| Turkmenistan |  |  |  |  |  | X |  |
| Turks and Caicos |  |  |  |  |  | X | X |
| Uganda |  |  |  |  |  | X |  |
| Ukraine | X |  |  |  |  | X | X |
| United Arab Emirates |  |  |  |  |  | X | X |
| United Kingdom | X | X# |  | X |  | X | X |
| United States | X | X# |  | X |  | X | X |
| Uruguay |  |  |  |  |  | X | X |
| U.S. Virgin Islands |  |  |  | X |  | X |  |
| Uzbekistan |  |  |  | X |  | X |  |
| Vanuatu |  |  |  |  |  | X |  |
| Vatican City |  |  |  |  |  | X |  |
| Venezuela |  |  |  | X |  | X | X |
| Vietnam |  |  |  | X | X | X | X |
| Western Samoa |  |  |  |  |  | X |  |
| Zambia |  |  |  |  |  | X |  |
| Zimbabwe |  |  |  |  |  | X |  |

This table applies to Cisco Webex Meetings PSTN Audio service available on the Cisco Collaboration Flex Plan sold through the A-FLEX Annuity billing platform, with availability in August 2019.

# Pricing inquiries

Please contact your Cisco reseller or Cisco account team representative for pricing.

## For more information

For more information about Cisco Webex product offerings, please visit https://www.webex.com/.

## Cisco Capital

**Flexible payment solutions to help you achieve your objectives**

Cisco Capital makes it easier to get the right technology to achieve your objectives, enable business transformation and help you stay competitive. We can help you reduce the total cost of ownership, conserve capital, and accelerate growth. In more than 100 countries, our flexible payment solutions can help you acquire hardware, software, services and complementary third-party equipment in easy, predictable payments. Learn more.

Americas Headquarters
Cisco Systems, Inc.
San Jose, CA

Asia Pacific Headquarters
Cisco Systems (USA) Pte. Ltd.
Singapore

Europe Headquarters
Cisco Systems International BV Amsterdam,
The Netherlands

Cisco has more than 200 offices worldwide. Addresses, phone numbers, and fax numbers are listed on the Cisco Website at https://www.cisco.com/go/offices.

Cisco and the Cisco logo are trademarks or registered trademarks of Cisco and/or its affiliates in the U.S. and other countries. To view a list of Cisco trademarks, go to this URL: https://www.cisco.com/go/trademarks. Third-party trademarks mentioned are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company. (1110R)

Printed in USA    C78-692109-14  11/20

© 2020 Cisco and/or its affiliates. All rights reserved.