# EXHIBIT 19



# 5 reasons more companies choose **Webex**



## Work smarter with **Webex**

Your employees, customers, and partners need the ability to connect and collaborate, at any time, from any location—across time zones or simply across the table.

And those workplaces are expanding faster than ever, powered by mobile and cloud usage that makes virtual meetings essential. With secure, smart, and scalable voice, video, and content sharing, real-time collaboration can happen anywhere.

Staying connected can lead to improved productivity and faster decision making, as well as better customer service. But only if the technology offers a seamless experience and is intuitive enough to drive user adoption.

### While the need for better meetings is universal, not all meeting services are the same.

Choosing the wrong tool could actually decrease productivity by wasting valuable meeting time troubleshooting the technology, or by providing a negative experience that will deter users from embracing the service. This is especially true in situations where poor meeting quality could impact company perceptions and image.

The Cisco Webex conferencing solution makes working together what it should be: easy and intuitive.

Teams can work faster, smarter, and more effectively than ever, while providing the peace of mind that solution administrators want.

2     Message | Call | Meet | Whiteboard | Files | Tasks | Webex Meetings | Webex Teams | Webex Devices



# 5 reasons not all collaboration solutions are created equal

## ① The trusted leader

200 million professionals aren't wrong. There are a lot of conferencing solutions out there.

There's only one Webex.

**No one knows collaboration better than Cisco, a long-time leader in business communication technology such as:**

- Web conferencing
- Video conferencing
- Omnichannel customer care
- Team collaboration
- Unified communications

**Intuitive technology and award-winning design deliver best-in-class service:**

- 500+ million meetings hosted annually
- 125+ billion global meeting minutes recorded annually
- 48+ billion messages sent annually
- 1.7+ million collaboration devices deployed
- 23 Red Dot Design Awards



of Fortune 500 companies use video-enabled Cisco collaboration solutions.[1]



market share in web conferencing[2]

More companies trust Webex over all other conferencing solutions combined.



3   Message | Call | Meet | Whiteboard | Files | Tasks | Webex Meetings | Webex Teams | Webex Devices



## 2  Ease of use

### Intuitive meetings are more productive—and more utilized.

Complicated or unreliable technology can waste valuable meeting time while participants troubleshoot problems. Not only does this affect productivity, it also becomes a barrier for solution adoption. One bad experience is enough to prevent people from using the tool again.

The Cisco Webex® conferencing solution brings together audio, video, content sharing, and digital whiteboarding to deliver exceptional experiences that make meetings easy—even for first-time users. Webex® delivers the right features and a seamless user experience across devices so teams can get right down to business without technology speed bumps.



### Webex combines a solid conferencing foundation with innovative features to provide exceptional experiences in the office, at home, and on the road.

**Easy-to-join meetings:** Join from your desktop, browser, video, or mobile device—no downloads or plug-ins required. You can also join from a variety of different applications, including Google Calendar, Slack, Microsoft Teams, and many other popular productivity and collaboration tools. Easier-to-join experiences mean that meetings get started on time.

**Easy-to-schedule meetings:** By adding @webex and @meet to the location field of the invite, the join information is automatically populated so it's easy to schedule, even on the road—no downloads or plug-ins needed.

**Work smarter with Webex:** Webex People Insights provides profiles on meeting participants and their companies during your Webex Meetings and Webex Teams™ meetings. This gives you information to better understand and relate to your colleagues, partners, clients, and prospects. Webex recordings are automatically transcribed and are searchable by keywords. Transcripts are also helpful for meeting participants who are hearing impaired.

**Fewer distractions during meetings:** Powerful background noise detection technology automatically detects and mutes common sounds such as loud tapping or typing.

**Exceptional mobile experiences:** Join from any device, even your Apple Watch or Android wearable device. You can easily view and share content and participate in 720p two-way video. And mobile scheduling is easy.

**Personalized meetings:** With a virtual personal meeting room for each user, complete with customizable address, you can meet instantly, schedule ahead, or leave your room open for drop-ins. Or lock the room to keep meetings confidential, preview who is in your virtual lobby, and easily admit them when you're ready. You can even customize your room and lobby through an avatar, pictures, and a desk


Case 6:21-cv-00757-ADA   Document 56-9   Filed 12/01/22   Page 6 of 8

## 3. Video conferencing quality

### Video quality makes a lasting impression.

The way a business presents itself—in person, over the phone, online, or via video conference—conveys a lot about who it is. A poor experience can impact customer satisfaction and loyalty, as well as a company's perception in the marketplace. So while lower-end conferencing services can be appealing, it's important to consider the business risks.

Solution quality and reliability are quickly becoming business critical, and every video conferencing experience needs a strong infrastructure. Only Cisco offers a global architecture. Some providers only support a specific country or region, which affects the video and meeting quality for remote team members. Others only support certain video devices, restricting who can join or how they can participate.

### Cisco Webex offers industry-leading, high-definition, reliable video with:

**The highest-quality video experience:** Seamless, crisp video experiences for up to 1000 concurrent participants

**A global meeting network:** The Webex solution has a global architecture and network purpose-built for meetings to ensure speed and performance. With data centers located throughout the world, team members join using the Webex data center closest to them. The benefit? High-quality video meetings without delays—no matter where participants are located

**Video conferencing included:** Webex video conferencing is included with Cisco Webex at no additional cost. It connects your video devices to Webex Meetings for an exceptional meeting experience

**Easy integration and usage:** Webex plays nice with others. Everyone's welcome to join from a browser or their own mobile or video device, at no extra cost. This includes award-winning Cisco® video desk and room devices, third-party video devices, and even Microsoft Skype for Business

**The industry's broadest device portfolio:** Cisco provides the most intelligent and advanced video collaboration devices, from the desk and huddle spaces to the meeting room and boardroom, with software to optimize and simplify the experience for every participant. Cognitive collaboration capabilities such as Webex Assistant, facial recognition, speaker tracking, and autoframing provide a seamless, high-quality experience in every space that removes the friction from the collaboration

  

**57%** of low-growth businesses **65%** of average-growth businesses **75%** of higher-growth businesses

use video-enabled collaboration solutions.[3]

### Meet Cisco Webex Devices: Improve collaboration with intelligent endpoints designed for every use case.

Cisco's broad range of collaboration endpoints are designed to provide the highest-quality conferencing and collaboration experience in any space, delivering a virtual meeting experience that rivals in-person collaboration. With advanced analytics and simple management, you can scale and optimize any facility.

Meet | Call | Share Content | Co-Create | Ideate | Annotate

### Cognitive collaboration capabilities

Webex Assistant | Facial Recognition | Noise Detection and Suppression | Speaker Tracking | People Count
5   Message | Call | Meet | Whiteboard | Files | Tasks | Webex Meetings | Webex Teams | Webex Devices





## Meet Cisco **Webex** Teams: Move work forward with intuitive team collaboration.

As part of a comprehensive cloud collaboration services platform, Cisco Webex Teams provides a complete set of tools that enable you to securely connect anytime, anywhere, and on any device. Webex Teams enhances the benefits of Webex Meetings so you can keep the conversation going before, during, and after the meeting to stay engaged and continue to innovate.

## 4 Flexibility and scalability

### Get flexible options that scale and expand as conferencing needs evolve.

If you're like most organizations, you've probably felt the frustration of managing multiple vendors for various conferencing needs

### Webex integrates with your existing tools and devices to accommodate all meeting types and sizes, including:

**Meetings for up to 1000 attendees:** Cisco Webex Meetings lets you host meetings with anyone, on any device, with integrated audio, video, and content sharing  At no additional charge, you can use Cisco Webex Teams collaboration as a secure virtual space to create, share, and get work done, all in one easy-to-use app  It combines meetings with messaging, calling, file sharing, and whiteboarding to help teams keep the momentum going before, during, and after the meeting

**Online events for as many as 3000 attendees:** Cisco Webex Events helps you plan and host events with customers, partners, or employees  Engage and poll the audience, follow up, and measure event success so you can more effectively host future meetings or better market products and services to a broader audience

**Webcasts to 100,000 participants:** Cisco Webex Webcasting offers similar benefits to Cisco Webex Events, but as a scalable video-streaming solution designed for very large audiences  This service includes white-glove Assist Services production to ensure that your event is risk-free and delivers a flawless experience

**Training sessions with up to seven breakout sessions:** Cisco Webex Training broadens the reach and effectiveness of your corporate and online education  Easily deliver live instruction to anyone, anywhere, in an interactive learning environment that lets you better manage audience participation and extend your e-learning programs without adding staff or budget

**Real-time remote support for staff and customers:** Cisco Webex Support enables support representatives to address questions, perform fast fixes, access remote computers, upgrade software, and provide service to internal and external clients anytime

Message | Call | Meet | Whiteboard | Files | Tasks | Webex Meetings | Webex Teams | Webex Devices          6





## 5 Unparalleled security

### Secure communication is critical, and no one knows security better than Cisco.

For today's organizations and their users, security is a top priority. Conferencing services must provide multiple layers of security—from scheduling and participant authentication to content sharing. As a leader in both collaboration services and network security, we don't take this lightly.

The Cisco Webex Cloud is a global, enterprise-scale network designed specifically for highly secure delivery of on-demand applications. It offers a scalable architecture, consistent availability, and multilayer tenant security, validated by rigorous independent audits.

### Cisco offers today's industry-leading technology while continuing to innovate for the future.

Click here to see how Cisco Webex stacks up

### Contact Cisco to learn more about the full Cisco Webex portfolio.

Contact Cisco

Teams can work together with the tools they need and the support they want—securely.

---

1. *IDC MarketScape: Worldwide Enterprise Videoconferencing Equipment 2016 Vendor Assessment*, IDC, June 2016.
2. *The Cisco Webex Node for the Cisco ASR 1000 Series Delivers the Best Aspects of On-Premises and On-Demand Web Conferencing*, Cisco, Sept. 28, 2015.
3. *Video-Enabled Collaboration and Business Growth: The Winning Combination*, Techaisle, Jan. 2017.

© 2019 Cisco and/or its affiliates. All rights reserved. Cisco, the Cisco logo, Cisco Webex, Cisco Webex Teams, Webex, and Webex Teams are trademarks or registered trademarks of Cisco and/or its affiliates in the U.S. and other countries. To view a list of Cisco trademarks, see the Trademarks page on the Cisco website. Third-party trademarks mentioned are the property of their respective owners. The use of the word "partner" does not imply a partnership relationship between Cisco and any other company. (1910R)

7