**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **PALTALK HOLDINGS, INC.,** | § § § § | |
| Plaintiff | § § | |
| vs. | § § | No. 6:21-cv-00757-ADA |
| **CISCO SYSTEMS, INC.,** | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

**ORDER GRANTING DEFENDANT CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE PORTIONS OF EXPERT TESTIMONY BY MR. WALTER BRATIC AND DR. SCOTT SCHAEFER**

Before the Court is the Defendant Cisco Systems, Inc.'s ("Cisco's") Motion to Exclude Portions of Expert Testimony by Mr. Walter Bratic and Dr. Scott Schaefer. The Court GRANTS this Motion and ORDERS to exclude as unreliable and impermissible under *Daubert* and progeny the opinions offered by Paltalk's experts, found in Ex. 1 (Bratic Report) ¶¶ 9, 25, 36, 39, 102–03, 106, 135–36, 141–67; Ex. 2 (Schaefer Report) ¶¶ 17–18, 209–41, including any argument or testimony related thereto at trial.

SO ORDERED.

SIGNED on this _____ day of _____, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE