# EXHIBIT 2

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TEXAS
 2        WACO DIVISION
 3        -------------------------------X
 4        PALTALK HOLDINGS, INC.,
 5                    Plaintiff,
              vs.
 6
          CISCO SYSTEMS, INC.,
 7
                    Defendant.
 8
          Case No. 6:21-cv-00757-ADA
 9
          -------------------------------X
10
11
12             VIDEOTAPED DEPOSITION OF
13                PALTALK HOLDINGS, INC.
14                       BY
15                   JASON KATZ
16          Wednesday, September 14, 2022
17               Conducted Remotely
18
19
20
21
22
23        REPORTED BY:
24        Christina Diaz, CRC, CRR, RMR, CSR, CLR
25        Job Number:  5415520
```

Page 1

1   Q. And how much money did Microsoft
2   ultimately pay for the license to Paltalk's
3   entire portfolio?
4   A. I believe it was $15 million, but
5   I am quite sure it says so in the
6   agreement.
7   Q. And I will direct your attention
8   to Section 5, if that refreshes your
9   recollection?
10  A. Yes. $15 million.
11  Q. Microsoft paid $15 million for a
12  fully paid-up license for itself and its
13  customers using Microsoft products to the
14  Paltalk portfolio, correct?
15  A. Correct.
16  Q. Obviously, since the '858 is in
17  the Paltalk portfolio, that would include
18  the '858 patent?
19  A. I believe it would.
20  Q. Prior to executing this license
21  agreement, did Paltalk investigate whether
22  Microsoft had any products or services that
23  infringed the '858 patent?
24       MS. MAGEE: I will object as
25  privileged as to attorney-client

Page 154

1   privilege and also work product.
2       Mr. Katz, if you can answer the
3       question without getting into those,
4       you can.
5   A. I don't recall having done that.
6   BY MS. PIEPMEIER:
7   Q. And do you have any
8   non-privileged basis for how that $15
9   million was arrived at as an amount
10  covering the Paltalk portfolio?
11  A. Again, my recollection of it is
12  that through the couple of years that we
13  were litigating with Microsoft, that it
14  took getting to trial and me testifying for
15  them to settle for what was, for us, a
16  sizeable amount of money. Clearly not the
17  $90 million of infringement, but it was the
18  judgment of the board and myself to accept
19  that.
20  Q. Did you perform -- strike that.
21      Did Paltalk perform any
22  non-privileged valuations or analyses or
23  royalty rate analyses that support that 15
24  million number?
25  A. No. As I said, we had damages

Page 155

1   experts in the litigation that performed
2   all of the analysis, and that's where the
3   $90 million came from.
4   Q. And you mentioned a moment ago, I
5   believe, that it took getting to trial and
6   getting you on the stand for Microsoft to
7   agree to settle.
8       Did I sort of summarize that
9   correctly?
10  A. Yes. That's right.
11  Q. Is there something about your
12  testimony in particular that you believe
13  caused Microsoft to settle?
14  A. My sense is it was David and
15  Goliath. We are a small company. I am
16  sure Microsoft gets sued a lot, and they
17  were dismissive all the way until we got to
18  trial, and I believe then, and I believe
19  now they were infringing those patents.
20  Q. And, at this point, you don't
21  know whether Microsoft is offering
22  technology that practices the '858 patent
23  that it's licensed to?
24  A. I don't know.
25  Q. And, to your knowledge, if

Page 156

1   Microsoft is doing that, they do not have
2   an obligation to mark with the '858 patent,
3   correct?
4   A. I am no expert in any of this, so
5   I can't tell you whether they would have an
6   obligation or not.
7   Q. You did not include in the
8   settlement agreement an obligation that
9   Microsoft mark any of its products or
10  services with any of the products or
11  services it's selling that practice those
12  patents, correct?
13  A. I don't recall that, and I don't
14  see it in the agreement. If you do, then
15  you can point me to it, and I can review
16  it. But I don't recall that.
17  Q. I know you said you didn't have
18  -- strike that.
19      I know you said Paltalk didn't
20  have any specific licensing policies but
21  having reviewed a few of these agreements,
22  is it fair to say that the lump sum payment
23  structure contained in this agreement is
24  consistent with the way Paltalk has
25  normally engaged in patent licensing?

Page 157

40 (Pages 154 - 157)

```
 1      A.  Well, I believe there is this
 2  agreement and Sony and Activision.  And, in
 3  each of those, I believe it was the same
 4  lump sum payment and the license to the
 5  entire portfolio.
 6      Q.  As I scroll through this
 7  document, I see that the version that was
 8  produced to us is executed by Microsoft,
 9  and that's on page -- it's numbered page
10  10, PT 988.
11          Do you see that?
12      A.  Yes.
13      Q.  I don't see a Paltalk signature.
14  Did Paltalk execute this?
15      A.  For sure.
16      Q.  Did you execute this on behalf of
17  Paltalk Holdings?
18      A.  For sure.
19      Q.  Somewhere do you have an executed
20  version?
21      A.  You know, I looked for it and
22  diligently.  What I think happened was it
23  was probably a separate signature page that
24  was circulated, and I cannot locate it.  I
25  haven't been able to locate it.
                                       Page 158
```

```
 1      Q.  You are pretty sure that
 2  Microsoft paid you, though, under the
 3  agreement?
 4      A.  Oh, I am positive they paid, and
 5  I am positive I signed.
 6      Q.  Okay.  Let us turn, then, to the
 7  Sony Activision litigation that you
 8  mentioned.
 9          Paltalk Holdings sued Sony
10  Activision, et cetera, in 2009.
11          Is that correct?
12      A.  Correct.
13      Q.  Without discussing any
14  communications with counsel or revealing
15  them, what is Paltalk's understanding of
16  the technology that was infringing the '523
17  and '686 patents in Paltalk's view?
18          MS. MAGEE:  I will object as to
19      privilege and work product.
20          But, Mr. Katz, if you have an
21      understanding beyond that, you can
22      answer.
23      A.  Honestly, enormously -- same two
24  patents enormously similar to Microsoft.
25  It was PlayStation.  It was Sony's
                                       Page 159
```

```
 1  platform, and "Call of Duty" was the game
 2  that Activision produced, and the behavior
 3  was the same.  It was the same ability to
 4  play a game with people remote on the
 5  internet where the view of the game and all
 6  the actions had to be maintained in a way
 7  that allowed people to play, and that's
 8  what the patents covered -- is my
 9  understanding.
10          MS. PIEPMEIER:  Let's please mark
11      Tab 20 as the next exhibit.
12          VERITEXT CONCIERGE:  Which
13      number, Counsel?
14          MS. PIEPMEIER:  20.  2-0.
15      Tab 20.
16          VERITEXT CONCIERGE:  Okay.
17      Thanks.
18          (Katz Exhibit 16, License and
19      Settlement Agreement, bearing
20      Production Nos. PT 993 through 1011,
21      was marked for identification)
22          VERITEXT CONCIERGE:  Exhibit 16
23      is marked.
24  BY MS. PIEPMEIER:
25      Q.  Okay.  Are you able to see
                                       Page 160
```

```
 1  Exhibit 16?
 2      A.  Yes.
 3      Q.  And, for the record, this bears
 4  Bates number -- starts with Bates number PT
 5  993, right?
 6      A.  Right.
 7      Q.  This is the October 13, 2011,
 8  settlement agreement between the Sony
 9  entities and Paltalk Holdings, right?
10      A.  Correct.
11      Q.  And the technology that was
12  accused here -- and for that matter, in the
13  Microsoft matter -- had nothing to do with
14  audio conferencing, correct?
15      A.  You know, I don't -- I vaguely
16  recall the ability to talk while you were
17  playing the game with the headset.  I don't
18  recall specifically, though, whether that
19  was involved or not or it was just how the
20  game was rendered for the players.
21      Q.  Okay.  And the license agreement
22  that we are looking at, again, covers not
23  just the two asserted patents -- the '523
24  and the '686 -- but, in fact, the portfolio
25  that Paltalk Holdings has, which includes
                                       Page 161
```

```
 1   the asserted '858, correct?
 2       A.  Correct.
 3       Q.  And what was the stage of this
 4   litigation when the matter was resolved?
 5       A.  From memory, it was about two
 6   weeks before trial.
 7       Q.  Okay.  And did you give a
 8   deposition in this case?
 9       A.  Yes.
10       Q.  How many days of deposition?
11       A.  At least one, maybe two.  I don't
12   recall exactly.
13           MS. PIEPMEIER:  Okay.  And again,
14       Counsel, we would ask that those
15       transcripts be produced immediately.
16   BY MS. PIEPMEIER:
17       Q.  And feel free to scroll through
18   this document, if you need to refresh your
19   recollection, but what was the amount that
20   Sony Activision paid for the license?
21       A.  $7.5 million.
22       Q.  And do you recall what amount
23   Paltalk was asking for in damages?  I
24   realize the case didn't get to trial, but I
25   assume there was a damages ask.
                                       Page 162
```

```
 1       A.  Right.  I don't recall.
 2       Q.  It was asking some amount more
 3   than 7.5 million, I would assume.
 4       A.  I would assume.
 5       Q.  I will ask the same questions as
 6   before.  I understand you may not know, and
 7   that's fine.  But did Paltalk undertake any
 8   kind of royalty rate or other analysis in
 9   coming to the $7.5 million number?
10       A.  Again, everything that Paltalk
11   did was in communication with its lawyers
12   and experts, so we didn't independently do
13   anything.
14       Q.  And you don't remember whether
15   anything was done -- strike that.
16           You don't recall whether anyone
17   on behalf of Paltalk, lawyers or not, did a
18   royalty rate analysis that is reflected in
19   the settlement agreement?
20       A.  I would expect the damages
21   experts definitely looked at that, but, as
22   you pointed out, I am sure the number was
23   much higher than this as in the Microsoft
24   case.
25       Q.  Okay.  And so Sony paid Paltalk
                                       Page 163
```

```
 1   Holdings 7.5 million for a license to
 2   Paltalk Holdings portfolio for Sony and its
 3   customers using Sony's products in 2011,
 4   correct?
 5       A.  Correct.
 6       Q.  And sitting here today, you do
 7   not know what products Sony may offer that
 8   practice the '858 patent?
 9       A.  I don't.
10       Q.  And you are not aware of any
11   obligation that Paltalk gave to Sony to
12   mark patents -- I am sorry -- products or
13   services that practice the '858 patent?
14       A.  I don't recall that term, and,
15   again, if it's in here and you could point
16   me to it, I could read it.  But I don't
17   remember that.
18           MS. PIEPMEIER:  Let's please pull
19       up Tab 22 as the next exhibit.
20           (Katz Exhibit 17, License and
21       Settlement Agreement, bearing
22       Production Nos. PT 1012 through 1028,
23       was marked for identification)
24           VERITEXT CONCIERGE:  Did you say
25       22, 2-2?
                                       Page 164
```

```
 1           MS. PIEPMEIER:  Correct.
 2           VERITEXT CONCIERGE:  Thanks.
 3       Exhibit 17 is marked.
 4   BY MS. PIEPMEIER:
 5       Q.  For the record, I will note that
 6   this is a document beginning with Bates
 7   number PT 1012 titled License and
 8   Settlement Agreement.
 9           Do you see that?
10       A.  Yes.
11       Q.  It appears to be a license and
12   settlement agreement between Paltalk
13   Holdings and Activision.
14           Do you see that?
15       A.  Yes.
16       Q.  There is no date on this
17   agreement.  Do you know when it was
18   executed or if it was executed?
19       A.  It was definitely executed.
20   Let's see at the bottom, where the
21   signatures are.  I am scrolling.  Sorry.
22       Q.  That's fine.
23       A.  September 15th, 2011.
24       Q.  I do not see a signature for
25   Paltalk Holdings.
                                       Page 165
```

42 (Pages 162 - 165)

**Page 166**

1  Q. Did you execute this agreement, in fact?
3  A. I did. Same issue. I am sure it was a signature page that I haven't been able to locate, but I definitely signed it.
6  Q. You definitely signed it, and you definitely got paid.
      Is that right?
9  A. Definitely.
10 Q. You might notice if you did not receive $22.5 million?
12 A. I would notice, yes.
13 Q. What stage of the litigation was this matter in?
      I am not sure if it was running at the same stage as Sony or if Activision was offset at all?
18 A. No. It was the same. It was two weeks before trial.
20 Q. And did you give a separate deposition for Activision than you did for Sony?
23 A. I think it was one deposition, and they both participated -- is my memory.
25    MS. PIEPMEIER: Okay. To the

**Page 167**

1  extent there was a different deposition, we would also request that that transcript be produced.
4  BY MS. PIEPMEIER:
5  Q. Now I can't remember if you described this earlier. I am sorry if I am repeating a question.
      What Activision product or service or game was accused here?
10 A. Call of Duty.
11 Q. Call of Duty?
12 A. Yes.
13 Q. And Paltalk Holdings accused Activision of infringing, again, the '523 and '686 patents, correct?
16 A. Correct.
17 Q. As the result of this resolution, Activision received a portfolio based license, a paid-up portfolio based license to Paltalk Holdings entire portfolio, which includes the '858 patent?
22 A. Correct.
23 Q. And sitting here today, you don't know whether Activision ever offered a product or service that practiced the '858

**Page 168**

1  patent?
2  A. I don't.
3  Q. Paltalk did not obligate Activision to mark any product or service with any patents of HearMe that it may be practicing, correct?
7  A. I don't remember that term in the agreement. Again, if it's there and you can show it to me, then I can refresh my memory. But I don't recall that.
11    MS. PIEPMEIER: Let us take down this exhibit. And please mark Tab 16, 1-6.
14    (Katz Exhibit 18, U.S. Patent Number 5,822,523, 39 pages, was marked for identification)
17    VERITEXT CONCIERGE: Exhibit 18 is marked.
19 BY MS. PIEPMEIER:
20 Q. For the record, what we have marked as Exhibit 18 is U.S. Patent Number 5,822,523, which issued on October 13, 1998.
      Do you see that?
25 A. I don't. Which tab is this?

**Page 169**

1  Q. Exhibit 18, which is Tab 16.
2  A. There we go. Yes. I see it.
3  Q. This is the '523 patent that Paltalk Holdings asserted against Microsoft, Sony, Activision among others, correct?
7  A. That's correct.
8  Q. And there are three listed inventors.
      Do you see that on the first page of the patent?
12 A. Yes.
13 Q. Have you ever spoken to or communicated with any of them?
15 A. I may have e-mailed with Jeff Rothschild. I don't remember. It's a long, long, long time ago. Only him. If I did anybody, it was him.
19 Q. And you wouldn't have spoken to him or, frankly, any of them in over a decade, I assume?
22 A. Oh, definitely not.
23 Q. To the extent that you did communicate with Mr. Rothschild, do you recall what it was about?

43 (Pages 166 - 169)

```
 1         INFORMATION REQUESTS
 2    INSERTED INFORMATION      - NONE -
 3    RULING                    - NONE -
 4
 5
 6    REQUESTS FOR PRODUCTION         PAGE LINE

      Deposition or trial transcripts    148  22
 7    in Microsoft case
 8    Transcripts in Sony case           162  13
 9    transcripts in Activision case     166  25
10
11
      DIRECTIONS NOT TO ANSWER        PAGE LINE
12
                        31   23
13
                       152   10
14
                       191    8
15
                       202    3
16
                       204    3
17
                       205    2
18
19
20
21
22
23
24
25
                                            Page 214
```

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3    STATE OF NEW YORK    )
 4                         ) ss.:
 5    COUNTY OF NEW YORK   )
 6
 7        I, JASON KATZ, hereby certify, that I
 8    have read the transcript of my testimony
 9    taken under oath remotely in my deposition
10    of September 14, 2022; that the transcript
11    is a true, complete and correct record of
12    what was asked, answered and said during
13    this deposition, and that the answers on the
14    record as given by me are true and correct.
15
16        _____
17              JASON KATZ
18
      SUBSCRIBED AND SWORN BEFORE ME
19    THIS _____ DAY OF _____ 2022.
20
      _____
21    Notary Public
22    My Commission Expires: _____
23
24
25
                                           Page 215
```

```
 1                  C E R T I F I C A T E
 2    STATE OF NEW YORK )
 3                      ) ss.:
 4    COUNTY OF NEW YORK)
 5        I, Christina Diaz, a Certified Realtime
 6    Captioner, Registered Merit Reporter and
 7    Certified Realtime Reporter and Notary Public
 8    within and for the State of New York, do hereby
 9    certify:
10        That JASON KATZ, the witness whose
11    deposition is hereinbefore set forth, was duly
12    remotely sworn by me and that such deposition is
13    a true record of the testimony given by such
14    witness on September 14, 2022.
15        I further certify that I am not related
16    to any of the parties to this action by blood or
17    marriage and that I am in no way interested in
18    the outcome of this matter.
19    Dated: September 19, 2022
20
21            [signature]
22
23            CHRISTINA DIAZ
              NCRA Certified Realtime Captioner
24            NCRA Certified Realtime Reporter
              NCRA Registered Merit Reporter
25            NYS Certified Shorthand Reporter
                                            Page 216
```

```
 1  SARAH E. PIEPMEIER, ESQ.
 2  spiepmeier@perkinscoie.com
 3                  SEPTEMBER 19, 2022
 4  RE: PALTALK HOLDINGS V. CISCO SYSTEMS
 5  SEPTEMBER 14, 2022, JASON KATZ, JOB NO. 5415520
 6  The above-referenced transcript has been
 7  completed by Veritext Legal Solutions and
 8  review of the transcript is being handled as follows:
 9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10     to schedule a time to review the original transcript at
11     a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13     Transcript - The witness should review the transcript and
14     make any necessary corrections on the errata pages included
15     below, notating the page and line number of the corrections.
16     The witness should then sign and date the errata and penalty
17     of perjury pages and return the completed pages to all
18     appearing counsel within the period of time determined at
19     the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21     Counsel - Original transcript to be released for signature
22     as determined at the deposition.
23  __ Signature Waived – Reading & Signature was waived at the
24     time of the deposition.
25
                                             Page 217
```