# EXHIBIT 4



# Voice over Internet Protocol (VoIP)

VoIP calls enable rich video calling, unlike traditional PSTN phone service. Try a VoIP call on Teams Phone.

Sign up for free    Sign in

## Make and receive VoIP calls with Teams Phone

Microsoft Teams Phone supports VoIP phone calls to anyone, whether they're using a landline, mobile phone, or the Teams app.

### Make VoIP calls right away

Start making VoIP calls from Teams Phone to anyone else who's using

### Flexible setup options

Make calls from Teams Phone with or without a connection to the public switched

### Make video calls

Turn on your video to talk face-to-face with one person or a group

### Keep your existing connection

If you prefer to keep using the traditional phone network, Teams

Case 6:21-cv-00757-ADA   Document 58-2   Filed 12/01/22   Page 3 of 7

Teams, no setup necessary. | telephone network. | no matter where you are. | Phone can connect through that too.

Learn how  >   Learn how  >   Learn how  >   Learn how  >

## Explore how VoIP works

VoIP converts signals from analog to digital before transmitting them over the internet. VoIP phones and devices use an app like Teams.

### Guided Tour Home

1/13

- VoIP features
- VoIP benefits



**VoIP features**

Get a quick look at some of the helpful VoIP calling features in Teams.

**Share tour**



## Read more about calling in Teams

Microsoft Teams at the highest in | Teams Phone has a three-year return on | 5 reasons to consolidate your cloud apps | How to get the most out of video conferencing

| ability to execute in UCaaS providers* | investment of over 130 percent | | |
|---|---|---|---|
| See the report  > | Read the TEI study  > | Learn about the benefits  > | Learn tips for success  > |

# See how companies are using VoIP in Teams

## Saving 80 percent on phone costs

State of Georgia employees are using Teams to take important calls anywhere,

## Equipping 500,000+ employees with an up-to-date calling solution

Accenture is adding the latest

anytime—and they're seeing significant cost savings.

[Read the full story >](#)

generation of technology for calling, meeting, chat, and collaboration.

[Read the full story >](#)





## Frequently asked questions

**Expand all** | Collapse all

> What's VoIP or Voice over Internet Protocol?

> What are the advantages of VoIP phone service?

> Why VoIP versus traditional phone service?

> Do I need software or an app to make a VoIP call?

## Learn more about Microsoft Teams



Meetings

Teams Phone

Devices

Instant messaging

Apps and workflows

Frontline workforce

Healthcare

Security and compliance

## Get started with Microsoft Teams today

Sign up for free

Download App

### Home
Learn more >

### Business
Learn more >

### Enterprise

Learn more >

## Education

Learn more >

*Gartner does not endorse any vendor, product or service depicted in its research publications, and does not advise technology users to select only those vendors with the highest ratings or other designation. Gartner research publications consist of the opinions of Gartner's research organization and should not be construed as statements of fact. Gartner disclaims all warranties, expressed or implied, with respect to this research, including any warranties of merchantability or fitness for a particular purpose.

## Follow Microsoft 365