# EXHIBIT 5

**Microsoft Teams Phone**

Sign in

Find a partner

Contact sales

See plans and pricing



# Microsoft Teams Phone

See plans and pricing

Contact sales

CISCO-PAL-00003162                                                                                                        1

| Microsoft Teams Phone | Sign in | Find a partner | Contact sales | See plans and pricing |

### Simplified communication and collaboration

No matter where you and your team are, you're connected with the only communications solution native to Teams.

Learn more >

### Enterprise-grade communication

Help administrators focus on keeping their organizations connected with a simple-to-manage experience.

Learn more >

### Mobile-first experiences

Empower employees in remote, in-office, or hybrid work environments with the flexibility of Teams Phone.

Learn more >

## Microsoft is a recognized Leader in UCaaS

Microsoft is positioned highest for "Ability to Execute" in the 2021 Gartner® Magic Quadrant™ for Unified Communications as a Service, Worldwide[*]

Learn how Microsoft helped customers achieve more efficient and effective communication, lower costs, and help IT teams save time in the Forrester study: The Total

According to new research by GigaOm, Microsoft has the highest average score for voice quality—with network and server uptime at par with competitors— and offers competitive



# Simplified, enterprise-grade calling in Microsoft Teams

## Guided Tour Home

- Basic call control
- Advanced call control
- **PSTN calling**
- Contact center
- Devices

13/24



### PSTN calling

Make phone calls using PSTN connectivity options combined with the Teams Phone system.

Share tour

## What customers say about Teams Phone

Microsoft Teams Phone

Sign in

Find a partner

Contact sales

See plans and pricing



### Elite Construction + Development

Elite Construction + Development builds success and a connected workplace with Microsoft Teams.

Read full story

### St Luke's University Health Network

St Luke's University Health Network nurtures a commitment to innovation with Microsoft tools.

Read full story

### REI Co-op

REI Co-op gets even more out of its Microsoft Teams move with Teams Phone.

Read full story

## Add your Microsoft Teams plan today



Bring your operator calling plan

### Microsoft Teams Phone Standard

## $8.00

user/month

Buy now

| Microsoft Teams Phone | Sign in | Find a partner | Contact sales | See plans and pricing |

✓ Join calls from a range of devices and seamlessly transfer calls between devices

✓ Add operator PSTN service with Operator Connect or Direct Routing

✓ Integrate mobile calling plans with Operator Connect Mobile

✓ 99.99% uptime SLA

## Microsoft Teams Phone with Calling Plan

### $15.00
user/month

Buy now

Try now →

✓ Everything included in Teams Phone Standard

✓ Phone number and PSTN service from Microsoft

✓ Inclusive of domestic calling[1]

CISCO-PAL-00003162                                          5

| Microsoft Teams Phone | Sign in | Find a partner | Contact sales | See plans and pricing |

**Includes Teams Phone Standard**

## Microsoft 365 E5

### $57.00

user/month

Contact sales

[Learn more >](#)

- ✓ Everything included in Teams Phone Standard
- ✓ Productivity apps and services
- ✓ Enterprise-grade security and compliance

## Custom pricing available

Add Teams Phone to your current Microsoft 365 E1 or E3 plan to get the calling features every organization needs. Contact Sales for custom pricing.



## See rates for where you want to call

Get a detailed list of the standard subscription and pay-per-minute rates for your agreement by country or region and by currency. Communications Credits rates are for charges that are not included in your subscription plan.²

### Step 1 *

Select country/region

Select the country or region for your organization's billing address.

### Step 2 *

Select currency

### Step 3 *

Select rate type

| Microsoft Teams Phone | Sign in | Find a partner | Contact sales | See plans and pricing |

### Get rates

Download rates

## Frequently asked questions

Expand all | Collapse all

> What is Microsoft Teams Phone?

> How does Teams Phone work?

> What is a Microsoft Teams calling plan?

> What is Direct Routing?

> What is Operator Connect?

> Can I use my existing phone numbers?

> Can I bring my own calling plan?

> What phones are supported?

CISCO-PAL-00003162                                                   8

| Microsoft Teams Phone | Sign in | Find a partner | Contact sales | See plans and pricing |

> What's included in Teams Phone with Calling Plan?

> Where is Teams Phone with Calling Plan available?

> Where can I share thoughts and ideas?

## Learn more about Microsoft Teams


Meetings


Teams Phone


Devices


Instant messaging


Apps and workflows


Frontline workforce


Healthcare


Security and compliance

## Get started with Microsoft Teams today

CISCO-PAL-00003162

9

**Microsoft Teams Phone**

Sign in  Find a partner  Contact sales  See plans and pricing

**Home**
Learn more >

**Business**
Learn more >

**Enterprise**
Learn more >

**Education**
Learn more >

\* GARTNER and Magic Quadrant are a registered trademark and service mark of Gartner, Inc. and/or its affiliates in the U.S. and internationally, and are used herein with permission. All rights reserved. Gartner does not endorse any vendor, product or service depicted in its research publications, and does not advise technology users to select only those vendors with the highest ratings or other designation. Gartner research publications consist of the opinions of Gartner's research organization and should not be construed as statements of fact. Gartner disclaims all warranties, express or implied, with respect to this research, including any warranties of merchantability or fitness for a particular purpose.
Gartner, Magic Quadrant for Unified Communications as a Service, Worldwide, by Rafael Benitez, Megan Fernandez, Daniel O'Connell, Christopher Trueman, Pankil Sheth, 18 October 2021.

\*\* The Total Economic Impact™ Of Microsoft Teams Calling Solutions, a commissioned study conducted by Forrester Consulting, February 2021.

| Microsoft Teams Phone | Sign in | Find a partner | Contact sales | See plans and pricing |
|---|---|---|---|---|

   subject to change monthly, and individual rates are not locked during the term of your agreement. Changes will be minimized where possible to avoid disruption while ensuring prices remain competitive with local market rates and conditions.

3. Download standard subscription or pay-per-minute rates. Standard subscription rates include dial-in calls to toll-free numbers, and dial-out calls. Pay-per-minute rates include dial-in calls to toll numbers, dial-in calls to toll-free numbers, and dial-out calls.

4. Availability of Audio Conferencing and calling plans varies by country and region. See supported countries and regions for more information.

5. Teams Essentials with Azure AD Identity is only available through cloud solution providers. Learn more.

Follow Microsoft 365