EXHIBIT 6

Microsoft

Teams     Products⌄

Download Teams

Sign up for free

Discover new ways to unlock business growth and learn more about how Microsoft Teams makes hybrid work, work. **Learn More** ›



# Microsoft Teams

**Make amazing things happen together at home, work, and school.**

Sign up for free

See plans and pricing

Sign in ›

## More is possible with Microsoft Teams

Stay connected and access shared content any time to learn, plan, and innovate—together.



Home ›



Business ›

https://www.microsoft.com/en-us/microsoft-teams/group-chat-software

1/4

CISCO-PAL-00003164

1



Enterprise >

Education >



## Connect naturally

Chat, call, and share video simply from one place that helps you stay close to all the people in your life.



## Make something great together

With shared documents and files always available, you can create, share, and exchange ideas whenever you want to and keep things moving forward together.



# Stay in the flow

When all the best apps and features that you need are at your fingertips, you become more focused and efficient.

## Get started with Microsoft Teams today

**Sign up for free**    Download app

### Home
Learn more >

### Business
Learn more >

### Enterprise
Learn more >

### Education
Learn more >

Follow Microsoft Teams 

CISCO-PAL-00003164

| What's new | Microsoft Store | Education | Business | Developer & IT | Company |
|---|---|---|---|---|---|
| Surface Laptop Go 2 | Account profile | Microsoft in education | Microsoft Cloud | Azure | Careers |
| Surface Pro 8 | Download Center | Devices for education | Microsoft Security | Developer Center | About Microsoft |
| Surface Laptop Studio | Microsoft Store support | Microsoft Teams for Education | Dynamics 365 | Documentation | Company news |
| Surface Pro X | Returns | Microsoft 365 Education | Microsoft 365 | Microsoft Learn | Privacy at Microsoft |
| Surface Go 3 | Order tracking | Education consultation appointment | Microsoft Power Platform | Microsoft Tech Community | Investors |
| Surface Duo 2 | Virtual workshops and training | Educator training and development | Microsoft Teams | Azure Marketplace | Diversity and inclusion |
| Surface Pro 7+ | Microsoft Store Promise | Deals for students and parents | Microsoft Industry | AppSource | Accessibility |
| Windows 11 apps | Flexible Payments | Azure for students | Small Business | Visual Studio | Sustainability |

🌐 English (United States)          Sitemap      Contact Microsoft      Privacy      Terms of use      Trademarks      Safety & eco      About our ads          © Microsoft 2022