# EXHIBIT 10

9/21/22, 3:34 PM  Case 6:21-cv-00757-ADA   Document 58-6   Filed 12/01/22   Page 2 of 2
Overwatch Voice Chat - Blizzard Support

https://us.battle.net/support/en/article/31694

Support (/browser?url=https%3A%2F%2Fus.battle.net%2F...)
My Tickets (/browser?url=https%3A%2F%2Fus.battle.net%2F...)
Contact (/browser?url=https%3A%2F%2Fus.battle.net%2F...)

⚠ Dragonflight Beta Access and Feedback (/browser?url=https%3A%2F%2Fus.battle.net%2Fsupport%2Fen%2Farticle%2F...) ✕

# Overwatch Voice Chat

Updated: 2 years ago   Article ID: 31694

Relevant Products:

(/browser?url=https%3A%2F%2Fus.battle.net%2Fsupport%2Fen%2Fgames%2Foverwatch)

Voice chat allows you to speak to other players in Overwatch with a connected microphone. Voice chat is enabled and set to push to talk by default. If you're having problems with voice chat, check our troubleshooting article (/browser?url=https%3A%2F%2Fbattle.net%2Fsupport%2Farticle%2F26042).

*Note*: You can change the push to talk key for PC in the *Controls* menu.

## Voice Chat Channels

When you join a game, you are automatically placed in the **Team Voice Chat** channel, or **Group Voice Chat** if you're grouped up with other players. You can switch between these channels by opening the **Social Menu Channels** screen (**P** by default) and selecting the headphone icon next to the desired channel. You can also quickly switch to Team Voice Chat if you're grouped with other players by clicking the blue **Join Team Chat** button on the hero select screen.

### Related Articles

**Overwatch Voice Chat Troubleshooting** (/browser?url=https%3A%2F%2Fus.b...)
Troubleshooting steps to resolve voice chat problems in Overwatch

**Request to Access Game Logs, Chat Logs, or Voice Records** (/browser?url=https%3A%2F%2Fus.b...)
Information on accessing Blizzard logs

**Blizzard Voice Chat** (/browser?url=https%3A%2F%2Fus.b...)
Information on the Blizzard Voice Chat feature