# EXHIBIT 11

 

**PCGamesN**

We reported on voice chat coming to Blizzard's client earlier in the year, and it's finally here. Blizzard Voice, as it's called, will allow you to chat with friend and friends of friends, but you'll have to keep the insults to strangers limited to text chat, I'm afraid.

The voice chat will run in the background while you're playing, so you can just chat away with friends without the need of some third-party solution. It won't interact with built-in chat for games, however.

Most people don't see the point in it as it stands at the moment, with it not allowing you to chat to in-game team members that aren't already your mates. Perhaps Blizzard will update it and add this functionality at some point in the future, though.

To try it out, open your friends list, select "Create a Channel," and just invite all your mates for a big talky party. If you want to one-on-one a pal, simply right-click a name in your list and select "Start a Voice Chat."

CISCO-PAL-00003159