# EXHIBIT 12

| Support (/browser?url=https%3A%2F%2Fus.battle.net%2Fsupport%2Fen%2F) | My Tickets (/browser?url=https%3A%2F%2Fus.battle.net%2Fsupport%2Fen%2Ftickets) | Contact (/browser?url=https%3A%2F%2Fus.battle.net%2Fsupport%2Fen%2Fhelp) |

⚠ Dragonflight Beta Access and Feedback (/browser?url=https%3A%2F%2Fus.battle.net%2Fsupport%2Fen%2Farticle%2F...)  ✕

# Blizzard Voice Chat

Updated: 2 years ago         Article ID: 64566

Relevant Products:

(/browser?url=https%3A%2F%2Fus.battle.net%2Fsupport%2Fen%2Fgames%2Fservices)

Voice chat lets you talk to your friends through the Blizzard Battle.net desktop app. Setting up a chat session is easy, and you can use it while playing any Blizzard game.

| Setup |

## Setup

Setup is as easy as plugging in a microphone and clicking the [icon] button on the top right corner of a chat session. You can also change settings by clicking the Blizzard icon on the top left of the Blizzard Battle.net desktop app, selecting **Settings** from the dropdown, and clicking the **Voice Chat** option on the left.

- **Input Device** lets you select which connected microphone you want to use. There is a volume slider to adjust the volume of your voice while chatting.

- The **Transmission Mode** lets you set…

## Related Articles

**Request to Access Game Logs, Chat Logs, or Voice Records** (/browser?url=https%3A%2F%2Fus.b...)
Information on accessing Blizzard logs

**BLZBNTBNA0000138F** (/browser?url=https%3A%2F%2Fus.b...)
Troubleshooting steps for Error BLZBNTBNA0000138F.

**Emoji in Blizzard Chat** (/browser?url=https%3A%2F%2Fus.b...)
How to use emoji in Blizzard Chat

## Share This

https://proofpointisolation.com/browser?url=https%3A%2F%2Fus.battle.net%2Fsupport%2Fen%2Farticle%2F64566                                1/1