EXHIBIT 13



BLIZZARD    Warcraft    Diablo    Overwatch    StarCraft        About    Shop    Account

CISCO-PAL-00003166



CISCO-PAL-00003166                                    2

CISCO-PAL-00003166

4

## Featured Games

PC     Console     Mobile



Diablo Immortal
ACTION RPG



Diablo Immortal
ACTION RPG



Diablo II: Resurrected
ACTION RPG





Diablo II: Resurrected
ACTION RPG



World of Warcraft
MMORPG



World of Warcraft
MMORPG



World of Warcraft Classic
MMORPG



CISCO-PAL-00003166



World of Warcraft Classic

MMORPG



Overwatch

TEAM-BASED ACTION



Overwatch

TEAM-BASED ACTION



Hearthstone

STRATEGY CARD GAME





Hearthstone
STRATEGY CARD GAME



StarCraft: Remastered
REAL-TIME STRATEGY



StarCraft: Remastered
REAL-TIME STRATEGY



StarCraft II
REAL-TIME STRATEGY

CISCO-PAL-00003166                                      8



StarCraft II
REAL-TIME STRATEGY



Diablo III
ACTION RPG



Diablo III
ACTION RPG



Warcraft III: Reforged
REAL-TIME STRATEGY

CISCO-PAL-00003166                                                    9



Warcraft III: Reforged
REAL-TIME STRATEGY

- 

Diablo Immortal
ACTION RPG



Diablo Immortal
ACTION RPG



CISCO-PAL-00003166                                                        10

World of Warcraft
MMORPG



World of Warcraft
MMORPG



Diablo II: Resurrected
ACTION RPG



Diablo II: Resurrected
ACTION RPG



CISCO-PAL-00003166                                                                 11



World of Warcraft Classic
MMORPG



World of Warcraft Classic
MMORPG



Overwatch
TEAM-BASED ACTION



Overwatch
TEAM-BASED ACTION



CISCO-PAL-00003166



StarCraft: Remastered
REAL-TIME STRATEGY



StarCraft: Remastered
REAL-TIME STRATEGY



Hearthstone
STRATEGY CARD GAME



Hearthstone
STRATEGY CARD GAME



CISCO-PAL-00003166

13



StarCraft II
REAL-TIME STRATEGY



StarCraft II
REAL-TIME STRATEGY



Diablo III
ACTION RPG



Diablo III
ACTION RPG



CISCO-PAL-00003166

14



Warcraft III: Reforged
REAL-TIME STRATEGY



Warcraft III: Reforged
REAL-TIME STRATEGY



Diablo Immortal
ACTION RPG



Diablo Immortal
ACTION RPG



Diablo II: Resurrected
ACTION RPG



Diablo II: Resurrected
ACTION RPG



Overwatch
TEAM-BASED ACTION



Overwatch
TEAM-BASED ACTION



World of Warcraft
MMORPG



World of Warcraft
MMORPG



World of Warcraft Classic
MMORPG



World of Warcraft
WARCRAFT

CISCO-PAL-00003166

17



World of Warcraft Classic
MMORPG



Hearthstone
STRATEGY CARD GAME



Hearthstone
STRATEGY CARD GAME



StarCraft: Remastered
REAL-TIME STRATEGY



CISCO-PAL-00003166



StarCraft: Remastered
REAL-TIME STRATEGY



StarCraft II
REAL-TIME STRATEGY



StarCraft II
REAL-TIME STRATEGY



Diablo III
ACTION RPG





Diablo III
ACTION RPG



Warcraft III: Reforged
REAL-TIME STRATEGY



Warcraft III: Reforged
REAL-TIME STRATEGY

- 

Diablo Immortal
ACTION RPG



CISCO-PAL-00003166



Diablo Immortal

ACTION RPG



Overwatch

TEAM-BASED ACTION



Overwatch

TEAM-BASED ACTION



Diablo II: Resurrected

ACTION RPG



CISCO-PAL-00003166



Diablo II: Resurrected
ACTION RPG



World of Warcraft
MMORPG



World of Warcraft
MMORPG



World of Warcraft Classic
MMORPG





World of Warcraft Classic
MMORPG



StarCraft: Remastered
REAL-TIME STRATEGY



StarCraft: Remastered
REAL-TIME STRATEGY



Hearthstone
STRATEGY CARD GAME

CISCO-PAL-00003166                                                          23



Hearthstone
STRATEGY CARD GAME



StarCraft II
REAL-TIME STRATEGY



StarCraft II
REAL-TIME STRATEGY

- 

Diablo III

CISCO-PAL-00003166

24

ACTION RPG



Diablo III

ACTION RPG



Warcraft III: Reforged

REAL-TIME STRATEGY



Warcraft III: Reforged

REAL-TIME STRATEGY





Diablo II: Resurrected
ACTION RPG



Diablo II: Resurrected
ACTION RPG



Overwatch
TEAM-BASED ACTION



Overwatch
TEAM-BASED ACTION





Diablo III
ACTION RPG



Diablo III
ACTION RPG



Diablo Immortal
ACTION RPG



Diablo Immortal
ACTION RPG





Hearthstone
STRATEGY CARD GAME



Hearthstone
STRATEGY CARD GAME

## Upcoming



Warcraft Arclight Rumble
MOBILE ACTION STRATEGY



Warcraft Arclight Rumble
MOBILE ACTION STRATEGY



CISCO-PAL-00003166

28



World of Warcraft: Dragonflight
EXPANSION



World of Warcraft: Dragonflight
EXPANSION



Wrath of the Lich King Classic
EXPANSION



Wrath of the Lich King Classic
EXPANSION





Overwatch 2
TEAM-BASED ACTION



Overwatch 2
TEAM-BASED ACTION



Diablo IV
ACTION RPG



Diablo IV
ACTION RPG

- 

Warcraft Arclight Rumble
MOBILE ACTION STRATEGY

https://www.blizzard.com/en-us/                                                                              30/35



Warcraft Arclight Rumble
MOBILE ACTION STRATEGY



World of Warcraft: Dragonflight
EXPANSION



World of Warcraft: Dragonflight
EXPANSION



Wrath of the Lich King Classic
EXPANSION



CISCO-PAL-00003166



Wrath of the Lich King Classic
EXPANSION



Overwatch 2
TEAM-BASED ACTION



Overwatch 2
TEAM-BASED ACTION



Diablo IV
ACTION RPG





Diablo IV
ACTION RPG

See All Games



CISCO-PAL-00003166



## Dragonflight Collector's Edition

Only available at the Blizzard Gear Store! Limited quantity available, while supplies last.

Shop now



## Download Battle.net

All your Blizzard games in one place

Download          Learn More

🌐 English (US)



CAREERS    ABOUT    SUPPORT    CONTACT US    PRESS    API    SITE MAP

All games, one app: ⟁ Battle.net Desktop App

©2022 BLIZZARD ENTERTAINMENT, INC. ALL RIGHTS RESERVED.
All trademarks referenced herein are the properties of their respective owners.

PRIVACY    LEGAL    TERMS    COOKIE POLICY    COOKIE SETTINGS




CISCO-PAL-00003166                                          35