# EXHIBIT 14

| Choose another country or region to see content specific to your location | United State ⌄ | Continue |
|---|---|---|
| | | Dismiss |

Professional Products (/en_TW/products)
Professional Cameras (/en_TW/products/professional-cameras)
PTZ and Remote Cameras (/en_TW/products/ptz-cameras)
Video Conference (/en_TW/products/video-conference)
PCS-EP (/en_TW/products/video-conference/pcs-ep)

# PCS-EP  DISCONTINUED

## PC Videoconferencing Endpoint Software



### PCS-EP

Overview     Features     Resources

# Gallery

# Overview

This easy-to-use endpoint software allows remote connection from a Windows PC to video conferences hosted on a server running Sony PCS-VCS Series Visual Communication Server Software.

Join virtual meetings from anywhere: at home, in hotels or a temporary office. Share voice, video and PC documents with crisp picture and sound quality.

PCS-EP3 includes license for up to 3 users.
PCS-EP10 includes license for up to 10 users.

PCS-EP must be purchased together with appropriate Support Pack (PCS-EP3SP or PCS-

EP10SP).

Operation requires broadband IP connection and Windows PC with embedded Web camera or external USB camera (available separately).

# Features

### Join meetings from any location

This easy to use software turns your Windows PC into a remote conferencing endpoint. Take part in virtual meetings from any location where there's a broadband connection available.

### Easy data sharing

Simultaneously stream video, voice and what's on your PC screen. Even share PowerPoint presentations with other remote participants running software.

### High quality video and audio communications

See and hear other conference participants with crisp picture quality and clear sound. Video calls share up to HD (720p) is supported (depends on PC's/PCS Series visual communication Server Software).

### Presence management with contact list

Easily view status of your contacts to see who's online, busy or offline. Just click to call a contact or meeting.

# Downloads and resources



# Brochures

Brochures: PCS-G60D, PCS-G60DP, PCS-XA55, PCS-XA80, PCS-XG55, PCS-XG80, PCS-XL55 (EN) (/en_TW/product-resources/brochures/1237492926671)

Change Country, Region or Language (/change-country-region-language)

**Discover**
Technology (/en_TW/technology)
Insight (/en_TW/insight)
Press Centre (/en_TW/press)

**Login/Register**
Member Service (/en_TW/membersservice)

**Get In Touch**
Contact us (/en_TW/contact-us)
Press Contacts (/en_TW/press-contacts)

 
(https://www.facebook.com/SonyProAP) (https://twitter.com/SonyProfessionalAP)

About us (/en_TW/about-us)
| Privacy (https://pro.sony/pro/pages/privacy/Privacy_statement_en_AP.html)
| Site Map (/en_TW/sitemap)
| © 2004 - 2022 Sony Electronics Asia Pacific Pte. Ltd. - Terms and Conditions of Website Use (/en_TW/terms-and-conditions)

CISCO-PAL-00003163 5