# EXHIBIT 15



Gaming    PC

# Blizzard Voice Now Allows Voice Chat across All Blizzard Games

Jorge Jimenez    •    Oct 21, 2016, 03:29 PM EDT      3



ADVERTISEMENT

One of the most requested features finally makes its way Battle.net desktop app. Blizzard Voice now provides Battle.net users the ability to have native voice chat across all of their games without the need for third-party apps.

All you have to do is update your Battle.net launcher, after that you'll see a prompt letting you know that Voice Chat is available. In order to use it just go to your friends list and create a channel then click on the headphone icon.

Prior to Blizzard Voice, players need to use third-party apps Skype or TeamSpeak in order to voice chat with teammates, guildmates and friends. World of Warcraft had some built-in voice chat features, but those were limited to just WoW and no other Blizzard titles. It makes sense that Blizzard would offer these features natively on their platform.

After launching the ability to live stream directly from any Blizzard game, it seems that Blizzard Voice was the next logical step for the massive game developer to take for making life easier for all Battle.net users.

ADVERTISEMENT

Blizzard Voice is live now for the Battle.net desktop app on PC and Mac. In classic Blizzard style, we've embedded the patch notes below.

Friends List.
All channel members have permission to add or remove their friends from and channel.
Players can be dragged from the Friends List to channels to make adding individuals quick and easy.

**Voice Chat**

Blizzard Voice provides high quality voice audio and superior stability, all from the Desktop App you are already using!
A full range of audio settings allow you to customize your voice experience.
Additional controls in the chat channel allow you to individually mute and change player volume.

**Chat**

Send and receive URLS as clickable hyperlinks!
Users can now markdown text with bold, italics, strikethrough effects in chat. Here's how to add the markdown:
Bold = ** or __ before and after the word/s you want to make bold.
Italics = _ before and after the word/s you want to make italicized.
Strikethrough = ~~ before and after the word/s you want to strikethrough.

**Sounds & Notifications**

Revamped the sounds and notification settings for the App.
All sound and notification settings have been reset to their defaults, and some will now be ON by default.

**General**

The icon in the upper left corner of the friends list now shows you your own in-game status as others will see you.
Bug Fixes
**Streaming**

Fixed an issue that would occasionally cause \"session expired\" errors when reconnecting after having logged in from another location.

**Known Issues**

Currently voice chat in Battle.net App and Overwatch are separate systems, meaning it is possible to be in more than one voice channel at the same time.









 World of Warcraft Dragonflight Pre-Patch Phase 1 Live Now; Blizzard Shares Update Notes

 World of Warcraft Dragonflight Pre-Patch Launches October 25; Official Patch Notes Shared

 Overwatch 2 Attracts 25 Million Despite Issues, Balance Changes Not Coming Until Season 2

 World of Warcraft: Dragonflight Locks in a November Release Date



Badges are awarded for commenting, receiving upvotes, and other conditions established by the publisher. Awarded badges will be displayed next to your name in comments on this site as well as on your profile.

See the available badges

3 Comments 1 Login

Join the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Sort by Newest 1

Andrew • 6 years ago

Hell, it's about time.

1 | • Reply • Share ›

Yavor • 6 years ago

Welcome to 20 years ago...

1 | • Reply • Share ›

Mr_Horror • 6 years ago

Thats fantastic now all I need is some friends!

1 | • Reply • Share ›

Subscribe Privacy Do Not Sell My Data

## Subscribe to get an everyday digest of the latest technology news in your inbox



Some posts on wccftech.com may contain affiliate links. We are a participant in the Amazon Services LLC Associates Program, an affiliate advertising program designed to provide a means for sites to earn advertising fees by advertising and linking to amazon.com



© 2022 WCCF TECH INC. All rights reserved.