# EXHIBIT 16

Sections ⌄				Login		

ng | Gear | Entertainment | Tomorrow | Deals | Buying Guides | Video | Podcasts       



# Blizzard rolls out Battle.net voice chat starting with 'Overwatch'

J. Conditt | 10.23.15
@JessConditt



**J. Conditt**
@JessConditt
October 23, 2015
2:45 PM

  

In this article: Activision, activisionblizzard, battle.net, battlenet, Blizzard, hdpostcross, overwatch, voice, VoiceChat



Blizzard has been in the online gaming business for decades with massively popular games like StarCraft and World of Warcraft, but it's never implemented a native voice-chat system in its Battle.net client. Now, it appears that's about to change. Blizzard is testing out voice chat in the beta for its new team-based shooter, *Overwatch*, and it sounds like



**Sponsored Links**

**Tulsa King Now Streaming**
Paramount+

Sections ⌄                                    Login

voice chat for all of its games. In the [Overwatch beta FAQ](), Blizzard calls the system "Battle.net voice chat," rather than something *Overwatch*-specific. Plus, it notes, "With voice chat still in its early development and testing stages, it's too early to say which Blizzard games will be supported and when." Prepare your vocal cords, players: The [Overwatch closed beta]() begins on October 27th.

$107 million in scholarships and programming
Wells Fargo



*All products recommended by Engadget are selected by our editorial team, independent of our parent company. Some of our stories include affiliate links. If you buy something through one of these links, we may earn an affiliate commission. All prices are correct at the time of publishing.*

View All Comments



Sections ⌄　　　　　　　　　Login　🔍

of Warcraft' will go offline in China next year

Its license agreement with NetEase in the nation will expire on January 23, 2023.

 S. Dent  |  11.17.22
@stevetdent



**S. Dent**
@stevetdent
November 17, 2022
3:49 AM

　　

In this article: NetEase, China, news, gaming, World of Warcraft, Activision, Blizzard, Hearthstone, Overwatch 2



Blizzard

Blizzard Entertainment will be suspending key games like *Overwatch 2* and *World of Warcraft* in China because it failed to reach an agreement with partner NetEase, it announced. Those titles along with *Hearthstone*, *Starcraft*, *Heroes of the Storm*, *Diablo III* and *Warcraft III: Reforged* will be unavailable in China starting on January 23, 2023. *Diablo Immortal*, which arrived earlier this year, won't be affected as it's covered by a separate agreement, according to NetEase.



"The two parties have not reached a deal to renew the agreements that is consistent with Blizzard's operating principles and commitments to players

Sections ⌄                    Login

Blizzard said in the press release. "We will suspend new sales in the coming days and Chinese players will be receiving details of how this will work soon. Upcoming releases for *World of Warcraft: Dragonflight*, *Hearthstone: March of the Lich King,* and season 2 of *Overwatch 2* will proceed later this year."

NetEase is China's second largest gaming company and has partnered with Blizzard since 2008. It's a key player for Blizzard in the nation, helping guarantee that its games meet China's strict content requirements. The deal wasn't just about money, but also who owned the the intellectual property and player data, according to *Bloomberg*.



**Turn on browser notifications to receive breaking news alerts from Engadget**

You can disable notifications at any time in your settings menu.

Not now        Turn on

Sections  ⌄                                              Login

when what has happened behind the scene could be told, developers and gamers will have a whole new level understanding of how much damage a jerk can make," said NetEase's president of global investment and partnership, Simon Zhu, in a [LinkedIn post](#) spotted by [TechCrunch](#). Blizzard, meanwhile, said "we are looking for alternatives to bring our games back to players in the future."

*All products recommended by Engadget are selected by our editorial team, independent of our parent company. Some of our stories include affiliate links. If you buy something through one of these links, we may earn an affiliate commission. All prices are correct at the time of publishing.*

View All Comments



| About | Sections | Contribute | International |
|---|---|---|---|
| Engadget Masthead | Reviews | Comment Guidelines | 繁體中文 |
| About our Ads | Gear | Support | |
| Advertise | Gaming | | |
| FAQ | Entertainment | | |
| RSS Feed | Tomorrow | | |

Sections   Login

Deals

Subscribe to our two newsletters:

**Engadget Deals** - A weekly roundup of our favorite tech deals

**The Morning After** - A daily dose of the news you need

address@email.com    Subscribe

Follow Us

© 2022 Yahoo. All rights reserved.

About Us   Reprints and Permissions   Suggestions   Privacy Policy (Updated)   Terms of Service (Updated)   Trademarks
Advertise   About Our Ads