IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00757-ADA <br><br> JURY TRIAL DEMANDED |

**JOINT REPORT ON RESULTS OF NARROWING MEET AND CONFERS**

Pursuant to the Order Governing Proceedings – Patent Case (OGP Version 4.2) and as agreed by the parties in the Agreed Amended Scheduling Order (Dkt. 42), Plaintiff Paltalk Holdings, Inc. ("Paltalk") and Defendant Cisco Systems, Inc. ("Cisco") hereby submit this joint report on the results of the parties' meet and confers to discuss narrowing the number of claims and references for trial.

This is a single-patent case involving U.S. Patent No. 6,683,858. Paltalk originally asserted claims 1-10 of the '858 Patent. Paltalk has agreed to drop claims 6-10 of the '858 Patent. Cisco has agreed to drop all references other than those references listed in Cisco's 10/27 Invalidity Report of James Bress. The parties have no dispute related to the narrowing of claims or references.

Dated: December 1, 2022                           Respectfully submitted,

                                                  By: */s/ Max L. Tribble, Jr.*
                                                      Max L. Tribble, Jr.
                                                      State Bar No. 2021395
                                                      SUSMAN GODFREY L.L.P.
                                                      1000 Louisiana Street, Suite 5100
                                                      Houston, Texas 77002-5096
                                                      Telephone: (713) 651-9366
                                                      Fax: (713) 654-6666
                                                      mtribble@susmangodfrey.com
                                                      **ATTORNEY-IN-CHARGE FOR**
                                                      **PLAINTIFF PALTALK HOLDINGS, INC.**

OF COUNSEL:

Ryan Caughey (*admitted pro hac vice*)
State Bar No. 24080827
Bryce T. Barcelo (*admitted pro hac vice*)
State Bar No. 24092081
Amber B. Magee *(admitted pro hac vice)*
State Bar No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Dated: December 1, 2022 Respectfully submitted,

By: */s/ Sarah E. Piepmeier*
Sarah E. Piepmeier, (SBN 227094)
Elise S. Edlin (SBN 293756) (pro hac vice)
PERKINS COIE LLP
SPiepmeier@perkinscoie.com
EEdlin@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105

**Attorneys for Defendant
CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was filed electronically using the Court's CM/ECF system, on the 1st day of December 2022.

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.