United States District Court
Western District of Texas
Waco

**Deficiency Notice**

| | |
|---|---|
| To: | Tribble, Max L. Jr. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, December 2, 2022 |
| Re: | 06:21-CV-00757-ADA / Doc # 59 / Filed On: 12/01/2022 11:50 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Sealed filings must include a Certificate of Service indicating a means OTHER THAN CM/ECF for all parties to receive a copy of the filing. Additionally, a proposed order must be submitted with all non-dispositive motions, and according to Judge Albright's standing orders, the word "proposed" should not appear in the title of the document. Please file a COS and Order linked to doc 59.