# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00757-ADA <br><br> JURY TRIAL DEMANDED |

## AMENDED CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Paltalk's Motion to Strike Certain Opinions of Defendant's Damages Expert Ms. Kindler [dkt 59] and all filed exhibits were forwarded to all counsel of record via email at 12:06am on December 2, 2022.

*/s/ Amber B. Magee*
Amber B. Magee