IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00757-ADA <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE CERTAIN OPINIONS OF DEFENDANT'S DAMAGES EXPERT MS. KINDLER**

Before the Court is Paltalk's Motion to Strike Certain Opinions of Cisco's Damages Expert Ms. Lauren Kindler. Specifically, Paltalk moves to strike the following opinions of Ms. Kindler, as described in Paltalk's motion:

(1) all opinions of Ms. Kindler related to Webex usage data, including those opinions contained in her report at paragraphs 11(g), paragraph 88, paragraphs 132-135, Figure 5, paragraph 160, paragraph 161, paragraph 168, paragraphs 192-195, paragraph 201, paragraph 203, Exhibits 5, 5.1, 5.2, 6, 6.1, 8, 8.1, 9, 9.1, 10, 10.1, 12, 12.1, 13, and 13.1;

(2) all opinions of Ms. Kindler related to revenue from WebEx Audio "add-ons," including those opinions contained in her report at Table 1, paragraphs 196-201, Table 8, paragraph 203, Exhibits 6, 6.1, 7, 7.1, 8, 8.1, 9, 9.1, 10, 10.1, 12, 12.1, 13, 13.1;

(3) all opinions of Ms. Kindler related to the WebEx Communications-NCR license, including those opinions contained in her report at paragraphs 138-141, paragraphs 187-188, and Exhibit 2;

2

(4) all opinions of Ms. Kindler related to non-infringing alternatives, including those opinions contained in her report at paragraphs 169-172, paragraph 189, paragraph 208, Exhibit 2, and Exhibit 4;

(5) all of Ms. Kindler's references to CISCO-PAL-00003856 contained in her report

(6) all of Ms. Kindler's references to CISCO-PAL-00003857 contained in her report

(7) all of Ms. Kindler's references to her conversation with Mr. Boyles

(8) all of Ms. Kindler's references to pages 210-212 of Mr. Barave's deposition testimony

Paltalk's motion is granted.

ORDERED on _____

_____
Hon. Alan D. Albright