# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00757-ADA |
| | § | |
| WEBEX COMMUNICATIONS, INC., CISCO WEBEX LLC, CISCO SYSTEMS, INC. | § | |

## ORDER RESETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for DISCOVERY HEARING by Zoom on December 06, 2022  at  10:00 AM .

IT IS SO ORDERED this 5th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE