# EXHIBIT E

# PERKINSCOIe

3150 Porter Drive
Palo Alto, CA 94304-1212

T +1.650.838.4300
F +1.650.838.4350
PerkinsCoie.com

October 11, 2022

**VIA E-MAIL & FTP**

Doug Nolan
DNolan@perkinscoie.com
D. +1.650.838.4721

Max L. Tribble, Jr.
Ryan Caughey
Bryce T. Barcelo
Amber B. Magee
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
mtribble@susmangodfrey.com
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
ksrinivasan@susmangodfrey.com

Re:   Paltalk Holdings, Inc. v. WebEx Communications, Inc., et al.,
      Western District of Texas, Waco Division,
      Case No.: 6:21-CV-00757-ADA,
      <u>Cisco Systems, Inc.'s Production No. 21</u>

Counsel,

Please find enclosed an encrypted .zip file containing Cisco Systems, Inc.'s **twenty-first** document production, bearing Bates range **CISCO-PAL-00003857 - CISCO-PAL-00003857**, which has been sent in connection with the above-referenced matter.  This production contains materials designated "RESTRICTED - OUTSIDE ATTORNEYS' EYES ONLY" pursuant to the Court's January 27, 2022, Protective Order (ECF 29).  Additionally, this document is a corrected version of the document previously produced under Bates range CISCO-PAL-00003132 - CISCO-PAL-00003132.  This corrected version has been fixed to display missing product description fields, but is otherwise identical.

An email has been concomitantly sent to you providing a link by which this .zip file may be downloaded from our Kiteworks FTP system.  The related .zip file decryption password is: KD6u4VI3&ubF.

Please contact me if have any inquiries or access issues relating to this production.

Perkins Coie LLP

October 11, 2022
Page 2


Best Regards,

*Doug Nolan*

Doug Nolan
Sr. Paralegal

Perkins Coie LLP