# EXHIBIT I

| | |
|---|---|
| **From:** | Griggs, Angela (SFO) |
| **To:** | Ryan Caughey; Amber Magee; Bryce T. Barcelo; Max Tribble; Vanesa Keller; Kalpana Srinivasan; Stacy Schulze |
| **Cc:** | *Cisco-Paltalk-Service |
| **Subject:** | Paltalk v. Cisco (W.D. Tex. Case No. 6:21-CV-00757) -- Cisco Production No. 20 |
| **Date:** | Monday, September 26, 2022 5:46:08 PM |
| **Attachments:** | 2022-09-26 Cisco Production No. 20 Cover Letter.pdf |

Amber,

Attached please find a letter regarding Cisco's document Production 20.  A direct Kiteworks FTP downloading link, which points to the related, produced documents, is below.
https://perkinscoie.kiteworks.com/w/f-852c87df-17d9-4d5e-a16a-df9e168fd1ee

Cisco's production today consists of one license agreement, which Mr. Hamilton disclosed in deposition and explained that Cisco planned to produce after the notice period to NCR expired. Although fact discovery is now closed, Paltalk is receiving this in advance of its opening expert reports. Cisco does not intend to produce any additional documents.

Thank you,

**Angela C. Griggs | Perkins Coie LLP**
ASSOCIATE
505 Howard Street Suite 1000
San Francisco, CA 94105
D. +1.415.344.7062
E. AGriggs@perkinscoie.com