IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § | |
| Plaintiff | § | |
| vs. | § | No. 6:21-cv-00757-ADA |
| CISCO SYSTEMS, INC., | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**DECLARATION OF ELISE EDLIN IN SUPPORT OF CISCO'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF <u>NO DAMAGES PRIOR TO FILING OF SUIT DUE TO FAILURE TO MARK</u>**

I, Elise S. Edlin hereby declare as follows:

1. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I am an attorney at Perkins Coie LLP, counsel for Defendant Cisco Systems Inc. ("Cisco"). This declaration is submitted in support of Cisco's Reply in Support of Its Motion for Partial Summary Judgment of No Damages Prior to Filing of Suit Due to Failure to Mark.

2. Attached as **Exhibit 20** is a true and correct copy of Cisco's September 27, 2022 email summarizing the parties' first meet and confer on August 25, 2022 to discuss narrowing the number of claims asserted and prior art references.

3. Attached as **Exhibit 21** is a true and correct copy of Paltalk's September 7, 2022 email where Paltalk produced the Microsoft, Sony, and Activision licenses, bates-numbered PT_0000979-PT_0001028.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my current knowledge.

-2-

Executed this 22nd day of December, 2022 in Oakland, California.

                                          */s/ Elise S. Edlin*
                                            Elise S. Edlin