# EXHIBIT 21

| | |
|---|---|
| **From:** | Vanesa Keller |
| **To:** | Griggs, Angela (SFO); Nolan, Doug (PAO); Edlin, Elise (SFO); Gordon, Lori (WDC); Piepmeier, Sarah (SFO) |
| **Cc:** | Amber Magee; Bryce T. Barcelo; Kalpana Srinivasan; Maria Romo; Max Tribble; Michelle Carlock; Ryan Caughey; Stacy Schulze |
| **Subject:** | Paltalk v. Cisco (W.D. Tex. Case No. 6:21-CV-00757) Paltalk"s Supplemental Production |
| **Date:** | Wednesday, September 7, 2022 8:30:52 PM |

Counsel – the link below contains Paltalk's supplemental production Bates numbered PT_0000979-PT_0001028. This production contains materials that have been designated under the Protective Order in this case.  The download password will follow in a separate email.

https://www.dropbox.com/s/d5zubw80djt0de2/PT_VOL005.zip?dl=0

**Vanesa L. Keller |Paralegal | Susman Godfrey LLP**

1000 Louisiana Street, Suite 5100 | Houston, Texas 77002

713-655-5688 Direct | 713-654-6666 Fax

**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

This e-mail contains privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately