# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00757-ADA |
| | § | |
| WEBEX COMMUNICATIONS, INC., | § | |
| CISCO WEBEX LLC, CISCO SYSTEMS, INC. | | |

## ORDER SETTING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRETRIAL CONFERENCE** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Thursday, February 02, 2023 at 01:30 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 28th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE