IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00757-ADA <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF PALTALK HOLDINGS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

As supplemental authority in support of Plaintiff's Brief in Opposition to Cisco Systems Inc.'s Motion to Stay Pending Reexamination (ECF No. 46), Plaintiff respectfully submits the Examiner's Notice of Intent to Issue Ex Parte Reexamination Certificate ("Notice") as Exhibit 1. The Notice issued on December 28, 2022. In issuing the Notice, the Examiner rejected Cisco's arguments that all asserted claims of U.S. Patent No. 6,683,858 are invalid in light of certain prior art, including U.S. Patent No. 7,079,495 ("Pearce"), which Cisco has asserted as invalidating prior art in the pending suit. *See* Ex. 1 at 6-7. Prosecution of the ex parte reexamination is now closed. *See id.* at 3.

Since the re-examination is now closed, Cisco's motion to stay the current proceedings in light of the reexamination should be denied as moot.

Dated: December 30, 2022

Respectfully submitted,

By: */s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
State Bar No. 2021395
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100

Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
mtribble@susmangodfrey.com

**ATTORNEY-IN-CHARGE FOR**
**PLAINTIFF PALTALK HOLDINGS, INC.**

OF COUNSEL:

Ryan Caughey (*admitted pro hac vice*)
State Bar No. 24080827
Bryce T. Barcelo
State Bar No. 24092081
Amber B. Magee *(admitted pro hac vice)*
State Bar No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served via the Court's ECF system on the 30th day of December 2022.

                                              */s/ Amber B. Magee*
                                              Amber B. Magee