## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:21-CV-00757-ADA |
| WEBEX COMMUNICATIONS, INC.; CISCO WEBEX LLC; CISCO SYSTEMS, INC., | |
| Defendants. | JURY TRIAL DEMANDED |

### AMENDED SCHEDULING ORDER

Paltalk Holdings, Inc. and Cisco Systems, Inc. have agreed to a revised scheduling order. The revised schedule adjusts the parties' pretrial deadlines in accordance with the Court's Order Setting Jury Selection & Trial (ECF No. 95) and the Court's Order Resetting Pretrial Conference (ECF No. 96).

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following revised schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| 01/09/2023 | Parties email the Court's law clerk to confirm pretrial and trial dates. |
| 01/19/2023 | Serve objections to rebuttal disclosures and file motions in limine. |
| 01/26/2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. |
| 01/31/2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| 3 business days | File joint notice identifying remaining objections to pretrial disclosures and |

| Date | Event |
|------|-------|
| before Final Pretrial Conference | disputes on motions in limine. |
| 02/14/2023 | Final Pretrial Conference |
| 03/06/2023 | Jury Selection / Trial |

SIGNED this_____day of_____, 2023.


_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE


Dated: January 4, 2023                    Respectfully submitted,


By: */s/ Max L. Tribble, Jr.*_____
    Max L. Tribble, Jr.
    State Bar No. 2021395
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Telephone: (713) 651-9366
    Fax: (713) 654-6666
    mtribble@susmangodfrey.com

    ATTORNEY-IN-CHARGE FOR PLAINTIFF
    PALTALK HOLDINGS, INC.

11186200v1/016889

OF COUNSEL:

Ryan Caughey (*pro hac vice* pending)
State Bar No. 24080827
Bryce T. Barcelo (*pro hac vice* pending)
State Bar No. 24092081
Amber B. Magee
State Bar No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

## **CERTIFICATE OF SERVICE**

This document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.