UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. 6:21-cv-00757-ADA |
| § | |
| WEBEX COMMUNICATIONS, INC.; § | |
| CISCO WEBEX LLC; CISCO SYSTEMS, § | |
| INC., § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Mark D. Siegmund of the law firm of STECKLER WAYNE CHERRY & LOVE, PLLC hereby enters an appearance as additional counsel for Plaintiff Paltalk Holdings, Inc. in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Mark D. Siegmund at the law firm of STECKLER WAYNE CHERRY & LOVE, PLLC. Mr. Siegmund's contact information is provided below:

STECKLER WAYNE CHERRY & LOVE, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: mark@swclaw.com

Respectfully submitted,

**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, Texas   76712
Telephone:  (254) 651-3690
Facsimile:   (254) 651-3689

BY:    /s/ *Mark D. Siegmund*
**MARK D. SIEGMUND**
State Bar No. 24117055
Email:  mark@swclaw.com

**ATTORNEY FOR PALTALK HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the parties, or the attorney(s) of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on this 5th day of January 2023.

/s/ Mark D. Siegmund
MARK D. SIEGMUND