# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEBEX COMMUNICATIONS, INC.; CISCO WEBEX LLC; CISCO SYSTEMS, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:21-CV-00757-ADA <br><br> JURY TRIAL DEMANDED |

## AMENDED SCHEDULING ORDER

Paltalk Holdings, Inc. and Cisco Systems, Inc. have agreed to a revised scheduling order. The revised schedule adjusts the parties' pretrial deadlines in accordance with the Court's Order Setting Jury Selection & Trial (ECF No. 95) and the Court's Order Resetting Pretrial Conference (ECF No. 96).

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following revised schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| 01/09/2023 | Parties email the Court's law clerk to confirm pretrial and trial dates. |
| 01/19/2023 | Serve objections to rebuttal disclosures and file motions in limine. |
| 01/26/2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. |
| 01/31/2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com <br><br> Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| 3 business days | File joint notice identifying remaining objections to pretrial disclosures and |

1

| Date | Event |
|---|---|
| before Final Pretrial Conference | disputes on motions in limine. |
| 02/14/2023 | Final Pretrial Conference |
| 03/06/2023 | Jury Selection / Trial |

SIGNED this 6th day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE