IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § § § | |
| Plaintiff | § § | |
| vs. | § § | No. 6:21-cv-00757-ADA |
| CISCO SYSTEMS, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**<u>DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

With respect to Cisco Systems, Inc's Motion for Summary Judgment of Non-Infringement (ECF No. 54), Defendant Cisco Systems, Inc. respectfully submits this Notice of Supplemental Authority to bring to the Court's attention the Federal Circuit's opinion in *Infernal Technology, LLC v. Activision Blizzard Inc.*, No. 2021-2349 (Fed. Cir. Jan. 24, 2023). The opinion bears on the issue of antecedent relationships between terms.

A copy of the Federal Circuit's opinion is attached as Exhibit 1.

Dated: January 27, 2023

Respectfully submitted,

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier
Elise Edlin (admitted *pro hac vice*)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105
SPiepmeier@perkinscoie.com
EEdlin@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Ryan Hawkins (admitted *pro hac vice*)
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
RHawkins@perkinscoie.com
Telephone: (858) 720-5709
Facsimile: (858) 720-5809

Jessica J. Delacenserie (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
JDelacenserie@perkinscoie.com
Telephone: (206) 359-3644

Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
POTTER MINTON
110 North College
500 Plaza Tower
Tyler, TX  75702
mikejones@potterminton.com
shaunhassett@potterminton.com
Telephone: (903) 597.8311
Facsimile: (903) 593.0846

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF system on January 27, 2023.

                                                                                 */s/Sarah E. Piepmeier*
                                                                                 Sarah E. Piepmeier