UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00757-ADA |
| | § | |
| WEBEX COMMUNICATIONS, INC., CISCO WEBEX LLC, CISCO SYSTEMS, INC. | § | |

## ORDER CANCELLING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **PRETRIAL CONFERENCE** on **Tuesday, February 14, 2023 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 12th day of February, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE