IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br> v. <br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00757-ADA <br><br><br> JURY TRIAL DEMANDED |

## AMENDED SCHEDULING ORDER

Paltalk Holdings, Inc. and Cisco Systems, Inc. have agreed to a revised scheduling order. Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following revised schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| 05/18/2023 | Serve objections to rebuttal disclosures and file motions in limine. |
| 05/22/2023 | Parties email the Court's law clerk to confirm pretrial and trial dates. |
| 05/25/2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. |
| 06/13/2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com <br><br> Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| 3 business days before Final Pretrial Conference | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| 06/26/2023 | Final Pretrial Conference (subject to the Court's calendar) |
| 07/17/2023 | Jury Selection / Trial |

1

2

SIGNED this 2nd day of March, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2