IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-cv0757[ADA] |
| CISCO SYSTEMS, INC. | § | JURY TRIAL DEMANDED |

**<u>DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

With respect to Cisco Systems Inc.'s Motion for Summary Judgment of Non-Infringement (Dkt. No. 54), Defendant Cisco Systems, Inc. respectfully submits this Notice of Supplemental Authority to bring to the Court's attention the Federal Circuit's opinion in *Joe A. Salazar v. AT&T Mobility LLC, et al*, Nos. 2021-2320, 2021-2376 (Fed. Cir. April 5, 2023). The opinion is directly relevant to the antecedent basis non-infringement ground raised in the Motion for Summary Judgment of Non-Infringement. *See*, *e.g.*, ECF 54 at pgs. 19-20; ECF 87 at pg. 10.

A copy of the Federal Circuit's opinion is attached as Exhibit 1.

Dated: April 14, 2023          Respectfully submitted,

*/s/ Shaun W. Hassett*
Sarah E. Piepmeier
Elise Edlin (admitted *pro hac vice*)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
SPiepmeier@perkinscoie.com
EEdlin@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Ryan Hawkins (admitted *pro hac vice*)
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
RHawkins@perkinscoie.com
Telephone: (858) 720-5709
Facsimile: (858) 720-5809

Jessica J. Delacenserie (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
JDelacenserie@perkinscoie.com
Telephone: (206) 359-3644

Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
POTTER MINTON
102 North College, Suite 900
Tyler, TX 75702
mikejones@potterminton.com
shaunhassett@potterminton.com
Telephone: (903) 597.8311
Facsimile: (903) 593.0846

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.