**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]

Western District of Texas

**Notice of Electronic Filing**

The following transaction was entered by Tribble, Max on 5/18/2023 at 10:38 PM CDT and filed on 5/18/2023

| | |
|---|---|
| **Case Name:** | Paltalk Holdings, Inc. v. WebEx Communications, Inc. et al |
| **Case Number:** | 6:21-cv-00757-ADA |
| **Filer:** | Paltalk Holdings, Inc. |
| **Document Number:** | 110 |

**Docket Text:**
**Sealed Motion Paltalk's Motions in Limine by Paltalk Holdings, Inc. (Tribble, Max)**

**6:21-cv-00757-ADA Notice has been electronically mailed to:**

Amber Brianna Magee     amagee@susmangodfrey.com, lcavazos@susmangodfrey.com

Bryce T. Barcelo     bbarcelo@susmangodfrey.com

Elise Edlin     eedlin@perkinscoie.com, mwalkup@perkinscoie.com

Jessica J. Delacenserie     JDelacenserie@perkinscoie.com

Kalpana Srinivasan     ksrinivasan@susmangodfrey.com, ecf-28e56f2d9a69@ecf.pacerpro.com, gfisk@susmangodfrey.com

Mark D. Siegmund     msiegmund@cjsjlaw.com, 7364959420@filings.docketbird.com, bperry@cjsjlaw.com, jharing@cjsjlaw.com, mruiz@cjsjlaw.com

Max L. Tribble , Jr     mtribble@susmangodfrey.com, kspeedy@susmangodfrey.com, sschulze@susmangodfrey.com

Michael E. Jones     mikejones@potterminton.com, amandatekell@potterminton.com, CMECF@potterminton.com

Ryan Hawkins     rhawkins@perkinscoie.com, katerose@perkinscoie.com

Ryan V. Caughey     rcaughey@susmangodfrey.com, ecf-fad73d3da562@ecf.pacerpro.com, maria-romo-4787@ecf.pacerpro.com, mromo@susmangodfrey.com

Sarah E. Piepmeier     spiepmeier@perkinscoie.com, DNolan@perkinscoie.com, DocketSFLIT@PerkinsCoie.com, DSFOLIT@perkinscoie.com, JPambianco@perkinscoie.com, lharper@perkinscoie.com

Shaun William Hassett     shaunhassett@potterminton.com, cmecf@potterminton.com, jovallery@potterminton.com

**6:21-cv-00757-ADA Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/18/2023] [FileNumber=28570027-0] [ab10c0a34956668d959b3d4674fc50ffc142b30e9370f09ab43491c7d30cb5978e 31e9eb89a2e206365a4ec767df5c06df80245fae774e8d223565bb159918ed]]