United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Tribble, Max L. Jr. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, May 19, 2023 |
| Re: | 06:21-CV-00757-ADA / Doc # 112 / Filed On: 05/19/2023 10:32 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Local rule CV-5.2- Counsel for the party moving to keep any document under seal is responsible for serving a copy of the sealed document on all counsel of record, but may not use the court's
electronic notice facilities to serve the sealed document. Please secure another means of service and file a corrected Certificate of Service linked to document #110.