# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., | |
|        Plaintiff, | |
| v. | CIVIL ACTION NO. 6:21-CV-00757-ADA |
| CISCO SYSTEMS, INC., | |
|        Defendant. | JURY TRIAL DEMANDED |

## AMENDED CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Paltalk's Motions in Limine [dkt 110] was forwarded to all counsel of record via email on May 18, 2023.

/s/ Amber B. Magee
Amber B. Magee