# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-cv0757[ADA] |
| CISCO SYSTEMS, INC. | § | JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND PRETRIAL SUBMISSION DEADLINE

Pursuant to the Court's March 2, 2023 Amended Scheduling Order, Plaintiff Paltalk Holdings, Inc. and Defendant Cisco Systems, Inc. (collectively, the "Parties") hereby jointly submit this Motion requesting an extension of the Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations) and Oppositions to Motions in Limine filing deadlines from Thursday May 26, 2023 to Thursday June 8, 2023. Nothing in this Motion affects any other deadlines pursuant to the Federal Rules of Civil Procedure, the Court's local rules, and the Court's Scheduling Order (Dkt. 105).

{A72/07637/0043/W1831750.1 }

Dated: May 24, 2023

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Max L. Tribble, Jr., with permission by Shaun W. Hassett* | */s/Shaun W. Hassett* |
| Mark D. Siegmund | Sarah E. Piepmeier |
| State Bar No. 24117055 | Elise Edlin (admitted *pro hac vice*) |
| **CHERRY JOHNSON SIEGMUND JAMES PLLC** | PERKINS COIE LLP |
| The Roosevelt Tower | 505 Howard Street, Suite 1000 |
| 400 Austin Avenue, 9th Floor | San Francisco, CA 94105 |
| Waco, Texas 76701 | SPiepmeier@perkinscoie.com |
| P: (254) 732-2242 | EEdlin@perkinscoie.com |
| F: (866) 627-3509 | Telephone: (415) 344-7000 |
| msiegmund@cjsjlaw.com | Facsimile: (415) 344-7050 |
| | |
| Max L. Tribble, Jr. | Ryan Hawkins (admitted *pro hac vice*) |
| Texas Bar No. 2021395 | PERKINS COIE LLP |
| Ryan Caughey | 11452 El Camino Real, Suite 300 |
| Texas Bar No. 24080827 | San Diego, CA 92130-2080 |
| Bryce T. Barcelo *(pro hac vice)* | RHawkins@perkinscoie.com |
| Texas Bar No. 24092081 | Telephone: (858) 720-5709 |
| Amber B. Magee (admitted *pro hac vice*) | Facsimile: (858) 720-5809 |
| Texas Bar No. 24121572 | |
| **SUSMAN GODFREY LLP** | Jessica J. Delacenserie (admitted *pro hac vice*) |
| 1000 Louisiana Street, Suite 5100 | PERKINS COIE LLP |
| Houston, Texas 77002-5096 | 1201 Third Avenue, Suite 4900 |
| Telephone: (713) 651-9366 | Seattle, WA 98101-3099 |
| Fax: (713) 654-6666 | JDelacenserie@perkinscoie.com |
| mtribble@susmangodfrey.com | Telephone: (206) 359-3644 |
| rcaughey@susmangodfrey.com | |
| bbarcelo@susmangodfrey.com | Michael E. Jones (SBN: 10929400) |
| | Shaun W. Hassett (SBN: 24074372) |
| Kalpana Srinivasan | POTTER MINTON |
| California Bar No. 237460 | 102 North College, Suite 900 |
| **SUSMAN GODFREY LLP** | Tyler, TX 75702 |
| 1900 Avenue of the Stars, 14th Floor | mikejones@potterminton.com |
| Los Angeles, California 90067-6029 | shaunhassett@potterminton.com |
| Telephone: (310) 789-3100 | Telephone: (903) 597.8311 |
| Fax: (310) 789-3150 | Facsimile: (903) 593.0846 |
| ksrinivasan@susmangodfrey.com | |
| | ATTORNEYS FOR DEFENDANT |
| ATTORNEYS FOR PLAINTIFF PALTALK HOLDINGS, INC. | CISCO SYSTEMS, INC. |