# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:21-cv0757[ADA] |
| | § | |
| CISCO SYSTEMS, INC. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION
## TO EXTEND PRETRIAL SUBMISSION DEADLINE

Before the Court is the Parties' Joint Motion to Extend Pretrial Submissions Deadline.

Having considered the Motion, the Court GRANTS the parties' Joint Motion to Extend Pretrial Submissions Deadline. The Joint Pretrial Order and Pretrial Submissions, as well as Oppositions to Motions in Limine, are due Thursday June 8, 2023.

**SIGNED** on this _____ day of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

{A72/07637/0043/W1831750.1 }