UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

PALTALK HOLDINGS, INC.,

vs.  Case No.: 6:21-CV-00757-ADA

WEBEX COMMUNICATIONS, INC.; et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Olivia Radics, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Perkins Coie LLP with offices at:

   Mailing address: 505 Howard Street, Suite 1000
   City, State, Zip Code: San Francisco, CA 94105
   Telephone: 415.344.7000  Facsimile: 415.344.7050

2. Since 2020, Applicant has been and presently is a member of and in good standing with the Bar of the State of Wisconsin and Illinois. Applicant's bar license number is WI 1112800; IL 6336602.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Western Distrtict of Wisconsin | 10/13/2020 |
   | Northern District of Illinois | 2/7/2022 |
   | Eastern District of Texas | 4/10/2023 |
   | Court of Appeals (7th Cir.) | 3/4/2022 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

Yes.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Sarah E. Piepermeier

Mailing address: Perkins Coie LLP, 505 Howard Street, Suite 1000

City, State, Zip Code: San Francisco, CA  94105

Telephone: 415.344.7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Olivia Radics to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Olivia Radics
[printed name of Applicant]

*Olivia Radics*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 1st day of June, 2023.

Olivia Radics
[printed name of Applicant]

*Olivia Radics*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

PALTALK HOLDINGS, INC.,

vs.                                                              Case No.: 6:21-CV-00757-ADA

WEBEX COMMUNICATIONS, INC.; et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Olivia Radics, counsel for Defendants, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Olivia Radics may appear on behalf of Defendants in the above case.

IT IS FURTHER ORDERED that Olivia Radics, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June _____, 20_____.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE