# Exhibit 1

US006683858C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (12206th)
## United States Patent
### Chu et al.

(10) Number: US 6,683,858 C1
(45) Certificate Issued: Jan. 19, 2023

(54) **HYBRID SERVER ARCHITECTURE FOR MIXING AND NON-MIXING CLIENT CONFERENCING**

(75) Inventors: **Frank J. Chu**, Cupertino, CA (US); **Virgil Patrick Dobjanschi**, Fremont, CA (US); **Corey Gates**, Belmont, CA (US); **Katherine W. Kwan**, San Jose, CA (US); **Daniel W. Wright**, San Jose, CA (US)

(73) Assignee: **Paltalk Holdings, Inc.**

**Reexamination Request:**
No. 90/019,062, Feb. 22, 2022

**Reexamination Certificate for:**
Patent No.: **6,683,858**
Issued: **Jan. 27, 2004**
Appl. No.: **09/604,961**
Filed: **Jun. 28, 2000**

(51) Int. Cl.
*H04L 12/64* (2006.01)

(52) U.S. Cl.
CPC ................................ *H04L 12/6418* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/019,062, please refer to the USPTO's Patent Electronic System.

*Primary Examiner* — Roland G Foster

(57) **ABSTRACT**

A system, method and computer program product which allows both mixing (e.g., PC-based) and non-mixing (e.g., phone-based) clients to participate in a single audio conference. The system includes a hybrid multi-point control unit (i.e., conferencing server) that performs mixing for phone-based clients and multiplexing for PC-based clients. The method and computer program product determines which clients have the capability to mix multiple audio streams and which do not. For those clients capable of mixing, the server multiplexes the packets of audio data received from each client on the active speakers list into a multiplexed stream. For those clients that are not capable of mixing, the server mixes the packets of audio data received from each client on the active speakers list into one combined packet.



US 6,683,858 C1

**EX PARTE REEXAMINATION CERTIFICATE**

NO AMENDMENTS HAVE BEEN MADE TO THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1-10** is confirmed.

Claims **11-13** were not reexamined.

* * * * *