# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION

| | |
|---|---|
| **PALTALK HOLDINGS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**CISCO SYSTEMS, INC.,**<br><br>Defendant. | Case No. 6:21-cv-00757-ADA |

### PLAINTIFF'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL-TIME REPORTING OF COURT PROCEEDINGS

Pursuant to the Court's Amended Scheduling Order (ECF No. 105), Plaintiff Paltalk Holdings, Inc. respectfully provides notice of its request for daily transcripts and real-time reporting of trial in this case. Plaintiff will email a copy of this notice to the Court Reporter, Kristie Davis, at kmdaviscsr@yahoo.com.

Dated: June 13, 2023

Respectfully submitted,

By: */s/ Max L. Tribble, Jr.*
  Max L. Tribble, Jr.
  State Bar No. 2021395
  SUSMAN GODFREY L.L.P.
  1000 Louisiana Street, Suite 5100
  Houston, Texas 77002-5096
  Telephone: (713) 651-9366
  Fax: (713) 654-6666
  mtribble@susmangodfrey.com

  **ATTORNEY-IN-CHARGE FOR PLAINTIFF PALTALK HOLDINGS, INC.**

OF COUNSEL:

Ryan Caughey
State Bar No. 24080827
Bryce T. Barcelo
State Bar No. 24092081
Amber B. Magee (*admitted pro hac vice*)
State Bar No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Mark D. Siegmund
State Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES, PLLC
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjslaw.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was served via the Court's ECF system on the 13th day of June, 2023

*/s/ Amber B. Magee*
Amber B. Magee