IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § § § | |
| Plaintiff | § § | |
| vs. | § § | No. 6:21-cv-00757-ADA |
| CISCO SYSTEMS, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND
REAL TIME REPORTING OF TRIAL PROCEEDINGS**

Pursuant to the Court's Amended Scheduling Order (Dkt. 105), Defendant Cisco Systems, Inc., hereby notifies the Court of its request for daily transcript and real time reporting of the trial proceedings in this matter. A copy of this request is being provided via email to the Court Reporter, Kristie Davis, at kmdaviscsr@yahoo.com.

Dated: June 13, 2023                                                  Respectfully submitted,

/s/ *Ryan Hawkins*
Sarah E. Piepmeier
Elise Edlin (admitted *pro hac vice*)
Robin Brewer (admitted *pro hac vice*)
Olivia Radics (admitted *pro hac vice*)
Karl Johnston (admitted *pro hac vice*)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
SPiepmeier@perkinscoie.com
EEdlin@perkinscoie.com
RBrewer@perkinscoie.com
ORadics@perkinscoie.com
KJohnston@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Ryan Hawkins (admitted *pro hac vice*)
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
RHawkins@perkinscoie.com
Telephone: (858) 720-5709
Facsimile: (858) 720-5809

Jessica J. Delacenserie (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
JDelacenserie@perkinscoie.com
Telephone: (206) 359-3644

Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
POTTER MINTON
110 North College
500 Plaza Tower
Tyler, TX 75702
mikejones@potterminton.com
shaunhassett@potterminton.com
Telephone: (903) 597.8311
Facsimile: (903) 593.0846

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on June 13, 2023.

*/s/ Ryan Hawkins*
Ryan Hawkins