# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00757-ADA |
| | § | |
| WEBEX COMMUNICATIONS, INC., CISCO WEBEX LLC, CISCO SYSTEMS, INC. | § | |

## ORDER RESETTING IN PERSON PRETRIAL CONFERENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **IN PERSON PRETRIAL CONFERENCE** in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, June 29, 2023 at 09:00 AM**.

    IT IS SO ORDERED this 21st day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE