IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 6:21-cv-00757 <br><br> JURY TRIAL DEMANDED |

### JOINT NOTICE IDENTIFYING REMAINING OBJECTIONS TO PRETRIAL DISCLOSURES AND DISPUTES ON MOTIONS *IN LIMINE*

In accordance with the Court's March 2, 2023, Scheduling Order (ECF 105), Plaintiff Paltalk Holdings, Inc., ("Paltalk") and Defendant Cisco Systems, Inc., ("Cisco") (collectively, the "Parties") have met and conferred to discuss their respective objections to pretrial disclosures and disputes on motions *in limine*.

By and through their undersigned counsel, the parties provide the following joint notice:

**I.   Objections to Paltalk's Proposed Exhibits**

Cisco's current objections to Paltalk's proposed exhibits are set forth in Exhibit D-1 which is attached to the parties' joint pretrial order. ECF 122-5.

**II.  Objections to Cisco's Proposed Exhibits**

Paltalk's current objections to Cisco's proposed exhibits are set forth in Exhibit D-2 which is attached to the parties' joint pretrial order. ECF 122-6.

**III. Objections to Cisco's Proposed Witnesses**

Paltalk's current objections to Cisco's proposed witnesses are set forth in Exhibit E-3 which is attached to the parties' joint pretrial order. ECF 122-9.

IV. **Objections to Paltalk's Deposition Designations**

Cisco's current objections to Paltalk's deposition designations (and Paltalk's objections to Cisco's counter-designations) are set forth in Exhibit F-1 which is attached to the parties' joint pretrial order. ECF 122-10.

V. **Objections to Cisco's Deposition Designations**

Paltalk's current objections to Cisco's deposition designations (and Cisco's objections to Paltalk's counter-designations) are set forth in Exhibit F-2 which is attached to the parties' joint pretrial order. ECF 122-11.

VI. **Proposed Preliminary Jury Instructions**

The parties' requested preliminary jury instructions are set forth in Exhibit G-1 which is attached to the parties' joint pretrial order. ECF 122-12.

VII. **Proposed Final Jury Instructions**

The parties' requested final jury instructions are set forth in Exhibit G-2 which is attached to the parties' joint pretrial order. ECF 122-13.

VIII. **Proposed Verdict Forms**

The parties' proposed verdict forms are set forth in Exhibits J-1 (Paltalk) and J-2 (Cisco) which are attached to the parties' joint pretrial order. ECF 122-17; 122-18.

IX. **Disputes on Motions *in Limine***

The parties' Joint and Disputed Motions *in Limine* is attached as **Exhibit 1**. This revised version reflects the parties' resolution of the following motions *in limine*:

- Paltalk's MIL #3. Cisco agrees that it will not elicit testimony or argue as to any evidence, reference, or argument related to any content contained in any chat rooms hosted by Paltalk.

All other objections and motions *in limine* remain disputed as indicated in the Parties' Proposed Joint Pretrial Order, ECF No. 122. The parties will continue to meet and confer in good faith in an effort to resolve their remaining disputes.

By: */s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
State Bar No. 2021395
Ryan Caughey
State Bar No. 24080827
Bryce T. Barcelo
State Bar No. 24092081
Amber Magee (*admitted pro hac vice*)
State Bar No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Mark D. Siegmund
State Bar No. 24117055
CHERRY JOHNSON
   SIEGMUND JAMES, PLLC
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

**ATTORNEYS FOR PLAINTIFF
PALTALK HOLDINGS, INC.**

By: */s/ Sarah E. Piepmeier*
Sarah E. Piepmeier
Robin L. Brewer (admitted pro hac vice)
Elise Edlin (admitted pro hac vice)
Karl M. Johnston (admitted pro hac vice)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
SPiepmeier@perkinscoie.com
RBrewer@perkinscoie.com
EEdlin@perkinscoie.com
KJohnston@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Ryan Hawkins (admitted pro hac vice)
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
RHawkins@perkinscoie.com
Telephone: (858) 720-5709
Facsimile: (858) 720-5809

Jessica J. Delacenserie (admitted pro hac vice)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
JDelacenserie@perkinscoie.com
Telephone: (206) 359-3644

Olivia S. Radics (admitted pro hac vice)
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703
ORadics@perkinscoie.com
Telephone: (608) 663-7460

Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
POTTER MINTON
110 North College
500 Plaza Tower
Tyler, TX 75702
mikejones@potterminton.com
shaunhassett@potterminton.com
Telephone: (903) 597-8311

Facsimile: (903) 593-0846
**ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that counsel of record are being served with a copy of this document and all attachments via the Court's CM/ECF system on June 26, 2023.

<u>*/s/ Bryce T. Barcelo*</u>
Susman Godfrey LLP
Counsel for Plaintiff