# EXHIBIT 1

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 6:21-cv-00757-ADA |
|---|---|

CHART OF MOTIONS *IN LIMINE*

Pursuant to Section C.6(b) of the Court's Amended Standing Order on Pretrial Procedures and Requirements in Civil Cases, the parties jointly submit the following chart of outstanding motions *in limine* ("MILs"):

| **MIL** | **Court's Ruling** |
|---|---|
| Plaintiff's MIL #1: Evidence, reference, or argument related to documents that Cisco failed to provide by the deadline for fact discovery. | |
| Plaintiff's MIL #2: Evidence, reference, or argument related to the fact that Paltalk is not bringing any named inventor to trial or otherwise that any inventors are allegedly opposed to this lawsuit. | |
| Plaintiff's MIL #4: Evidence, reference, or argument related to any purported delay by Paltalk in filing this lawsuit or any argument that Paltalk could have filed this lawsuit sooner. | |
| Plaintiff's MIL #5: Reference or argument related to the relative importance of claim elements, including any statement that any | |

1

2

| | |
|---|---|
| specific claim element is more important than others. | |
| Plaintiff's Opposition to the Court's MIL # 6: Permit Paltalk to Introduce Evidence and Argument Related to the Concluded Reexamination of the Asserted Patent. | |

2