IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § | |
| Plaintiff | § | |
| vs. | § | No. 6:21-cv-00757-ADA |
| CISCO SYSTEMS, INC., | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**ORDER CLARIFYING THE COURT'S PRETRIAL CONFERENCE RULINGS**

The Court, having reviewed Defendant Cisco Systems, Inc.'s Motion to Clarify the Court's Pretrial Conference Rulings, hereby grants the Motion. Accordingly, it is ORDERED that the Court's Pretrial Conference Rulings (as announced at the hearing and in Dkt. 130) concerning (1) Cisco's Motion for Summary Judgment of Non-Infringement (Dkt. 54), (2) Cisco's Motion for Partial Summary Judgment of No Pre-Suit Damages Due to Failure to Mark (Dkt. 57), and (3) Paltalk's request for leave to revise its infringement theory in a supplemental report, are hereby clarified as follows:

SO ORDERED.

SIGNED on this _____ day of _____, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE