IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § § § | |
| Plaintiff | § § | |
| vs. | § § | No. 6:21-cv-00757 |
| CISCO SYSTEMS, INC., | § § | |
| Defendant. | § § | |

## AMENDED SCHEDULING ORDER

The Court **ORDERS** that the following revised schedule will govern deadlines up to and including the trial of this matter:

| Event | Date |
|---|---|
| Deadline to serve supplemental rebuttal expert reports | Oct. 3, 2023 |
| Close of expert discovery | Oct. 24, 2023 |
| Deadline to file *Daubert* motions and motions for summary judgment | Nov. 7, 2023 |
| Deadline to file responses to *Daubert* motions and motions for summary judgment | Nov. 21, 2023 |
| Deadline to file replies to *Daubert* motions and motions for summary judgment | Nov. 28, 2023 |
| Deadline to serve pretrial disclosures | Nov. 28, 2023 |
| Deadline to serve objections to pretrial disclosures | Dec. 5, 2023 |
| Deadline to serve rebuttal pretrial disclosures | |
| Deadline to serve objections to rebuttal pretrial disclosures | Dec. 12, 2023 |
| Deadline to file joint pretrial order | Dec. 19, 2023 |
| Final Pretrial Conference | TBD |
| Trial | May 6, 2024, or any earlier date when both parties are available |

IT IS SO ORDERED this 21st day of September 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE