UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § § | |
| vs. | § § | NO:  WA:21-CV-00757-ADA |
| WEBEX COMMUNICATIONS, INC., CISCO WEBEX LLC, CISCO SYSTEMS, INC. | § | |

### ORDER SETTING ZOOM DISCOVERY DISPUTE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for ZOOM DISCOVERY DISPUTE by Zoom on September 27, 2023  at  02:00 PM.

IT IS SO ORDERED this 25th day of September, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE