IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § § § | |
| Plaintiff | § § | |
| vs. | § § | No. 6:21-cv-00757-ADA |
| CISCO SYSTEMS, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

### DECLARATION OF RYAN B. HAWKINS IN SUPPORT OF DEFENDANT CISCO SYSTEMS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS OF CISCO'S EXPERT DEAN WILLIS

I, Ryan B. Hawkins, hereby declare as follows:

1. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I am an attorney at Perkins Coie LLP, counsel for Defendant Cisco Systems Inc. ("Cisco"). This declaration is submitted in support of Cisco's Opposition to Plaintiff's Motion to Exclude Certain Opinions of Cisco's Expert Dean Willis.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of the Dean Willis deposition transcript, dated November 2, 2023.

3. Attached as **Exhibit B** is a true and correct copy of the RTP: A Transport Protocol for Real-Tine Applications), (CISCO-PAL-0000050).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my current knowledge.

Executed this 21st day of November, 2023 in Palm Springs, California.

                                                             */s/ Ryan B. Hawkins*
                                                             Ryan B. Hawkins