IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| vs. § | No. 6:21-cv-00757-ADA | |
| § | | |
| CISCO SYSTEMS, INC., § | JURY TRIAL DEMANDED | |
| § | | |
| Defendant. § | | |

**DECLARATION OF ELISE EDLIN IN SUPPORT OF DEFENDANT CISCO SYSTEMS, INC.'S REPLY IN SUPPORT OF MOTION TO EXCLUDE PORTIONS OF EXPERT TESTIMONY BY MR. WALTER BRATIC AND DR. SCOTT SCHAEFER**

I, Elise Edlin, hereby declare as follows:

1. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I am an attorney at Perkins Coie LLP, counsel for Defendant Cisco Systems Inc. ("Cisco"). This declaration is submitted in support of Cisco's Motion to Exclude Portions of Expert Testimony by Mr. Walter Bratic and Dr. Scott Schaefer.

2. Attached as **Exhibit 10** is a true and correct copy of excerpts of the Walter Bratic deposition transcript, dated October 24, 2023.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my current knowledge.

Executed this 28th day of November, 2023 in Oakland, California.

*/s/ Elise Edlin*
Elise Edlin

-1-