IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC.,<br><br>Plaintiff,<br>v.<br>CISCO SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 6:21-CV-00757-ADA<br><br>JURY TRIAL DEMANDED |

## AMENDED SCHEDULING ORDER

Paltalk Holdings, Inc. and Cisco Systems, Inc. have agreed to a revised scheduling order. Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following revised schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| 12/12/2023 | Deadline to serve pretrial disclosures (witness lists, exhibit lists, discovery designations, deposition designations, and proposed jury instructions). |
| 12/21/2023 | Deadline to serve objections to pretrial disclosures and rebuttal disclosures. |
| 1/9/2024 | Deadline to serve objections to rebuttal disclosures. |
| 1/17/2024 | Deadline to meet and confer on Joint Pretrial Order. |
| 1/23/2024 | Deadline to file Joint Pretrial Order. |
| 3 business days before Final Pretrial Conference | File joint notice identifying remaining objections to pretrial disclosures. |
| TBD | Final Pretrial Conference |
| 5/6/2024 | Jury Selection / Trial |

SIGNED this _____ day of _____, 2023.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

1

Dated: December 11, 2023                    Respectfully submitted,


                                            By: <u>*/s/ Max L. Tribble, Jr.*</u>
                                                Max L. Tribble, Jr.
                                                State Bar No. 2021395
                                                SUSMAN GODFREY L.L.P.
                                                1000 Louisiana Street, Suite 5100
                                                Houston, Texas 77002-5096
                                                Telephone: (713) 651-9366
                                                Fax: (713) 654-6666
                                                mtribble@susmangodfrey.com

                                                **ATTORNEY-IN-CHARGE FOR**
                                                **PLAINTIFF PALTALK HOLDINGS, INC.**

**OF COUNSEL:**

Ryan Caughey
State Bar No. 24080827
Bryce T. Barcelo
State Bar No. 24092081
Amber B. Magee (admitted pro hac vice)
State Bar No. 24121572
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Mark D. Siegmund
State Bar No. 24117055
**Cherry Johnson Siegmund James PLLC**
The Roosevelt Tower
400 Austin Avenue, 9th Floor
Waco, Texas 76701
P: (254) 732-224
F: (866) 627-3509
msiegmund@cjsjlaw.com

## **CERTIFICATE OF SERVICE**

This document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure.

>*/s/ Max L. Tribble, Jr.*
>Max L. Tribble, Jr.