# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br> v. <br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00757-ADA <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF AMENDED SCHEDULE

Paltalk Holdings, Inc. and Cisco Systems, Inc. have agreed to an amended schedule. The parties' agreed amended schedule is as follows:

| Date | Event |
|---|---|
| 12/12/2023 | Deadline to serve pretrial disclosures (witness lists, exhibit lists, discovery designations, deposition designations, and proposed jury instructions). |
| 12/21/2023 | Deadline to serve objections to pretrial disclosures and rebuttal disclosures. |
| 1/9/2024 | Deadline to serve objections to rebuttal disclosures. |
| 1/17/2024 | Deadline to meet and confer on Joint Pretrial Order. |
| 1/23/2024 | Deadline to file Joint Pretrial Order. |
| 3 business days before Final Pretrial Conference | File joint notice identifying remaining objections to pretrial disclosures. |
| TBD | Final Pretrial Conference |
| 5/6/2024 | Jury Selection / Trial |

1

Dated: December 12, 2023

Respectfully submitted,

By: */s/ Max L. Tribble, Jr.*
    Max L. Tribble, Jr.
    State Bar No. 2021395
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Telephone: (713) 651-9366
    Fax: (713) 654-6666
    mtribble@susmangodfrey.com

**ATTORNEY-IN-CHARGE FOR**
**PLAINTIFF PALTALK HOLDINGS, INC.**

**OF COUNSEL:**

Ryan Caughey
State Bar No. 24080827
Bryce T. Barcelo
State Bar No. 24092081
Amber B. Magee (admitted pro hac vice)
State Bar No. 24121572
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Mark D. Siegmund
State Bar No. 24117055
**Cherry Johnson Siegmund James PLLC**
The Roosevelt Tower
400 Austin Avenue, 9th Floor
Waco, Texas 76701
P: (254) 732-224
F: (866) 627-3509
msiegmund@cjsjlaw.com

11186200v1/016889

## CERTIFICATE OF SERVICE

This document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.