# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00757-ADA |
| | § | |
| WEBEX COMMUNICATIONS, INC., | § | |
| CISCO WEBEX LLC, CISCO SYSTEMS, | | |
| INC. | | |

## ORDER SETTING JURY TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, April 08, 2024 at 09:00 AM**.  All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 8th day of January, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE