# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § | |
| Plaintiff | § | |
| vs. | § | No. 6:21-cv-00757-ADA |
| CISCO SYSTEMS, INC., | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT CISCO SYSTEMS, INC.'S
## MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Cisco Systems, Inc.'s ("Cisco's") Motion to Continue Trial. The Court GRANTS this Motion and sets trial for May 6, 2024, or a date when the Court and all parties are available.

SO ORDERED.

SIGNED on this _____ day of _____, 2024.

                                                                                                                                                   _____
                                                                                                                                                  ALAN D ALBRIGHT
                                                                                                                                                   UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on January 17, 2024.

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier