# EXHIBIT A

## **APPEARANCE OF COUNSEL**

A.    **Attorneys for Plaintiff Paltalk**

Mark D. Siegmund
State Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PLLC
The Roosevelt Tower
400 Austin Avenue, 9th Floor
Waco, Texas 76701
P: (254) 732-2242
F: (866) 627-3509
msiegmund@cjsjlaw.com

Max L. Tribble, Jr.
Texas Bar No. 2021395
Ryan Caughey (admitted *pro hac vice*)
Texas Bar No. 24080827
Bryce T. Barcelo
Texas Bar No. 24092081
Amber B. Magee (admitted *pro hac vice*)
Texas Bar No. 24121572
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
mtribble@susmangodfrey.com
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com


Kalpana Srinivasan
California Bar No. 237460
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

**B.     Attorneys for Defendant Cisco**

Sarah E. Piepmeier
Robin L. Brewer (admitted *pro hac vice*)
Elise Edlin (admitted *pro hac vice*)
Karl M. Johnston (admitted *pro hac vice*)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
SPiepmeier@perkinscoie.com
RBrewer@perkinscoie.com
EEdlin@perkinscoie.com
KJohnston@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050


Ryan Hawkins (admitted *pro hac vice*)
**PERKINS COIE LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
RHawkins@perkinscoie.com
Telephone: (858) 720-5709
Facsimile: (858) 720-5809

Jessica J. Delacenserie (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
JDelacenserie@perkinscoie.com
Telephone: (206) 359-3644

Olivia S. Radics (admitted *pro hac vice*)
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703
ORadics@perkinscoie.com
Telephone: (608) 663-7460

Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
**POTTER MINTON**
110 North College
500 Plaza Tower
Tyler, TX 75702
mikejones@potterminton.com
shaunhassett@potterminton.com

Telephone: (903) 597-8311
Facsimile: (903) 593-0846