# EXHIBIT B

## JOINT STATEMENT OF THE CASE

This is an action for patent infringement. Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1338(a). Subject matter jurisdiction, personal jurisdiction, and venue under 28 U.S.C. §§ 1391(c) and 1400(b) are not disputed.

Paltalk accuses Cisco of infringing Claims 1, 2, 3, 4, and 5 (the "Asserted Claims") of U.S. Patent No. 6,683,858 (the "'858 Patent" or the "Asserted Patent"). Paltalk seeks monetary damages to compensate for Cisco's infringement in an amount no less than a reasonable royalty and further relief as the Court deems just and proper.

Cisco denies that it has infringed any Asserted Claims. Cisco further contends that the Asserted Claims of the Asserted Patent are invalid. To the extent any Asserted Claim is found to be infringed and not invalid, Cisco disputes Paltalk's assertion of what constitutes a reasonable royalty and the underlying methodology used by Paltalk.