# EXHIBIT D-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § § § | |
| Plaintiff | § § | |
| vs. | § § | No. 6:21-cv-00757-ADA |
| CISCO SYSTEMS, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## CISCO SYSTEMS, INC.'S OBJECTIONS TO
## PALTALK'S TRIAL EXHIBIT LIST

**OBJECTIONS KEY:**

| Abbreviation / Designation | Objection |
|---|---|
| 104 | Lacks foundation, including but not limited to lack of personal knowledge |
| 106 | Rule of completeness; Only part of the document is identified |
| 402 | Not relevant |
| 403 | The probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, waste of time, or needless presentation of cumulative evidence |
| 501 | Privileged |
| 602 | Calls for speculation / lacks knowledge |
| 611 | Confusing |
| 701 | Improper testimony by lay witness |
| 702 | Improper testimony by expert |
| 801 | Hearsay |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |
| 901 | Improper authentication / lacks authentication |
| 1002 | Requirement of the original |
| 1005 | Copies of Public Records to Prove Content |
| 1006 | Summaries to Prove Content |
| SM | Subject of Motion |
| BE | Best Evidence Rule |
| NLI | Needs limiting instruction |
| NP | Thing or document not produced |

| PRESIDING JUDGE Judge Albright | | | | PLAINTIFF'S ATTORNEY IN CHARGE Max L. Tribble, Jr. | | | DEFENDANT'S ATTORNEY IN CHARGE Sarah Piepmeier | |
|---|---|---|---|---|---|---|---|---|
| TRIAL DATE (S): May 6, 2024 | | | | COURT REPORTER | | | COURTROOM DEPUTY | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | CISCO'S OBJECTIONS |
| PX001 | | | | | 11/30/1993 | CISCO-PAL-00000001 | Wide-band Speech Teleconferencing over an Integrated Network by J. Hardman | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX002 | | | | | 11/18/1997 | unnumbered | United States Patent No. US 5,689,641 (Pearce 6) | NP |
| PX003 | | | | | 10/13/1998 | unnumbered | United States Patent Number 5,822,523 (Katz 18) | NP |
| PX004 | | | | | 10/14/1998 | unnumbered | Press Release - Cisco Systems to Acquire Selsius Systems, Inc. for $145 Million (Pearce 2) | 402, 403, 801, 802, 805, 901; NP |
| PX005 | | | | | 11/17/1998 | unnumbered | United States Patent No. US 5,838,683 (Pearce 5) | NP |
| PX006 | | | | | 12/6/1999 | PT_0000620 - PT_0000623 | Hear Me Brings Voice Presence To Web Pages Across the Internet More Than 8,000 Sites Registered For New Free Product In Sneak Preview (Katz 12) | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX007 | | | | | 12/21/1999 | unnumbered | United States Patent No. US 6,006,253 (Pearce 7) | NP |
| PX008 | | | | | 5/12/2000 | PT_0000610 | HearMe Customers. (Katz 14) | 402, 403, 701, 702, 801, 802, 805 |
| PX009 | | | | | 5/15/2000 | PT_0000973 - PT_0000974 | HearMe Products Overview. (Katz 10) | 402, 403, 701, 702, 801, 802, 805 |
| PX010 | | | | | 5/15/2000 | PT_0000975 - PT_0000978 | HearMe VoiceSERVER. (Katz 11) | 402, 403, 701, 702, 801, 802, 805 |
| PX011 | | | | | 5/1/2001 | unnumbered | United States Patent Number 6,226,686 B1 (Katz 19) | NP |
| PX012 | | | | | 12/19/2001 | PT_0000767 - PT_0000816 | Asset Purchase Agreement, between HearMe, AudioTalk Networks, Inc., Resounding Technologies, Inc., and Paltalk Holdings, Inc. (Katz 8) | No objections |
| PX013 | | | | | 7/9/2002 | unnumbered | United States Patent No. US 6,418,215 B1 (Pearce 16) | NP |
| PX014 | | | | | 5/1/2003 | CISCO-PAL-00002641 | United States Patent Application 2003- 0084169 A1 | No objections |
| PX015 | | | | | 11/12/2003 | CISCO-PAL-00001450 | Cisco Buys Latitude in $80M Deal | 402, 403, 801, 802, 805 |
| PX016 | | | | | 1/27/2004 | PT_0000001 - PT_0000011 | United States Patent No. 6,683,858 B1 (Pearce 3; Katz 21; Barave 3; Buckles 4) | No objections |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PX017 | | | | | 1/27/2004 | unnumbered | Assignment abstract of title for Application 09604961 | NP |
| PX018 | | | | | 9/17/2004 | CISCO-PAL-00003856 | Patent Purchase and License Agreement between NCR Corp. and WebEx Communications | 402, 403; NLI |
| PX019 | | | | | 12/21/2004 | CISCO-PAL-00000577 | Bounty: Core Audio Mixer Software Functional and Unit Design Specification | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX020 | | | | | 4/26/2005 | CISCO-PAL-00002354 | VoIP Session Design Requirements | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX021 | | | | | 8/2/2005 | CISCO-PAL-00002370 | MBR2.0: RAW data file format Revision History | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX022 | | | | | 8/4/2005 | CISCO-PAL-00002365 | NBR2.0 Server Side Raw Data File Format Revision History | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX023 | | | | | 8/9/2005 | CISCO-PAL-00002394 | NBR 2, Operational Aspects | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX024 | | | | | 3/31/2006 | CISCO-PAL-00002087 | WebEx Communications, Inc. and Raindance Communications, Inc. Settlement Agreement (Raindance Action) (Hamilton 27) | 402, 403; NLI |
| PX025 | | | | | 3/31/2006 | CISCO-PAL-00002086 | WebEx Communications, Inc. and Raindance Communications, Inc. Cross- License Agreement (Hamilton 28) | 402, 403; NLI |
| PX026 | | | | | 2/21/2007 | CISCO-PAL-00001920 | Webex Media Conference System Revision History | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX027 | | | | | 5/6/2008 | CISCO-PAL-00002264 | Conversation Manager API's | 402, 403, 701, 702, 801, 802, 805 |
| PX028 | | | | | 4/6/2009 | CISCO-PAL-00001397 | Settlement and License Agreement between Cisco Systems, Inc. and Webex Communications, Inc. (Hamilton 34) | 402, 403; NLI |
| PX029 | | | | | 4/22/2009 | PT_0000979 - PT0000992 | Settlement and License Agreement between PalTalk Holdings, Inc and Microsoft Corporation (Katz 15) | No objections |
| PX030 | | | | | 7/17/2009 | CISCO-PAL-00000648 | WebEx Meeting Center User Guide For Hosts, Presenters, and Attendees | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX031 | | | | | 9/30/2009 | CISCO-PAL-00002260 | iChat-SIP Gateway User Documentation | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX032 | | | | | 5/24/2010 | CISCO-PAL-00001399 | Settlement and License Agreement between Cisco Systems, Inc. and Automated Business Companies (Hamilton 30) | 402, 403; NLI |
| PX033 | | | | | 9/15/2011 | PT_0001012 - PT_0001028 | License Settlement Agreement between Activision Blizzard, Inc and PalTalk Holdings, Inc (Katz 17) | No objections |
| PX034 | | | | | 10/13/2011 | PT_0000993 - PT_0001011 | Confidential & Privileged Settlement Communication Subject to fed. r. evid. 408 and Similar State & Local Rules License and Settlement Agreement (Katz 16) | No objections |
| PX035 | | | | | 6/7/2013 | unnumbered | Paltalk: The PRISM company that you've never heard of | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX036 | | | | | 7/25/2015 | unnumbered | Cisco's Form 10-K | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX037 | | | | | 1/30/2016 | CISCO-PAL-00002361 | WebEx Train Release Feature Design Feature F971 | 104, 402, 403, 701, 702, 801, 802, 805 |

- 2 -

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PX038 | | | | | 3/17/2016 | unnumbered | Presentation Cisco Webex Meetings Architecture Overview (Buckles 7; Buckles 8) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX039 | | | | | 6/22/2016 | CISCO-PAL-00001398 | Agreement between Cisco Systems, Inc. and Apollow Finance, LLC (Hamilton 35) | 402, 403; NLI |
| PX040 | | | | | 10/20/2016 | unnumbered | Root Causes of Echo in Calls | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX041 | | | | | 12/31/2017 | unnumbered | Form 10k for Peerstream, Inc. for the fiscal year ending December 31, 2017 (Katz 3) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX042 | | | | | 7/28/2018 | unnumbered | Cisco's Form 10-K | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX043 | | | | | 8/1/2018 | unnumbered | The History of VoIP | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX044 | | | | | 9/20/2018 | CISCO-PAL-00000651 | Release Terms between Realtime Data, LLC and Cisco Systems, Inc. (Hamilton 31) | 402, 403; NLI |
| PX045 | | | | | 11/19/2018 | unnumbered | What is PSTN and How Does it Work? | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX046 | | | | | 12/31/2018 | unnumbered | Form 10k for Peerstream, Inc. for the fiscal year ending December 31, 2018 (Katz 4) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX047 | | | | | 4/10/2019 | CISCO-PAL-00001396 | Settlement and License Agreement between Cisco Systems, Inc. and Meetrix IP, LLC (Hamilton 33) | 402, 403; NLI |
| PX048 | | | | | 10/4/2019 | unnumbered | Bandwidth Management - Chapter 6 | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX049 | | | | | 3/24/2020 | unnumbered | Form 10k for Peerstream, Inc. for the fiscal year ending December 31, 2019 (Katz 5) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX050 | | | | | 12/29/2020 | unnumbered | United States Patent No.: US 10,880,315 B1 (Buckles 2) | NP |
| PX051 | | | | | 3/23/2021 | unnumbered | Form 10k for Paltalk, Inc For The Fiscal Year Ended December 31, 2020 (Katz 6) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX052 | | | | | 5/21/2021 | unnumbered | Preferred Architecture for cisco Collaboration System Release 14 On-Premises Deployments | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX053 | | | | | 6/15/2021 | CISCO-PAL-00002620 | United States Patent 11,038,775 B2 | |
| PX054 | | | | | 7/31/2021 | unnumbered | Cisco's Form 10-K | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX055 | | | | | 9/7/2021 | unnumbered | Webex SIP Addresses in Control Hub | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX056 | | | | | 11/29/2021 | unnumbered | Webex App | Access call statistics | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX057 | | | | | 12/31/2021 | unnumbered | Form 10k for Paltalk, Inc For The Fiscal Year Ended December 31, 2021 (Katz 7) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX058 | | | | | 3/8/2022 | CISCO-PAL-00001400 | Settlement and License Agreement between Cisco Systems, Inc. and Symmetrix (Hamilton 32) | 402, 403; NLI |
| PX059 | | | | | 3/14/2022 | unnumbered | Spreadsheet re Paltalk U.S. Sales through March 14, 2022 (Boyles 19) | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PX060 | | | | | 3/14/2022 | unnumbered | Spreadsheet re Paltalk U.S. Sales through March 14, 2022 (Boyles 20) | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX061 | | | | | 3/14/2022 | unnumbered | Spreadsheet re Paltalk U.S. Sales - March 14, 2022 - Fiscal Year 2022 (Boyles 21) | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX062 | | | | | 3/18/2022 | unnumbered | Webex Audio Platforms and Services. - 5 Pages (Brave 37) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX063 | | | | | 3/18/2022 | unnumbered | Webex Audio Supported Platforms and Services | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX064 | | | | | 3/18/2022 | unnumbered | Webex Audio Support | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX065 | | | | | 3/28/2022 | unnumbered | Spreadsheet Sales, Marketing, G&A, Author Shelly Xie (Hamilton 23) | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX066 | | | | | 3/28/2022 | unnumbered | Spreadsheet re Sales, Marketing, G&A (Barave 23) | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX067 | | | | | 4/7/2022 | unnumbered | Cisco Systems, Inc.'s Objections and Responses to Paltalk Holdings, Inc.'s First Set of Interrogatories No. 1-7 (Pearce 13) | 901; NP |
| PX068 | | | | | 4/7/2022 | unnumbered | As PSTN Rides Off Into the Sunset, One Managed Service Provider Rolls Out Glide Path for Digitization With a Global VoIP Network Alternative | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX069 | | | | | 4/28/2022 | unnumbered | Defendant Cisco Systems, Inc.'s Final Invalidity Contentions (Pearce 4) | 901; NP |
| PX070 | | | | | 4/28/2022 | unnumbered | Exhibit A-11: Cisco's Final Invalidity Chart for U.S. Patent No. 6,683,858 (Pearce 11) | 901; NP |
| PX071 | | | | | 4/28/2022 | unnumbered | Exhibit A-12: Cisco's Final Invalidity Chart for U.S. Patent No. 6,683,858 (Pearce 12) | 901; NP |
| PX072 | | | | | 4/28/2022 | unnumbered | Paltalk Holdings, Inc.'s Final Infringement Contentions (Buckles 5) | 104, 402, 403, 611, 801, 802, 805, 901; NP |
| PX073 | | | | | 4/28/2022 | unnumbered | Paltalk's Infringement Contentions for US Pat. No. 6,683,858 ("Hybrid server architecture for mixing and non-mixing client conferencing") (Buckles 6) | 104, 402, 403, 611, 801, 802, 805, 901; NP |
| PX074 | | | | | 4/28/2022 | unnumbered | Paltalk Holdings, Inc.'s Final Infringement Contentions (Katz 20) | 104, 402, 403, 611, 801, 802, 805, 901; NP |
| PX075 | | | | | 7/28/2022 | unnumbered | Deployment Guide for Video Mesh | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX076 | | | | | 8/10/2022 | unnumbered | Paltalk's Notice Rule 30(b)(6) Deposition of Cisco Systems, Inc. (Pearce 1; Barave 1; Hamilton 1; Buckles 1) | 402, 403, 611, 901; NP |
| PX077 | | | | | 8/12/2022 | unnumbered | Cisco Systems, Inc.'s Rule 36(b)(6) Notice of Deposition to Paltalk Holdings, Inc. (Katz 1) | 901; NP |
| PX078 | | | | | 8/15/2022 | unnumbered | Cisco Systems, Inc.'s Rule 26(a)(1) Supplemental Initial Disclosures (Pearce 15) | 901; NP |
| PX079 | | | | | 8/18/2022 | unnumbered | Cisco Systems, Inc.'s Notice of Taking Remote, Virtual Deposition in Lieu of In-Person Appearance to Jason Katz (Katz 2) | 901; NP |
| PX080 | | | | | 8/22/2022 | CHU_0000001 - CHU_0000003 | Letter from S. Piepmeier to F. Chu re retention agreement for Paltalk v. Cisco (Hamilton 36) | 402, 403 |

- 4 -

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PX081 | | | | | | 8/23/2022 | CISCO-PAL-00002207 | WebExSquared / platform Update README.md | 402, 403 |
| PX082 | | | | | | 8/23/2022 | CISCO-PAL-00002208 | Calliope Processes | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX083 | | | | | | 9/7/2022 | unnumbered | Paltalk's Notice Rule 30(b)(1) Deposition of Chris Pearce (Pearce 14) | 402, 403, 611, 901; NP |
| PX084 | | | | | | 9/8/2022 | unnumbered | Webex App | Change your video layout during a meeting | 402, 403, 901; NP |
| PX085 | | | | | | 9/12/2022 | unnumbered | Spreadsheet Data Webex and Product ID Webex (Barave 47) | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX086 | | | | | | 9/19/2022 | CISCO-PAL-00002333 | NBR 2.0 Architectural Overview | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX087 | | | | | | 9/19/2022 | CISCO-PAL-00001923 | Webex Media Conference System Revision History | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX088 | | | | | | | | Intentionally Omitted | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX089 | | | | | | 9/21/2022 | unnumbered | Cisco Systems, Inc.'s Rule (26)(a)(1) Third Supplemental Initial Disclosures (Hamilton 26) | 901; NP |
| PX090 | | | | | | 9/22/2022 | unnumbered | Cisco Systems, Inc.'s First Supplemental Responses to Paltalk Holdings, Inc.'s First Set of Interrogatories (nos. 1-7) (Buckles 3) | 901; NP |
| PX091 | | | | | | 9/22/2022 | unnumbered | Cisco Systems, Inc.'s First Supplemental Responses to Paltalk Holdings, Inc.'s First set of Interrogatories (NOS. 1-7) | 901; NP |
| PX092 | | | | | | 9/29/2022 | unnumbered | Exhibit 4 to Expert Report of W. Bratic | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX093 | | | | | | 9/29/2022 | unnumbered | Exhibit 5 to Expert Report of W. Bratic | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX094 | | | | | | 9/29/2022 | unnumbered | Exhibit 6 to Expert Report of W. Bratic | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX095 | | | | | | 9/29/2022 | unnumbered | Exhibit 7 to Expert Report of W. Bratic | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX096 | | | | | | 9/29/2022 | unnumbered | Exhibit 8 to Expert Report of W. Bratic | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX097 | | | | | | 9/29/2022 | unnumbered | Exhibit 9 to Expert Report of W. Bratic | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX098 | | | | | | 9/29/2022 | unnumbered | Exhibit 10 to Expert Report of W. Bratic | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX099 | | | | | | 10/18/2022 | unnumbered | Multistreaming Support for All Participants in Webex Meeting | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX100 | | | | | | 11/18/2022 | unnumbered | Paltalk, Inc. Stock Price & Overview | 402, 403, 801, 802, 805, 901; NP |
| PX101 | | | | | | 11/18/2022 | unnumbered | What is PSTN Audio Conferencing? (No Internet Conferencing) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX102 | | | | | | 12/1/2020 | CISCO-PAL-00002638 | United States Patent 11,444,914 B2 | No objections |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PX103 | | | | | 00/00/00 | unnumbered | Cisco Systems - Gerswhin Call Manager 3.0 Test Plan (Pearce 10) | 402, 403, 901; NP |
| PX104 | | | | | 00/00/00 | unnumbered | Webex - Choose a plan screenshot (meet) (Boyles 17) | 402, 403, 901; NP |
| PX105 | | | | | 00/00/00 | unnumbered | Webex - Choose a plan screenshot (call) (Boyles 18) | 402, 403, 901; NP |
| PX106 | | | | | 00/00/00 | unnumbered | Webex Suite Pricing (Boyles 24) | 402, 403, 901; NP |
| PX107 | | | | | 00/00/00 | CISCO-PAL-00002084 | Settlement Agreement between Cisco Systems, Inc. and Estech Systems, Inc. (Hamilton 29) | 402, 403; NLI |
| PX108 | | | | | 00/00/00 | CISCO-PAL-00000714 | Zoom Compete Sales & Marketing Plan by A. Ravichandran & C. Tzortzis | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX109 | | | | | 00/00/00 | CISCO-PAL-00001340 | Enterprise Collaboration Platform Buyers' Guide Five Factors to Consider When Selecting an Enterprise Communication and Collaboration Platform | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX110 | | | | | 00/00/00 | unnumbered | Troubleshooting Echo Problems between IP Phones and Cisco IOS Gateways Document ID: 19640 | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX111 | | | | | 00/00/00 | CISCO-PAL-00002262 | on2xx diagram | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX112 | | | | | 00/00/00 | CISCO-PAL-00002266 | Outbound Call | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX113 | | | | | 00/00/00 | CISCO-PAL-00002267 | The reSIProcate SIP Stack library | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX114 | | | | | 00/00/00 | unnumbered | Audio Conferencing Services Market | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX115 | | | | | 00/00/00 | unnumbered | Cisco Systems American company | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX116 | | | | | 00/00/00 | CISCO-PAL-00003132 | Data and Product ID Excel spreadsheet | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX117 | | | | | 00/00/00 | CISCO-PAL-00003133 | PnL, US Revenue, Rev and COGS and OPEX Excel spreadsheet | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX118 | | | | | 00/00/00 | unnumbered | Audio Conferencing Services Market - Forecast (2022-2027) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX119 | | | | | 00/00/00 | unnumbered | The History of VoIP and Business Phone Systems | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX120 | | | | | 00/00/00 | unnumbered | Crunchbase - Paltalk | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX121 | | | | | 00/00/00 | unnumbered | Paltalk, Inc. Yahoo Finance | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX122 | | | | | 00/00/00 | unnumbered | Voice over IP: What it is and why businesses use it | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX123 | | | | | 00/00/00 | unnumbered | Video Conferencing, Cloud Calling and Screen Sharing by Webex | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX124 | | | | | 00/00/00 | unnumbered | Webex app | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |

| PX125 | | | | | | 00/00/00 | unnumbered | Webex suite | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
|---|---|---|---|---|---|---|---|---|---|
| PX126 | | | | | | 00/00/00 | CISCO-PAL-00001460 | Settlement Agreement between Cisco Systems, Inc. and Estech Systems, Inc. | 402, 403; NLI |
| PX127 | | | | | | 00/00/00 | PT_0000012 - PT_0000106 | Certified File History for U.S. Patent No. 6,683,858 B1 | No objections |
| PX128 | | | | | | 00/00/00 | unnumbered | Webex Get Webex Suite, Your Way (Barave 24) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX129 | | | | | | 00/00/00 | unnumbered | Cisco Webex Meetings Audio PSTN Coverage for Cisco Collaboration Flex Plan (Barave 38) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX130 | | | | | | 00/00/00 | unnumbered | Apprize 360 Intelligence document re Enterprise Collaboration Platform Buyers' Guide Five Factors to Consider When Selecting an Enterprise Communication and Collaboration Platform (Barave 41) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX131 | | | | | | 00/00/00 | unnumbered | Webex Suite The First best of breed Suite for hybrid work - 21 Pages. (Barave 42) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX132 | | | | | | 00/00/00 | unnumbered | WEBEX-36090 CMS sends unmixed audio to MCS (Buckles 9) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX133 | | | | | | 00/00/00 | unnumbered | Webex Meetings Media Platform (Buckles 10) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX134 | | | | | | 00/00/00 | unnumbered | Webex Engineering Design Title Active Speaker Selection Enhancement Design, V1.0 (DMS XXXX) (Buckles 11) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX135 | | | | | | 00/00/00 | PT_0000616 - PT_0000619 | Hear Me Document re Real-time interaction (Katz 9) | 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX136 | | | | | | 00/00/00 | PT_0000634 - PT_0000661 | HearMe Voice Solutions for eCommerce /Customer Service (Katz 13) | 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX137 | | | | | | 00/00/00 | CISCO-PAL-00001460 | Settlement Agreement between Cisco Systems, Inc. and Estech Systems, Inc. | 402, 403; NLI |
| PX138 | | | | | | 00/00/16 | unnumbered | Spreadsheet re Paltalk U.S. Sales - March 14, 2022 - Fiscal Year 2016 (Boyles 22) | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX139 | | | | | | 00/00/16 | unnumbered | Spreadsheet re: Sales, Marketing, G&A FY2020 to FY2022 - Fiscal Year 2016 (Boyles 23) | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901; NP |
| PX140 | | | | | | 00/00/1999 | CISCO-PAL-00001401 | Proposal of a Method of for Voice Stream Multiplexing for IP Telephony Systems by T. Hoshi, K. Tanigawa, and K. Tsukada | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX141 | | | | | | 00/00/2011 | CISCO-PAL-00002279 | TelePresence Plus Integration v3 Functional Specification | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX142 | | | | | | 00/00/2016 | CISCO-PAL-00000735 | WME Deep Drive Sessions | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX143 | | | | | | 00/00/2018 | CISCO-PAL-00002444 | 5 reasons more companies choose WebEx | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX144 | | | | | | 00/00/2018 | unnumbered | Cisco WebEx Meeting Center Video Conferencing Data Sheet | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX145 | | | | | | 00/00/2019 | CISCO-PAL-00000662 | 5 reasons more companies choose WebEx | 104, 402, 403, 701, 702, 801, 802, 805 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PX146 | | | | | 00/00/2020 | CISCO-PAL-00001329 | Box integration Collaborate real-time on content with Box and Webex | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX147 | | | | | 00/00/2020 | CISCO-PAL-00000709 | Cisco Marketing Update by A. Ravichandran | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX148 | | | | | 00/00/2021 | CISCO-PAL-00000652 | WebEx Meetings: Simple, modern secure video meetings | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX149 | | | | | 00/00/2021 | CISCO-PAL-00001213 | Webex for Government Datasheet | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX150 | | | | | 00/00/2021 | CISCO-PAL-00001231 | Webex Room Kit Mini Technical Decision Maker Presentation | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX151 | | | | | 00/00/2021 | CISCO-PAL-00000661 | Cisco Webex Meetings Privacy Data Sheet | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX152 | | | | | 00/00/2021 | CISCO-PAL-00001330 | Salesforce integration Extending Webex to where sales and service professionals work | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX153 | | | | | 00/00/2022 | CISCO-PAL-00001226 | Webex Webinars (Formerly Webex Events) Frequently Asked Questions | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX154 | | | | | 02/00/2015 | CISCO-PAL-00001931 | Wideband Connection between MMP and CMS | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX155 | | | | | 02/00/2022 | CISCO-PAL-00002088 | Cisco Webex Meetings Architecture Overview | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX156 | | | | | 03/00/2022 | CISCO-PAL-00001290 | Feedback and Accolades from the marketplace | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX157 | | | | | 06/00/2021 | unnumbered | Presentation Cisco Webex vs. Microsoft Teams Understanding the Advantages (Barave 44) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX158 | | | | | 06/00/2021 | CISCO-PAL-00001351 | A ZK Research Whitepaper - Cisco Webex v. Microsoft Teams | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX159 | | | | | 07/00/1996 | unnumbered | International Telecommunication Union's Multimedia conference services (Pearce 9) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX160 | | | | | 07/00/2021 | CISCO-PAL-00001331 | Enterprise Communication & Collaboration Platform Buyer's Guide | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX161 | | | | | 09/00/2022 | unnumbered | Global Audio Conferencing Services Market | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX162 | | | | | 10/00/2020 | CISCO-PAL-00001267 | The Rise of the Hybrid Workplace A Global Survey of Executives, Employee Experience Experts, and Knowledge Workers | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX163 | | | | | 10/00/2021 | CISCO-PAL-00002521 | Cisco Collaboration Buyer Personas | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX164 | | | | | 11/00/2012 | CISCO-PAL-00000646 | Cisco WebEx Network Bandwidth White Paper | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX165 | | | | | 4/4/2022 | unnumbered | Plaintiff's Responses and Objections to Cisco's First Set of Interrogatories | 402, 403, 611, 901; NP |
| PX166 | | | | | 7/22/2022 | unnumbered | Plaintiff's Responses and Objections to Cisco's First Second of Interrogatories | 402, 403, 611, 901; NP |
| PX167 | | | | | 9/7/2022 | unnumbered | Plaintiff's Supplemental Responses to Cisco's First Set of Interrogatories | 402, 403, 611, 901; NP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PX168 | | | | | 9/7/2022 | unnumbered | Plaintiff's Supplemental Responses to Cisco's Second Set of Interrogatories | 402, 403, 611, 901; NP |
| PX169 | | | | | 7/18/2006 | unnumbered | United States Patent No. US 7,079,495 B1(Pearce 8) | NP |
| PX170 | | | | | 2/22/2022 | unnumbered | Notice of Intent to Issue Ex Parte Reexamination Certificate re 90,019,062 | 402, 403; NP |
| PX171 | | | | | 1/19/2023 | Unnumbered | Ex Parte Reexamination Certificate re U.S. Patent No. 6,683,858 C1 | 402, 403; NP |
| PX172 | | | | | 02/1998 | unnumbered | International Telecommunication Union's Series H: Audiovisual and Multimedia Systems, H.323 (Madisetti 5) | 104, 402, 403, 701, 702, 801, 802, 805; NP |
| PX173 | | | | | 02/1998 | CISCO-PAL-00000037 | International Telecommunication Union's Series H: Audiovisual and Multimedia Systems, H.245 (Madisetti 7) | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX174 | | | | | 03//1999 | CISCO-PAL-00000042 | SIP: Session Initial Protocol (Madisetti 8) | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX175 | | | | | 10/11/2022 | unnumbered | Verification for Cisco Systems, Inc.'s First Supplemental Responses and Objections to Plaintiff Paltalk Holding, Inc.'s First Set of Interrogatories | 402, 403, 611; NP |
| PX176 | | | | | 10/11/2022 | unnumbered | Verification for Cisco Systems, Inc.'s Responses and Objections to Plaintiff Paltalk Holding, Inc.'s Second Set of Interrogatories | 402, 403, 611; NP |
| PX177 | | | | | 10/11/2022 | unnumbered | Verification for Cisco Systems, Inc.'s Responses and Objections to Plaintiff Paltalk Holding, Inc.'s Third Set of Interrogatories | 402, 403, 611; NP |
| PX178 | | | | | 9/28/2022 | unnumbered | Email from E. Edlin to A. Magee re Paltalk/Cisco - Schedule | 402, 403, 611, 901; NP |
| PX179 | | | | | 4/7/2022 | unnumbered | Cisco's Responses to Paltalk's First Set of Requests for Production | 402, 403, 611, 901; NP |
| PX180 | | | | | 9/12/2022 | unnumbered | Cisco's Responses to Paltalk's Second Set of Requests for Production | 402, 403, 611, 901; NP |
| PX181 | | | | | 9/22/2022 | unnumbered | Cisco's Responses to Paltalk's Third Set of Requests for Production | 402, 403, 611, 901; NP |
| PX182 | | | | | 9/22/2022 | unnumbered | Cisco's Responses to Paltalk's First Set of Interrogatories | 402, 403, 611, 901; NP |
| PX183 | | | | | 9/19/2022 | unnumbered | Cisco's Responses to Paltalk's Second Set of Interrogatories | 402, 403, 611, 901; NP |
| PX184 | | | | | 9/15/2022 | unnumbered | Cisco's Supplemental Initial Disclosures | 402, 403, 611, 901; NP |
| PX185 | | | | | 9/22/2022 | unnumbered | Cisco's First Supplemental Responses to Paltalk's First Set of Interrogatories | 402, 403, 611, 901; NP |
| PX186 | | | | | 00/00/0000 | unnumbered | Cisco Webex Meetings Audio PSTN Coverage for Cisco Collaboration Flex Plan | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX187 | | | | | 4/2/2008 | unnumbered | "Troubleshooting Echo Problems between IP Phones and IOS Gateways (http://www.cisco.com/c/en/us/support/docs/voice/voicequality/ | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PX188 | | | | | 12/29/2021 | unnumbered | Webex App \| Access call statistics (https://help.webex.com/en-us/article/netybjj/Webex-App-%7C-Access-call- statistics) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX189 | | | | | 00/00/0000 | CISCO-PAL-00001223 | Webex Suite - the first best-of-breed suite for hybrid work | 104, 402, 403, 701, 702, 801, 802, 805, 901 |
| PX190 | | | | | 3/24/2021 | unnumbered | Assen Jordanoff – The Legendary Bulgarian Aviator | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX191 | | | | | 00/00/0000 | unnumbered | Nokia Bell Labs - History | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX192 | | | | | 00/00/0000 | unnumbered | Webex Suite. Integrated, effortless collaboration (https://www.webex.com/suite/collaboration- suite.html) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX193 | | | | | 00/00/0000 | unnumbered | Webex Meetings; Where common ground is found (https://www.webex.com/suite/meetings.html) | 104, 402, 403, 701, 702, 801, 802, 805, 901; NP |
| PX194 | | | | | 00/00/0000 | CISCO-PAL-00000070 | Gershwin_sfs_V 7.0.msw | 104, 402, 403, 701, 702, 801, 802, 805 |
| PX195 | | | | | 00/00/0000 | CISCO-PAL-00003133 | Webex Meeting PnL to Legal 09.15.22.xlsx | 104, 402, 403, 611, 701, 702, 801, 802, 805, 901 |
| PX196 | | | | | 08/30/2021 | unnumbered | Paltalk's Preliminary Infringement Contentions | 402, 403, 611, 901; NP |
| PX197 | | | | | 03/9/2022 | unnumbered | Final Claim Constructions of the Court | 402, 403, 611, 901; NP |

Dated: December 21, 2023                    Respectfully submitted,

/s/ Sarah E. Piepmeier
Sarah E. Piepmeier (admitted, Cal. SBN. 227094)
Elise Edlin (admitted *pro hac vice*)
Robin L. Brewer (admitted *pro hac vice*)
Karl M. Johnston (admitted *pro hac vice*)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
SPiepmeier@perkinscoie.com
EEdlin@perkinscoie.com
RBrewer@perkinscoie.com
KJohnston@perkinscoie.com
Telephone: 415.344.7000
Facsimile: 415.344.7050

Ryan Hawkins (*pro hac vice*)
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130
RHawkins@perkinscoie.com
Telephone: 858.720.5700
Facsimile: 858.720.5799

Jessica J. Delacenserie (*pro hac vice*)
PERKINS COIE LLP
1201 3rd Ave, Suite 4900
Seattle, Washington 98101
JDelacenserie@perkinscoie.com
Telephone: 206.359.8000
Facsimile: 206.359.9000

Olivia S. Radics (admitted *pro hac vice*)
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703
ORadics@perkinscoie.com
Telephone: (608) 663-7460

Michael E. Jones (SBN. 10929400)
Shaun W. Hassett (SBN. 24074372)
POTTER MINTON, P.C.

        110 N. College Ave., Suite 500
        Tyler, Texas 75702
        mikejones@potterminton.com
        shaunhassett@potterminton.com
        Telephone: 903-597-8311
        Facsimile: 903-531-3939

        Attorneys for Defendant
        CISCO SYSTEMS, INC.

- 13 -

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was served via email to all counsel of record on the 21st day of December 2023.

                                            */s/ Sarah E. Piepmeier*
                                            Sarah E. Piepmeier