# EXHIBIT D-2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., | |
| Plaintiff, | CASE NO. 6:21-CV-00757-ADA |
| v. | |
| CISCO SYSTEMS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## PALTALK'S RENEWED OBJECTIONS TO CISCO'S TRIAL EXHIBIT LIST

Pursuant to the Court's Standing Order Governing Proceedings in Patent Cases, Plaintiff Paltalk Holdings, Inc. hereby objects to Cisco's trial exhibits as shown in Exhibit 1. The objections listed are not intended to reflect all objections pertinent to the use of any potential exhibits at trial. Paltalk expressly reserves the right to alter, amend, supplement, or withdraw its objections to Cisco's exhibit list. Paltalk further reserves the right to object to an exhibit for lack of foundation or for any other reason if that exhibit is not offered through a proper witness at trial.

Dated: December 21, 2023

Respectfully submitted,

*/s/ Max L. Tribble, Jr.*

Max L. Tribble, Jr.
Texas Bar No. 2021395
Ryan Caughey
Texas Bar No. 24080827
Bryce T. Barcelo
Texas Bar No. 24092081
Amber B. Magee (admitted *pro hac vice*)
Texas Bar No. 24121572
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
mtribble@susmangodfrey.com
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
California Bar No. 237460
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-315
ksrinivasan@susmangodfrey.com

Mark D. Siegmund
State Bar No. 24117055
**Cherry Johnson Siegmund James PLLC**
The Roosevelt Tower
400 Austin Avenue, 9th Floor
Waco, Texas 76701
P: (254) 732-224
F: (866) 627-3509
msiegmund@cjsjlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above document was served via email on all counsel of record on December 21, 2023.

*/s/ Amber B. Magee*

Amber B. Magee

# EXHIBIT 1

## Key to Paltalk's Exhibit Objections

| Objection Code | Objection |
|---|---|
| BE | Best Evidence |
| DUP | Duplicate |
| MIL | Objection follows from one of Paltalk's motions in *limine* |
| NE | Not evidence |
| NP | Document produced after close of fact discovery |
| PLEAD | Pleading |
| FRE 104 | Lack of foundation |
| FRE 106 | Incomplete document |
| FRE 401/402 | Relevance |
| FRE 403 | Unfair prejudice, confusing the issues, and/or misleading the jury |
| FRE 703 | Inadmissible material relied on by an expert |
| FRE 802 | Hearsay |
| FRE 901 | Improper/lack of authentication |

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., | § |
| Plaintiff | § |
| | § |
| vs. | § |
| | § |
| CISCO SYSTEMS, INC., | § |
| Defendant | § |
| | § |

No. 6:21-cv-00757-ADA
JURY TRIAL DEMANDED

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX001 | | | | PT0000001 | U.S. Pat. No. 6683858 [Chu] | |
| DX002 | | | | CISCO-PAL-00000680 | Prepare for Legal_BugReport_[WEBEX-1464] CPU is 100% when video and sharing start at the same time - JIRA Engineering - | H; FRE 401/402 |
| DX003 | | | | CISCO-PAL-00002448 | The Best 6 Features of Cisco WebEx.pdf | H; 901; FRE 401/402 |
| DX004 | | | | | Recommendation H.320 "Narrow-band visual telephone systems and | H; FRE 401/402, 403 |
| DX005 | | | | | Recommendation H.323 "Packet-based multimedia communications | H; FRE 401/402 |
| DX006 | | | | [Produced as Willis Exhibit D] | RFC 1889 "RTP: A Transport Protocol for Real-Time Applications", Schul- zrinne et. al., January 1996 | H; FRE 401/402, 403 |
| DX007 | | | | | RFC 2327, "SDP: Session Description Protocol", Handley et. al., April 1998 | H; FRE 401/402, 403 |
| DX008 | | | | | RFC 2543: "SIP: Session Initiation Protocol", Handley et. al., March 1999 | H |
| DX009 | | | | [Produced as Willis Exhibit D] | RFC 3550, "RTP: A Transport Protocol for Real-Time Applications", Schulzrinne et. al., July 2003 | H; FRE 401/402, 403 |
| DX010 | | | | | RFC 5761, "Multiplexing RTP Data and Control Packets on a Single Port", Perkins et. al., April 2010 | H; FRE 401/402 |
| DX011 | | | | [Produced as Willis Exhibit C] | "Centralized versus Distributed Schemes for Videoconferencing", Wil- lebeek-LeMair et. al., Proceedings of the Fifth IEEE Computer | H; FRE 401/402 |
| DX012 | | | | [Produced as Willis Exhibit G] | "First IETF Internet Audiocast", Casner and Deering, ACM SIGCOMM Computer Communication Review Volume 22 Issue 3 | H; FRE 401/402 |
| DX013 | | | | [Produced as Willis Exhibit F] | "vic: A Flexible Framework for Packet Video", McCanne and Jacobson, ACM Multimedia, November 1995, San Francisco CA | H; FRE 401/402 |
| DX014 | | | | [Produced as Willis Exhibit H] | "Issues and Options for RTP Multiplexing", Rosenberg and Schulzrinne, Proceedings of the 43rd IETF Meeting, December 1998 | H; FRE 401/402 |
| DX015 | | | | | "Internet Telephony: Architecture and Protocols an IETF Perspective", Ros- enberg and Schulzrinne, July 2, 1998 | H; FRE 401/402 |
| DX016 | | | | | cisco_webex_gpl_audio 2016.pdf | MIL; FRE 703 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX017 | | | | | Support-Center-Release-Notes_chapter_0100.pdf | H |
| DX018 | | | | | Webex Audio Sounds Good?, availble at | H; FRE 401/402, 403 |
| DX019 | | | | | Cisco, Webex Audio Support, available at https://help.webex.com/en-us/nc66g2h/Webex-Audio-Support | |
| DX020 | | | | | Cisco Webex Meetings Audio PSTN Coverage for Cisco | - |
| DX021 | | | | CISCO-PAL-00000646 | Cisco Webex Network Bandwidth | H; FRE 401/402, 403 |
| DX022 | | | | | Preferred Architecture for Cisco Webex Hybrid Services, CVD, | H; FRE 401/402, 403 |
| DX023 | | | | | Webex Blog, Sound matters: The role of audio quality in video conferenc- ing, available at https://blog.webex.com/video- | H; FRÉ 401/402 |
| DX024 | | | | CISCO-PAL-00000039 | ITU-T Rec. H.323 | H; |
| DX025 | | | | PT0000001 | United States Patent No. 6,683,858 B1 [Chu] | DUP of DX001 |
| DX026 | | | | PT0000012 | File History of United States Patent No. 6,683,858 B1 [Chu] | |
| DX027 | | | | CISCO-PAL-00000066 | Supercomm.ppt | FRE 901; H |
| DX028 | | | | CISCO-PAL-00000067 | UnicastBridge_V 2.0.doc | H; FRE 106,  401/402, 403, 901; BE |
| DX029 | | | | CISCO-PAL-00000068 | MCC Overview.doc | improper exhibit label; DX029 is an overview of selsius systems. Peltalk objects to the selsius |
| DX030 | | | | CISCO-PAL-00000069 | Gershwin_PRD_V 2.0.msw | illegible exhibit |
| DX031 | | | | CISCO-PAL-00000070 | Gershwin_sfs_V 7.0.msw | illegible exhibit |
| DX032 | | | | CISCO-PAL-00000071 | Selsius Offering Memo.doc | H; FRE 401/402, 901 |
| DX033 | | | | CISCO-PAL-00000072 | Gershwin_Program_Plan_V 1.0 | illegible exhibit |
| DX034 | | | | CISCO-PAL-00000073 | Selplan1.doc | H; FRE 401/402, 901 |
| DX035 | | | | CISCO-PAL-00000074 | CallManager_3_V 1.0.0-TestPlan | H; FRE 901 |
| DX036 | | | | CISCO-PAL-00001402 | United States Patent No. 6,141,597 [Botzko] | H |
| DX037 | | | | | Official Copy of United States Patent No. 6,141,597 [Botzko] | H; DUP of DX036 |
| DX038 | | | | CISCO-PAL-00001405 | United States Patent No. 6,418,125 [Oran] | H |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX039 | | | | | Official Copy of United States Patent 6,418,125 [Oran] | H; DUP of DX038 |
| DX040 | | | | CISCO-PAL-00001404 | United States Patent No. 7,079,495 [Pearce] | H |
| DX041 | | | | | Official Copy of United States Patent No. 7,079,495 [Pearce] | H; DUP OF DX041 |
| DX042 | | | | CISCO-PAL-00001406 | United States Patent No. 6,327,276 [Robert] | H |
| DX043 | | | | | Official Copy of United States Patent No. 6,327,276 [Robert] | H; DUP of DX042 |
| DX044 | | | | CISCO-PAL-00001407 | United States Patent No. 6,584,093 [Salama] | H |
| DX045 | | | | CISCO-PAL-00001408 | IETF Internet Draft entitled "An RTP Payload Format for User Multiplex- ing" [Rosenberg] | H |
| DX046 | | | | CISCO-PAL-00001410 | sbc_V 6.0.doc | H |
| DX047 | | | | CISCO-PAL-00001411 | Gershwin_SBC_spec_V 12.0 | illegible exhibit |
| DX048 | | | | CISCO-PAL-00001412 | OAMPRD_V 2.0.doc | H; FRE 106,  401/402, 403, 901; BE |
| DX049 | | | | CISCO-PAL-00001413 | Gershwin_CCM_Software_Eval_V 1.0.doc | H; FRE 401/402, 403 |
| DX050 | | | | CISCO-PAL-00001414 | CiscoView-FS-Gershwin_V 6.0.doc | H; FRE 106; 401/402, 403, 901; BE |
| DX051 | | | | CISCO-PAL-00001415 | Gershwin_Software_Presentations_10.07_V 2.0.99 | H; FRE 401/402; BE |
| DX052 | | | | CISCO-PAL-00001416 | Gershwin_Fault_Management_System_Spec_V 2.0 | illegible exhibit; H; FRE 401/402, 403, 901 |
| DX053 | | | | CISCO-PAL-00001417 | Gershwin_Trunk_T1_Functionality_Test_Plan_V 4.0 | illegible exhibit; H; FRE 401/402, 403, 901 |
| DX054 | | | | CISCO-PAL-00001418 | Gershwin_Trunk_Module_Analog_Functionality_Test_Plan_V 7.0.doc | H; FRE 106, 401/402; BE |
| DX055 | | | | CISCO-PAL-00001419 | Gershwin_highlevel_test_strategy_V 1.0 | illegible exhibit; H; FRE 401/402, 403, 901 |
| DX056 | | | | CISCO-PAL-00001420 | Gershwin_BPS_Test_Plan_V 4.0.doc | H; FRE 401/402, 403 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX057 | | | | CISCO-PAL-00001421 | Gershwin_OAM_Reqs_V 2.0.doc | H; FRE 401/402, 403 |
| DX058 | | | | CISCO-PAL-00001422 | Gershwin_CDP_Testplan_V 3.0.doc | H; FRE 401/402, 403 |
| DX059 | | | | CISCO-PAL-00001423 | Gershwin_CDR_Testplan_V 1.0.doc | H; FRE 401/402, 403 |
| DX060 | | | | CISCO-PAL-00001424 | Gershwin_CLI_OAM_Procedures_V 4.0 | illegible exhibit; H; FRE 401/402, 403, 901 |
| DX061 | | | | CISCO-PAL-00001425 | Gershwin_CV5.0_DesignSpec_V 2.0.doc | H; FRE 106, 401/402, 403 |
| DX062 | | | | CISCO-PAL-00001426 | Release Notes for Cisco CallManager Release 2.3(2)%ee%9d%81%ed%bb%83isco Unified Communications | H; FRE 401/402 |
| DX063 | | | | CISCO-PAL-00001998 | Conference Overheads.ppt | H; FRE 401/402, 403, 703, 901 |
| DX064 | | | | [Produced as Bress Expert Report Ex. 4] | Microsoft Computer Dictionary Fourth Edition | FRE 106; MIL |
| DX065 | | | | [Produced as Bress Expert Report Ex. 5] | [Bress Rpt. Ex. 5] https://web.archive.org/web/19990209181402/http://ww | H; FRE 401/402, 403, 901 |
| DX066 | | | | [Produced as Bress Expert Report Ex. 6] | [Bress Rpt. Ex. 6] https://web.archive.org/web/19990128141125/http://ww | H; FRE 401/402, 403, 901 |
| DX067 | | | | | Cisco Webex Meeting Center Video Conferencing | H; FRE 401/402 |
| DX068 | | | | CISCO-PAL-00003858 | Webex Mediatone: The "Dial Tone" for Web Communications Services | H; FRE 401/402 |
| DX069 | | | | CISCO-PAL-00000714 | Zoom Compete Sales & Marketing Plan | |
| DX070 | | | | CISCO-PAL-00001351 | Webex vs Microsoft Teams eBook | H; FRE 401/402 |
| DX071 | | | | CISCO-PAL-00001223 | Webex Suite eBook | H; FRE 401/402, 403 |
| DX072 | | | | CISCO-PAL-00003856 | NCR Agreement | NP; FRE 401/402; MIL |
| DX073 | | | | | Webex Audio Supported Platforms and Services | |
| DX074 | | | | CISCO-PAL-00000662 | 5 reasons more companies choose Webex | |
| DX075 | | | | CISCO-PAL-00001395 | Cisco Systems 10-K ending July 31, 2021 | H; FRE 401/402, 403 |
| DX076 | | | | CISCO-PAL-00000778 | Cisco Announces Agreement to Acquire Webex | H; FRE 401/402; BE |
| DX077 | | | | CISCO-PAL-00003164 | Microsoft Teams | H; FRE 106, 401/402, 403, 901; MIL |
| DX078 | | | | CISCO-PAL-00003159 | PCGames | H; FRE 401/402, 403, 901; MIL |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX079 | | | | CISCO-PAL-00003160 | Blizzard Voice Chat | H; FRE 106, 401/402, 403, 901; MIL; illegible exhibit |
| DX080 | | | | CISCO-PAL-00003166 | Blizzard's Featured Games | H; FRE 106, 401/402, 403, 901; MIL |
| DX081 | | | | CISCO-PAL-00003163 | PC Videoconferencing Endpoint Software | H; FRE 106, 401/402, 403, 901; MIL |
| DX082 | | | | | E. Edlin's September 29, 2022 letter to R. Caughey regarding marking stat- ute compliance | NOT EVIDENCE; MIL |
| DX083 | | | | | US-9106714-B2 | FRE 104, 401/402, 703; MIL |
| DX084 | | | | | US-8787358-B2 | FRE 104, 401/402, 703; MIL |
| DX085 | | | | | US-10721595-B2 | FRE 104, 401/402, 703; MIL |
| DX086 | | | | | US-9642167-B1 | FRE 104, 401/402, 703; MIL |
| DX087 | | | | | US-9820105-B2 | FRE 104, 401/402, 703; MIL |
| DX088 | | | | | US-10084665-B1 | FRE 104, 401/402, 703; MIL |
| DX089 | | | | | US-10091348-B1 | FRE 104, 401/402, 703; MIL |
| DX090 | | | | | US-8499344-B2 | FRE 104, 401/402, 703; MIL |
| DX091 | | | | | US-7512708-B2 | FRE 104, 401/402, 703; MIL |
| DX092 | | | | | US-8291116-B2 | FRE 104, 401/402, 703; MIL |
| DX093 | | | | | US-6295551-B1 | FRE 104, 401/402, 703; MIL |
| DX094 | | | | | US-5483588-A | FRE 104, 401/402, 703; MIL |
| DX095 | | | | | US-6167432-A | FRE 104, 401/402, 703; MIL |
| DX096 | | | | | US-5916302-A | FRE 104, 401/402, 703; MIL |
| DX097 | | | | | US-7031342-B2 | FRE 104, 401/402, 703; MIL |
| DX098 | | | | | US-7532643-B2 | FRE 104, 401/402, 703; MIL |
| DX099 | | | | | US-6810488-B2 | FRE 104, 401/402, 703; MIL |
| DX100 | | | | | US-6801612-B2 | FRE 104, 401/402, 703; MIL |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---------|-------------|--------|----------|-------------|-------------|------------|
| DX101 | | | | | US-7990879-B2 | FRE 104, 401/402, 703; MIL |
| DX102 | | | | | US-7283624-B1 | FRE 104, 401/402, 703; MIL |
| DX103 | | | | | US-7872994-B2 | FRE 104, 401/402, 703; MIL |
| DX104 | | | | | US-8260854-B2 | FRE 104, 401/402, 703; MIL |
| DX105 | | | | | US-9094520-B2 | FRE 104, 401/402, 703; MIL |
| DX106 | | | | | US-7421469-B1 | FRE 104, 401/402, 703; MIL |
| DX107 | | | | | US-8264519-B2 | FRE 104, 401/402, 703; MIL |
| DX108 | | | | | US-8218458-B2 | FRE 104, 401/402, 703; MIL |
| DX109 | | | | | US-8392503-B2 | FRE 104, 401/402, 703; MIL |
| DX110 | | | | | US-7593514-B1 | FRE 104, 401/402, 703; MIL |
| DX111 | | | | | US-9717106-B2 | FRE 104, 401/402, 703; MIL |
| DX112 | | | | | US-9363108-B2 | FRE 104, 401/402, 703; MIL |
| DX113 | | | | | US-7814150-B1 | FRE 104, 401/402, 703; MIL |
| DX114 | | | | | US-8760487-B2 | FRE 104, 401/402, 703; MIL |
| DX115 | | | | | US-9923729-B2 | FRE 104, 401/402, 703; MIL |
| DX116 | | | | | US-9781177-B2 | FRE 104, 401/402, 703; MIL |
| DX117 | | | | | US-9825734-B2 | FRE 104, 401/402, 703; MIL |
| DX118 | | | | | US-9413880-B1 | FRE 104, 401/402, 703; MIL |
| DX119 | | | | | US-9548998-B1 | FRE 104, 401/402, 703; MIL |
| DX120 | | | | | US-10630749-B2 | FRE 104, 401/402, 703; MIL |
| DX121 | | | | | US-10334001-B2 | FRE 104, 401/402, 703; MIL |
| DX122 | | | | | US-11178006-B2 | FRE 104, 401/402, 703; MIL |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---------|--------------|--------|----------|-------------|-------------|------------|
| DX123 | | | | | US-9258428-B2 | FRE 104, 401/402, 703; MIL |
| DX124 | | | | | US-6269483-B1 | FRE 104, 401/402, 703; MIL |
| DX125 | | | | | US-7035230-B1 | FRE 104, 401/402, 703; MIL |
| DX126 | | | | | US-8077635-B2 | FRE 104, 401/402, 703; MIL |
| DX127 | | | | | US-7492729-B2 | FRE 104, 401/402, 703; MIL |
| DX128 | | | | | US-7929678-B2 | FRE 104, 401/402, 703; MIL |
| DX129 | | | | | US-7213050-B1 | FRE 104, 401/402, 703; MIL |
| DX130 | | | | | US-7734693-B2 | FRE 104, 401/402, 703; MIL |
| DX131 | | | | | US-8526336-B2 | FRE 104, 401/402, 703; MIL |
| DX132 | | | | | US-8311197-B2 | FRE 104, 401/402, 703; MIL |
| DX133 | | | | | US-8300556-B2 | FRE 104, 401/402, 703; MIL |
| DX134 | | | | | US-9843769-B2 | FRE 104, 401/402, 703; MIL |
| DX135 | | | | | US-7979550-B2 | FRE 104, 401/402, 703; MIL |
| DX136 | | | | | US-8190745-B2 | FRE 104, 401/402, 703; MIL |
| DX137 | | | | | US-8838828-B2 | FRE 104, 401/402, 703; MIL |
| DX138 | | | | | US-9351024-B2 | FRE 104, 401/402, 703; MIL |
| DX139 | | | | | US-9118806-B2 | FRE 104, 401/402, 703; MIL |
| DX140 | | | | | US-9118807-B2 | FRE 104, 401/402, 703; MIL |
| DX141 | | | | | US-9681101-B2 | 104, 401/402, 403, 703 |
| DX142 | | | | | US-9781387-B2 | 104, 401/402, 403, 703 |
| DX143 | | | | | US-9215413-B2 | 104, 401/402, 403, 703 |
| DX144 | | | | | US-9473546-B2 | 104, 401/402, 403, 703 |
| DX145 | | | | | US-9203875-B2 | FRE 104, 401/402, 403, 703 |
| DX146 | | | | | US-9549016-B2 | FRE 104, 401/402, 403, 703 |
| DX147 | | | | | US-9357076-B2 | FRE 104, 401/402, 403, 703 |
| DX148 | | | | | US-9774463-B2 | FRE 104, 401/402, 403, 703 |
| DX149 | | | | | US-10673580-B2 | FRE 104, 401/402, 403, 703 |
| DX150 | | | | | US-11228402-B2 | FRE 104, 401/402, 403, 703 |
| DX151 | | | | | US-10284484-B1 | FRE 104, 401/402, 403, 703 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX152 | | | | | US-6535238-B1 | FRE 104, 401/402, 403, 703 |
| DX153 | | | | | US-7154533-B2 | FRE 104, 401/402, 403, 703 |
| DX154 | | | | | US-7796157-B2 | FRE 104, 401/402, 403, 703 |
| DX155 | | | | | US-6047314-A | FRE 104, 401/402, 403, 703 |
| DX156 | | | | | US-8228360-B2 | FRE 104, 401/402, 403, 703 |
| DX157 | | | | | US-8675847-B2 | FRE 104, 401/402, 403, 703 |
| DX158 | | | | | US-10009389-B2 | FRE 104, 401/402, 403, 703 |
| DX159 | | | | | US-7580375-B1 | FRE 104, 401/402, 403, 703 |
| DX160 | | | | | US-9961303-B2 | FRE 104, 401/402, 403, 703 |
| DX161 | | | | | US-9113037-B2 | FRE 104, 401/402, 403, 703 |
| DX162 | | | | | US-9357172-B2 | FRE 104, 401/402, 403, 703 |
| DX163 | | | | | US-10397183-B2 | FRE 104, 401/402, 403, 703 |
| DX164 | | | | | US-10965725-B1 | FRE 104, 401/402, 403, 703 |
| DX165 | | | | | US-11277454-B2 | FRE 104, 401/402, 403, 703 |
| DX166 | | | | | US-5600646-A | FRE 104, 401/402, 403, 703 |
| DX167 | | | | | US-7136398-B1 | FRE 104, 401/402, 403, 703 |
| DX168 | | | | | US-8649492-B2 | FRE 104, 401/402, 403, 703 |
| DX169 | | | | | US-7369652-B1 | FRE 104, 401/402, 403, 703 |
| DX170 | | | | | US-9172796-B2 | FRE 104, 401/402, 403, 703 |
| DX171 | | | | | US-8437281-B2 | FRE 104, 401/402, 403, 703 |
| DX172 | | | | | US-8917847-B2 | FRE 104, 401/402, 403, 703 |
| DX173 | | | | | US-9154737-B2 | FRE 104, 401/402, 403, 703 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX174 | | | | | US-10291668-B2 | FRE 104, 401/402, 403, 703 |
| DX175 | | | | | US-9591037-B2 | FRE 104, 401/402, 403, 703 |
| DX176 | | | | | US-9641803-B1 | FRE 104, 401/402, 403, 703 |
| DX177 | | | | | US-10225516-B2 | FRE 104, 401/402, 403, 703 |
| DX178 | | | | | US-8428247-B2 | FRE 104, 401/402, 403, 703 |
| DX179 | | | | | US-9083776-B2 | FRE 104, 401/402, 403, 703 |
| DX180 | | | | | US-9042535-B2 | FRE 104, 401/402, 403, 703 |
| DX181 | | | | | US-9628597-B1 | FRE 104, 401/402, 403, 703 |
| DX182 | | | | | US-10291762-B2 | FRE 104, 401/402, 403, 703 |
| DX183 | | | | | US-9972337-B2 | FRE 104, 401/402, 403, 703 |
| DX184 | | | | | US-10079866-B2 | FRE 104, 401/402, 403, 703 |
| DX185 | | | | | US-9942513-B1 | FRE 104, 401/402, 403, 703 |
| DX186 | | | | | US-10440322-B2 | FRE 104, 401/402, 403, 703 |
| DX187 | | | | | US-11245788-B2 | FRE 104, 401/402, 403, 703 |
| DX188 | | | | | US-10771621-B2 | FRE 104, 401/402, 403, 703 |
| DX189 | | | | | US-8966093-B2 | FRE 104, 401/402, 403, 703 |
| DX190 | | | | | US-7474673-B1 | FRE 104, 401/402, 403, 703 |
| DX191 | | | | | US-8416279-B2 | FRE 104, 401/402, 403, 703 |
| DX192 | | | | | US-7627629-B1 | FRE 104, 401/402, 403, 703 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX193 | | | | | US-9374471-B2 | FRE 104, 401/402, 403, 703 |
| DX194 | | | | | US-11343331-B2 | FRE 104, 401/402, 403, 703 |
| DX195 | | | | | US-10447788-B2 | FRE 104, 401/402, 403, 703 |
| DX196 | | | | | US-9628518-B1 | FRE 104, 401/402, 403, 703 |
| DX197 | | | | | US-10440073-B2 | FRE 104, 401/402, 403, 703 |
| DX198 | | | | CISCO-PAL-00001046 | 18 video conferencing statistics for 2021 | - FRE 104, 401/402, 802 |
| DX199 | | | | CISCO-PAL-00001346 | 2021: The New World of Enterprise Collaboration | FRE 104, 401/402, 802, 901 |
| DX200 | | | | | 4 Things Multiplayer Gamers Want in 2022 and Beyond. (https://blog.unity.com/games/4-things-multiplayer-gamers-want-2022, viewed on October 27, 2022.) | - FRE 104, 401/402, 403, 802, 901 |
| DX201 | | | | | 5 Reasons More Companies Choose Webex. (https://media.zones.com/im- ages/pdf/cisco-5-reasonswhy-webex- | FRE 104, 401/402, 802, 901 |
| DX202 | | | | | About — Apprize360 The Competitive Intelligence Experts. (https://www.apprize360.com/about, viewed on October 8, 2022.) | - FRE 104, 401/402, 403, 802, 901 |
| DX203 | | | | | About G2 Culture.  (https://company.g2.com/about, viewed on October 11, 2022.) | FRE 104, 401/402, 403, 802, 901 |
| DX204 | | | | | About Red Dot.  (https://www.red-dot.org/about-red-dot, viewed on October 11, 2022.) | FRE 104, 401/402, 403, 802, 901 |
| DX205 | | | | | About us – TrustRadius.  (https://www.trustradius.com/static/about-us, viewed on October 11, 2022.) | - FRE 104, 401/402, 403, 802, 901 |
| DX206 | | | | | Activision Blizzard, Inc. 2009 Annual Report | FRE 104, 401/402, 403, 802, 901 |
| DX207 | | | | | Activision Blizzard, Inc. SEC Form 10-K for the fiscal year ended Decem- ber 31, 2008 | - FRE 104, 401/402, 403, 802, 901 |
| DX208 | | | | | Agreement and Plan of Merger by and between Snap Interactive, Inc., SAVM Acquisition Corporation, A.V.M. Software, Inc., and Jason Katz, as the Company Representative dated September 13, 2016 | FRE 104, 401/402, 403 |
| DX209 | | | | CISCO-PAL-00001398 | Agreement between Cisco Systems, Inc. and Apollo Finance, LLC dated June 22, 2016 | FRE 104, 401/402, 403 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX210 | | | | | All about Webex Calling. (https://help.webex.com/en-us/landing/ld-nzid8xi-WebexCalling/Webex-Calling, viewed on September 26, 2022.) | - |
| DX211 | | | | | Andrade, G., & Kaplan, S. N. (1998). How costly is financial (not | FRE 104, 401/402, 403, 802 |
| DX212 | | | | | Anixa Biosciences, Inc. SEC Form 10-K for the fiscal year ended October 31, 2019 | FRE 104, 401/402, 403, 802 |
| DX213 | | | | PT_0000767 – 816 | Asset Purchase Agreement between Paltalk and HearMe dated December 19, 2001 | FRE 401/402, 403, 403 |
| DX214 | | | | | AT&T Business: What Is Unified Communications and Collaboration (UC&C)? (https://www.business.att.com/learn/what-is-unified- | FRE 104, 401/402, 403, 802 |
| DX215 | | | | | August 2022 (42.8) Announcements. (https://help.webex.com/en-us/arti- cle/np1t7y6/Announcements-for-the-Cisco-Webex-Meetings- | - |
| DX216 | | | | | Automated Business Companies Complaint for Patent Infringement dated March 27, 2006 | FRE 104, 401/402, 403 |
| DX217 | | | | | Bloodborne. (https://store.playstation.com/en-us/product/UP9000-CUSA00900_00-BLOODBORNE000000, viewed on October 27 | FRE 104, 401/402, 403, 802 |
| DX218 | | | | CISCO-PAL-00000813 | Bring your meetings to life with Webex | - |
| DX219 | | | | | Chapter 3: Video Games Are Key Elements in Friendships for Many Boys. (https://www.pewresearch.org/internet/2015/08/06/chapter-3- | FRE 104, 401/402, 403, 802, 901 |
| DX220 | | | | | CIBC World Markets: Equity Research Company Update Cisco Systems dated March 15, 2007 | -<br><br>FRE 104, 401/402, 802, 901 |
| DX221 | | | | | Cisco Announces Agreement to Acquire Webex, Thomson StreetEvents Ed- ited Brief dated March 15, 2007 | - |
| DX222 | | | | | Cisco Announces Agreement to Acquire WebEx. (https://news-room.cisco.com/c/r/newsroom/en/us/a/y2007/m03/cisco-announces-agree- ment-to-acquire-webex.html, viewed on September 20, 2022.) | - |
| DX223 | | | | CISCO-PAL-00002521 | Cisco Collaboration Buyer Personas | FRE 104, 401/402, 403, 802, 901 |
| DX224 | | | | | Cisco Completes Acquisition of WebEx. (https://news-room.cisco.com/c/r/newsroom/en/us/a/y2007/m05/cisco-completes-acquisi- tion-of-webex.html, viewed on October 18, 2022.) | - |
| DX225 | | | | | Cisco Launches New Webex Suite. (https://www.uctoday.com/unified-com- munications/cisco-launches-new-webex-suite/, viewed on September 25, 2022.) | - |
| DX226 | | | | | Cisco Makes $57 Bid. Expect Deal to Close as Announced, Nollenberger Capital Partners note on Webex Communications dated | FRE 104, 401/402, 403, 802, 901 |
| DX227 | | | | | Cisco Systems Inc, Argus Analyst Report created March 20, 2007 | FRE 104, 401/402, 403, 802, 901 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX228 | | | | CISCO-PAL-00001389 | Cisco Systems, Inc. SEC Form 10-K for the fiscal year ended July 25, 2015 | - |
| DX229 | | | | CISCO-PAL-00001390 | Cisco Systems, Inc. SEC Form 10-K for the fiscal year ended July 30, 2016 | - |
| DX230 | | | | | Cisco Systems, Inc. SEC Form 10-K for the fiscal year ended July 30, 2022 | - |
| DX231 | | | | CISCO-PAL-00001395 | DUPLICATE - Withdrawn | - |
| DX232 | | | | | Cisco Systems, Inc. SEC Form 10-Q for the quarterly period ended October 31, 2021 | - |
| DX233 | | | | | Cisco Systems, Inc. SEC Form 8-K for the period ending March 15, 2017 filed on March 21, 2017 | - |
| DX234 | | | | | Cisco Systems: Catching up with Collaboration, Morgan Stanley note dated March 15, 2007 | - <br><br> FRE 104, 401/402, 403, 802, 901 |
| DX235 | | | | | Cisco Systems: WebEx Deal Strengthens Unified Comm. Platform, Jefferies & Company, Inc. Flash Note dated March 15, 2007 | FRE 104, 401/402, 403, 802, 901 |
| DX236 | | | | | Cisco Unified Communications Manager (UCM) Cloud for Government At- a-Glance. (https://www.cisco.com/c/en/us/solutions/collateral/collabora- | FRE 104, 403 |
| DX237 | | | | CISCO-PAL-00003157 | Cisco Usage Data | FRE 104, 106, 401/402, 901 |
| DX238 | | | | | Cisco Webex Meetings. (https://www.cisco.com/c/en/us/products/collat- eral/unified- | - |
| DX239 | | | | | Cisco Webex Teams Review: Teamwork, Anytime, Anywhere. (https://www.uctoday.com/collaboration/cisco-webex-teams-review/, viewed on September 23, 2022) | FRE 104, 401/402, 403, 403, 802, 901 |
| DX240 | | | | | Cisco Webex.  (https://www.techtarget.com/searchunifiedcommunica- tions/definition/Cisco-Webex#:~:text=Webex%20Meetings%20is%20Cis- | - <br><br> FRE 104, 401/402, 403, 802 |
| DX241 | | | | CISCO-PAL-00001112 | Cisco Wins ChannelPro Network Readers' Choice Award for Best Unified Communications Vendor of 2020 | - <br><br> FRE 104, 401/402, 403, 802 |
| DX242 | | | | | Cisco's Acquisition of Webex Fills a Critical Gap in the Unified Communi- cations Portfolio, Kintisheff Research Interim Update dated March 16, 2007 | - <br><br> FRE 104, 401/402, 403, 802, 901 |
| DX243 | | | | CISCO-PAL-00002528.xlsx | CISCO-PAL-00002528.xlsx | FRE 104, 401/402, 403, 403, 901 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX244 | | | | CISCO-PAL-00003132.xlsx | CISCO-PAL-00003132.xlsx | FRE 104, 401/402, 403, 403, 901 |
| DX245 | | | | CISCO-PAL-00003857.xlsx | CISCO-PAL-00003857.xlsx | FRE 104, 401/402, 403, 403, 901; MIL; NP; |
| DX246 | | | | CISCO-PAL-00000901 | Collaboration Business Case | - |
| DX247 | | | | | Compare Webex Webinars and Webex Events (classic). (https://help.we- bex.com/en-us/article/8wf2bb/Compare-Webex- | FRE 104, 401/402, 403, 802 |
| DX248 | | | | | Computer World: Microsoft Expands Web Conferencing Pricing Options. (https://www.computerworld.com/article/2565929/microsoft- | FRE 104, 401/402, 403, 802, 901 |
| DX249 | | | | | Contact PCMag_PCMag. (https://www.pcmag.com/about/contact-pcmag, viewed on October 11, 2022.) | - FRE 401/402 |
| DX250 | | | | | Continuous Teamwork Anytime, Anywhere. (https://www.cisco.com/c/dam/en_us/solutions/collaboration/docs/cisco-we- bex-teams-solution-overview.pdf, viewed on September 23, 2022) | - |
| DX251 | | | | | Craig-Hallum Capital Group: WebEx Communications, Inc. (WEBX), Buy, Price Target: $29 dated October 24, 2003 | FRE 104, 401/402, 403, 802, 901 |
| DX252 | | | | | CRM 101: What is CRM?  (https://www.salesforce.com/crm/what-is-crm/, viewed on October 9, 2022.) | FRE 104, 401/402, 403, 802, 901 |
| DX253 | | | | | Davydenko, S. A., Strebulaev, I. A., & Zhao, X. (2012).  A market-based study of the cost of default.  The Review of Financial Studies, 25(10), 2959- 2999 | - FRE 104, 401/402, 403, 802 |
| DX254 | | | | | Definitions and Acronyms. (https://www.cisco.com/c/dam/en_us/buy/cs-info/downloads/commarch/html/reference-guides/module11-definitions.pdf, viewed on October 25, 2022.) | FRE 401/402 |
| DX255 | | | | | Deliver Rich, Interactive Training Anywhere.  (https://www.we-bex.com/content/dam/webex/eopi/Americas/USA/en_us/docu- | - |
| DX256 | | | | | Demon's Souls.  (https://store.playstation.com/en-us/product/UP9000-PPSA01342_00-DEMONSSOULS00000, viewed on October 27 | FRE 104, 401/402, 403, 802 |
| DX257 | | | | | Deutsche Bank: Company Alert Cisco Systems CSCO to Acquire WebEx for $2.9B dated March 15, 2007 | - FRE 104, 401/402, 403, 802 |
| DX258 | | | | | Email from Elise Edlin (Perkins Coie) to Amber Magee (Susman Godfrey) and Ryan Hawkins (Perkins Coie) dated September 28 | MIL, NE |
| DX259 | | | | CISCO-PAL-00001340 | Enterprise Collaboration Platform Buyers' Guide, 2021 | - FRE 104, 401/402, 403, 802, 901 |
| DX260 | | | | CISCO-PAL-00001331 | Enterprise Communication & Collaboration Platform Buyers' Guide, July 2021 | FRE 104, 401/402, 403, 802, 901 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX261 | | | | | Event Transcript, WEBX – Q2 2003 WebEx Communications, Inc. Earnings Conference Call dated July 17, 2003 | FRE 104, 401/402, 403, 802 |
| DX262 | | | | | EverQuest is bigger than EverQuest 2. (https://www.euro-gamer.net/everquest-is-bigger-than-everquest-2, viewed on October 24, 2022.) | - FRE 104, 401/402, 403, 802 |
| DX263 | | | | | EverQuest® Macintosh Edition Now Available for Mac Gamers. (https://web.ar-chive.org/web/20150906174322/https://www.sony.com/en_us/SCA/c | - FRE 104, 401/402, 403, 802 |
| DX264 | | | | CISCO-PAL-00001290 | Feedback & Accolades from the Marketplace | - FRE 106, 401/402 |
| DX265 | | | | CISCO-PAL-00001228 | Feedback & Accolades Presentation, March 2022 | - FRE 106, 401/402 |
| DX266 | | | | | Gamelist with Custom Filters _ MMORPG.com. (https://www.mmorpg.com/games-list/show/custom/plat- | FRE 104, 401/402, 403, 802 |
| DX267 | | | | | Globe Newswire: Unified Communications and Collaboration Market is Forecast to Grow at the Highest CAGR of 12.1% during 2022- | FRE 104, 401/402, 403, 802, 901 |
| DX268 | | | | | Gordon V. Smith & Russell L. Parr, Valuation of Intellectual Property and Intangible Assets, 2nd Edition, p. 362 | FRE 104, 401/402, 403, 802, 901 |
| DX269 | | | | | Help with Webex Events (formerly Socio). (https://help.webex.com/en-us/article/6xg8gd/Help-with-Webex-Events-(formerly-Socio), viewed on September 26, 2022.) | FRE 104, 401/402 |
| DX270 | | | | | History of PlayStation Network. (https://historydraft.com/story/play-sta-tion-network/timeline/584, viewed on October 24, 2022.) | FRE 104, 401/402, 403, 802 |
| DX271 | | | | | How Many People Are Playing World Of Warcraft. | FRE 104, 401/402, 403, 802 |
| DX272 | | | | CISCO-PAL-00001124 | How to Develop a Winning Transition Strategy to Enterprise Cloud Calling: Part 2, Business Transformation | FRE 104, 401/402, 403 |
| DX273 | | | | CISCO-PAL-00001363 | IDC MarketScape: Worldwide Collaboration and Community Applications 2021 Vendor Assessment | FRE 104, 401/402, 403, 802, 901 |
| DX274 | | | | | IDC: Worldwide Unified Communications & Collaboration Market | FRE 104, 401/402, 403, 802, 901 |
| DX275 | | | | | In-Game Chat Fuels Player Engagement and Boosts Retention. (https://www.pubnub.com/blog/in-game-chat-fuels-player-engagement-and-boosts-retention/, viewed October 27, 2022.) | - FRE 104, 401/402, 403, 802, 901 |
| DX276 | | | | | Instant Messaging Finds Its Voice and Likes What It Sees. (https://www.ta-comadailyindex.com/blog/instant-messaging-finds-its-voice-and-likes-what-it-sees/167375/, viewed on September 25 | - FRE 104, 401/402, 403, 802, 901 |
| DX277 | | | | | Introducing the Webex Suite: The first, best-of-breed suite for hybrid work. (https://blog.webex.com/hybrid-work/introducing-the-webex-suite-a-collab-oration-offer-designed-for-the-hybrid-workplace/ | - 104, 401/402, 403 |
| DX278 | | | | | Introducing: Slido in Webex. (https://blog.slido.com/introducing-slido-in-webex/, viewed on September 26, 2022.) | - FRE 104, 401/402, 403 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX279 | | | | | Investopedia: Dotcom Bubble dated June 25, 2019. (https://www.investopedia.com/terms/d/dotcom-bubble.asp, viewed on October 13, 2022.) (CHECK TO SEE IF IT IS IN THE FINAL) | -<br><br>FRE 104, 401/402, 403, 802, 901 |
| DX280 | | | | | Joint Stipulation of Dismissal with Prejudice of Defendants WebEx Com- munications, Inc. and Cisco WebEx LLC dated October 14, | FRE 104, 401/402, 403, 403 |
| DX281 | | | | | Korteweg, A. (2010). The net benefits to leverage. The Journal of Finance, 65(6), 2137-2170. | FRE 104, 401/402, 403, 802, 901 |
| DX282 | | | | | Macquarie Research: Sony – Fun and Games dated March 24, 2015 | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX283 | | | | CISCO-PAL-00001312 | Magic Quadrant for Unified Communications as a Service, Worldwide dated February 15, 2022 | FRE 104, 403, 802, 901 |
| DX284 | | | | CISCO-PAL-00001252 | Meetings in Cisco Webex | FRE 802 |
| DX285 | | | | | Meetrix IP Complaint for Patent Infringement dated April 13, 2018 | -<br><br>FRE 104, 401/402, 403, 802, PLEAD |
| DX286 | | | | | Messaging - Keep work flowing between meetings. (https://www.webex.com/team-collaboration.html, viewed on September 26, 2022.) | FRE 802 |
| DX287 | | | | | Mitel: The History of Unified Communications: From the 1800s to | FRE 104, 403, 802, 901 |
| DX288 | | | | | Nioh 2. ( https://store.playstation.com/en-us/product/UP9000-CUSA15532_00-NIOH2NA000000000, viewed on October 27, | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX289 | | | | | No Man's Sky. (https://store.playstation.com/en-us/product/UP2034- | MIL, FRE 104, 401/402, 403, |
| DX290 | | | | | Number of active users on PlayStation Network (PSN) worldwide as of June 2022. (https://www.statista.com/statistics/272639/number-of-registered-ac | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX291 | | | | | Pacific Growth Equities: WebEx Communications Inc. Equity Research dated October 27, 2003 | -<br><br>FRE 104, 401/402, 403, 802, 901 |
| DX292 | | | | | Palringo Hits 35M Users Globally After Sticking To Chat Inside Mobile Games. (https://techcrunch.com/2014/12/16/palringo-hits- | FRE 104, 401/402, 403, 802, 901 |
| DX293 | | | | | Paltalk – Microsoft Complaint for Patent Infringement dated September 12, 2006 | MIL, FRE 104, 401/402, 403, PLEAD |
| DX294 | | | | | Paltalk - Sony Complaint for Patent Infringement dated September 14, 2009 | MIL, FRE 104, 401/402, 403, PLEAD |
| DX295 | | | | | Paltalk Acquires Camfrog and Continues to Grow. (https://technews.tmcnet.com/conferencing/topics/conferencing/articles/110487-paltalk-acquires-camfrog-continues-grow.htm, viewed on September | FRE 104, 401/402, 403, 802, 901 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX296 | | | | | Paltalk, Inc. SEC Form 10-K for the fiscal year ended December 31, 2021 | - <br><br> FRE 401/402, 403 |
| DX297 | | | | | Paltalk, Inc. SEC Form S-1 filed June 11, 2021 | - <br><br> FRE 401/402, 403 |
| DX298 | | | | CISCO-PAL-00003856 | DUPLICATE - Withdrawn | - |
| DX299 | | | | | PeerStream, Inc. SEC Form 8-K dated May 7, 2020 | - <br> FRE 401/402, 403, 802 |
| DX300 | | | | | PlayStation 3 Sells out at Launch. (http://news.bbc.co.uk/2/hi/technol- ogy/6135452.stm, viewed on | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX301 | | | | | PlayStation Network garners 1.3 million users. (https://www.en- gadget.com/2007-04-20-playstation-network-garners-1-3-million-us- | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX302 | | | | | Polls in Slido. (https://help.webex.com/en-us/article/nshu3xu/Polls- in-Slido, viewed on September 26, 2022.) | FRE 401/402, 403, 802 |
| DX303 | | | | | Predator: Hunting Grounds. (https://store.playstation.com/en-us/prod- uct/UP9000-CUSA15400_00-PREDATORHUNTGAME, viewed on Octo- ber 27, 2022.) | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX304 | | | | | PSTN (public switched telephone network). (https://www.tech- target.com/searchnetworking/definition/PSTN, viewed on September 23, 2022.) | FRE 104, 403, 802, 901 |
| DX305 | | | | | Receptionist Client | Get Started with Your Receptionist Client. (https://help.webex.com/en-us/article/ti73rv/Receptionist-Client-%7C | FRE 802 |
| DX306 | | | | | Sackboy: A Big Adventure. (https://store.playstation.com/en-us/prod- uct/UP9000-PPSA01289_00-SACKBOYADVENTURE, viewed on | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX307 | | | | CISCO-PAL-00001244 | Securing Virtual Collaboration | FRE 104, 401/402, 403, 703, 802, 901 |
| DX308 | | | | CISCO-PAL-00001396 | Settlement and License Agreement between Cisco Systems, Inc. and | FRE 401/402, 403 |
| DX309 | | | | CISCO-PAL-00001400 | Settlement and License Agreement between Cisco Systems, Inc. and | FRE 401/402, 403 |
| DX310 | | | | PT_0001012 – 028 | Settlement and License Agreement between Paltalk and Activision Blizzard dated September 15, 2011 | MIL   - |
| DX311 | | | | PT_0000979 – 992 | Settlement and License Agreement between Paltalk and Microsoft dated April 22, 2009 | MIL   - |
| DX312 | | | | PT_0000993 –1011 | Settlement and License Agreement between Paltalk and Sony Entities dated October 13, 2011 | MIL   - |
| DX313 | | | | | Slido in Webex: The integration that's got everyone talking. (https://blog.webex.com/hybrid-work/slido-in-webex-integration/ | FRE 401/402, 403 |
| DX314 | | | | | Snap Interactive, Inc. SEC Form 10-K for the fiscal year ended December 31, 2015 | - <br> FRE 401/402, 403, 802 |
| DX315 | | | | | Snap Interactive, Inc. SEC Form 10-K for the fiscal year ended December 31, 2016 | - <br> FRE 401/402, 403, 802 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX316 | | | | | Snap Interactive, Inc. SEC Form 8-K dated March 8, 2018 | - FRE 401/402, 403, 802 |
| DX317 | | | | | Snap Interactive, Inc. SEC Form 8-K dated October 7, 2016 | - FRE 401/402, 403, 802 |
| DX318 | | | | | SOC 3 Report – Program: Cisco WebEx LLC's WebEx Cloud Services (2017) | - FRE 401/402, 403 |
| DX319 | | | | | Sony Corporation SEC Form 20-F for the fiscal year ended March 31, 2016 | MIL, FRE 104, 401/402, 403, 802 |
| DX320 | | | | | Sony Online Entertainment's EverQuest® Celebrates Its Fifth Year and Over | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX321 | | | | | Southwest Securities: WebEx Communications Inc. (WEBX – $18.87) Eq- uity Research Brief dated December 5, 2003 | - FRE 401/402, 403, 802 |
| DX322 | | | | | Southwest Securities: WebEx Communications Inc. (WEBX – $20.14) Eq- uity Research Brief dated October 27, 2003 | - FRE 401/402, 403, 802 |
| DX323 | | | | | Symmetrix Complaint for Patent Infringement dated December 16, 2020 | FRE 401, 402/403, PLEAD |
| DX324 | | | | CISCO-PAL-00001284 | The Aragon Research Globe for Unified Communications and Collabora- tion, 2020 | FRE 104, 401/402, 403, 802, 901 |
| DX325 | | | | CISCO-PAL-00001362 | The Aragon Research Globe™ for Team Collaboration, 2022 | FRE 104, 401/402, 403, 802, 901 |
| DX326 | | | | CISCO-PAL-00001361 | The Aragon Research Globe™ for Video Conferencing, 2021 | FRE 104, 401/402, 403, 802, 901 |
| DX327 | | | | CISCO-PAL-00001281 | The Business Case for Webex Calling | - FRE 104, 802, 901 |
| DX328 | | | | | The history of the Xbox, March 16, 2021. (https://www.digital-trends.com/gaming/the-history-of-the-xbox/, viewed on October 23, 2022.) | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX329 | | | | CISCO-PAL-00001267 | The Rise of the Hybrid Workplace | FRE 802 |
| DX330 | | | | CISCO-PAL-00001205 | The Webex App | - FRE 104, 802, 901 |
| DX331 | | | | CISCO-PAL-00001205 | DUPLICATE - Withdrawn | - |
| DX332 | | | | CISCO-PAL-00001350 | Top 10 Questions to Ask about Today's Video Conferencing Solutions | FRE 802 |
| DX333 | | | | | U.S. Patent Statistics Chart Calendar Years 1963 – 2020. (https://www.uspto.gov/web/offices/ac/ido/oeip/taf/ us_stat.htm, viewed on October 20, 2022.) | MIL, FRE 104, 401/402, 403, 802, 901, NP |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX334 | | | | | UC Awards 2022 - Unified Communications Awards - Entries Open 6th May. (https://awards.uctoday.com/, viewed on October 11, 2022.) | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX335 | | | | | Uncharted 4: A Thief's End. (https://store.playstation.com/en-us/prod- uct/UP9000-CUSA00341_00-UNCHARTED0000000, viewed on October 27, 2022.) | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX336 | | | | CISCO-PAL-00001280 | Understanding Cisco's Approach to the Contact Center dated December 2021 | - FRE 104, 401/402, 403, 802 |
| DX337 | | | | | United States: More Defendants Added To Realtime's Expansive Data And Video Compression Campaign | MIL, FRE 104, 401/402, 802, 901 |
| DX338 | | | | | Update Webex Meetings to Webex App. (https://it.wisc.edu/news/webex- meetings-desktop-app-replaced-by-webex-app/, viewed on September 23, 2022.) | - FRE 104, 401/402, 403, 802 |
| DX339 | | | | Meetrix Patent | US-8339997-B2 - Media based collaboration using mixed-mode PSTN and internet networks. (https://patents.google.com/pa-tent/US8339997B2/en?oq=8%2c339%2c997, viewed on October 19, 2022.) | MIL, 401, 402/403, 703, 802 |
| DX340 | | | | Meetrix Patent | US-9094525-B2 - Audio-video multi-participant conference systems using PSTN and internet networks. (https://patents.google.com/patent/ | MIL, 401, 402/403, 703, 802 |
| DX341 | | | | Meetrix Patent | US-9253332-B2 - Voice conference call using PSTN and internet networks. (https://patents.google.com/patent/US9253332B2/en?oq=9%2c253% | MIL, 401, 402/403, 703, 802 |
| DX342 | | | | Meetrix Patent | US-9843612-B2 - Voice conference call using PSTN and internet networks. | MIL, 401, 402/403, 703, 802 |
| DX343 | | | | | USPTO Patent Public Search 1.0.6. (https://ppubs.uspto.gov/pubwebapp/, viewed on October 26, 2022.) | - FRE 104, 401/402, 403, 802, 901 |
| DX344 | | | | | VentureBeat: Profitable Chat Service Paltalk Buys Back Shares from Inves- tor dated July 14, 2009. (https://venturebeat.com/business/profitable-chat-service-paltalk | MIL, FRE 104, 401/402, 403, 802 |
| DX345 | | | | | Voice Over Internet Protocol (VoIP). (https://www.fcc.gov/general/voice- over-internet-protocol-voip#:~:text=IP%2DEnabled%20Services,(or%20an- | FRE 104, 403, 703, 802, 901 |
| DX346 | | | | | Web Conferencing Comes of Age. (https://www.ecommer-cetimes.com/story/web-conferencing-comes-of-age-36507.html, viewed on October 4, 2022.) | FRE 104, 403, 703, 802, 901 |
| DX347 | | | | | Webex | Webex Audio? Sounds Good. (https://hardware.webex.com/use- cases/webex-audio, viewed on | FRE 802 |
| DX348 | | | | | Webex App | Messaging. (https://help.webex.com/en-us/arti-cle/nuavvai/Webex-App-%7C-Messaging, viewed on September 26, | FRE 802 |
| DX349 | | | | | Webex App | Release notes. (https://help.webex.com/en-us/arti-cle/makye8/Webex-App-%7C-Release-notes, viewed on September | FRE 802 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---------|--------------|--------|----------|-------------|-------------|------------|
| DX350 | | | | | Webex App \| What's New.  (https://help.webex.com/en-us/article/8dmbcr/- Webex-App-%7C-What's- | FRE 802 |
| DX351 | | | | | Webex Calling. | FRE 802 |
| DX352 | | | | | WebEx Communications, Inc. SEC Form 10-K for the fiscal year ended De- cember 31, 2001 | FRE 401, 402/403, 802 |
| DX353 | | | | | WebEx Communications, Inc. SEC Form 10-K for the fiscal year ended De- cember 31, 2003 | - FRE 401, 402/403, 802 |
| DX354 | | | | | WebEx Communications, Inc. SEC Form 10-K for the fiscal year ended De- cember 31, 2004 | - FRE 401, 402/403, 802 |
| DX355 | | | | | WebEx Communications, Inc. SEC Form 10-K for the fiscal year ended De- cember 31, 2006 | FRE 401, 402/403, 802 |
| DX356 | | | | | WebEx Communications, Inc. SEC Form S-1/A filed July 27, 2000 | FRE 401, 402/403, 802 |
| DX357 | | | | | WebEx Communications: Discontinuing Rating On Cisco Acquisition, CIBC World Markets Equity Research Change in Recommendation dated March 16, 2007 | FRE 802 |
| DX358 | | | | | Webex Edge. (https://www.cisco.com/c/en/us/products/collateral/confer- encing/webex-edge/data-sheet-c78-741264.html, viewed on October 17, 2022.) | FRE 802 |
| DX359 | | | | | Webex Events (classic).  (https://help.webex.com/en-us/article/t66fpw/We- bex-Events-(classic), viewed on September 26, | FRE 802 |
| DX360 | | | | | Webex Events (formerly Socio).  (https://socio.events/, viewed on Septem- ber 26, 2022.) | FRE 802 |
| DX361 | | | | | Webex Events (new) is now Webex Webinars. (https://help.webex.com/en- us/article/6thpeb/Webex-Events-(new)-is- | FRE 802 |
| DX362 | | | | | Webex Goes Big with New Aspirations, Capabilities, Brand, and a Cam- paign. | FRE 104, 403, 802, 901 |
| DX363 | | | | CISCO-PAL-00001224 | Webex In Partnership with Our Service Providers | - FRE 802 |
| DX364 | | | | CISCO-PAL-00001159 | Webex Ranks Best of Breed in NSA Collaboration Services Guidelines | - FRE 802 |
| DX365 | | | | CISCO-PAL-00001211 | Webex Suite EA | - FRE 802 |
| DX366 | | | | CISCO-PAL-00001075 | Webex wins fifteen "Best of 2022," TrustRadius Awards | FRE 104, 402/403, 901 |
| DX367 | | | | | Webex: In Partnership with our Service Providers Data Sheet. (https://www.cisco.com/c/en/us/products/collateral/unified- | FRE 802 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX368 | | | | CISCO-PAL-00003155.xlsx | WEBXONGPLBU RCE Data | FRE 104, 401, 402/403, 802, 901 |
| DX369 | | | | | What Is Gartner. (https://www.techtarget.com/whatis/definition/Gartner, viewed on October 11, 2022.) | FRE 104, 402/403, 901 |
| DX370 | | | | | What is HRIS? (https://www.adp.com/resources/articles-and-insights/arti- cles/w/what-is-hris.aspx, viewed on October 9, 2022.) | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX371 | | | | | What is SIP? (https://www.networkworld.com/article/2332980/lan-wan- what-is-sip.html, viewed on October 18, 2022.) | FRE 104, 703, 802, 901 |
| DX372 | | | | | What is Webex Go. (https://help.webex.com/en-us/article/n2fba94/What-is- Webex-Go, viewed on September 26 | FRE 802 |
| DX373 | | | | | When did the first Call of Duty come out? Listing all games in order of re- lease. (https://www.sportskeeda.com/esports/when-first-call-duty-come-out- listing-games-order-release, viewed on October 24, 2022.) | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX374 | | | | | World of Warcraft estimated subscribers from 2015 to 2030. (https://www.statista.com/statistics/276601/number-of-world-of- | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX375 | | | | | World of Warcraft. (https://www.britannica.com/ topic/World-of-Warcraft, viewed on October 24, 2022.) | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX376 | | | | | Xbox Live Surpasses 100 Million Active Monthly Users As Game Pass Adoption Soars, January 27, 2021. (https://hothardware.com/news/xbox- live-surpasses-100-million- | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX377 | | | | | Zoom: What is UCaaS? (https://explore.zoom.us/en/unified-communica- tions/, viewed on October 4, 2022.) | MIL, FRE 104, 401/402, 403, 802, 901 |
| DX378 | | | | | US Patent No. 5,822,523 | MIL, FRE 401/402, 403, 802 |
| DX379 | | | | | US Patent No. 6,226,686 | MIL, FRE 401/402, 403, 802 |
| DX380 | | | | CISCO-PAL-00002523 | Paltalk - U.S. Sales (09.09.22) 2023.xlsx | FRE 802 |
| DX381 | | | | CISCO-PAL-00002524 | Paltalk - U.S. Sales (09.09.22) 2015 2016.xlsx | FRE 802 |
| DX382 | | | | CISCO-PAL-00002525 | Paltalk - U.S. Sales (09.09.22) 2017.xlsx | FRE 802 |
| DX383 | | | | CISCO-PAL-00002526 | Paltalk - U.S. Sales (09.09.22) 2018.xlsx | FRE 802 |
| DX384 | | | | CISCO-PAL-00002527 | Paltalk - U.S. Sales (09.09.22) 2020 Q1,2.xlsx | FRE 802 |
| DX385 | | | | CISCO-PAL-00002528 | Paltalk - U.S. Sales (09.09.22) 2022 Q3,4.xlsx | FRE 802 |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX386 | | | | CISCO-PAL-00002529 | Paltalk - U.S. Sales (09.09.22) 2022 Q1,2.xlsx | FRE 802 |
| DX387 | | | | CISCO-PAL-00002530 | Paltalk - U.S. Sales (09.09.22) 2020 Q3,4.xlsx | FRE 802 |
| DX388 | | | | CISCO-PAL-00002531 | Paltalk - U.S. Sales (09.09.22) 2019.xlsx | FRE 802 |
| DX389 | | | | CISCO-PAL-00002532 | Paltalk - U.S. Sales (09.09.22) 2021 Q3,4.xlsx | FRE 802 |
| DX390 | | | | CISCO-PAL-00001458 | Paltalk_-_U.S._Sales_(03.14.22) 2021.xlsx | FRE 802 |
| DX391 | | | | CISCO-PAL-00003156 | Cisco Royalty Data Spreadsheet | FRE 802 |
| DX392 | | | | CISCO-PAL-00001388 | Webex Meeting PnL to Legal 03.29.22.xlsx | FRE 802 |
| DX393 | | | | CISCO-PAL-00003133 | Webex Meeting PnL to Legal 09.15.22.xlsx | FRE 802 |
| DX394 | | | | CISCO-PAL-00002443 | Cisco tops fourtune 100 best companies to work | MIL, FRE 104, 401, 402/403, 802, 901 |
| DX395 | | | | CISCO-PAL-00002444 | 5 reasons to choose webex | FRE 104, 403, 802, 901 |
| DX396 | | | | CISCO-PAL-00002445 | Best of collaboration software 2021 | FRE 104, 403, 802, 901 |
| DX397 | | | | CISCO-PAL-00002446 | Webex by Cisco Review_PC Mag | FRE 104, 403, 802, 901 |
| DX398 | | | | CISCO-PAL-00002447 | The Cisco webex teams collaboration platform and cloverhound_take the wait out of waiting rooms | FRE 802 |
| DX399 | | | | CISCO-PAL-00002448 | DUPLICATE - Withdrawn | |
| DX400 | | | | CISCO-PAL-00002449 | Webex ranks best of breed in NSA collaboration services guidelines | FRE 802 |
| DX401 | | | | CISCO-PAL-00002450 | How our conference thrived online with webex | FRE 104, 403, 802, 901 |
| DX402 | | | | CISCO-PAL-00002451 | Webex review - the good and bad for 2022 | FRE 104, 403, 802, 901 |
| DX403 | | | | CISCO-PAL-00002452 | Webex_the Webby awards | FRE 104, 403, 802, 901 |
| DX404 | | | | CISCO-PAL-00000735 | WME Introduce 2021 pptx | FRE 802 |
| DX405 | | | | | audio_g729.c | NE |
| DX406 | | | | | audio_g722.c | NE |
| DX407 | | | | | audio_iLBC.c | NE |
| DX408 | | | | | audio_opus.c | NE |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | BATES RANGE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX409 | | | | | audio_mixer.c | NE |
| DX410 | | | | | audio_g711.c | NE |
| DX411 | | | | | g711.c | NE |
| DX412 | | | | | MmSessionServerChannel.h | NE |
| DX413 | | | | | MmMixerApi.cpp | |
| DX414 | | | | | MmMixerApi.h | NE |
| DX415 | | | | CISCO-PAL-00002361 | F971 - DHC -CMR 4.0 Active Speaker - Audio Flow | FRE 802 |
| DX416 | | | | | Deployment Guide for Cisco Webex Video Mesh, available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cloudCollabora- tion/wbxt/videomes h/cmgt_b_webex-videomesh-deployment-guide/cmgt_b_hybrid-media-deployment | FRE 104, 403, 802, 901 |
| DX417 | | | | CISCO-PAL-00001931 | Wideband connection between MMP and CMS | FRE 802 |
| DX418 | | | | | Cisco Community Forums: Root Causes of Echo in calls, available at https://community.cisco.com/t5/unifiedcommunications/root-causes-of- echo-in-calls/td-p/2963985). | FRE 104, 802, 901 |
| DX419 | | | | | Troubleshooting Echo Problems between IP Phones and IOS Gateways, available at https://www.cisco.com/c/en/us/support/docs/voice/voice-qua | FRE 104, 802, 901 |
| DX420 | | | | CISCO-PAL-00002354 | VoIP Session Design Requirements, 2005 | FRE 802 |
| DX421 | | | | CISCO-PAL-00003859 | Refreshed Cisco Usage Data | FRE 104, 106, 401/402, 901 |
| DX422 | | | | | ITU-T Recommendation H.225.0 (02/98)/Supp. Bress Rpt. Ex. 8 | H; NP; MIL |
| DX423 | | | | CISCO-PAL-00000039 | T-REC-H.323-199909-S!!PDF-E (09.99) | H; MIL |
| DX424 | | | | CISCO-PAL-00000037 | ITU-T Recommendation H.245 | H; MIL |
| DX425 | | | | CISCO-PAL-00000042 | IETF RFC-2543 | H; MIL |
| DX426 | | | | CISCO-PAL-00000002 | IETF RFC-1112/Supp. Bress Rpt. Ex. 9 | H; MIL |
| DX427 | | | | | ITU-T Recommendation H.323 (02/98)/ Supp. Bress Rpt. Ex. 7 | H; NP; MIL |
| DX428 | | | | CISCO-PAL-00001403 | U.S. Patent No. 6006253 [Kumar] | H; MIL |
| DX429 | | | | CISCO-PAL-00000023 | U.S. Patent No. 6697476 [O'Malley] | H; MIL |
| DX430 | | | | CISCO-PAL-00000038 | ITU-T Recommendation H.225.0 (09/99) | H; MIL |