# EXHIBIT E-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC.,<br><br>        Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | CASE NO. 6:21-CV-00757-ADA<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF PALTALK HOLDINGS, INC.'S WITNESS LIST**

Paltalk Holdings, Inc. ("Paltalk") expects to call at trial the witnesses identified below. Paltalk may also call individuals listed on Defendant's trial witness list, as well as individuals necessary for rebuttal, and hereby reserve all rights to do so. Paltalk intends to cross-examine any witnesses Defendant presents and reserves the right to adjust the order and manner in which it presents witnesses based on Defendant's case. In addition, Paltalk may present deposition testimony, including in the event that any of the individuals listed below as witnesses that Paltalk intends to call become unable to attend trial or are otherwise unable to provide live testimony.

| Witness | Will Call [live or by depo] | May Call [live or by depo] |
|---|:---:|:---:|
| Aaron Belcher | | X |
| Amit Barave | | X |
| Chris Pearce | | X |
| Jason Katz | X | |
| Nathan Buckles | | X |
| Rob Hamilton | | X |
| Scott Schaefer | X | |
| Steven Boyles | | X |
| Vijay Madisetti | X | |
| Walter Bratic | X | |

Dated: December 15, 2022            Respectfully submitted,

                                              SUSMAN GODFREY L.L.P.

                                              By: */s/ Max. L. Tribble, Jr.*
                                                   Max L. Tribble, Jr.
                                                   Texas Bar No. 2021395
                                                   Ryan Caughey (admitted pro hac vice)
                                                   Texas Bar No. 24080827
                                                   Bryce T. Barcelo
                                                   Texas Bar No. 24092081
                                                   Amber B. Magee (admitted pro hac vice)
                                                   Texas Bar No. 24121572
                                                   SUSMAN GODFREY L.L.P.
                                                   1000 Louisiana Street, Suite 5100
                                                   Houston, Texas 77002-5096
                                                   Telephone: (713) 651-9366
                                                   Fax: (713) 654-6666
                                                   mtribble@susmangodfrey.com
                                                   rcaughey@susmangodfrey.com
                                                   bbarcelo@susmangodfrey.com
                                                   amagee@susmangodfrey.com

                                                   Kalpana Srinivasan
                                                   California Bar No. 237460
                                                   1900 Avenue of the Stars, 14th Floor
                                                   Los Angeles, California 90067-6029
                                                   Telephone: (310) 789-3100
                                                   Fax: (310) 789-3150
                                                   ksrinivasan@susmangodfrey.com

                                              **COUNSEL FOR PLAINTIFF**
                                              **PALTALK HOLDINGS, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

      This is to certify that a true and correct copy of the foregoing document was served electronically on all counsel of record on this 15th day of December, 2022.

                                                                /s/ *Max L. Tribble, Jr.*
                                                               Max L. Tribble, Jr.