# EXHIBIT E-2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PALTALK HOLDINGS, INC.,** | § | |
| Plaintiff | § § § | |
| vs. | § § | No. 6:21-cv-00757-ADA |
| **CISCO SYSTEMS, INC.,** | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

**CISCO'S TRIAL WITNESS LIST**

Defendant expects to call at trial the percipient and expert witnesses identified below. Defendant also may call individuals listed on Plaintiff's trial witness list, as well as individuals necessary for rebuttal, and hereby reserve all rights to do so. Defendant intends to cross-examine any witnesses Plaintiff presents and reserves the right to adjust the order and manner in which it presents witnesses based on Plaintiff's case. In addition, Defendant may present deposition testimony, including in the event that any of the individuals listed below as witnesses that Defendant intends to call become unable to attend trial or are otherwise unable to provide live testimony.

| Witness | Will Call [live or by depo] | May Call [live or by depo] |
|---|---|---|
| Chris Pearce | X | |
| Steven Boyles | | X |
| Rob Hamilton | | X |
| Nathan Buckles | | X |
| Amit Barave | X | |
| Aaron Belcher | | X |
| James Bress | X | |
| Lauren Kindler | X | |
| Dean Willis | X | |
| Frank Chu | | X |
| Jason Katz | | X |
| Scott Schaefer | | X |
| Walter Bratic | | X |
| Vijay Madisetti | | X |

Dated: December 15, 2022          Respectfully submitted,

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier
Elise Edlin (admitted *pro hac vice*)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
SPiepmeier@perkinscoie.com
EEdlin@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Ryan Hawkins (admitted *pro hac vice*)
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
RHawkins@perkinscoie.com
Telephone: (858) 720-5709
Facsimile: (858) 720-5809

Jessica J. Delacenserie (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
JDelacenserie@perkinscoie.com
Telephone: (206) 359-3644

Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
POTTER MINTON
110 North College
500 Plaza Tower
Tyler, TX 75702
mikejones@potterminton.com
shaunhassett@potterminton.com
Telephone: (903) 597.8311
Facsimile: (903) 593.0846

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on December 15, 2022.

/s/ *Sarah E. Piepmeier*
Sarah E. Piepmeier