# EXHIBIT E-3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:21-CV-00757-ADA |
| CISCO SYSTEMS, INC., | |
| Defendant. | JURY TRIAL DEMANDED |

## PLAINTIFF PALTALK HOLDINGS, INC.'S OBJECTIONS TO CISCO'S WITNESS LIST

Paltalk hereby objects to the witnesses identified by Cisco as described on the next page. The objections listed are not intended to reflect all objections pertinent to the witness's potential testimony or related documents. Objections to particular testimony, the appropriate scope and subject of testimony, and any particular documents, are expressly reserved. Furthermore, the fact that a particular witness is not objected to below is not intended and should not be construed as a concession that such witness' testimony is relevant, appropriate, admissible, or otherwise necessary for the trier of fact. Paltalk reserves the right to withdraw, supplement, or otherwise modify the below objections as appropriate, including based on developments at trial or in pretrial rulings.

| Witness Name | Objections |
|---|---|
| Frank Chu | FRE 403, 701<br><br>Cisco designated Mr. Chu, a named inventor of the '858 Patent, as a "may call" witness on December 15, 2022. Despite having retained Mr. Chu as a consultant, Cisco did not make Mr. Chu's contact information available until after the close of fact discovery. Paltalk had no opportunity to depose Mr. Chu. But pursuant to an agreement of the parties, Paltalk is entitled to depose Mr. Chu if he is going to be called as a witness. |
| Lauren Kindler | Ms. Kindler's testimony should be limited pursuant to Paltalk's pending Motion to Exclude Certain Opinions of Ms. Lauren Kindler. *See* Dkt. 59. |

| | |
|---|---|
| Dated: December 29, 2022May 23, 2023 | Respectfully submitted,<br><br>By: */s/ Max L. Tribble, Jr.*<br>Max L. Tribble, Jr.<br>State Bar No. 2021395<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Fax: (713) 654-6666<br>mtribble@susmangodfrey.com<br><br>**ATTORNEY-IN-CHARGE FOR PLAINTIFF PALTALK HOLDINGS, INC.** |

OF COUNSEL:

Ryan Caughey (*admitted pro hac vice*)
State Bar No. 24080827
Bryce T. Barcelo
State Bar No. 24092081
Amber B. Magee *(admitted pro hac vice)*
State Bar No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com


Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served via email on all counsel of record on the 29th day of December 2022.

　　　　　　　　　　　　　　　　　　　　　_/s/ Amber B. Magee_
　　　　　　　　　　　　　　　　　　　　　Amber B. Magee