# EXHIBIT F-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| PALTALK HOLDINGS, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:21-CV-00757-ADA |
| CISCO SYSTEMS, INC., | |
| Defendant. | JURY TRIAL DEMANDED |

## PALTALK'S OBJECTIONS TO CISCO'S REBUTTAL DISCLOSURES

Pursuant to the Amended Scheduling Order, ECF No. 105, Plaintiff Paltalk Holdings, Inc. hereby objects to Cisco Systems, Inc.'s rebuttal deposition designations as shown in Exhibit 1. The objections listed are not intended to reflect all objections pertinent to the use of any deposition testimony at trial. Paltalk expressly reserves the right to alter, amend, supplement, or withdraw its objections to the use of any deposition testimony at trial.

Dated: May 18, 2023                    Respectfully submitted,

By: */s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
State Bar No. 2021395
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
mtribble@susmangodfrey.com

**ATTORNEY-IN-CHARGE FOR
PLAINTIFF PALTALK HOLDINGS, INC.**

OF COUNSEL:

Ryan Caughey
State Bar No. 24080827
Bryce T. Barcelo
State Bar No. 24092081
Amber Magee (*admitted pro hac vice*)
State Bar No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Mark D. Siegmund
State Bar No. 24117055
STECKLER WAYNE CHERRY & LOVE, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served via the

Court's ECF system on the 18th day of May 2023.

/s/ Amber B. Magee
Amber B. Magee

EXHIBIT 1

| September 20, 2022 Deposition of Boyles | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| 6:20-8:17 | | 10:2-8 | |
| 8:23-9:1 | 8:3-5: L; F<br>8:15-17: AC; S | 17:9-23 | Completeness; not a counter designation |
| 17:24-18:20 | 18:6-8: LC | 21:3-13 | Completeness; not a counter designation |
| 20:4-20:15 | F; LF | 21:25-22:23 | Completeness; not a counter designation |
| 25:3-25:24 | F; 401-403; S | 23:2-24:9 | Relevance |
| 30:19-31:12 | 31:5-12: F | 24:10-25:2 | Completeness; not a counter designation |
| 31:15-24 | H | 25:25-26:2 | |
| 39:19-40:7 | 39:19-25: LF; F; S | 26:3-8 | |
| 40:9-11 | LF; S | 26:9-27:1 | Completeness; not a counter designation |
| 40:13-41:12 | 41:11-12: LF; S | 27:7-28:18 | Completeness; not a counter designation |
| 41:15-42:4 | LF; F; S | 28:19-30:10 | Completeness; not a counter designation |
| 59:19-21 | LF; S | 30:11-18 | Completeness; not a counter designation |
| 59:24-60:1 | LF; S | 32:1-13 | Completeness; not a counter designation |
| 60:20-21 | LF; S | 34:21-35:12 | Completeness; not a counter designation |
| 60:24 | LF; S | 35:14-36:1 | Completeness; not a counter designation |
| 61:2-7 | 61:2-7: LF; S; 401-403<br>61:5-7: Form | 37:8-20 | |
| 61:10 | LF; S | 37:24-38:21 | |

| September 20, 2022 Deposition of Boyles | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| 73:5-74:7 | 73:5-7: Form<br>73:13-15: LF | 38:22-39:8 | Completeness; not a counter designation |
| 81:5-24 | S; F; 401-403 | 42:19-43:16 | Completeness; not a counter designation |
| | | 43:17-44:8 | Completeness; not a counter designation |
| | | 44:16-45:12 | Completeness; not a counter designation |
| | | 45:13-46:9 | Completeness; not a counter designation |
| | | 46:11-22 | Completeness; not a counter designation |
| | | 47:9-15 | Completeness; not a counter designation |
| | | 47:16-48:8 | Completeness; not a counter designation |
| | | 48:16-49:5 | Completeness; not a counter designation |
| | | 49:14-50:11 | Completeness; not a counter designation |
| | | 50:16-51:3 | Completeness; not a counter designation |
| | | 51:9-18 | Completeness; not a counter designation |
| | | 52:1-19 | Completeness; not a counter designation |
| | | 53:4-25 | Completeness; not a counter designation |
| | | 54:2-55:2 | Completeness; not a counter |

| September 20, 2022 Deposition of Boyles | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| | | | designation |
| | | 55:4-11 | Completeness; not a counter designation |
| | | 55:19-56:9 | Completeness; not a counter designation |
| | | 56:11-20 | Completeness; not a counter designation |
| | | 56:21-57:9 | Completeness; not a counter designation |
| | | 57:17-25 | Completeness; not a counter designation |
| | | 58:6-12 | Completeness; not a counter designation |
| | | 59:9-17 | Completeness; not a counter designation |
| | | 63:14-18 | Completeness; not a counter designation |
| | | 66:10-67:8 | Completeness; not a counter designation |
| | | 68:19-69:6 | Completeness; not a counter designation |
| | | 69:25-70:22 | Completeness; not a counter designation |
| | | 70:23-71:16 | Completeness; not a counter designation |
| | | 72:9-73:4 | Completeness; not a counter designation |
| | | 74:13-75:8 | Completeness; not a counter designation |

3

| | | September 20, 2022 Deposition of Boyles | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| | | 75:13-77:1 | Completeness; not a counter designation |
| | | 77:2-6 | Completeness; not a counter designation |
| | | 77:7-17 | Completeness; not a counter designation |
| | | 77:21-78:10 | Completeness; not a counter designation |
| | | 78:14-79:2 | Completeness; not a counter designation |
| | | 79:3-8 | Completeness; not a counter designation |
| | | 79:12-81:4 | Completeness; not a counter designation |
| | | 81:25-82:7 | Completeness; not a counter designation |
| | | 83:6-14 | Completeness; not a counter designation |
| | | 83:15-84:7 | Completeness; not a counter designation |
| | | 86:2-87:5 | Completeness; not a counter designation |
| | | 87:6-15 | Completeness; not a counter designation |
| | | 87:16-22 | Completeness; not a counter designation |
| | | 87:23-88:22 | Completeness; not a counter designation |
| | | 89:3-8 | Completeness; not a counter |

| September 20, 2022 Deposition of Boyles | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| | | | designation |
| | | 90:4-16 | Completeness; not a counter designation |
| | | 91:22-92:8 | Completeness; not a counter designation |
| | | 92:9-17 | Completeness; not a counter designation |
| | | 93:7-94:8 | Completeness; not a counter designation |
| | | 94:9-25 | Completeness; not a counter designation |
| | | 95:1-17 | Completeness; not a counter designation |
| | | 95:19-96:12 | Completeness; not a counter designation |
| | | 98:20-24 | Completeness; not a counter designation |
| | | 98:25-99:25 | Completeness; not a counter designation |
| | | 100:1-13 | Completeness; not a counter designation |
| | | 104:17-105:8 | Completeness; not a counter designation |
| | | 105:14-106:25 | Completeness; not a counter designation |
| | | 107:20-108:21 | Completeness; not a counter designation |
| | | 108:22-109:8 | Completeness; not a counter designation |

| September 20, 2022 Deposition of Boyles | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| | | 109:13-110:4 | Completeness; not a counter designation |
| | | 110:5-19 | Completeness; not a counter designation |
| | | 110:20-111:9 | Completeness; not a counter designation |
| | | 111:23-112:10 | Completeness; not a counter designation |
| | | 112:11-113:12 | Completeness; not a counter designation |

| September 22, 2022 Deposition of Hamilton | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| 6:11-7:6 | 401-403 | 11:10-13 | |
| 7:19-9:22 | F; 401-403; S | 11:25-12:8 | Not a counter designation |
| 16:23-25 | S; LC; LF; F | 12:23-13:9 | |
| 17:3-6 | LC; AC | 13:20-14:10 | |
| 17:9-12 | 401-403; S | 14:18-15:13 | Completeness |
| 17:16-18 | 401-403; S; P | 17:21-18:13 | Not a counter designation |
| 19:22-24 | 401-403; S | 20:20-21:5 | Completeness; not a counter designation |
| 21:4-19 | 21:6-19: 401-403; S | 21:20-22:8 | |
| 22:9-12 | 401-403; S; F | 22:13-18 | |
| 22:19-23:8 | 401-403; S | 24:17-25:9 | Completeness |
| 33:2-14 | F | 25:10-26:11 | Not a counter designation |
| 49:3-25 | AC; F | 26:12-27:6 | Not a counter designation |
| 50:4-8 | AC | 27:23-30:2 | Not a counter designation |
| 50:10-25 | 401-403; S | 41:2-11 | Not a counter designation |
| 54:22-55:6 | S; LC; F; AC | 41:13-25 | Not a counter designation |
| 82:10-21 | LC; S; F; AC | 44:14-45:18 | Not a counter designation |
| 82:23-83:4 | LC; S; F; AC | 48:9-49:2 | Not a counter designation |
| 83:7-9 | LC; S; F; AC | 53:14-54:5 | Not a counter designation |
| 83:11-12 | LC; S; F; AC | 55:7-12 | |
| 89:8-19 | LC; S; F; AC; LF | 63:8-20 | Not a counter designation |
| 92:11-17 | LC; S; F; AC; LF | 64:13-20 | Not a counter designation |
| 105:12-17 | LC; S; F; AC | 88:12-89:7 | Not a counter designation |
| 109:4-110:24 | S; F; LF | 91:23-92:9 | Not a counter designation |
| 142:12-21 | LF; S; 401-403; F | 92:25-93:3 | Not a counter designation |
| 153:6-18 | S; F | 97:12-100:6 | Not a counter designation |
| 157:20-158:6 | LF; S | 105:2-11 | Not a counter designation |
| 161:18-162:7 | LF; S | 105:18-106:6 | Not a counter designation |

| September 22, 2022 Deposition of Hamilton | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| | | 108:16-109:3 | Not a counter designation |
| | | 110:25-111:7 | Not a counter designation |
| | | 150:17-151:19 | Not a counter designation |
| | | 151:21-152:13 | Not a counter designation |
| | | 158:20-161:17 | Not a counter designation |
| | | 168:17-169:8 | Not a counter designation |
| | | 169:24-170:23 | Not a counter designation |

| September 23, 2022 Deposition of Buckles | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| 6:22-7:16 | | 6:22-7:16 | |
| 20:18-22 | | 20:18-22 | |
| 21:24-22:2 | | 21:24-22:2 | |
| 28:1-9 | | 28:1-9 | |
| 31:5-13 | | 31:5-13 | |
| 32:4-25 | L; LC; LPK; F | 44:1-7 | Not a counter designation |
| 33:3-9 | L; LC; LPK; F | 47:22-48:4 | Not a counter designation |
| 33:12-34:12 | LC; F; L; LPK; AC | 48:20-24 | Improper legal conclusion; relevance; not a counter designation |
| 34:19-21 | | 49:11-13 | Completeness; not a counter designation |
| 35:3-12 | L; F | 57:25-58:9 | Not a counter designation |
| 35:14-36:19 | L; LPK; F; AC | 61:22-62:11 | Not a counter designation |
| 36:24-37:13 | L; AC; F; LPK | 66:24-67:10 | Not a counter designation; completeness; vague |
| 41:22-42:4 | L | 68:12-20 | Not a counter designation; vague; improper opinion on claim construction; relevance |
| 44:9-45:3 | L; BE | 68:21-69:10 | Not a counter designation; improper opinion on claim construction; relevance |
| 45:11-25 | S; L; 401-403; AC | 69:11-22 | Not a counter designation |
| 48:5-10 | LC; L | 70:11-25 | Not a counter designation |
| 48:14-15 | LC; L; F | 71:2-10 | Not a counter designation |
| 48:17-19 | LC; LPK; L | 71:14-72:21 | Not a counter designation |
| 49:15-24 | L; LC; LPK | 73:8-19 | Not a counter designation; speculation |
| 51:5-53:2 | F; L | 75:9-12 | |
| 53:19-24 | L; LC; F | 75:22-76:1 | |

| September 23, 2022 Deposition of Buckles | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| 54:1-13 | BE; F | 76:13-77:5 | Improper opinion on claim construction; relevance |
| 54:24-55:10 | L; F; BE | 77:6-18 | |
| 55:15 | F; BE | 78:24-79:6 | Completeness |
| 55:17-23 | L; F | 79:8-15 | |
| 56:1-3 | S | 80:14-25 | |
| 56:11-14 | L; LC | 81:2-6 | |
| 56:17-20 | LC | 81:8-13 | |
| 62:12-63:6 | F; L; 401-403 | 82:1-15 | |
| 67:11-18 | L; F | 82:17-83:9 | Relevance |
| 69:23-70:1 | L | 83:25-84:12 | |
| 71:11-13 | L; F | 84:14-87:10 | Completeness |
| 72:22-25 | | 89:1-12 | |
| 83:10-19 | L; LC; F | 90:17-91:7 | |
| 83:22-23 | L; LC; F | 92:14-21 | |
| 89:13-14 | L; LC; F | 94:9-18 | |
| 89:17-19 | L; LC; F | 95:4-10 | |
| 92:22-93:7 | LC; L; F | 96:19-22 | |
| 102:18-103:1 | LC; L | 99:18-21 | Completeness |
| 105:7-12 | L; LC; F | 99:24-100:2 | Completeness |
| 110:11-17 | L; F | 101:21-102:16 | Relevance |
| 110:20-21 | L; F | 103:20-105:6 | Improper opinion on claim construction; relevance |
| 124:13-125:1 | | 107:17-108:4 | Improper opinion on claim construction; relevance |
| 126:6-8 | L | 108:6-109:10 | Improper opinion on claim construction; relevance |
| 126:11-127:6 | L; F; S | 109:11-110:10 | Relevance |
| 128:14-129:6 | | 113:21-114:24 | |

| September 23, 2022 Deposition of Buckles | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| 132:16-21 | | 115:1-116:2 | |
| 136:2-7 | L; F | 120:9-19 | |
| 170:19-171:18 | L; F | 120:21-122:17 | |
| 188:11-189:23 | L; F; BE | 123:19-124:11 | |
| 217:11-14 | L; F | 125:2-126:5 | Vague |
| 253:4-22 | F; BE; 401-403 | 127:7-128:13 | |
| | | 129:7-130:19 | |

| October 19, 2022 Deposition of Belcher | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| 6:2-7 | | 6:2-7 | |
| 8:11-16 | | 8:11-16 | |
| 10:6-22 | L; LPK | 13:2-5 | |
| 11:25 | | 13:19-22 | |
| 13:23-14:4 | L; F | 14:5-9 | Relevance |
| 17:2-18:22 | L; BE | 14:16-15:4 | |
| 25:22-26:11 | BE; L | 15:22-16:8 | Not a counter designation |
| 32:18-33:8 | 401-403; BE | 16:14-22 | Not a counter designation |
| 41:22-42:6 | L; F; LC; S; AC | 19:11-15 | Not a counter designation |
| 44:19-45:9 | LC; AC; BE; F | 19:15-25 | Completeness; Not a counter designation |
| 48:4-18 | P; 401-403 | 20:2-22:4 | Completeness; Not a counter designation |
| 56:10-57:2 | BE | 22:17-24:5 | Not a counter designation |
| 57:19-58:3 | L; F; BE | 24:6-19 | Not a counter designation |
| 59:5-21 | BE; F; L; 401-403 | 24:20-25:21 | Not a counter designation |
| 77:12-78:9 | BE; 401-403 | 26:12-27:15 | Not a counter designation |
| 81:4-85:13 | S; 401-403; L; F | 27:16-32:17 | Vague; Not a counter designation |
| 103:2-8 | L; F; BE | 39:3-41:21 | Vague; Not a counter designation |
| | | 42:7-44:18 | Not a counter designation |
| | | 45:17-46:6 | |
| | | 46:12-47:14 | Not a counter designation |
| | | 47:15-48:3 | Not a counter designation |
| | | 48:19-52:21 | Vague; not a counter designation |
| | | 57:3-18 | Relevance |
| | | 58:4-59:4 | Relevance |
| | | 59:22-60:13 | Relevance |
| | | 75:21-77:11 | |

| October 19, 2022 Deposition of Belcher | | | |
|---|---|---|---|
| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS TO COUNTER-DESIGNATIONS** |
| | | 78:10-81:3 | |
| | | 85:17-88:5 | Completeness; not a counter designation |
| | | 90:24-92:23 | |
| | | 93:24-103:1 | Vague |
| | | 103:9-104:2 | Not a counter designation |
| | | 113:7-9 | |
| | | 113:15 | Completeness; not a counter designation |
| | | 113:22-114:2 | |