# EXHIBIT F-2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| PALTALK HOLDINGS, INC., | |
| Plaintiff, | CASE NO. 6:21-CV-00757-ADA |
| v. | |
| CISCO SYSTEMS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

**PLAINTIFF PALTALK HOLDINGS, INC.'S OBJECTIONS AND COUNTER-
DESIGNATIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS**

Dated: December 29, 2022

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: */s/ Max. L. Tribble, Jr.*
  Max L. Tribble, Jr.
  Texas Bar No. 2021395
  Ryan Caughey (admitted pro hac vice)
  Texas Bar No. 24080827
  Bryce T. Barcelo
  Texas Bar No. 24092081
  Amber B. Magee (admitted pro hac vice)
  Texas Bar No. 24121572
  SUSMAN GODFREY L.L.P.
  1000 Louisiana Street, Suite 5100
  Houston, Texas 77002-5096
  Telephone: (713) 651-9366
  Fax: (713) 654-6666
  mtribble@susmangodfrey.com
  rcaughey@susmangodfrey.com
  bbarcelo@susmangodfrey.com
  amagee@susmangodfrey.com

  Kalpana Srinivasan
  California Bar No. 237460
  1900 Avenue of the Stars, 14th Floor
  Los Angeles, California 90067-6029

1

Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

**COUNSEL FOR PLAINTIFF**
**PALTALK HOLDINGS, INC.**

**Deposition of Jason Katz**

| DEFENDANT'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S COUNTER-DESIGNATIONS | DEFENDANT'S OBJECTIONS TO COUNTER-DESIGNATIONS[1] |
|---|---|---|---|
| 5:1-14 | Completeness; Relevance; Hearsay; Not attributable to the deponent | 7:5-7 | |
| 6:24-7:7 | | | |
| 7:12-8:13 | Completeness | 8:14 | 401-403; L; ICD |
| 8:15 | | | |
| 8:17-21 | Completeness | 9:4-9 | 401-403; S; L; ICD |
| 9:11-10:8 | Completeness | 10:9-18 | L; ICD |
| 10:19-20 | | | |
| 10:22-11:1 | Completeness | 11:2-3 | L |
| 11:4-15 | Completeness | 11:17-12:4 | 401-403; ICD |
| 12:5-7 | | | |
| 12:14-13:23 | Completeness | 13:24-14:6 | L; ICD |
| 14:8-15 | Completeness | 14:16-17 | L; ICD |
| 14:18-22 | | | |
| 14:24-15:23 | Completeness | 15:24-16:9 | L; ICD |
| 16:10-17 | | | |
| 16:19-17:5 | Completeness | 18:7-16 | 401-403; LF; ICD |
| 18:17-19:19 | | | |
| 19:22-20:1 | | | |
| 20:10-21:2 | | | |
| 21:21-22:5 | | | |
| 22:11-20 | Completeness | 22:21-22 | L; ICD |
| 22:24-23:22 | | | |
| 24:1-20 | | | |

---

[1] Paltalk objects to all of Cisco's objections to Paltalk's counter-designations. Cisco failed to provide its objections to Paltalk's counter-designations by the parties' agreed deadline of May 18, 2023. Cisco provided its counter-designations thirteen days later with no explanation.

| | | | |
|---|---|---|---|
| 25:3-26:7 | | | |
| 26:13-27:24 | Completeness | 27:25-26:1 | L |
| 28:2-9 | | | |

| DEFENDANT'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S COUNTER-DESIGNATIONS | DEFENDANT'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 28:11-20 | | | |
| 28:24-29:1 | Completeness | 29:2-3 | L |
| 29:4-7 | | | |
| 29:9-30:4 | | | |
| 30:9-31:1 | Completeness | 31:2-10 | L; ICD |
| 31:11-13 | Completeness | 31:15-33:21 | L; 401-403; ICD |
| 33:23-35:12 | | | |
| 35:19-37:10 | Completeness | 37:11-18 | L; ICD |
| 37:19-38:3 | Completeness | 38:12-17 | L; ICD |
| 38:5-11 | | | |
| 38:18-39:1 | | | |
| 39:3-13 | Completeness | 39:14-20 | L; ICD |
| 39:21-40:15 | Completeness | 40:16-23 | L; ICD |
| 40:24-41:17 | Completeness | 41:19-42:4 | 401-403; ICD |
| 42:5-14 | Completeness | 42:15-21 | L; ICD |
| 42:22-43:3 | Completeness | 43:5-23 | L; 401-403; ICD |
| 44:2-9 | Completeness | 44:10-22 | L; 401-403 |
| 44:24-45:17 | Completeness | 45:18-19 | L; ICD |
| 45:20-23 | | | |
| 45:25-46:12 | Completeness | 46:13-47:16 | L; 401-403; ICD |
| 47:17-23 | Completeness | 47:24-48:2 | L; ICD |
| 48:3-11 | | | |
| 48:13-20 | Completeness | 48:21-24 | L; ICD |
| 48:25-49:6 | | | |
| 49:8-16 | Completeness | 49:17-21 | L; ICD |
| 49:22-50:7 | | | |
| 50:9-11 | Completeness | 50:12-15 | L; ICD |

| DEFENDANT'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S COUNTER-DESIGNATIONS | DEFENDANT'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 50:16-17 | | | |
| 50:19-25 | | | |
| 52:16-21 | Completeness | 52:22-53:21 | L; 401-403; ICD |
| 53:23-54:18 | Completeness | 54:19-58:6 | 401-403; L; S; ICD |
| 58:7-12 | Completeness | 58:13-59:1 | 401-403; L; BE; LC; S; ICD |
| 59:3-15 | | | |
| 59:20-61:14 | Completeness | 61:15-25 | 401-403; S; ICD |
| 62:1-66:12 | | | |
| 67:1-71:15 | Completeness | 71:16-17 | L; ICD |
| 71:18-25 | | | |
| 72:2-73:23 | Completeness | 73:25-74-8 | 401-403; S |
| 74:9-16 | Completeness | 74:17-25 | L; ICD |
| 75:1-79:23 | Completeness | 79:24-80:2 | L; ICD |
| 80:3-4 | | | |
| 80:6-10 | | | |
| 81:13-16 | Completeness | 82:3-16 | 401-403; ICD |
| 82:17-83:7 | Completeness | 83:8-84:2 | 401-403; S; H; ICD |
| 84:3-85:25 | Completeness | 86:1-2 | L; ICD |
| 86:3-87:22 | Completeness | 87:23-25 | 401-403; S; ICD |
| 88:1-90:2 | | | |
| 90:6-20 | | | |
| 90:24-91:2 | | | |
| 91:4-19 | | | |
| 92:1-93:20 | | | |
| 94:1-95:8 | | | |
| 95:16-98:23 | Completeness | 98:24-99:5 | L; ICD |
| 99:6-12 | | | |

| DEFENDANT'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S COUNTER-DESIGNATIONS | DEFENDANT'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 99:14-18 | Completeness | 99:19-20 | L |
| 99:21-100:5 | | | |
| 100:7-101:6 | | | |
| 101:8-102:15 | | | |
| 102:22-25 | Completeness | 103:1-9 | 401-403; S |
| 103:10-14 | Completeness | 103:15-18 | 401-403; S; ICD |
| 103:19-105:24 | Completeness | 105:25-106:4 | L; ICD |
| 106:5-11 | | | |
| 106:13-107:7 | Completeness | 108:14-111:7 | L; 401-403; S; AC; ICD |
| 111:9-20 | Completeness | 111:21-22 | L; ICD |
| 111:24-112:10 | | | |
| 112:17-116:14 | Completeness | 116:15-22 | S; LF; BE; ICD |
| 116:23-119:4 | | | |
| 119:10-120:3 | Completeness | 120:4-17 | H, BE, LPK, LF |
| 120:18-121:12 | Completeness | 121:13-19 | LPK |
| 121:20-124:7 | | | |
| 124:12-16 | | | |
| 124:20-126:13 | | | |
| 126:17-128:14 | | | |
| 128:22-130:8 | Completeness | 130:9-131:3 | 401-403; LF, LPK, H |
| 131:4-132:4 | Completeness | 132:5-10 | L |
| 132:11-134:18 | | | |
| 134:22-135:8 | Completeness | 135:9-10 | L |
| 135:11-16 | | | |
| 135:18-24 | | | |
| 136:5-137:13 | Completeness | 137:20-24 | 401-403; BE; LPK; ICD |
| 137:25-138:3 | Completeness | 138:4-17 | LPK; 401-403 |

| DEFENDANT'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S COUNTER-DESIGNATIONS | DEFENDANT'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 139:2-10 | Completeness | 139:14-19 | 401-403; BE; LPK |
| 139:20-144:2 | | | |
| 144:7-145:7 | | | |
| 145:15-146:24 | | | |
| 147:12-17 | Completeness | 147:18-22 | L |
| 147:23-148:10 | | | |
| 148:12-149:9 | Completeness | 149:11-17 | L |
| 149:18-151:3 | | | |
| 151:5-20 | Completeness | 151:21-152:1 | L; ICD |
| 152:2-3 | Completeness | 152:5-153:13 | L; ICD |
| 152:18-153:17 | | | |
| 153:19-154:23 | Completeness | 154:24-155:4 | L; ICD |
| 155:05:00 | | | |
| 155:7-156:10 | Completeness | 156:11-19 | 401-403; S; LPK; LF; H; ICD |
| 156:20-159:17 | Completeness | 159:18-22 | L; ICD |
| 159:23-160:11 | | | |
| 160:18-21 | | | |
| 160:25-162:15 | | | |
| 162:17-164:23 | | | |
| 165:5-168:16 | | | |
| 168:20-170:19 | | | |
| 170:23-171:3 | Completeness | 171:4-12 | 401-403; S; ICD |
| 171:13-19 | Completeness | 171:20-25 | 401-403; S |
| 172:1-174:3 | | | |
| 174:25-177:7 | Completeness | 177:8-9 | L |
| 177:10-13 | Completeness | 177:19-24 | L |
| 177:15-18 | | | |

| DEFENDANT'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S COUNTER-DESIGNATIONS | DEFENDANT'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 177:25-178:5 | | | |
| 178:7-14 | Completeness | 178:15-16 | L |
| 178:17-25 | | | |
| 179:2-22 | Completeness | 179:23-25 | L |
| 180:1-7 | | | |
| 180:9-15 | Completeness | 180:16-181:13 | 401-403; L; S; ICD |
| 181:15-182:22 | Completeness | 181:23-24 | ICD |
| 182:25-183:1 | | | |
| 183:3-184:2 | Completeness | 184:3-5 | L |
| 184:6-11 | | | |
| 184:13-188:6 | Completeness | 188:7-11 | L |
| 188:12-16 | | | |
| 188:17-189:12 | | | |
| 189:19-25 | Completeness | 190:1-4 | 401-403; LPK; S; ICD |
| 190:5-20 | Completeness | 190:21-24 | L |
| 190:25-191:4 | Completeness | 191:6-19 | L; 401-403; ICD |
| 191:21-194:15 | Completeness | 194:16-20 | L |
| 194:21-196:7 | | | |
| 196:14-16 | | | |
| 197:2-198:11 | Completeness | 198:12-15 | L |
| 198:16-19 | | | |
| 198:21-202:2 | Completeness | 202:3-15 | L; ICD |
| 202:16:13 | | | |
| 203:15-20 | Completeness | 203:21-205:11 | L; 401-403; ICD |
| 205:13:21 | Completeness | 205:22-206:2 | L |
| 206:3-7 | | | |
| 206:9-13 | Completeness | 206:14-22 | L; ICD |

| DEFENDANT'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S COUNTER-DESIGNATIONS | DEFENDANT'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 206:23-25 | | | |
| 207:2-18 | Completeness | 207:19-208:1 | L; ICD |
| 208:2-5 | | | |
| 208:7-17 | | | |
| 209:3-210:12 | | | |