# EXHIBIT H-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| PALTALK HOLDINGS, INC., § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION 6:21-cv-00757-ADA |
| v. § | |
| § | JURY TRIAL DEMANDED |
| WEBEX COMMUNICATIONS, INC.; § | |
| CISCO WEBEX LLC ; CISCO § | |
| SYSTEMS, INC., § | |
| *Defendants*. § | |

## **PALTALK'S PROPOSED VOIR DIRE QUESTIONS**

Pursuant to the Court's Scheduling Order, the Court's Standing Order Governing Proceedings in Patent Cases, and the Court's Standing Order on Pretrial Procedures and Requirements in Civil Cases, Plaintiff Paltalk Holdings, Inc. ("Paltalk") submit the following proposed questions for voir dire examination at trial.

**To the panel as a whole:**

1. Are you familiar with any of the parties, witnesses or law firms on the list of parties, witnesses and counsel?

    a. If so, who? How are you familiar with them?

    b. Would that relationship prevent you from following the Judge's instructions and applying the law and the facts in this case?

2. Do you have any strong feelings towards Paltalk that would prevent you from following the Judge's instructions and applying the law and the facts in this case?

3. Have any of you or your immediate families ever owned stock or had any financial interest in Paltalk Holdings, Inc. or Cisco Systems, Inc.?

4. Have any of you or your immediate families ever had a business relationship with either of these companies?

5. Do any of the jurors know each other?

    a. If so, who? How are you familiar with them?

    b. Would that relationship prevent you from following the Judge's instructions and applying the law and the facts in this case?

6. Has anyone here previously served as a juror either in a criminal or civil case? Were you the foreperson? Did the jury reach a verdict?

7. Other than a divorce proceeding, have you or a close family member ever been involved in a lawsuit? Who was involved? What type of case? What happened?

8. Please describe any knowledge of or experience you or someone close to you have with patents or the United States Patent and Trademark Office?

9. Do you have any strong feelings about ownership of property rights, whether favorable or unfavorable?

10. Have you ever had an experience in which someone took something from you without permission, or you were accused of taking something without permission? If so, please describe what happened, including any consequences for the taking.

    a. Would that experience prevent you from following the Judge's instructions and applying the law and the facts in this case?

11. Have you ever served in a focus group or as a mock juror? When did you participate and what type of case was it?

12. Have any of you been involved in, or worked for a company that was involved in, licensing a patent?

13. This case involves a patent dispute, including issues of patent infringement and patent validity. Have any of you, or any member of your family or close friends, to your knowledge, been involved in a patent dispute?

    a. If so, would that fact prevent you from following the Judge's instructions and applying the law and the facts in this case?

14. Do you work in any technical industry? What do you do?

15. Do you have special knowledge related to the legal system?

16. You may be called upon in this case to decide liability and/or to award money damages in this case. Do any of you have any religious, philosophical, or other belief that prevents you from acting as an impartial juror in this case and potentially awarding money damages in this case?

17. Do you know of any reason, or has anything occurred during this question period, that might make you doubtful that you would prevent you from following the Judge's instructions and applying the law and the facts in this case? If there is, it is your duty to disclose the reason at this time.

18. In the trial of this case, the parties are entitled to have a fair, unbiased and unprejudiced jury. If there is any reason why any of you might be so biased or prejudiced such that you could not follow the Judge's instructions and applying the law and the facts in this case, then you must disclose such reason when you are asked to do so. It is your duty to make this disclosure.

10475655v1/017340

19. Is there any reason, such as a medical reason, personal hardship, or difficulty understanding spoken or written English that would make it difficult for you to serve on this jury?

**To each panel member individually:**

1. State your name.

2. State where you're from.

3. State how long you've lived in your current home or residence.

4. State what you do for a living.

5. If you have a spouse/partner, state what he or she does for a living.

6. State how many children you have and how many are currently living with you.

7. If you have adult children, what do they do for a living?

8. What are your hobbies and interests?

10475655v1/017340