# EXHIBIT H-2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION 6:21-cv-00757-ADA |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC., | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

### CISCO'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's Scheduling Order, the Court's Standing Order Governing Proceedings in Patent Cases, and the Court's Standing Order on Pretrial Procedures and Requirements in Civil Cases, Defendant Cisco Systems, Inc. ("Cisco") submits the following proposed questions for voir dire examination at trial.

**To the panel as a whole:**

1) Is there any reason, such as poor vision, difficulty hearing, another medical reason, or personal hardship, that would make it difficult for you to serve on this jury?

2) Do you have difficulty understanding spoken or written English?

3) Have you heard of, or have any knowledge of, the facts or events in this case?

4) Have you, a relative, or a close friend had any experience with patents, patent law, patented technology, or the United States Patent and Trademark Office?

5) Do you have any opinions about patents, patent rights, or the Unites States Patent and Trademark Office that might make it difficult for you to listen to the evidence with an open mind?

6) Do you, someone close to you, or your employer own patents?

7) Have you, a relative, or a close friend ever invented or designed anything?

   a) If so, did you, your relative, or your friend apply for a patent?

8) Have any of you thought about trying to patent or trademark an idea or invention or feel that you may be in a position to invent something of value someday?

   a) If so, can you elaborate?

9) Do any of you work for a company that relies on its own patents or inventions in its day-to-day business?

10) Have you, or any member of your immediate family ever been employed by the United States Patent and Trademark Office?

    a) If "yes," please describe this employment.

11) Do you have any training, experience, or specialized knowledge relating to computers, computer software, or app development?

    a) If "yes," please describe your experience.

12) Do you recognize or know anyone on the Court staff or whom you have come to recognize as being part of the Court staff?

13) Do you recognize or know any of your fellow jurors?

14) Have you ever started your own business either on your own or with someone else?

15) Do you currently hold a leadership position in any community organization?

16) Does anyone currently work, or has anyone worked in the past, for a city, county, state, or federal government agency?

17) Other than family law matters, have you or anyone close to you ever been a plaintiff, defendant, or witness in a lawsuit or administrative complaint?

18) Have you read, watched, listened to, or heard about news reports regarding the defendant, Cisco Systems, Inc., whether recently or in the past?

19) Do you use or have you ever used a Cisco Systems, Inc. product?

    a) If yes, what was your experience with that Cisco Systems, Inc. product?

20) Have you ever had a negative experience with a Cisco Systems, Inc. product?

21) Are any of you the designated tech person in your family or among your friends – i.e., the one who has to set up new devices and teach the rest of the family how to use them?

22) By contrast, would any of you describe yourselves as not tech savvy?

23) How many of you have strong feelings, either negative or positive, about the tech industry?

24) Is there any reason you could not follow the Court's instructions in this case as to how the jury should determine the issue of whether a patent is infringed?

25) Is there any reason you could not follow the Court's instructions as to how the jury should determine the issue of whether a patent is valid?