# EXHIBIT I

## JUROR QUESTIONNAIRE
### Instructions

Dear Prospective Juror:

An important part of any trial is the jury selection process. During jury selection, the Judge and the lawyers for the parties will ask all of the prospective jurors questions. These questions are necessary to ensure that those selected to serve on the jury are representative of our community at large and can be fair and impartial judges of the facts. Giving complete and candid answers on this questionnaire and during jury selection is an important step for ensuring a fair and impartial trial and is one of your important duties as a prospective juror.

What follows is a brief questionnaire. Please answer each question as completely and accurately as you reasonably can. Your answers will help reduce the amount of time needed to complete the jury selection process. If there is not sufficient space provided for you to complete your answer, please use the blank space on this page to complete your answer. The information provided by you will be treated as confidential and used only for purposes of jury selection in this case.

**<u>Do not discuss either the questions or your answers with anyone, not even your family or friends.</u>** If you do not understand a particular question, please write "I DO NOT UNDERSTAND" next to the question and it will be explained to you in Court.

Keep in mind there are no "right" or "wrong" answers, only complete and incomplete answers. Complete answers are far more helpful than incomplete answers because they make additional questioning unnecessary. Therefore, they shorten the time it takes to select a jury once you arrive at the Courthouse.

We thank you for your cooperation and your service as a prospective juror.

1

**JURY QUESTIONNAIRE**

1. What is your full name?_____

2. What is your age?_____

3. What is your birthplace? (city, state, country)_____

4. What city do you currently live in? _____

5. What is the highest level of school you have completed or the highest degree you have received? Please list major or area(s) of study below

   _____

6. What is your current work status? (If "Other" is checked, please describe in the comment box below.)  Full-time   Part-time   Retired   Unemployed   Homemaker   Disabled   Other _____

7. What is your current occupation and job title? If unemployed/retired, put "none."

   _____

8. Describe your job duties. If unemployed/retired, put "none."

   _____

9. Who is your current employer (or most recent)? If unemployed/retired, put "none."

   _____

10. What was your immediate prior job (if any)? If none, please put "none."

    _____

11. Have you ever worked in a position in which you supervised others?

    _____

12. Have you ever served in the military? (If yes, list the branch and highest rank.)

    _____

2

13. Are you currently married or living with a significant other?

    a. If yes, please provide the name of your spouse/significant other.

       _____

    b. If yes, please list the employer of your spouse/significant other.

       _____

14. What is the occupation(s) of other adults in your household? If none, please put "none".

    _____

15. Do you have any children? How many children live with you at home? If adult children, please list any occupation in the space below.

    _____

16. What are your hobbies and interests?

    _____

17. Where do you get most of your news? Select all the apply.

    TV (check all that apply)  FOX  CBS  ABC  CNN  MSNBC  FOX NEWS CHANNEL

    Other:_____

    Radio

    Magazines (which ones? _____)

    Newspaper (which ones? _____)

    The Internet (which sites? _____)

    Friends/Family/Word of Mouth

    Facebook   Instagram   Twitter   LinkedIn   TikTok

    Other:_____

3

18. Do you have special knowledge, training, education, or work experience in any of the following areas? (Select all the apply)

    Telecommunications    Electrical Engineering    Information Technology

    Business Contracts    Research and Development

    Accounting, Finance, or Economics    Product Research

    Software Applications    Computer Programming    Marketing

    Psychology    Law/Legal System

19. Have you or someone close to you ever invented, patented, or designed anything? (If yes, please list who invented, patented, or designed it and what was patented, invented, or designed.)

    _____

    _____

20. Have you or someone close to you ever applied for a patent? (If yes, please describe what was covered by the patent and whether a patent was granted in the comment box below.)

    _____

    _____

21. Have you ever had any contact with or dealings with the United States Patent and Trademark Office (USPTO)?

    _____

    _____

4

22. Have you, anyone close to you, or your employer (current or previous) been involved in a dispute over a patent?

    _____

    _____

23. Do you have any beliefs or feelings about patents, the patent system, or the enforcement of patents?

    _____

    _____

24. Have you, anyone close to you, or your employer (current or previous) ever been accused of or accused someone of using an idea without permission?

    _____

    _____

25. In general, how tech-savvy do you consider yourself?

    Very   Somewhat   Not Very   Not at all

26. In general, what opinion do you have about the number of civil lawsuits that are filed?

    Much too high   Somewhat High   Just Right   Low   No opinion

27. Do you have any strong opinions about lawsuits or the people that bring them?

    Yes   No

    If YES, please explain. _____

28. Which of the following statements more accurately describes you?

    I tend to make up my own mind   I tend to rely on expert advice

29. Which of the following statements more accurately describes you?

    I like to lead others    I tend to let others lead

30. Have you ever owned a business? (If yes, please indicate type of business and the years it was owned in the comment box below.)

   _____

   _____

31. What is your opinion of large corporations in general? (Select best option)

    Very Positive   Somewhat Positive   Somewhat Negative   Very Negative

32. Do you or a family member use WebEx? If so, please explain how you use it.

   _____

   _____

33. Have you ever served as a juror before? (If yes, please describe the type of case, whether you reached a verdict, and whether you were the foreperson.)

   _____

   _____

34. List three public people who you most admire.

   _____

35. Do you own a house or other property?  How many and what city?

   _____

36. What is your proficiency with English language?_____

37. Is there any hardship or other issue that may impact your ability to serve on a jury?

   _____

38. Is there any reason you believe you could not be a fair and impartial juror?

   _____

   _____