# EXHIBIT J-2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br>    *Plaintiff,* <br><br>v. <br><br>CISCO SYSTEMS, INC., <br><br>    *Defendant.* | CIVIL ACTION NO.: <br>6:21-cv-00757-ADA-DTG <br><br> JURY TRIAL DEMANDED |

## VERDICT FORM

In answering the following questions, please follow the instructions that I have given you in the Court's jury charge and the directions provided throughout this Verdict Form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions and your jury binder. Please refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

In this Verdict Form, the following terms have the following meanings:

- **Paltalk** refers to Paltalk Holdings, Inc.

- **Cisco** refers to Cisco Systems, Inc.

- The **'858 Patent** refers to U.S. Patent No. 6,683,858

- The **Patent-in-Suit** refers to the **'858 Patent**

- The **Asserted Claims** refer collectively to claims 1, 2, 3, 4, and 5 of the **'858 Patent**

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

We, the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case:

### QUESTION 1: DIRECT INFRINGEMENT

**Directions:** In answering Question 1 below, please answer either "Yes" or "No" for each listed claim.

**QUESTION 1:** Has **Paltalk** proven by a preponderance of the evidence that **Cisco** directly infringed the following claims of the Patent-in-Suit? "Yes" is a finding for **Paltalk**. "No" is a finding for **Cisco**.

The '858 Patent

Claim 1: Yes _____ No_____

Claim 2: Yes _____ No_____

Claim 3: Yes _____ No_____

Claim 4: Yes _____ No_____

Claim 5: Yes _____ No_____

**QUESTION 2: INVALIDITY- PRIOR ART**

**Directions:** In answering Question 2 below, please answer either "Yes" or "No" for each listed claim.

**QUESTION 2:** Cisco has alleged that each of the following prior art references/systems and combinations render the following claims of the Asserted Patents invalid:

- U.S. Patent No. 7,079,495 ("Pearce")
- U.S. Patent No. 6,418,125 ("Oran")
- U.S. Patent No. 6,327,276 ("Robert")
- U.S. Patent No. 6,584,093 ("Salama")
- U.S. Patent No. 6,141,597 ("Botzko")
- *An RTP Payload Format for User Multiplexing* ("Rosenberg")
- Cisco Communication Network using Cisco/Selsius CallManager ("CallManager")

Has **Cisco** proven by clear and convincing evidence that the following claims of the Patent-in-Suit are invalid based on the prior art? "Yes" is a finding for **Cisco**. "No" is a finding for **Paltalk**.

The '858 Patent

Claim 1: Yes _____ No _____

Claim 2: Yes _____ No _____

Claim 3: Yes _____ No _____

Claim 4: Yes _____ No _____

Claim 5: Yes _____ No _____

**If you have reached this point in the verdict form, you should have answered Questions 1 and 2. If you have not answered Questions 1 and 2, please go back and answer them before proceeding. You should only proceed to answer Question 3 if (1) you answered "YES" for any claim or claims in Question 1, and (2) you answered "NO" for the same claim or claims in Question 2.**

**If you answered "NO" for all claims in Questions 1 OR if you answered "YES" for all claims in Question 2, then do not answer any further questions. Proceed to the last page, have your Jury Foreperson sign and date this Verdict Form, and then deliver it to the Court Security Officer. You should not pay attention to any other instructions between this point and the signature page found at the end of this verdict form.**

## QUESTION 3: DAMAGES

**QUESTION 3**: If you found the '858 Patent is infringed and is not invalid, what is the amount of damages that **Paltalk** has proven by a preponderance of the evidence that it is entitled to for **Cisco's** infringement of the **Asserted Claims** of the **Patent-in-Suit**?

$ _____

Please proceed to the **FINAL PAGE.**

**<u>FINAL PAGE OF THE JURY VERDICT</u>**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _____ day of _____, 2023.

_____
Jury Foreperson