# EXHIBIT K

# FILED SEPARATELY UNDER SEAL