# EXHIBIT M-1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., | |
|     Plaintiff, | CASE NO. 6:21-CV-00757-ADA |
| v. | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC., | |
|     Defendant. | |

**PLAINTIFF PALTALK HOLDINGS, INC.'S INITIAL DISCOVERY DESIGNATIONS**

Pursuant to the Court's Standing Order Governing Proceedings in Patent Cases, Plaintiff Paltalk Holdings, Inc. ("Paltalk") hereby provides the following initial designations of discovery that it may use at the jury trial scheduled to begin May 6, 2024 and to continue from day to day thereafter. Paltalk reserves the right to use these discovery designations by showing the discovery designations or reading the discovery designations. Paltalk further reserves the right to use discovery designations in rebuttal of fact witnesses, to use other discovery responses for the purpose of impeachment, or to respond to unanticipated testimony.

**Contents**

1. Plaintiff's Responses and Objections to Cisco's First Set of Interrogatories
2. Plaintiff's Responses and Objections to Cisco's Second Set of Interrogatories
3. Plaintiff's Supplemental Responses to Cisco's First Set of Interrogatories
4. Plaintiff's Supplemental Responses to Cisco's Second Set of Interrogatories
5. Cisco's Responses to Paltalk's First Set of Requests for Production
6. Cisco's Responses to Paltalk's Second Set of Requests for Production
7. Cisco's Responses to Paltalk's Third Set of Requests for Production
8. Cisco's Responses to Paltalk's First Set of Interrogatories

9. Cisco's Responses to Paltalk's Second Set of Interrogatories

10. Cisco's Supplemental Initial Disclosures

11. Cisco's First Supplemental Responses to Paltalk's First Set of Interrogatories

Dated: December 12, 2023                                  Respectfully submitted,

/s/ *Max L. Tribble, Jr.*
Max L. Tribble, Jr.
Texas Bar No. 2021395
Ryan Caughey
Texas Bar No. 24080827
Bryce T. Barcelo
Texas Bar No. 24092081
Amber B. Magee (admitted *pro hac vice*)
Texas Bar No. 24121572
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
mtribble@susmangodfrey.com
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
California Bar No. 237460
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Mark D. Siegmund
State Bar No. 24117055
**Cherry Johnson Siegmund James PLLC**
The Roosevelt Tower
400 Austin Avenue, 9th Floor

Waco, Texas 76701
P: (254) 732-224
F: (866) 627-3509
msiegmund@cjsjlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above document was served via email on all counsel of record on December 12, 2023.

 */s/ Amber B. Magee*
Amber B. Magee

3