UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PALTALK HOLDINGS, INC.,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL NO. W-21-CV-00757-ADA |
| **CISCO SYSTEMS, INC.,** | § § § | |
| **Defendant.** | § § § | |

## **JURY SELECTION ORDER**

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the Jury Selection is referred to United States Magistrate Judge Jeffrey C. Manske.

**SIGNED** this 6th day of March, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE