UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC. | § |
| | §  CIVIL NO: |
| vs. | §  WA:21-CV-00757-ADA |
| | § |
| WEBEX COMMUNICATIONS, INC., CISCO WEBEX LLC, CISCO SYSTEMS, INC. | § |

### ORDER RESETTING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRETRIAL CONFERENCE** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, July 01, 2024 at 02:00 PM**.

IT IS SO ORDERED this 22nd day of March, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE