UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00757-ADA |
| | § | |
| WEBEX COMMUNICATIONS, INC., CISCO WEBEX LLC, CISCO SYSTEMS, INC. | § | |

### ORDER RESETTING ZOOM PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for PRETRIAL CONFERENCE by Zoom on July 01, 2024 at 02:00 PM .

IT IS SO ORDERED this 28th day of March, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE