# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **PALTALK HOLDINGS, INC.** | § § | |
| vs. | § § § | Case Number: WA:21-CV-00757-ADA |
| **WEBEX COMMUNICATIONS, INC., CISCO WEBEX LLC, CISCO SYSTEMS, INC.** | § | |
| *Defendant* | | |

## ORDER SETTING HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for Jury Selection, in U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas, on 08/20/2024, at 9:30 a.m. Plaintiff and Defense Counsel are to arrive by 8:30 a.m.

IT IS SO ORDERED this 7th day of August, 2024.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE