## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

PALTALK HOLDINGS, INC.

vs.                                          Case No.:  6:21-cv-00757-ADA

WEBEX COMMUNICATIONS, INC.; et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Jonathan I. Tietz _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas pro hac vice to represent Defendants _____ in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

Perkins Coie LLP _____ with offices at:

Mailing address: 700 Thirteenth St NW, Suite 800 _____

City, State, Zip Code: Washington, DC 20005 _____

Telephone: (202) 654-6200 _____   Facsimile: (202) 654-6211 _____

2.  Since December 4, 2019 _____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of Virginia _____.

Applicant's bar license number is 95035 _____.

3.  Applicant has been admitted to practice before the following courts:

Court:                                       Admission date:

See Attachment 1 _____   _____

_____             _____

_____             _____

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    n/a

5.  I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: 6:22-cv-01207-ADA on the 13 day of September , 2023 .

    Number: _____ on the ___ day of _____, ___.

    Number: _____ on the ___ day of _____, ___.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    n/a

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    n/a

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  Sarah E. Piepmeier

Mailing address:  505 Howard St. Ste. 1000

City, State, Zip Code:  San Francisco, CA 94105

Telephone:  (415) 344-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jonathan I. Tietz to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jonathan I. Tietz

[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the 20 day of AUGUST , 2024.

Jonathan I. Tietz

[printed name of Applicant]

[signature of Applicant]

## Attachment 1

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Virginia | 12/4/2019 |
| District of Columbia | 12/8/2020 |
| U.S. Court of Appeals, Federal Circuit | 10/7/2021 |
| U.S. Court of Appeals, Seventh Circuit | 2/18/2022 |
| Supreme Court of the United States | 1/10/2024 |
| U.S. District Court, Eastern District of Virginia | 3/12/2024 |
| U.S. District Court, Western District of Virginia | 3/12/2024 |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

PALTALK HOLDINGS, INC.

vs.                                                    Case No.: 6:21-cv-00757-ADA

WEBEX COMMUNICATIONS, INC.; et al.


### ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Jonathan I. Tietz_____, counsel for

_Defendants_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Jonathan I. Tietz_____ may appear on behalf of _Defendants_____

in the above case.

IT IS FURTHER ORDERED that _Jonathan I. Tietz_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE