# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., § § § **Plaintiff,** § § v. § § CISCO SYSTEMS, INC., § § **Defendant.** § § | CIVIL NO. W-21-CV-00757-ADA |

## JURY PARTIAL SEQUESTRATION ORDER

It is **ORDERED** that the jury in this case be sequestered from 11:30 AM on August 28, 2024 until 12:30 PM on August 28, 2024 or otherwise ordered by the Court.

Pursuant to this order, while the jury is kept together and not allowed to separate, the reasonable cost of meals incurred by the jury during court recesses will be paid by the Clerk of Court in compliance with juror fee regulations issued by the Judicial Conference of the United States.

**IT IS SO ORDERED.**

SIGNED this August 27, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE