**FILED**

August 29, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jennifer Clark_____

DEPUTY

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

PALTALK HOLDINGS, INC.,

      *Plaintiff,*

v.

CISCO SYSTEMS, INC.,

      *Defendant.*

**CIVIL ACTION NO.:
6:21-cv-00757-ADA-DTG**

**JURY TRIAL DEMANDED**

## <u>VERDICT FORM</u>

In answering the following questions, please follow the instructions that I have given you in the Court's jury charge and the directions provided throughout this Verdict Form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions and your jury binder. Please refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

In this Verdict Form, the following terms have the following meanings:

- **Paltalk** refers to Paltalk Holdings, Inc.

- **Cisco** refers to Cisco Systems, Inc.

- The **'858 Patent** refers to U.S. Patent No. 6,683,858

- The **Patent-in-Suit** refers to the **'858 Patent**

- The **Asserted Claims** refer collectively to claims 1, 2, 3, 4, and 5 of the **'858 Patent**

**<u>IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM</u>**

**<u>READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM</u>**

We, the jury, unanimously agree to the answers to the following questions and return

them as our verdict in this case:

## QUESTION 1: DIRECT INFRINGEMENT

**Directions:** In answering Question 1 below, please answer either "Yes" or "No" for each listed claim. If you answer "No" for claim 1, you must answer "No" for claims 2-5.

**QUESTION 1:** Has **Paltalk** proven by a preponderance of the evidence that **Cisco** directly infringed the following claims of the Patent-in-Suit? "Yes" is a finding for **Paltalk**. "No" is a finding for **Cisco**.

The '858 Patent

Claim 1: Yes __✓__ No_____

Claim 2: Yes __✓__ No_____

Claim 3: Yes __✓__ No_____

Claim 4: Yes __✓__ No_____

Claim 5: Yes __✓__ No_____

## QUESTION 2: INVALIDITY- OBVIOUSNESS

**Directions:** In answering Question 2 below, please answer either "Yes" or "No" for each listed claim.

**QUESTION 2:** Has **Cisco** proven by clear and convincing evidence that the following claims of the Patent-in-Suit are invalid based on obviousness? "Yes" is a finding for **Cisco**. "No" is a finding for **Paltalk.**

The '858 Patent

Claim 1: Yes _____ No___✓___

Claim 2: Yes _____ No___✓___

Claim 3: Yes _____ No___✓___

Claim 4: Yes _____ No___✓___

Claim 5: Yes _____ No___✓___

## QUESTION 3: INVALIDITY- WRITTEN DESCRIPTION

**Directions:** In answering Question 3 below, please answer either "Yes" or "No" for each listed claim.

**QUESTION 3:** Has **Cisco** proven by clear and convincing evidence that the following claims of the Patent-in-Suit are invalid for inadequate written description? "Yes" is a finding for **Cisco**. "No" is a finding for **Paltalk**.

The '858 Patent

Claim 2: Yes _____ No___✓___

Claim 3: Yes _____ No___✓___

**You should proceed to answer Question 4 only if:**

    **(1) you answered "YES" for any claim or claims in Question 1, AND**

    **(2) you answered "NO" for the same claim or claims in Questions 2 and 3.**

## QUESTION 4: DAMAGES

**QUESTION 4:** If you found any Asserted Claim of the '858 Patent both infringed and not invalid, what is the amount of damages that **Paltalk** has proven by a preponderance of the evidence that it is entitled to for **Cisco's** infringement of the Asserted Claims of the Patent-in-Suit?

$ _____ 65,720,700 _____

Please proceed to the **FINAL PAGE.**

## FINAL PAGE OF THE JURY VERDICT

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ___29___ day of ___August___, 2024.



Jury Foreperson