**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| PALTALK HOLDINGS, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:21-CV-00757-ADA |
| CISCO SYSTEMS, INC., | |
| Defendant. | |
| | JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(d), Plaintiff Paltalk Holdings, Inc. respectfully requests that this Court promptly approve and enter judgment in favor of Paltalk based on the jury verdict rendered on August 29, 2024 (ECF No. 211).

**Proposed Form of Judgment:** A proposed form of judgment with respect to the August 29, 2024 jury verdict is attached hereto as Exhibit 1. Rule 58(b) instructs courts to promptly enter judgments following jury verdicts. *See* Fed. R. Civ. P. 58(b)(2) ("Subject to Rule 54(b) and unless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when (a) the jury returns a general verdict ….."); *see also Caddo Sys., Inc. v. Microchip Tech. Inc.,* No. 6:20-cv-00245-ADA (June 14, 2022), ECF No. 238 at 2 (entering judgment 14 days after jury verdict). This entry of judgment does not waive the parties' post-trial motions. It instead merely triggers the deadlines for those motions, as specified in the Federal Rules of Civil Procedure and this Court's rules.

**Anticipated Post-Trial Motions:** Following the Court's entry of judgment, the parties expect to file the following post-trial motions:

- Paltalk expects to file a proposed bill of costs pursuant to 35 U.S.C. § 284 and

Rule 54(d)(1), no later than 14 days after entry of judgment as required by Local Rule CV-54;

- Paltalk expects to promptly file a motion to alter or amend the judgment to include supplemental damages through the date of judgment, including prejudgment and post-judgment interest, no later than 28 days after entry of judgment as required by Fed. R. Civ. P. 59(e);

- Cisco has informed Paltalk that it plans to file a renewed motion for judgment as a matter of law under Fed. R. Civ. P. 50(b) and a motion for a new trial under Fed. R. Civ. P. 59 no later than 28 days after entry of judgment.

Dated: September 26, 2024                    Respectfully submitted,


By: /s/ Max L. Tribble, Jr.
    Max L. Tribble, Jr.
    State Bar No. 2021395
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Telephone: (713) 651-9366
    Fax: (713) 654-6666
    mtribble@susmangodfrey.com

    ATTORNEY-IN-CHARGE FOR PLAINTIFF
    PALTALK HOLDINGS, INC.

OF COUNSEL:

Ryan Caughey (*pro hac vice* pending)
State Bar No. 24080827
Bryce T. Barcelo (*pro hac vice* pending)
State Bar No. 24092081
Amber B. Magee
State Bar No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
bbarcelo@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

**CERTIFICATE OF SERVICE**

This document has been served on counsel of record in accordance with the Federal Rules

of Civil Procedure.

/s/ *Max L. Tribble, Jr.*
Max L. Tribble, Jr.