# Exhibit 1

# SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP

August 12, 2021



## Reimbursable Costs

| Date | Description | Amount |
| --- | --- | --- |
| 07/23/21 | VENDOR: CAUGHEY, RYAN INVOICE#: 4669890807282014 DATE: 7/28/2021  Complaint filing fee in Western District of Texas. - Filing Fees for Ryan Caughey on 07/23/21 | 402.00 |
| | | |
| 07/27/21 | VENDOR: CAUGHEY, RYAN INVOICE#: 4672156007282014 DATE: 7/28/2021  R. Caughey Motion for Admission Pro Hac Vice. - Filing Fees for Ryan Caughey on 07/27/21 | 100.00 |
| 07/27/21 | VENDOR: Kelly, Wendy INVOICE#: 4677590808051423 DATE: 8/5/2021  Filing fee for BTBA's PHV application. - Filing Fees for Wendy Kelly on 07/27/21 | 100.00 |



Tax I.D.# 74-2138615