# Exhibit 2

## SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP

March 14, 2022



### Reimbursable Costs

| Date | Description | Amount |
|---|---|---|
|  |  |  |
| 02/08/22 | VENDOR: Magee, Amber INVOICE#: 4983373502162024 DATE: 2/16/2022  pro hac vice filing fee - Filing Fees for Amber Magee on 02/08/22 | 100.00 |
|  |  |  |



Tax I.D.# 74-2138615