# EXHIBIT 3

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 9/20/2022
**INVOICE #:** 2093681
**JOB #:** 216715

| | |
|---|---|
| **BILL TO:** | Susman Godfrey L.L.P.<br>c/o Maria Romo<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 US |
| **SHIP TO:** | Susman Godfrey L.L.P.<br>c/o Amber Magee<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 US |
| **CASE:** | Paltalk Holdings, Inc. v. Cisco Systems, Inc. |
| **WITNESS:** | Chris Pearce 30(b)(6) CISCO SYSTEMS, INC. |
| **JOB DATE:** | 9/9/2022 |
| **LOCATION:** | TELEPHONIC, Dallas, TX, 75001, US |
| **NOTES:** | Reference Number 016889 |

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Chris Pearce 30(b)(6) CISCO SYSTEMS, INC.** | | | | |
| Original & 1 Certified Transcript | 1 | 188 | $4.95 | $930.60 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Original Transcript - 7 Day Delivery - Complimentary | 1 | 188 | $2.00 | $0.00 |
| Rough Transcript | 1 | 188 | $1.75 | $329.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 1355 | $0.25 | $338.75 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 15 | $1.00 | $15.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 2 | | $215.00 | $430.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| **Discounts** | | | | |
| Certified Transcript Sold Discount | 1 | 188 | ($0.50) | ($94.00) |
| | | | **SUBTOTAL** | $2,099.35 |
| | | | **SHIPPING & HANDLING** | $45.00 |
| | | | **TOTAL** | $2,144.35 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.