# EXHIBIT 4

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 9/20/2022
**INVOICE #:** 2093682
**JOB #:** 216715

**BILL TO:**
Susman Godfrey L.L.P.
c/o Maria Romo
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096 US

**SHIP TO:**
Susman Godfrey L.L.P.
c/o Amber Magee
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096 US

**CASE:** Paltalk Holdings, Inc. v. Cisco Systems, Inc.
**WITNESS:** Chris Pearce 30(b)(6) CISCO SYSTEMS, INC.
**JOB DATE:** 9/9/2022
**LOCATION:** TELEPHONIC, Dallas, TX, 75001, US

**NOTES:** Reference Number 016889

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Chris Pearce 30(b)(6) CISCO SYSTEMS, INC.** | | | | |
| Video Sync / Tape | 1 | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 1 | 5 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 5 | | $110.00 | $550.00 |
| | | | SUBTOTAL | $1,350.00 |
| | | | **TOTAL** | $1,350.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.