# EXHIBIT 5

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Caughey Esq<br>Susman Godfrey LLP<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX, 77002 | | | | **Invoice #:** | **6081188** |
|---|---|---|---|---|---|---|
| | | | | | **Invoice Date:** | **10/18/2022** |
| | | | | | **Balance Due:** | **$778.00** |

| Case: Paltalk Holdings, Inc. v. Cisco Systems, Inc. (6:21CV00757ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 5415520    |    Job Date: 9/14/2022    |    Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | Ryan Caughey Esq |
| Scheduling Atty: | Sarah E. Piepmeier | Perkins Coie LLP |

| Witness: Jason Katz | Quantity | Price | Amount |
|---|---|---|---|
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Digitizing & Transcript Synchronization | 4.00 | $175.00 | $700.00 |

| Notes: | | Invoice Total: | $778.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $778.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6081188**
**Invoice Date: 10/18/2022**
**Balance Due: $778.00**

28862

| | |
|---|---|
| **From:** | Vendor Invoice <VInvoice@susmangodfrey.com> |
| **Sent:** | Wednesday, October 19, 2022 3:52 PM |
| **To:** | 'susmangodfrey.capture@chromefile.com' |
| **Subject:** | FW: Veritext California - 6081188 - Paltalk Holdings, Inc. v. Cisco Systems, Inc. - 2022-09-14 |
| **Attachments:** | 6081188.pdf |

**From:** Charles Walker <cwalker@susmangodfrey.com>
**Sent:** Wednesday, October 19, 2022 8:00 AM
**To:** Vendor Invoice <VInvoice@susmangodfrey.com>
**Subject:** FW: Veritext California - 6081188 - Paltalk Holdings, Inc. v. Cisco Systems, Inc. - 2022-09-14

**From:** calendar-sf@veritext.com <calendar-sf@veritext.com>
**Sent:** Wednesday, October 19, 2022 2:41 AM
**To:** Leize Nand <LNand@susmangodfrey.com>; Tanya McGinnis <TMcGinnis@susmangodfrey.com>; .AP <AP@SusmanGodfrey.com>; Ryan Caughey <rcaughey@susmangodfrey.com>
**Subject:** Veritext California - 6081188 - Paltalk Holdings, Inc. v. Cisco Systems, Inc. - 2022-09-14

EXTERNAL Email



Thank you for choosing Veritext for your recent proceeding. Attached is an invoice for the services provided. Should you have any questions, you may **REPLY TO THIS EMAIL** or call us at **866-299-5127.**
Please place this invoice in line for payment at your earliest convenience. Thank you.
Your Veritext Team

Copyright © 2000-2022 Veritext Corp. All Rights Reserved.

**DISCLAIMER:** This email, including any attachments or links, is intended solely for parties authorized to access this specific matter and may contain confidential, proprietary or privileged material. If you are not an authorized party to the matter, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender immediately and then permanently delete the email and all copies (including any attachments or download links).