# EXHIBIT 6

# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 9/28/2022
**INVOICE #:** 2094765
**JOB #:** 217391

**BILL TO:**      Susman Godfrey L.L.P.
                 c/o Maria Romo
                 1000 Louisiana Street, Suite 5100
                 Houston, TX 77002-5096 US

**SHIP TO:**      Susman Godfrey L.L.P.
                 c/o Amber Magee
                 1000 Louisiana Street, Suite 5100
                 Houston, TX 77002-5096 US

**CASE:**         Paltalk Holdings, Inc. v. Cisco Systems, Inc.
**WITNESS:**      Steven Boyles
**JOB DATE:**     9/20/2022
**LOCATION:**     TELEPHONIC, Los Angeles, CA, 90211, US

**NOTES:**        Reference number 016889

| SHIP VIA | Overnight | TERMS | Net 30 |
|----------|-----------|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| **Steven Boyles** | | | | |
| Video Sync / Tape | 1 | 6 | $95.00 | $570.00 |
| Certified - MPEG - Complimentary | 1 | 6 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job - Early AM Rate | 1 | | $487.50 | $487.50 |
| Videographer - Additional Hours | 3.5 | | $110.00 | $385.00 |
| | | | SUBTOTAL | $1,442.50 |
| | | | **TOTAL** | $1,442.50 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.