# EXHIBIT 11



**Invoice Issued by TSG Reporting, Inc.**
**INVOICE DATE:** 9/30/2022
**INVOICE #:** 2095039
**JOB #:** 217396

| | |
|---|---|
| **BILL TO:** | Susman Godfrey L.L.P. <br> c/o Maria Romo <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 US |
| **SHIP TO:** | Susman Godfrey L.L.P. <br> c/o Ryan Caughey <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 US |
| **CASE:** | Paltalk Holdings, Inc. v. Cisco Systems, Inc. |
| **WITNESS:** | Nathan Buckles 30(b)(6) CISCO SYSTEMS |
| **JOB DATE:** | 9/23/2022 |
| **LOCATION:** | TELEPHONIC, Los Angeles, CA, 90211, US |
| **NOTES:** | Reference Number 016889 |

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Nathan Buckles 30(b)(6) CISCO SYSTEMS** | | | | |
| Video Sync / Tape | 1 | 7 | $95.00 | $665.00 |
| Certified - MPEG - Complimentary | 1 | 7 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job - Early AM Rate | 1 | | $487.50 | $487.50 |
| Videographer - Additional Hours | 5.5 | | $110.00 | $605.00 |
| Videographer - Add'l Hours - Early AM Rate | 1 | | $165.00 | $165.00 |
| | | | SUBTOTAL | $1,922.50 |
| | | | **TOTAL** | $1,922.50 |

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.