# EXHIBIT 12

# TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Invoice Issued by TSG Reporting, Inc.**
**INVOICE DATE:** 10/31/2022
**INVOICE #:** 2098443
**JOB #:** 218356

| | |
|---|---|
| **BILL TO:** | Susman Godfrey L.L.P.<br>c/o Maria Romo<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 US |
| **SHIP TO:** | Susman Godfrey L.L.P.<br>c/o Amber Magee<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 US |
| **CASE:** | Paltalk Holdings, Inc. v. Cisco Systems, Inc. |
| **WITNESS:** | Amit Barave 30(b)(6) Cisco Systems, Inc. |
| **JOB DATE:** | 10/11/2022 |
| **LOCATION:** | TELEPHONIC, Los Angeles, CA, 90211, US |
| **NOTES:** | Reference number 016889. |

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Amit Barave 30(b)(6) Cisco Systems, Inc.** | | | | |
| Original & 1 Certified Transcript | 1 | 217 | $5.25 | $1,139.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Original Transcript - 3 Day Delivery | 1 | 217 | $4.20 | $911.40 |
| Remote Real-time Transcription | 1 | 217 | $1.75 | $379.75 |
| Rough Transcript | 1 | 217 | $1.75 | $379.75 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 28 | $0.25 | $7.00 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 73 | $1.00 | $73.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 2 | | $255.00 | $510.00 |
| Reporter Appearance Fee / Early AM Session - Video Recorded, Remote | 1 | | $382.50 | $382.50 |
| Reporter Waiting Time / Hour | 0.5 | | $150.00 | $75.00 |
| Reporter Waiting Time / Early AM Hour | 0.5 | | $225.00 | $112.50 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| **Discounts** | | | | |
| Certified Transcript Sold Discount | 1 | 217 | ($0.50) | ($108.50) |
| | | | SUBTOTAL | $4,261.65 |
| | | | **TOTAL** | $4,261.65 |

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.