# EXHIBIT 16

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Amber Magee<br>Susman Godfrey LLP<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX, 77002 | **Invoice #:** | **6198091** |
|---|---|---|---|
| | | **Invoice Date:** | **11/27/2022** |
| | | **Balance Due:** | **$3,208.05** |

| Case: Paltalk Holdings, Inc. v. Cisco Systems, Inc. (6:21CV00757ADA) | **Proceeding Type: Depositions** |
|---|---|

Job #: 5570712   |   Job Date: 11/9/2022   |   Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Amber Magee
Scheduling Atty: Ryan B. Hawkins Esq | Perkins Coie LLP

| Witness: Scott Schaefer , Ph.D. | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Certified Transcript | 373.00 | $3.90 | $1,454.70 |
| Exhibits | 158.00 | $0.65 | $102.70 |
| Realtime Services | 373.00 | $2.10 | $783.30 |
| Rough Draft | 373.00 | $1.95 | $727.35 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | $3,208.05 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $3,208.05 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6198091
**Invoice Date:** 11/27/2022
**Balance Due:** $3,208.05

Pay by Credit Card: www.veritext.com

28862