# EXHIBIT 17

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Amber Magee
Susman Godfrey LLP
1000 Louisiana Street
Suite 5100
Houston, TX, 77002

Invoice #: 6217869
Invoice Date: 12/5/2022
Balance Due: $1,303.00

| Case: Paltalk Holdings, Inc. v. Cisco Systems, Inc. (6:21CV00757ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 5570712  |  Job Date: 11/9/2022  |  Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Amber Magee
Scheduling Atty: Ryan B. Hawkins Esq | Perkins Coie LLP

| Witness: Scott Schaefer, Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Digitizing & Transcript Synchronization | 7.00 | $175.00 | $1,225.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,303.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,303.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
Bank Addr: 311 W. Monroe Chicago, IL 60606
Account No: 4353454 ABA: 071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #: 6217869
Invoice Date: 12/5/2022
Balance Due: $1,303.00

| | |
|---|---|
| **From:** | Vendor Invoice <VInvoice@susmangodfrey.com> |
| **Sent:** | Tuesday, December 06, 2022 3:54 PM |
| **To:** | 'susmangodfrey.capture@chromefile.com' |
| **Subject:** | FW: Veritext California - 6217869 - Paltalk Holdings, Inc. v. Cisco Systems, Inc. - 2022-11-09 |
| **Attachments:** | 6217869.pdf |

**From:** Alice Melgoza <AMelgoza@SusmanGodfrey.com>
**Sent:** Tuesday, December 6, 2022 8:04 AM
**To:** Vendor Invoice <VInvoice@susmangodfrey.com>
**Subject:** FW: Veritext California - 6217869 - Paltalk Holdings, Inc. v. Cisco Systems, Inc. - 2022-11-09

**From:** calendar-sf@veritext.com <calendar-sf@veritext.com>
**Sent:** Tuesday, December 6, 2022 2:52 AM
**To:** Leize Nand <LNand@susmangodfrey.com>; Amber Magee <AMagee@susmangodfrey.com>; Tanya McGinnis <TMcGinnis@susmangodfrey.com>; .AP <AP@SusmanGodfrey.com>
**Subject:** Veritext California - 6217869 - Paltalk Holdings, Inc. v. Cisco Systems, Inc. - 2022-11-09

**EXTERNAL Email**



Thank you for choosing Veritext for your recent proceeding. Attached is an invoice for the services provided. Should you have any questions, you may **REPLY TO THIS EMAIL** or call us at **866-299-5127**.
Please place this invoice in line for payment at your earliest convenience. Thank you.
Your Veritext Team



Copyright © 2000-2022 Veritext Corp. All Rights Reserved.

**DISCLAIMER:** This email, including any attachments or links, is intended solely for parties authorized to access this specific matter and may contain confidential, proprietary or privileged material. If you are not an authorized party to the matter, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender immediately and then permanently delete the email and all copies (including any attachments or download links).

1