# EXHIBIT 18

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Bryce Barcelo
Susman Godfrey LLP
1000 Louisiana Street
Suite 5100
Houston, TX, 77002

Invoice #: 6204542
Invoice Date: 11/29/2022
Balance Due: $1,661.00

**Case: Paltalk Holdings, Inc. v. Cisco Systems, Inc. (6:21CV00757ADA)**   **Proceeding Type: Depositions**

Job #: 5570722 | Job Date: 11/11/2022 | Delivery: Normal
Location:        Los Angeles, CA
Billing Atty:    Bryce Barcelo
Scheduling Atty: Jessica Delacenserie | Perkins Coie LLP

| Witness: Vijay Madisetti, Ph.D. | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Certified Transcript | 242.00 | $3.90 | $943.80 |
| Exhibits | 162.00 | $0.65 | $105.30 |
| Rough Draft | 242.00 | $1.95 | $471.90 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,661.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,661.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
Bank Addr: 311 W. Monroe Chicago, IL 60606
Account No: 4353454 ABA: 071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #: 6204542
Invoice Date: 11/29/2022
Balance Due: $1,661.00

28862

| | |
|---|---|
| **From:** | Vendor Invoice <VInvoice@susmangodfrey.com> |
| **Sent:** | Wednesday, November 30, 2022 3:51 PM |
| **To:** | 'susmangodfrey.capture@chromefile.com' |
| **Subject:** | FW: Veritext California - 6204542 - Paltalk Holdings, Inc. v. Cisco Systems, Inc. - 2022-11-11 |
| **Attachments:** | 6204542.pdf |

**From:** Charles Walker <cwalker@susmangodfrey.com>
**Sent:** Wednesday, November 30, 2022 7:57 AM
**To:** Vendor Invoice <VInvoice@susmangodfrey.com>
**Subject:** FW: Veritext California - 6204542 - Paltalk Holdings, Inc. v. Cisco Systems, Inc. - 2022-11-11

**From:** calendar-sf@veritext.com <calendar-sf@veritext.com>
**Sent:** Wednesday, November 30, 2022 3:01 AM
**To:** Bryce T. Barcelo <BBarcelo@susmangodfrey.com>; .AP <AP@SusmanGodfrey.com>; Leize Nand <LNand@susmangodfrey.com>; Tanya McGinnis <TMcGinnis@susmangodfrey.com>
**Subject:** Veritext California - 6204542 - Paltalk Holdings, Inc. v. Cisco Systems, Inc. - 2022-11-11

EXTERNAL Email



Thank you for choosing Veritext for your recent proceeding. Attached is an invoice for the services provided. Should you have any questions, you may **REPLY TO THIS EMAIL** or call us at **866-299-5127**.
Please place this invoice in line for payment at your earliest convenience. Thank you.
Your Veritext Team



Copyright © 2000-2022 Veritext Corp. All Rights Reserved.

**DISCLAIMER:** This email, including any attachments or links, is intended solely for parties authorized to access this specific matter and may contain confidential, proprietary or privileged material. If you are not an authorized party to the matter, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender immediately and then permanently delete the email and all copies (including any attachments or download links).

1