# EXHIBIT 20

# TSG REPORTING
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Invoice Issued by TSG Reporting, Inc.**
**INVOICE DATE:** 11/21/2022
**INVOICE #:** 2099705
**JOB #:** 219675

| | |
|---|---|
| **BILL TO:** | Susman Godfrey L.L.P.<br>c/o Maria Romo<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 US |
| **SHIP TO:** | Susman Godfrey L.L.P.<br>c/o Ryan Caughey<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 US |
| **CASE:** | Paltalk Holdings, Inc. v. Cisco Systems, Inc. |
| **WITNESS:** | James R. Bress |
| **JOB DATE:** | 11/14/2022 |
| **LOCATION:** | TELEPHONIC, Melbourne, FL, 32903, US |
| **NOTES:** | Reference number 016889 |

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **James R. Bress** | | | | |
| Original & 1 Certified Transcript | 1 | 207 | $4.95 | $1,024.65 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Original Transcript - 3 Day Delivery | 1 | 207 | $4.00 | $828.00 |
| Remote Real-time Transcription | 1 | 207 | $2.75 | $569.25 |
| Rough Transcript | 1 | 207 | $2.25 | $465.75 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 245 | $0.25 | $61.25 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 1 | $1.00 | $1.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Hour - Video Recorded, Remote | 8 | | $130.00 | $1,040.00 |
| Reporter Waiting Time / Hour | 1.25 | | $150.00 | $187.50 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| **Discounts** | | | | |
| Certified Transcript Sold Discount | 1 | 207 | ($0.50) | ($103.50) |
| | | | SUBTOTAL | $4,473.90 |
| | | | SHIPPING & HANDLING | $55.00 |
| | | | **TOTAL** | **$4,528.90** |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

THANK YOU FOR YOUR BUSINESS!
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.