# EXHIBIT 22

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 11/29/2022
**INVOICE #:** 2100109
**JOB #:** 219676

| | |
|---|---|
| **BILL TO:** | Susman Godfrey L.L.P.<br>c/o Maria Romo<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 US |
| **SHIP TO:** | Susman Godfrey L.L.P.<br>c/o Ryan Caughey<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 US |
| **CASE:** | Paltalk Holdings, Inc. v. Cisco Systems, Inc. |
| **WITNESS:** | Lauren Kindler |
| **JOB DATE:** | 11/15/2022 |
| **LOCATION:** | TELEPHONIC, Dallas, TX, 75248, US |
| **NOTES:** | Reference number 016889 |

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Lauren Kindler** | | | | |
| Original & 1 Certified Transcript | 1 | 132 | $4.95 | $653.40 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Original Transcript - 3 Day Delivery | 1 | 132 | $4.00 | $528.00 |
| Rough Transcript | 1 | 132 | $1.75 | $231.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 260 | $0.25 | $65.00 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 4 | $1.00 | $4.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 1 | | $215.00 | $215.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| **Discounts** | | | | |
| Certified Transcript Sold Discount | 1 | 132 | ($0.50) | ($66.00) |
| | | | **SUBTOTAL** | $1,780.40 |
| | | | **SHIPPING & HANDLING** | $55.00 |
| | | | **TOTAL** | $1,835.40 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.