# EXHIBIT 24

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 11/30/2022
**INVOICE #:** 2100265
**JOB #:** 219677

| | |
|---|---|
| **BILL TO:** | Susman Godfrey L.L.P. <br> c/o Maria Romo <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 US |
| **SHIP TO:** | Susman Godfrey L.L.P. <br> c/o Amber Magee <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 US |
| **CASE:** | Paltalk Holdings, Inc. v. Cisco Systems, Inc. |
| **WITNESS:** | Dean Willis |
| **JOB DATE:** | 11/16/2022 |
| **LOCATION:** | TELEPHONIC, Dallas, TX, 75248, US |
| **NOTES:** | Reference number 016889 |

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Dean Willis** | | | | |
| Original & 1 Certified Transcript | 1 | 241 | $4.95 | $1,192.95 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 1 | 241 | $1.75 | $421.75 |
| Rough Transcript | 1 | 241 | $1.75 | $421.75 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 366 | $0.25 | $91.50 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 1 | $1.00 | $1.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 2 | | $215.00 | $430.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| **Discounts** | | | | |
| Certified Transcript Sold Discount | 1 | 241 | ($0.50) | ($120.50) |
| | | | SUBTOTAL | $2,838.45 |
| | | | SHIPPING & HANDLING | $55.00 |
| | | | TOTAL | $2,893.45 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.