# EXHIBIT 28



# Invoice

**Invoice No:** 1502507
**Invoice Date:** 11/3/2023
**Payment Terms:** Net 30

**Bill To:**
Bryce Barcelo
Susman Godfrey LLP - Houston
1000 Louisiana, Suite 5100
Houston TX 77002-5096
United States

**Case Name:** Paltalk Holdings, Inc., vs. Cisco Systems, Inc.,

**Case Number:** 6:21-cv-00757-ADA

**Location:** LegalView - All parties appearing remotely

**Job Date:** 10/20/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|---|
| 2023-916235 | Lauren Kindler | | | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy - Video/Technical Testimony - EXPEDITE | 158 | $873.74 |
| Rough Draft of Transcript | 158 | $276.50 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 382 | $171.90 |
| E-Bundle / Lit Support Package | 1 | $43.50 |
| Reporter Appearance Fee | 1 | $195.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1502507
Invoice Date: 11/3/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Bryce Barcelo
Susman Godfrey LLP - Houston
1000 Louisiana, Suite 5100
Houston TX 77002-5096
United States

Subtotal: $1,590.64

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

Tax Total(%): $0.00

Total: $1,590.64

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1502507

Payments and Credits: $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $1,590.64 |
| **After 12/3/2023 Pay** | $1,614.50 |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173