# EXHIBIT 30



# Invoice

**Invoice No:** 1502679
**Invoice Date:** 11/6/2023
**Payment Terms:** Net 30

**Bill To:**
Amber Magee
Susman Godfrey - Houston
1000 Louisiana Street Suite 5100
Houston TX 77002
United States

**Case Name:** Paltalk Holdings, Inc., vs. Cisco Systems, Inc.,

**Case Number:** 6:21-cv-00757-ADA

**Location:** LegalView - All parties appearing remotely

**Job Date:** 10/23/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|---|
| 2023-916240 | James Bress | | | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy - Video/Technical Testimony - EXPEDITE | 216 | $1,535.76 |
| Rough Draft of Transcript | 216 | $378.00 |
| Realtime Text Stream - Remote Connection | 216 | $421.20 |
| Realtime Connectivity Fee - Per User | 1 | $95.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 630 | $283.50 |
| E-Bundle / Lit Support Package | 1 | $43.50 |
| Reporter Appearance Fee | 1 | $195.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

Case 6:21-cv-00757-ADA	Document 223-30	Filed 10/22/24	Page 3 of 3



# Invoice

**Invoice No:** 1502679
Invoice Date: 11/6/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Amber Magee
Susman Godfrey - Houston
1000 Louisiana Street Suite 5100
Houston TX 77002
United States

Subtotal: $2,981.96

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

Tax Total(%): $0.00

Total: $2,981.96

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1502679

Payments and Credits: $0.00

**TAX ID 46-4363191**

| Amount Due | $2,981.96 |
|---|---|
| After 12/6/2023 Pay | $3,026.69 |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

2 of 2