# EXHIBIT 32

# I N V O I C E



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (916) 397-4857

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6949 | 11/6/2023 | 8499 |
| Job Date | Case No. | |
| 10/20/2023 | 6:21-CV-00757-ADA | |
| Case Name | | |
| Paltalk Holdings Inc. vs. Cisco Systems, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Amber B. Magee
Susman Godfrey
1000 Louisiana
Suite 5100
Houston , TX 77002

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Vijay Madisetti, Ph.D. | | | | 956.25 |
| Exhibits (Black & White) | 936.00 Pages | @ | 0.500 | 468.00 |
| Rough Draft | 180.00 Pages | @ | 2.500 | 450.00 |
| Realtime | 175.00 | @ | 3.000 | 525.00 |
| Remote Link & Setup | 1.00 | @ | 50.000 | 50.00 |
| **TOTAL DUE   >>>** | | | | **$2,449.25** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let me know.
If you would like to pay with a credit card, please email me and I can send you a secured link.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee.

**Tax ID:** 86-2522755

*Please detach bottom portion and return with payment.*

Amber B. Magee
Susman Godfrey
1000 Louisiana
Suite 5100
Houston , TX 77002

Invoice No.   : 6949
Invoice Date  : 11/6/2023
**Total Due**    : **$2,449.25**

Remit To: **Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**

Job No.      : 8499
BU ID        : 1-MAIN
Case No.     : 6:21-CV-00757-ADA
Case Name    : Paltalk Holdings Inc. vs. Cisco Systems, Inc.