# EXHIBIT 33

# I N V O I C E

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (916) 397-4857

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6940 | 11/6/2023 | 8500 |
| Job Date | Case No. | |
| 10/24/2023 | 6:21-CV-00757-ADA | |
| Case Name | | |
| Paltalk Holdings Inc. vs. Cisco Systems, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Bruce Barcelo
Susman Godfrey
1000 Louisiana
Suite 5100
Houston , TX 77002

---

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Scott Schaefer | | | | | 964.75 |
| Exhibits (Black & White) | 104.00 | Pages | @ | 1.000 | 104.00 |
| Exhibits (Color) | 3.00 | Pages | @ | 2.000 | 6.00 |
| Rough Draft | 182.00 | Pages | @ | 2.500 | 455.00 |
| Rush | 1.00 | | @ | 578.850 | 578.85 |
| Remote Link & Setup | 1.00 | | @ | 50.000 | 50.00 |
| | | **TOTAL DUE   >>>** | | | **$2,158.60** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let me know.
If you would like to pay with a credit card, please email me and I can send you a secured link.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee.

---

**Tax ID:** 86-2522755

*Please detach bottom portion and return with payment.*

Bruce Barcelo
Susman Godfrey
1000 Louisiana
Suite 5100
Houston , TX 77002

Invoice No.   : 6940
Invoice Date  : 11/6/2023
**Total Due**   : **$2,158.60**

Remit To: **Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**

Job No.       : 8500
BU ID         : 1-MAIN
Case No.      : 6:21-CV-00757-ADA
Case Name   : Paltalk Holdings Inc. vs. Cisco Systems, Inc.