# EXHIBIT 36



# Invoice

**Invoice No:** 1504384
**Invoice Date:** 11/9/2023
**Payment Terms:** Net 30

**Bill To:**
Ryan Caughey
Susman Godfrey, LLP
1000 Louisiana, Ste. 5100
Houston TX 77002-5096
United States

**Case Name:**
Paltalk Holdings, Inc., vs. Cisco Systems, Inc.,

**Case Number:** 6:21-cv-00757-ADA

**Location:** LegalView - All parties appearing remotely

**Job Date:** 11/2/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|---|
| 2023-918376 | Dean Willis | | | | | | |

| Item | Quantity | Amount |
|---|---|---|
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | $0.00 |
| LegalView - Remote Video Recording - Per Hour | 4 | $500.00 |
| DVD / MPEG Conversion | 4 | $200.00 |
| Text-to-Video Synchronization (VideoSync) | 4 | $320.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |



# Invoice

**Invoice No:** 1504384
**Invoice Date:** 11/9/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Ryan Caughey
Susman Godfrey, LLP
1000 Louisiana, Ste. 5100
Houston TX 77002-5096
United States

**Subtotal:** $1,050.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total(%):** $0.00

**Total:** $1,050.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1504384

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| Amount Due | $1,050.00 |
|---|---|
| **After 12/9/2023 Pay** | $1,065.75 |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173