# EXHIBIT 37



An official website of the United States government

# U.S. General Services Administration

# Privately owned vehicle (POV) mileage reimbursement rates

*GSA has adjusted all POV mileage reimbursement rates effective January 1, 2024.*

| Modes of transportation | Effective/applicability date | Rate per mile |
|---|---|---|
| Airplane* | **January 1, 2024** | $1.76 |
| If use of privately owned automobile is authorized or if no government-furnished automobile is available | **January 1, 2024** | $0.67 |
| If government-furnished automobile is available | **January 1, 2024** | $0.21 |
| Motorcycle | **January 1, 2024** | $0.65 |

| Relocation | Effective/applicability date | Rate per mile |
|---|---|---|
| Standard mileage rates for moving purposes | **January 1, 2024** | $0.21 |

\* Airplane nautical miles (NMs) should be converted into statute miles (SMs) or regular miles when submitting a voucher using the formula (1 NM equals 1.15077945 SMs).

For calculating the mileage difference between airports, please visit the U.S. Department of Transportation's Inter-Airport Distance website.

QUESTIONS:

For all travel policy questions, email travelpolicy@gsa.gov.

**Questions**

Have travel policy questions? Use our 'Have a Question?' site

Last updated: Apr 11, 2024



GSA.gov

**An official website of the U.S. General Services Administration**

Accessibility statement

Website Policies

Reports

Office of the Inspector General

No FEAR Act

FOIA Requests

Board of Contract Appeals

Looking for U.S. government information and services? **Visit USA.gov**