# Exhibit 38

 ███████████████ College Station, TX    Drive 96.1 miles, 1 hr 43 min
77845 to US District Court, 800 Franklin Ave Suite 304, Waco, TX 76701

Scott Schaefer Mileage



Imagery ©2024 TerraMetrics, Map data ©2024 Google    10 mi