# Exhibit 39



Whitley Penn, 3737 Buffalo Speedway #1600, Houston, TX 77098 to US District Court, 800 Franklin Ave Suite 304, Waco, TX 76701

Drive 188 miles, 3 hr 8 min

Walt Bratic Mileage



Imagery ©2024 TerraMetrics, Map data ©2024 Google, INEGI   20 mi

| | | |
|---|---|---|
| 🚗 | via Hwy 6 N and Hwy 6 N | **3 hr 8 min** |
| | Fastest route now, avoids road closures | 188 miles |
| 🚗 | via US-290 W, Hwy 6 N and Hwy 6 N | **3 hr 9 min** |
| | | 185 miles |

🚆  5:10 PM—10:33 PM   5 hr 23 min
🚌 25  >  🚶  >  🚌 FlixBus 2270  >  🚌 Greyhound US1160  >  🚶

### Explore new places along this route
Add suggested stops