# Exhibit 40

Google Maps   , Alpharetta, GA 30022 to US District Court, 800 Franklin Ave Suite 304, Waco, TX 76701   Drive 856 miles, 13 hr 43 min

Madisetti Mileage



Imagery ©2024 TerraMetrics, Map data ©2024 Google, INEGI   100 mi

Alpharetta, GA 30022

⚠ This route has tolls.
⚠ Your destination is in a different time zone.