# Exhibit 41



**30 Jericho Executive Plaza, Westbury, NY 11590 to US District Court, 800 Franklin Ave Suite 304, Waco, TX 76701**

Drive 1,679 miles, 26 hr

Jason Katz Mileage



Imagery ©2024 TerraMetrics, Map data ©2024 Google, INEGI    200 mi

| | via I-81 S | 26 hr |
|---|---|---|
| | Fastest route, the usual traffic | 1,679 miles |
| | ⚠ This route has tolls. | |
| | ⚠ Your destination is in a different time zone. | |

| | via I-81 S and I-40 W | 26 hr |
|---|---|---|
| | | 1,669 miles |

| | via I-81 S, I-40 W and I-30 W | 26 hr |
|---|---|---|
| | | 1,695 miles |

**Explore new places along this route**

Add suggested stops