# EXHIBIT 42

**FLASH DATA LLC**

2910 Preston St

Houston, TX  77003

+1 7138731700

billing@flashdata365.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Susman Godfrey | Susman Godfrey | **INVOICE #** | 14465 |
| Vanesa Keller | Vanesa Keller | **DATE** | 06/27/2023 |
| 1000 Louisiana St # 5100 | 1000 Louisiana St # 5100 | **DUE DATE** | 07/27/2023 |
| Houston, Texas  77002 | Houston, Texas  77002 | **TERMS** | Net 30 |

| CLIENT MATTER | REP | JOB DESCRIPTION |
|---|---|---|
| 016889 | 44 | CLAIM CONSTRUCTION  BRIEFING |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| B/W Copies<br>Notebooks for PTC | 238 | 0.12 | 28.56T |
| Color 8.5x11 | 142 | 0.79 | 112.18T |
| Tabs | 46 | 0.40 | 18.40T |
| 1" Binder | 1 | 9.50 | 9.50T |
| 1.5" Binder | 1 | 10.50 | 10.50T |
| 2" Binder | 1 | 11.50 | 11.50T |

Flash Data appreciates your business!

Please remit payment by check to above address.

For payment by ACH/EFT/Wire please email: billing@flashdata365.com

| | |
|---|---|
| SUBTOTAL | 190.64 |
| TAX (8.25%) | 15.73 |
| TOTAL | 206.37 |
| BALANCE DUE | **$206.37** |

Tax ID 82-2173147