# EXHIBIT 43

**FLASH DATA LLC**

2910 Preston St

Houston, TX  77003

+1 7138731700

billing@flashdata365.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Susman Godfrey | Susman Godfrey | **INVOICE #** | 16823 |
| Vanesa Keller | Vanesa Keller | **DATE** | 03/07/2024 |
| 1000 Louisiana St # 5100 | 1000 Louisiana St # 5100 | **DUE DATE** | 04/06/2024 |
| Houston, Texas  77002 | Houston, Texas  77002 | **TERMS** | Net 30 |

| CLIENT MATTER | REP | JOB DESCRIPTION |
|---|---|---|
| 016889 | 44 | Bress, Barave, and Madisetti wi |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| B/W Copies<br>Bress, Barave, and Madisetti witness notebooks | 3,590 | 0.12 | 430.80T |
| 11x17 B/W | 220 | 0.25 | 55.00T |
| Tabs | 31 | 0.40 | 12.40T |
| Custom Tabs | 11 | 1.10 | 12.10T |
| 4" Binder | 4 | 18.88 | 75.52T |

Flash Data appreciates your business!

Please remit payment by check to above address.

For payment by ACH/EFT/Wire please email: billing@flashdata365.com

| | |
|---|---|
| SUBTOTAL | 585.82 |
| TAX | 48.33 |
| TOTAL | 634.15 |
| BALANCE DUE | **$634.15** |

Tax ID 82-2173147