# EXHIBIT 44

**FLASH DATA LLC**

2910 Preston St

Houston, TX  77003

+1 7138731700

billing@flashdata365.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Susman Godfrey | Susman Godfrey | **INVOICE #** 18211 |
| Vanesa Keller | Vanesa Keller | **DATE** 08/14/2024 |
| 1000 Louisiana St # 5100 | 1000 Louisiana St # 5100 | **DUE DATE** 09/13/2024 |
| Houston, Texas  77002 | Houston, Texas  77002 | **TERMS** Net 30 |

| CLIENT MATTER | REP | JOB DESCRIPTION |
|---|---|---|
| 016889 | 44 | Trial exhibits and depositions |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **B/W Copies**<br>Trial exhibits and depositions | 47,569 | 0.12 | 5,708.28T |
| **Color 8.5x11** | 15,203 | 0.76 | 11,554.28T |
| **Manilla Folder** | 622 | 1.75 | 1,088.50T |
| **Redwell** | 27 | 3.75 | 101.25T |

Flash Data appreciates your business!

Please remit payment by check to above address.

For payment by ACH/EFT/Wire please email:
billing@flashdata365.com

| | |
|---|---|
| SUBTOTAL | 18,452.31 |
| TAX | 1,522.32 |
| TOTAL | 19,974.63 |
| BALANCE DUE | **$19,974.63** |