# EXHIBIT 45

**FLASH DATA LLC**

2910 Preston St

Houston, TX  77003

+1 7138731700

billing@flashdata365.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Susman Godfrey | Susman Godfrey | **INVOICE #** | 18249 |
| Vanesa Keller | Vanesa Keller | **DATE** | 08/20/2024 |
| 1000 Louisiana St # 5100 | 1000 Louisiana St # 5100 | **DUE DATE** | 09/19/2024 |
| Houston, Texas  77002 | Houston, Texas  77002 | **TERMS** | Net 30 |

| CLIENT MATTER | REP | JOB DESCRIPTION |
|---|---|---|
| 016889 | 44 | Spiral notebooks for AMAG |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| B/W Copies<br>Spiral notebooks for AMAG | 1,537 | 0.12 | 184.44T |
| Color 8.5x11 | 69 | 0.76 | 52.44T |
| Custom Tabs | 11 | 1.10 | 12.10T |
| Coil Binding | 2 | 3.95 | 7.90T |
| Delivery<br>weekend delivery | 1 | 75.00 | 75.00T |

Flash Data appreciates your business!

| | |
|---|---|
| SUBTOTAL | 331.88 |
| TAX | 27.38 |
| TOTAL | 359.26 |

Please remit payment by check to above address.

For payment by ACH/EFT/Wire please email:
billing@flashdata365.com

**BALANCE DUE**

# $359.26

Tax ID 82-2173147