# Exhibit 46

S<small>USMAN</small> G<small>ODFREY</small> L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP

September 20, 2024



## Reimbursable Costs

| Date | Description | Amount |
|---|---|---|
| ████ | ████ | ████ |
| 08/09/24 | VENDOR: DAVIS, KRISTIE M. INVOICE#: 20230006 DATE: 8/9/2024  Estimated Trial Transcript Fees | 10,000.00 |
| ████ | ████ | ████ |

Tax I.D.# 74-2138615

# S<small>USMAN</small> G<small>ODFREY</small> L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP

September 20, 2024

| Date | Description | Amount |
|---|---|---|
| | ███████ | |
| 09/13/24 | Kristie Davis Refund for invoice 20230006 in matter 016889 | (4,407.07) |
| ███████ | | ███ |



Tax I.D.# 74-2138615