# EXHIBIT 47

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., *Plaintiff,* | § § § § § § § § § § § | 6-21-CV-757-ADA |
| v. | | |
| CISCO SYSTEMS, INC., *Defendant.* | | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court appointed Chris Cravey to serve as a technical advisor on this case. The Court has considered Mr. Cravey's invoice for services through March 9, 2022 and finds the requested amount ($14,595) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

Plaintiff:       $7,297.50
Defendant:   $7,297.50

Mr. Cravey will separately provide deposit instructions.

**SIGNED** this 9th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE