# EXHIBIT 48

| Category of Costs | Total Costs |
|---|---:|
| Fees of the Clerk | $702 |
| Fees for Service of Summons and Subpoenas -- 28 USC | $0 |
| Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case | $75,311.35 |
| Fees and Disbursements for Printing | $0 |
| Fees for Witnesses | $7,884.72 |
| Fees for Exemplification and the Costs of Making Copies of Any Materials where Copies are Necessarily Obtained for Use in the Case | $21,174.41 |
| Docket Fees under 28 USC Section 1923 | $0 |
| Costs as shown on Mandate of Court of Appeals | $0 |
| Compensation of Court-Appointed Experts | $7,297.50 |
| Compensation of Interpreters and Costs of Special Interpretation Services Under 28 USC 1828 | $0 |
| Other Costs | $0 |
| | |
| **Total** | **$112,369.98** |

| Fees of the Clerk | Nature of Cost | Date of Cost | Supporting Documents | Cost |
|---|---|---|---|---|
| | Complaint Filing Fee | 7/23/2021 | **Ex. 1** Susman Godfrey August 12, 2021 Invoice | $402 |
| | Pro Hac Vice Fee for Ryan Caughey | 7/27/2021 | **Ex. 1** Susman Godfrey August 12, 2021 Invoice | $100 |
| | Pro Hac Vice Fee for Bryce Barcelo | 7/27/2021 | **Ex. 1** Susman Godfrey August 12, 2021 Invoice | $100 |
| | Pro Hac Vice Fee for Amber Magee | 2/8/2022 | **Ex. 2** Susman Godfrey March 14, 2022 Invoice | $100 |
| | | | | |
| | | | **Total** | **$702** |

| Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case | Nature of Cost | Date of Cost | Supporting Documents | Total Cost |
|---|---|---|---|---|
| | Chris Pearce Deposition | 9/9/2022 | **Ex. 3** 2022-09-20 TSG Invoice 2093681: $2,144.35.<br>**Ex. 4** 2022-09-20 TSG Invoice 2093682: $1,350. | $3,494.35 |
| | Jason Katz Deposition | 9/14/2022 | **Ex. 5** 2022-10-18 Paltalk Veritext Invoice 6081188: $788 | $778 |
| | Steven Boyles Deposition | 9/20/2022 | **Ex. 6** 2022-09-28 Paltalk TSG Invoice 2094765: $1,442.50.<br>**Ex. 7** 2022-09-28 Paltalk TSG Invoice 2094762: $3,054.35 | $4,496.85 |
| | Robert Hamilton Deposition | 9/22/2022 | **Ex. 8** 2022-09-30 Paltalk TSG Invoice 2095002: $1,322.50.<br>**Ex. 9** 2022-09-30 Paltalk TSG Invoice 2095001: $3,619.40 | $4,941.90 |
| | Nathan Buckles Deposition | 9/23/2022 | **Ex. 10** 2022-09-30 Paltalk TSG Invoice 2095037: $4,992.25.<br>**Ex. 11** 2022-09-30 Paltalk TSG Invoice 2095039: $1,922.50. | $6,914.75 |
| | Amit Barave Deposition | 10/11/2022 | **Ex. 12** 2022-10-31 Paltalk TSG Reporting Invoice 2098443: $4,261.65.<br>**Ex. 13** 2022-10-31 Paltalk TSG Reporting Invoice 2098446: $1,542.50 | $5,804.15 |
| | Aaron Belcher Deposition | 10/19/2022 | **Ex. 14** 2022-10-28 Paltalk TSG Reporting Invoice 2097884: $2,617.95.<br>**Ex. 15** 2022-10-28 Paltalk TSG Reporting Invoice 2097885: $1,142.50. | $3,760.45 |
| | Dr. Scott Schaefer Deposition | 11/9/2022 | **Ex. 16** 2022-11-27 Paltalk Veritext Invoice 6198091: $3,208.05.<br>**Ex. 17** 2022-12-05 Paltalk Veritext Invoice 6217869: $1,303. | $4,511.05 |
| | Dr. Vijay Madisetti Deposition | 11/11/2022 | **Ex. 18** 2022-11-29 Paltalk Veritext Invoice 6204542: $1,661.00.<br>**Ex. 19** 2022-12-06 Paltalk Veritext Invoice 6221940: $1,128 | $2,789.00 |
| | James Bress Deposition | 11/14/2022 | **Ex. 20** 2022-11-21 Paltalk TSG Reporting Invoice 2099705: $4,528.90.<br>**Ex. 21** 2022-11-21 Paltalk TSG Reporting Invoice 2099706: $1,600.00. | $6,128.90 |
| | Lauren Kindler Deposition | | **Ex. 22** 2022-11-29 Paltalk TSG Invoice 2100109: $1,835.40.<br>**Ex. 23** 2022-11-29 Paltalk TSG Invoice 2100112: $735. | $2,570.40 |
| | Dean Willis Deposition | 11/16/2022 | **Ex. 24** 2022-11-30 Paltalk TSG Reporting Invoice 2100265 : $2,893.45.<br>**Ex. 25** 2022-11-30 Paltalk TSG Reporting Invoice 2100268: $1,515. | $4,408.45 |
| | Walter Bratic Deposition | 11/17/2022 | **Ex. 26** 2022-11-21 Paltalk Veritext Invoice 6189571: $1,356.80.<br>**Ex. 27** 2022-12-08 6228332 Invoice: $778.00. | $2,134.80 |
| | Lauren Kindler Supplemental Deposition | 10/20/2023 | **Ex. 28** 2023-11-03 Paltalk Lexitas Invoice 1502507: $1,590.64.<br>**Ex. 29** 2023-11-03 Paltalk Lexitas Invoice 1502509: $1,050. | $2,640.64 |
| | James Bress Supplemental Deposition | 10/23/2023 | **Ex. 30** 2023-11-06 Paltalk Lexitas Invoice 1502679: $2,981.96.<br>**Ex. 31** 2023-11-06 Paltalk Lexitas Invoice 1502685: $1,560 | $4,541.96 |
| | Dr. Vijay Madisetti Supplemental Deposition | 10/20/2023 | **Ex. 32** 2023-11-06 Paltalk Focus Litigation Solutions Invoice 6949: $2,449.25. | $2,449.25 |
| | Dr. Scott Schaefer Supplemental Deposition | 10/24/2023 | **Ex. 33** 2023-11-06 Paltalk Focus Litigation Solutions Invoice 6940: $2,158.60. | $2,158.60 |
| | Walter Bratic Supplemental Deposition | 10/24/2023 | **Ex. 34** 2023-11-06 Paltalk Focus Litigation Solutions Invoice 6947: $2,064.80. | $2,064.80 |
| | Dean Willis Supplemental Deposition | 11/2/2023 | **Ex. 35** 2023-11-09 Paltalk Lexitas Invoice 1504381: $2,080.12.<br>**Ex. 36** 2023-11-09 Paltalk Lexitas Invoice 1504384: $1,050. | $3,130.12 |
| | Trial Transcripts | 8/9/2024 | **Ex. 46** Reporting Fees | $5,592.93 |
| | | | Total | **$75,311.35** |

| Fees for Witnesses | Witness | Attendance | Subsistence | Mileage | Supporting Documents | Total Cost |
|---|---|---|---|---|---|---|
| | Mr. Jason Katz | 4 days of trial attendance (8/26-8/29) x $40/day = $160 | 4 days x $107 day = $428 | Mr. Katz' distance to 800 Franklin Ave Suite 304, Waco, TX 76701 = 1,695 miles driving one way, 3,390 miles driving roundtrip. 3,390 miles driving = 2,946.03 airplane nautical miles. 2,946.032 airplane nautical miles x $1.76/ mile = $5,185.01 | **Ex. 37** GSA Travel Reimbursement Rates **Ex. 41** Jason Katz Mileage | $5,773.01 |
| | Dr. Scott Schaefer | 1 day of trial attendance (8/26) x $40 day = $40 | 1 day x $107 day = $107 | Dr. Schaefer's distance to 800 Franklin Ave Suite 304, Waco, TX 76701 = 96.1 miles driving one way, 192.2 miles driving roundtrip. 192.2 miles x $.67/mile = $128.77 | **Ex. 37** GSA Travel Reimbursement Rates **Ex. 38** Scott Schaefer Mileage | $275.77 |
| | Mr. Walter Bratic | 2 days of trial attendance (8/26-8/27) x $40 day = $80 | 2 days x $107 day = $214 | Mr. Bratic's distance to 800 Franklin Ave Suite 304, Waco, TX 76701 = 185 miles driving one way, 370 miles driving roundtrip. 370 miles x $.67/mile = $247.90 | **Ex. 37** GSA Travel Reimbursement Rates **Ex. 39** Walter Bratic Mileage | $541.90 |
| | Dr. Vijay Madisetti | 1 day of trial attendance (8/26) x $40 day = $40 | 1 day x $107 day = $107 | Dr. Madisetti's distance to 800 Franklin Ave Suite 304, Waco, TX 76701 =856 miles driving one way, 1,712 miles driving roundtrip. 1712 x $.67/mile = 1,147.04 | **Ex. 37** GSA Travel Reimbursement Rates **Ex. 40** Vijay Madisetti Mileage | $1,294.04 |
| | | | | | | |
| | | | | | Total | $7,884.72 |

| Fees for Exemplification and the Costs of Making Copies of Any Materials Where the Copies are Necessarily Obtained for Use in the Case | Nature of the Cost | Date of Cost | Supporting Documents | Total Cost |
|---|---|---|---|---|
| | Copying claim construction briefs | 6/27/2023 | **Ex. 42** Flash Data Invoice 14465 | $206.37 |
| | Copying Bress and Madisetti reports and depositions and exhibits; printing Barave deposition and exhibits | 3/7/2024 | **Ex. 43** Flash Data Invoice 16823 | $634.15 |
| | Copying trial exhibits and deposition transcripts | 8/14/2024 | **Ex. 44** Flash Data Invoice 18211 | $19,974.63 |
| | Copying expert reports and expert depositions | 8/20/2024 | **Ex. 45** Flash Data Invoice 18429 | $359.26 |
| | | | | |
| | | | **Total** | **$21,174.41** |

| Fees for Compensation of Court-Appointed Experts | Nature of the Cost | Date of Cost | Supporting Documents | Total Cost |
|---|---|---|---|---|
| | Fee of Technical Advisor Chris Cravey | 3/9/2022 | **Ex. 47** Order to Pay Technical Advisor | $7,297.50 |
| | | | | |
| | | | Total | **$7,297.50** |