IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC.,<br><br>    Plaintiff,<br>v.<br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-CV-00757-ADA<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF LODGING OF TRIAL DEMONSTRATIVES

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Paltalk Holdings, Inc. hereby lodges with the Court the following demonstratives that were used at trial:

1. Plaintiff's August 26, 2024 Opening Statement Presentation;
2. Defendant's August 26, 2024 Opening Statement Presentation;
3. Demonstratives Shown During the August 26, 2024 Direct Examination of Jason Katz;
4. Demonstratives Shown During the August 26, 2024 Direct Examination of Scott Schaefer;
5. Demonstratives Shown During the August 27, 2024 Direct Examination of Walter Bratic;
6. Demonstratives Shown During the August 27, 2024 Cross Examination of Walter Bratic;
7. Demonstratives Shown During the August 27, 2024 Direct Examination of Amit Barave;
8. Demonstratives Shown During the August 27, 2024 Direct Examination of Nathan Buckles;
9. Demonstratives Shown During the August 28, 2024 Cross Examination of James Bress;
10. Demonstratives Shown During the August 28, 2024 Direct Examination of James Bress;
11. Demonstratives Shown During the August 27, 2024 Direct Examination of Dean Willis;

12. Demonstratives Shown During the August 27, 2024 Cross Examination of Dean Willis;

13. Demonstratives Shown During the August 29, 2024 Direct Examination of Lauren Kindler;

14. Demonstratives Shown During the August 29, 2024 Cross Examination of Lauren Kindler;

15. Plaintiff's August 29, 2024 Closing Statement Presentation;

16. Defendant's August 29, 2024 Closing Statement Presentation.

Dated: October 24, 2024                    Respectfully submitted,

                                           By: */s/ Max L. Tribble, Jr.*
                                               Max L. Tribble, Jr.
                                               State Bar No. 2021395
                                               SUSMAN GODFREY L.L.P.
                                               1000 Louisiana Street, Suite 5100
                                               Houston, Texas 77002-5096
                                               Telephone: (713) 651-9366
                                               Fax: (713) 654-6666
                                               mtribble@susmangodfrey.com

                                               **ATTORNEY-IN-CHARGE FOR PLAINTIFF
                                               PALTALK HOLDINGS, INC.**

OF COUNSEL:

Ryan Caughey
State Bar No. 24080827
Amber Magee (*admitted pro hac vice*)
State Bar No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100

Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Mark D. Siegmund
State Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES, PLLC
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

## CERTIFICATE OF SERVICE

This document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.

3