# Exhibit 1

# Paltalk Opening Statement

*Paltalk v. Cisco*

August 26, 2024



# Paltalk Video Conferencing



# Paltalk Products









# Forbes Magazine Story About Paltalk





# Paltalk Owns the '858 Patent



**PX16**

# Paltalk Bought '858 Patent Application and Other IP from HearMe







**December 2001**



# Timeline



**December 2001:**
Paltalk acquires HearMe IP including
the '858 Patent application (PX12)

**June 2000:**
HearMe files '858 Patent application
(PX16)

**January 2004:**
'858 Patent issues (PX16)

**July 2007:**
Cisco plans to add Hybrid
Audio functionality to
Webex (PX213)

**May 2000:**
HearMe Hybrid Audio
System (PX9)

**February 1998**
Paltalk
founded

**May 2007:**
Cisco acquires Webex (PX200)

1997  1998  1999  2000  2001  2002  2003  2004  2005  2006  2007

8

# Infringing Webex Products By Cisco



 Webex App

 Webex iOS App

 Webex Suite

Webex Android App

Webex Meetings

 Webex Meetings for iOS

Webex Messaging

Webex Meetings for Android


webex Audio

Webex Events

Webex Teams

Webex Training

Webex Meetings for MS teams

# Cisco Webex





*Grants to the person(s) having title to this patent the right to exclude others from ==making, using, offering for sale, or selling the invention== through the United States of America …*







# Benefits of the Invention



**PX16**

| **1** | Computer and phone users can participate in the same conference |
|---|---|
| **2** | Computational efficiency—Servers can offload audio mixing to the users |
| **3** | Better sound quality |

# 1 Infringement

# 2 Validity

# 3 Damages

# Dr. Scott Schaefer



 Professor and Head of Computer Science & Engineering Department

 M.S. and Ph.D., Computer Science

 B.S., Computer Science and Mathematics

 Distinguished Achievement Award for Teaching

 Member of DARPA Computer Science Study Panel

 Visiting Researcher at Microsoft Research

 Worked at SwRI on Algorithms for the U.S. Navy

 Research Led to Advancements in Graphics Cards

 Advanced Animation Methods in Pixar Movies

# The Infringed Claims of the '858 Patent



Claim 1

Claim 2

Claim 3

Claim 4

Claim 5

PX16

# '858 Patent, Claim 1—Claim Language

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✅ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✅ |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | ✅ |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | ✅ |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | ✅ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✅ |

# '858 Patent, Claim 1—Specialized Claim Terms

| Claim Language | Cisco Webex |
|---|---|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✓ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✓ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✓ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✓ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✓ |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✓ |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | ✓ |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | ✓ |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | ✓ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✓ |

each of the plurality of clients

active speaker

active speakers list

first subset of the plurality of clients

second subset of the plurality of clients

multiplexing said packets of audio data

multiplexed stream

said multiplexed stream

first subset

active speakers

plurality of clients

# Person of Ordinary Skill in the Art

 Bachelor's degree in computer science, computer engineering, or a related field



 Two years of experience in field of communications and networking.



**POSITA**










# Claim Term "each" as Used in the Patent

| | |
|---|---|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1)  receiving an audio packet from **each** of the plurality of clients; | ✅ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5)  multiplexing said packets of audio data received from **each** client on said active speakers list into a multiplexed stream; | ✅ |
| (6)  sending said multiplexed stream to **each** of said first subset of the plurality of clients; | ✅ |
| (7)  mixing said packets of audio data received from **each** client on said active speakers list into one combined packet; and | ✅ |
| (8)  sending said combined packet to **each** of said second subset of the plurality of clients; | ✅ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✅ |

# How the Patent Claims Use the Term "each"

'868 Patent

In step **314**, control flow **300** multiplexes (by employing mix/mux **208**) the audio stream data (stored on retriever **206**) for all k active speakers. In step **314**, active speaker audio data for each and every active speaker is multiplexed. However, as will be apparent to those skilled in the relevant art(s), if party j is an active speaker, step **314** will not include party j's own audio data in the multiplexed packets. This is, in essence, an echo suppression function so that party j will not "hear themselves speak."

PX16

5:44-52



# '858 Patent Dependent Claims Infringed



**2**. The method of claim **1**, further comprising the step of:

before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

**3**. The method of claim **1**, further comprising the step of:

before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packet said packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

**4**. The method of claim **1**, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**5**. The method of claim **1**, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.



# Cisco Webex Active Speaker Engineering Design Specification



PX134

## 1.1 Goals and objectives

User should not application the microphone manually when he/she want to speak, so let all VoIP user can speak freely as he/she want. But it is impossible to broadcast all speaker's voice package to all listeners, if don't consider the large bandwidth requirement, the sound effect is also not good, just like two many peoples are saying in the same time on site, you can't listen well.

# '858 Patent, Figure 1

'868 Patent



PX16



FIG. 1

# '858 Patent, Figure 1



**FIG. 1**

# February 2015-Internal Cisco Presentation



**PX154**

# May 2000-HearMe Hybrid System



**May 2000**

**May 2000**

PX9



# May 2000-HearMe Hybrid System



# Cisco Added Hybrid Audio After Buying Webex in 2007



PX213



**HYBRID SERVER ARCHITECTURE FOR MIXING AND NON-MIXING CLIENT CONFERENCING**

**Hybrid Audio Architecture Design**

June 2000

## Revision History

**First Version**   **July 7, 2007**

| Version | Date | Authors | Contributors | Description | Au... |
|---|---|---|---|---|---|
| Rev 1.0 | Jul. 2, 07 | Paul Liu Hubert Hu | Steve Chen Haitao Xin | Initial Draft | |
| | | | | | |
| | | | | | |
| | | | | | |

**WebEx Confidential Information**

This document contains confidential information belonging to WebEx communications, Inc. ("WebEx"). You cannot access this document unless you are a WebEx employee and have been expressly authorized by your supervisor to have such access. You cannot disclose, copy, display, or otherwise communicate the contents of this document except to other WebEx employees who have been authorized to access the document.

# Cisco Added Hybrid Audio After Buying Webex in 2007



**HYBRID SERVER ARCHITECTURE FOR MIXING AND NON-MIXING CLIENT CONFERENCING**

**Hybrid Audio Architecture Design**

June 2000

**First Version** **July 7, 2007**

## Revision History

| Version | Date | Authors | Contributors | Description | Au... |
|---------|------|---------|--------------|-------------|-------|
| Rev 1.0 | Jul. 2, 07 | Paul Liu Hubert Hu | Steve Chen Haitao Xin | Initial Draft | |

## 1. Introduction

The hybrid audio service is a new service that this engineering release will introduce. The service will offer user the capability to join audio conference via VoIP or PSTN.

PX213

34

# Cisco Added Hybrid Audio After Buying Webex in 2007



**HYBRID SERVER ARCHITECTURE FOR MIXING AND NON-MIXING CLIENT CONFERENCING**

**Hybrid Audio Architecture Design**

June 2000

## Revision History

**First Version**    **July 7, 2007**

| Version | Date | Authors | Contributors | Description | Au... |
|---------|------|---------|--------------|-------------|-------|
| Rev 1.0 | Jul. 2, 07 | Paul Liu | Steve Chen | Initial Draft | |
| | | Hubert Hu | Haits. Xin | | |

## 1.1    Purpose

- <mark>Improving the audio conference usability</mark> of the WebEx audio system.

- Offer a <u>competitive advantage</u> over traditional audio conference provider

- Enhance MMP to support Hybrid Audio Conference

PX213

# Timeline



**June 2000:**
HearMe files '858 Patent application (PX16)

**December 2001:**
Paltalk acquires HearMe IP including the '858 Patent application (PX12)

**January 2004:**
'858 Patent issues (PX16)

**July 2007:**
Cisco plans to add Hybrid Audio functionality to Webex (PX213)

**May 2000:**
HearMe Hybrid Audio System (PX9)

**February 1998**
Paltalk founded

**May 2007:**
Cisco acquires Webex (PX200)

1997  1998  1999  2000  2001  2002  2003  2004  2005  2006  2007

# Cisco was a HearMe Customer/Partner in April 2001



**April 2001**

PX223



# Preponderance of Evidence



**The greater weight of evidence (more likely than not)**

**1** Infringement

**2** **Validity**

**3** Damages

# Clear and Convincing Evidence



Patents Issued By the United States Patent Office Are **Presumed to be <u>Valid</u>**



# Vijay K. Madisetti, Ph.D.





**B.S. Electronics & Electrical Comm. Engineering**
*Indian Institute of Technology* (1984)



**Ph.D. Electrical Engineering and Computer Sciences**
*University of California, Berkeley* (1989)



**Professor, Colleges of Computing & Engineering**
*Georgia Tech* (1989 to present)



**Tenured Full Professor**
Colleges of Computing and Engineering (30+ Years)

# Vijay K. Madisetti, Ph.D.

## 1995









## 2014 – 2016





Association For Computing Machinery

Annual Best of Computing Books and Articles (2014)





## 2018 – 2019





## 2024



# Botzko and Botzko Combinations Do Not Render Obvious

| | **Botzko** |
|---|:---:|
| **1.** [1.pre] A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, ….: | **?** |
| [1.a]  receiving an audio packet from each of the plurality of clients; | **?** |
| [1.b] determining which of the plurality of clients is an active speaker and forming an active speaker's list; | **X** |
| [1.c; 1.d]  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; determining that a second subset of the plurality of clients has the capability to mix multiple audio streams; | **X** |
| [1.e, f]  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; sending said multiplexed stream to each of said first subset of the plurality of clients; | **X** |
| [1.g; 1.h] mixing said packets of audio data received from each client on said active speakers list into one combined packet; sending said combined packet to each of said second subset of the plurality of clients | **X** |
| [1.i; 1.j] whereby a plurality of clients can simultaneously participate in a single audio conference application | **?** |

**1** Infringement

**2** Validity

**3** Damages

# Walter Bratic, CPA, CFE, CLP, CFF



 University of Pennsylvania, B.A., 1975

 Wharton School of Business, M.B.A., 1978

 CPA Licensed in Texas since 1981

 40 years real world licensing and valuation experience

 20 years public accounting – 10 years partner at PWC

 Lecturer on patent damages and valuation – University of Houston Law Center- 16 years

 Editorial board of 3 intellectual property publications

 Texas State Court-appointed Expert and Examiner

# Patent Damages Statute



"Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, but **in no event less than a reasonable royalty for the use made of the invention by the infringer** . . ."

*The Patent Act*  *35 U.S. Code § 284*

# Reasonable Royalty Damages



Webex Revenues

Webex Audio Revenues

Webex Audio Gross Profits

Royalties Owed (After ____ split)

$102.6 Million

**Royalties owed for use of '858 Patent = $102,581,465**

PX116
PX117
DX244
DX393