# Exhibit 2



# Defendant Cisco's Opening Statement

*Paltalk Holdings, Inc. v. Cisco Systems, Inc.*

August 26, 2024

Case No. 6:21‒cv‒00757

Why are we here?

Cisco and its witnesses

The '858 patent – and what came before

Why Webex is different

Paltalk's demand for $102 million



Why are we here?

# U.S. Patent No. 6,683,858



**Patent No.:** **US 6,683,858 B1**

**Date of Patent:** **Jan. 27, 2004**

**HYBRID SERVER ARCHITECTURE FOR MIXING AND NON-MIXING CLIENT CONFERENCING**

Inventors: **Frank J. Chu**, Cupertino, CA (US); **Virgil Patrick Dobjanschi**, Fremont, CA (US); **Corey Gates**, Belmont, CA (US); **Katherine W. Kwan**, San Jose, CA (US); **Daniel W. Wright**, San Jose, CA (US)

Assignee: **Paltalk Holdings, Inc.**, New York, NY (US)

# The '858 Patent Has Never Been Used

DDX-1.5



**No Revenue or Other Benefit From '858 Patent**

**1999**
Paltalk products launch

**2001**
Paltalk buys HearMe assets

**2004**
'858 Patent issues

Paltalk Products
- tinychat
- camfrog
- Vumber
- manycam
- paltalk video chat rooms

**2021**
Paltalk first begin investigating Cisco

**July 2021**
Paltalk sues Cisco

**July 26, 2022**
'858 Patent expired

**2024**
Trial

1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024



# Paltalk Rewrites the Patent

**1**. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

# Paltalk Rewrites the Patent

**1**. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from ~~each~~ [one or more] of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from ~~each~~ [one or more] client[s] on said active speakers list into a multiplexed stream[;] [a]

(6) sending ~~said~~ [a] multiplexed stream to ~~each~~ [one or more] of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from ~~each~~ [one or more] client[s] on said active speakers list into one combined packet; and

(8) sending ~~said~~ [a] combined packet to ~~each~~ [one or more] of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.



# Cisco and its witnesses



Sandy Lerner and Leonard Bosack













CISCO

over **14,000**
US patents

**740**



webex -related patents
by CISCO

*Willis 10/27/2022 Report at ¶ 300*



*Willis 10/27/2022 Report at ¶ 300*

**CISCO**



CISCO TOPS
FORTUNE'S 25th ANNUAL 100 BEST
COMPANIES TO WORK FOR LIST IN 2022

**The 2022 Top 10 Best Companies to Work For are:**

1. Cisco
2. Hilton
3. Wegmans Food Markets
4. Salesforce

*DX394 at 2 - 3*



**PEOPLE's 100 Companies That Care in 2023: Employers Putting Their Communities First**

The businesses on PEOPLE's annual list go the extra mile to honor their customers, empower their employees — and make the world a better place

By **Staff Author**     Published on July 11, 2024 12:00PM EDT

01 of 100     **Cisco**

Cisco team members volunteer at Carolina Community Garden, a program of the North Carolina Botanical Garden, on Aug. 9 in Chapel Hill, N.C. PHOTO: KATE MEDLEY ©

*https://people.com/human - interest - people - 100 - companies - that - care - 7749999*

# Webex




- Founded in 1995


- Cisco acquired in 2007

- Primary offering is a video conference suite



# Webex Awards



# Cisco Witnesses



**Amit Barave**
Vice President,
Product Management



**Nathan Buckles**
Distinguished Engineer



**Aaron Belcher**
Principal Engineer



**Dean Willis**
Industry Expert



**Lauren Kindler**
Damages Expert



**James Bress**
Industry Expert


# The '858 patent —and what came before

# Paltalk Buys  HearMe  Assets

**ASSET PURCHASE AGREEMENT**

This Asset Purchase Agreement ("Agreement"), effective as of December 19, 2001 (the "Effective Date"), is by and between HearMe, a Delaware corporation,  and its wholly-owned subsidiaries, AudioTalk Networks, Inc., a California corporation, and Resounding Technologies, Inc., a Delaware corporation (collectively, "HearMe"), having a principal office at 685 Clyde Avenue, Mountain View, California 94043, and PalTalk Holdings, Inc. ("Buyer"), a  Delaware corporation, having a principal place of business at  213 West 35th Street, Thirteenth Floor, New York, NY 10001 (collectively the "Parties").

*DX213*

- **12** U.S. patents / applications
- software
- trademarks
- domain names
- equipment




# The '858 Patent Has Never Been Used



**No Revenue or Other Benefit From '858 Patent**

**1999**
Paltalk products launch

**2001**
Paltalk buys HearMe assets

**2004**
'858 Patent issues

Paltalk Products
tinychat
camfrog
Vumber™
manycam
paltalk.video chat rooms

**2021**
Paltalk first begin investigating Cisco

**July 2021**
Paltalk sues Cisco

**July 26, 2022**
'858 Patent expired

**2024**
Trial

1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024

# U.S. Patent No. 6,683,858



Patent No.: **US 6,683,858 B1**

Date of Patent: **Jan. 27, 2004**

---

**HYBRID SERVER ARCHITECTURE FOR MIXING AND NON-MIXING CLIENT CONFERENCING**

---

Inventors: **Frank J. Chu**, Cupertino, CA (US); **Virgil Patrick Dobjanschi**, Fremont, CA (US); **Corey Gates**, Belmont, CA (US); **Katherine W. Kwan**, San Jose, CA (US); **Daniel W. Wright**, San Jose, CA (US)

Assignee: **Paltalk Holdings, Inc.**, New York, NY (US)

# Paltalk Never Reached Out to Offer a License

# *Botzko* Was First



# United States Patent [19]

## Botzko et al.

[54] **AUDIO PROCESSOR**

[75] Inventors: **Stephen C. Botzko**, Reading; **David M. Franklin**, Maynard, both of Mass.

[73] Assignee: **PictureTel Corporation**, Andover, Mass.

[21] Appl. No.: **08/925,309**

[22] Filed: **Sep. 8, 1997**

*DX036*

# *Botzko* Was First



## United States Patent   [19]

### Botzko et al.

[54]   **AUDIO PROCESSOR**

[75]   Inventors:   **Stephen C. Botzko**, Reading; **David M. Franklin**, Maynard, both of Mass.

[73]   Assignee:   **PictureTel Corporation**, Andover, Mass.

[21]   Appl. No.: **08/925,309**

[22]   Filed:        **Sep. 8, 1997**

*DX036*

### Paltalk's '858 Patent



(22)   Filed:        **Jun. 28, 2000**

# *Botzko* Was First



FIG. 1

## BACKGROUND OF THE INVENTION

This invention relates generally to audio processors and more particularly to audio processors for use in audio or audio/videoconferencing systems.

As is known in the art, one of the key components in an audio or audio/videoconferencing system is the audio processor. The audio processor is responsible for receiving audio from various sites connected to the conference system and for distributing the audio to the various sites.

*DX036*

# The '858 Patent: A Specific Method of Audio Conferencing

**1**. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.



**FIG. 1**

*'858 Patent at Claim 1, Fig 1*

# Claim 1 Overview





**Multiplex** all active speakers into a multiplexed stream

**Send to all VoIP users**



**Mix** all active speakers into a combined packet



**Send to all PSTN users**









# Why Webex is different

# Infringement <u>Only</u> Occurs By Practicing Each Claim Element

## Patent Claim



(1) Made of leather

(2) Stitched together

(3) Filled with compressed air

**(4) Spherical**

## Accused Product



 Made of leather

 Stitched together

 Filled with compressed air

 **Oval**

# Specific Requirements of the '858 Patent

**1**. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

(1): the system receives audio from each client

(2): the system determines which clients are an "active speaker" and creates a list of those clients

(3) and (4): the system must determine the capabilities of the users' devices

(5) and (6): the system creates a "multiplexed stream" of all active speakers' audio and sends it to all users' devices that can mix audio

(7) and (8): the system mixes all active speakers' audio into a combined packet and sends it to all users' devices that cannot mix audio

# Claim 1: Webex Is Different

**1**. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) ~~sending said multiplexed stream to each of said first subset of the plurality of clients;~~

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) ~~sending said combined packet to each of said second subset of the plurality of clients;~~

whereby said plurality of clients can simultaneously participate in a single audio conference application.



- Webex doesn't create and send a multiplexed stream of all active speakers to all VoIP users.

- Webex doesn't create and send a combined packet of all active speakers to all PSTN users.

# Paltalk Moves Its Fence



The '858 Patent

# Paltalk Moves Its Fence



The '858 Patent



# Paltalk's demand for $102 million

# Paltalk Buys HearMe Assets

## ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement ("Agreement"), effective as of December 19, 2001 (the "Effective Date"), is by and between HearMe, a Delaware corporation, and its wholly-owned subsidiaries, AudioTalk Networks, Inc., a California corporation, and Resounding Technologies, Inc., a Delaware corporation (collectively, "HearMe"), having a principal office at 685 Clyde Avenue, Mountain View, California 94043, and PalTalk Holdings, Inc. ("Buyer"), a Delaware corporation, having a principal place of business at 213 West 35th Street, Thirteenth Floor, New York, NY 10001 (collectively the "Parties").

*DX213*

- **12** U.S. patents / applications
- software
- trademarks
- domain names
- equipment



# The '858 Patent Has Never Been Used



No Revenue or Other Benefit From '858 Patent

**1999**
Paltalk products launch

**2001**
Paltalk buys HearMe assets
HearMe™

**2004**
'858 Patent issues

Paltalk Products
tinychat
camfrog
Vumber™
manycam
paltalk
video chat rooms

**2021**
Paltalk first begin investigating Cisco

**July 2021**
Paltalk sues Cisco

**July 26, 2022**
'858 Patent expired

**2024**
Trial

1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024



DDX-1.37

# Summation

# The Evidence Will Show

**1.** Cisco **does not infringe**

**2.** Asserted claims are **obvious**

**3.** Paltalk should **not** be awarded damages