# Exhibit 3

# Jason Katz

*Paltalk Holdings, Inc. v. Cisco Systems, Inc.*

August 26, 2024



# Jason Katz, Paltalk Founder and CEO

 Economics Degree

 Law Degree

 Founded M.J. Capital

 Founded Paltalk

2

# Timeline

**February 1998**

Paltalk founded

paltalk

| 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |

# Paltalk Products






# Paltalk Video Conferencing



# Timeline

**January 1999**
First Paltalk software

**February 1998**
Paltalk founded



| 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |

# Timeline



**February 1998** — Paltalk founded

**January 1999** — First Paltalk software

1997 | 1998 | 1999 | 2000 | 2001 | 2002

# Timeline



# Timeline



# Timeline

