# Exhibit 4

# *Paltalk Holdings, Inc. v. Cisco Systems, Inc.*

# Scott Schaefer, Ph.D.

## No. 6:21-cv-00757

August 26, 2024

# Dr. Scott Schaefer

 Professor and Head of Computer Science & Engineering Department

 M.S. and Ph.D., Computer Science

 B.S., Computer Science and Mathematics

 Distinguished Achievement Award for Teaching

# Dr. Scott Schaefer



NSF Career Award for Research

Member of DARPA Computer Science Study Panel



Visiting Researcher at Microsoft Research

Worked at SwRI on Algorithms for U.S. Navy



Research Led to Advancements in Graphics Cards

Advanced Animation Methods in Pixar Movies



More than 70 Papers in Field of Computer Science

3

# Questions Addressed



| 1 | Does Cisco Webex infringe the '858 Patent? |
|---|---|

| 2 | What is the importance of Webex's infringing and non-infringing features? |
|---|---|

# Materials Considered



- Patent and file history

- Claim constructions

- Plain and ordinary meaning of claim terms in view of the patent's specification

- Source code from Accused Products

- Documents produced by Cisco

- Documents produced by Paltalk

- Publicly available materials

- Pleadings

- Discovery responses

- Depositions

- Interviews with Dr. Madisetti and Mr. Bratic

5

# Question 1:
# Does Cisco Infringe the '858 Patent?

# The '858 Patent: Asserted Claims 1-5



1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

# Conclusion: Cisco Infringes the '858 Patent



Claim 1 ✅ Infringed

Claim 2 ✅ Infringed

Claim 3 ✅ Infringed

Claim 4 ✅ Infringed

Claim 5 ✅ Infringed

# Background of the '858 Patent's Invention

# '858 Patent: Background of the Invention



PX16

**HYBRID SERVER ARCHITECTURE FOR MIXING AND NON-MIXING CLIENT CONFERENCING**

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to managing telephony networks and more particularly to manage telephony conferencing.

2. Related Art

In today's technological environment, there are many ways for several people who are at geographically diverse locations to communicate with one another as a group. One such way is audio conferencing. Audio conferencing applications serve both the needs of workers (e.g., a national sales force meeting) as well as consumers (e.g., chat room participants) who are geographically dispersed.

Traditional audio conferencing involved a central conferencing server which hosted an audio conference. Participants would use their telephones and dial in to the conferencing server over the Public Service Telephone Network (PSTN) (also called the Plain Old Telephone System (POTS)).

The availability of low-cost personal computers, networking equipment, telecommunications, and related technology, however, has dramatically changed the way people communicate. One example of such change is the explosion of people connected to the global (sometimes referred to as the "public") Internet.

Traditional audio conferencing involved a central conferencing server which hosted an audio conference. Participants would use their telephones and dial in to the conferencing server over the Public Service Telephone Network (PSTN) (also called the Plain Old Telephone System (POTS)).

The availability of low-cost personal computers, networking equipment, telecommunications, and related technology, however, has dramatically changed the way people communicate. One example of such change is the explosion of people connected to the global (sometimes referred to as the "public") Internet.

# '858 Patent: Background of the Invention



# '858 Patent: Background of the Invention



Public Switched Telephone Network

Business A

Central Office

Central Office

Business B

Plain Old Telephone Service

  

**Downsides** **Expense** **Speed** **Long Distance**

12

# '858 Patent's Solution: Hybrid Audio



**PX16**



# The '858 Patent, Figure 3



In step **310**, control flow **300** determines whether all the parties have been sent an updated audio stream during the current event detected in step **302**. That is, the determination of step **310** is whether j is equal to N. If not, in step **312**, control flow **300** determines whether party j is a mixing client. Whether a particular party is a mixing client (e.g., a PC-based client **102** using SIP) or not (e.g., a telephone client **108** using H.323) is static state information which, in one embodiment, may be stored on the MCU **116** upon each client's connection to the audio conference. Such information storage can be in the form of a database, internal memory such as a list, linked list, table, or flag or the like.

5:24-35

PX16

20

# The '858 Patent, Column 5



FIG. 3

In step **314**, control flow **300** multiplexes (by employing mix/mux **208**) the audio stream data (stored on retriever **206**) for all k active speakers. In step **314**, active speaker audio data for each and every active speaker is multiplexed. However, as will be apparent to those skilled in the relevant art(s), if party j is an active speaker, step **314** will not include party j's own audio data in the multiplexed packets. This is, in essence, an echo suppression function so that party j will not "hear themselves speak."

5:44-52

PX16

21

# The '858 Patent, Column 5



FIG. 3

If step **312** determines that party j is non-mixing client, then step **316** decodes all the active speaker audio data into raw uncompressed data. As in step **314**, step **316** will decode all active speaker audio data for each and every active speaker. However, as will be apparent to those skilled in the relevant art(s), if party j is an active speaker, step **316** will not include party j's own audio data in the decoded data. This is, in essence, an echo suppression function so that party j will not "hear themselves speak." Then, the active speaker data is mixed in step **318** and encoded into a single stream in step **320**. For example, if there are two (i.e., k=2) active speakers, step **320** will encode two 90 ms raw frames of data and encode them into a single 90 ms frame of data.

5:53-65

PX16

22

# Benefits of '858 Patent



**PX16**

| **1** | Computer and phone users can efficiently participate in the same conference |
|---|---|
| **2** | Computational efficiency |
| **3** | Better sound quality |

23

# Overview of Accused Products

# The Accused Products



Webex app

Webex ios app

Webex suite

Webex android app

Webex meetings

Webex meetings for ios

Webex messaging

Webex meetings for android

Webex events

Webex teams

Webex training

Webex meetings for MS teams



# How Webex Works – Server Side



**PX144 at 3**

27

# How Webex Works





PX37 at 9

28

# How Webex Works



# Claim-By-Claim Infringement Analysis

# '858 Patent, Asserted Claims



**1**. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

**2**. The method of claim **1**, further comprising the step of:

before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

**3**. The method of claim **1**, further comprising the step of:

before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packet said packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

**4**. The method of claim **1**, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**5**. The method of claim **1**, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.

# '858 Patent, Claim 1

| Claim Language | Cisco Webex |
|---|---|
| 1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of: | |
| (1) receiving an audio packet from each of the plurality of clients; | |
| (2) determining which of the plurality of clients is an active speaker and forming an active speakers list; | |
| (3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | |
| (4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | |
| (5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | |
| (6) sending said multiplexed stream to each of said first subset of the plurality of clients; | |
| (7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | |
| (8) sending said combined packet to each of said second subset of the plurality of clients; | |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | |

# Person of Ordinary Skill in the Art



Bachelor's degree in computer science, computer engineering, or a related field





Two years of experience in field of communications and networking.

         

6          THE COURT:  Thank you.  You may be

7  seated.

8          So here are my rulings.  I'm going to

9  start with the first motion we had.  I'm going to find

10  that the plain and ordinary meaning of "each" -- "each"

11  has a plain and ordinary meaning which can include one

12  or more.

June 30, 2023 Transcript

# Claim 1 - Preamble

| '858 Pre | A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of: |
| --- | --- |



## Webex Audio Supported Platforms and Services

Webex Audio (hybrid audio) provides flexibility for attendees to join an audio conference using their computer (VoIP) or a phone. There are no meeting-level options to enable or disable this feature; it's available when Webex Audio is available within a Webex meeting.

Features such as muting and unmuting, icons, and active-talker notifications operate identically for attendees. Attendees may transition at any time from using their computer to phone or phone to computer. Attendee status and the mode that they're using to connect to the conference can be seen in the **Participant** list.

Webex Audio (hybrid audio) is supported on the following services and platforms:

| Support for Webex Audio (Hybrid Audio) | Windows | Mac OS X | Linux and Solaris | iOS | Android |
| --- | --- | --- | --- | --- | --- |
| Webex Meetings | √ | √ | √ | √ | √ |
| Webex Training | √ | √ | √ | √ | √ |
| Webex Events | √ | √ | | √ | √ |

**PX62 at 1**

35

# Claim 1 - Preamble

| '858 Pre | A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of: |
|---|---|





**PX144 at 3**

# Claim 1 - Preamble

| Claim Language | Cisco Webex |
|---|---|
| 1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of: | ✔ |
| (1) receiving an audio packet from each of the plurality of clients; | |
| (2) determining which of the plurality of clients is an active speaker and forming an active speakers list; | |
| (3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | |
| (4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | |
| (5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | |
| (6) sending said multiplexed stream to each of said first subset of the plurality of clients; | |
| (7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | |
| (8) sending said combined packet to each of said second subset of the plurality of clients; | |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | |

# '858 Patent, Claim 1(1)

| 1(1) | receiving an audio packet from each of the plurality of clients; |
|------|---|





# Cisco's Source Code on Claim 1(1)

| 1(1) | receiving an audio packet from each of the plurality of clients; |
|------|------------------------------------------------------------------|

**PX 241**

**PX 243**

# Cisco's Admissions, Claim 1(1)

| 1(1) | receiving an audio packet from each of the plurality of clients; |
|------|------------------------------------------------------------------|



Nathan Buckles

Distinguished Engineer
Cisco Corporate Rep.



Q.  And there are also some situations that I'm looking at now part (1) here or the first clause here where Cisco Webex Meetings receives an audio packet from each of the plurality of clients who are participating in an audio conference. Isn't that right?

**A. *Just to be clear, the question was Cisco Webex Meetings receives audio packets from each of the plurality of clients?***

Q.  Yes, there are situations where that happens.

**A.  Yes.**

Buckles Tr., 91:8-21

40

# '858 Patent, Claim 1(1)

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✔ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✔ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | |

41

# '858 Patent, Claim 1(2)

| 1(2) | **determining which of the plurality of clients is an active speaker** and forming an active speakers list; |
|---|---|





# '858 Patent, Claim 1(2)

| 1(2) | **determining which of the plurality of clients is an active speaker** and forming an active speakers list; |
|---|---|





# '858 Patent, Claim 1(2)

| 1(2) | **determining which of the plurality of clients is an active speaker** and forming an active speakers list; |
|------|--------------------------------------------------------------------------------------------------------------|





44

# Cisco's Source Code on Claim 1(2)

| 1(2) | **determining which of the plurality of clients is an active speaker** and **forming an active speakers list**; |
|------|---------------------------------------------------------------------------------------------------------------|

**PX 243**

**PX 245**

# Cisco's Admissions, Claim 1(2)

| 1(2) | **determining which of the plurality of clients is an active speaker** and forming an active speakers list; |
| --- | --- |



Nathan Buckles

Distinguished Engineer
Cisco Corporate Rep.

**CISCO**

Q.  Well, as Cisco uses the term, there are instances where Webex Meetings determines which of the plurality of clients in an audio conference is an active speaker.  Right?

***A.  Yeah, I think that -- that's reasonable to say.***

# Cisco's Admissions, Claim 1(2)

| 1(2) | determining which of the plurality of clients is an active speaker and **forming an active speakers list**; |
|---|---|



Nathan Buckles

Distinguished Engineer
Cisco Corporate Rep.

Q. And there are also circumstances where Cisco Webex Meetings determines which of the plurality of clients in an audio conference is an active speaker and forms an active speaker list. Is that right?

A. *There are -- there are instances where, yes, clients who are determined to be active speakers are grouped together in someway.*

Buckles Tr., 93:3-13

47

# '858 Patent, Claim 1(2)

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✅ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | |

# '858 Patent Claim 1(3)

| 1(3) | determining that a first subset of the plurality of clients has the capability to mix multiple audio streams |
|------|-----------------------------------------------------------------------------------------------------------------|



# '858 Patent Claim 1(3)

| 1(3) | determining that a first subset of the plurality of clients has the capability to mix multiple audio streams |
|------|---|





**PX37 at 9**

50

# '858 Patent Claim 1(3)

| 1(3) | determining that a first subset of the plurality of clients has the capability to mix multiple audio streams |
|------|---------------------------------------------------------------------------------------------------------------|



**PX154 at 3**

# '858 Patent Claim 1(3)

| 1(3) | determining that a first subset of the plurality of clients has the **capability to mix** multiple audio streams |
|------|------------------------------------------------------------------------------------------------------------------|



- Some Data consolidation post processing steps should be considered for further releases;
- The telephony data will be recorded on demand, from telephony service;
- The audio (VoIP) and video information will be recorded on demand from MCS server.
- WebEx player will provides interactive capabilities:
  - Interactive Table of meeting's contents – user can jump on the beginning of the slides and application's share.
  - User can jump within the recorded slide and application share, interrupt replay, and start it over from the beginning.
- Mixing of VoIP and PSTN audio is performed on Client Side.

**PX86 at 7**

52

# '858 Patent Claim 1(3)

| 1(3) | determining that a first subset of the plurality of clients has the **capability to mix multiple audio streams** |
|---|---|



## 3.2.5   VoIP Source Selection and Microphone Control

In a VoIP conference, the host is responsible for choosing N VoIP sources for the conference, where N is a configured parameter and is set to 2. The chosen VoIP sources are subscribed by each client. Audio mixing is performed at the client.

Notice that while N is currently assumed to be 2, the design should allow easy change of N in the future. However, the current UI also allows the half-duplex option where there is only one microphone.

Since VoIP sources are chosen at the conference level, they should be managed as such so that when there is a change of VoIP sources, the VoIP sources are changed automatically without requiring the clients to un-subscribe and re-subscribe to the chosen VoIP sources.

For microphone control, a manual method is implemented that allows the host to assign a microphone to an attendee and to take a microphone back. [In the future, some automatic methods of microphone control may be considered to avoid the embarrassing situation of the host having to choose a person to take the microphone away when N > 2.]

The host always keeps one microphone, except in the half-duplex case. The half-duplex case has only one microphone. The UI on each client will display who have the microphones.

**PX26**

53

# Cisco's Admissions, Claim 1(3)

| 1(3) | determining that a first subset of the plurality of clients has the capability to mix multiple audio streams |
|------|----|



Nathan Buckles

Distinguished Engineer
Cisco Corporate Rep.

**CISCO**

Q. In what instances would a PC based client require mixing?

A. *So the -- the ==determination to== -- ==to use mixing or not== is based on multiple factors, including the ==capabilities of the physical client itself==, the networks and systems in between that client and Webex, and the overall user experience that we want to deliver to that particular client.*

54

# '858 Patent, Claim 1(3)

| Claim Language | Cisco Webex |
|---|:---:|
| 1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of: | ✅ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✅ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | |

# '858 Patent Claim 1(4)

| 1(4) | determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams |
|------|------------------------------------------------------------------------------------------------------------------------|





**Top 3 loud audio will be switched to all clients**
**Audio from CMS will be switched to all clients**

**8.    CMS sends mixed audio to phones**

# '858 Patent Claim 1(4)

| 1(4) | determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams |
|------|---------------------------------------------------------------------------------------------------------------------------|



**PX154 at 3**

# Cisco's Admissions, Claim 1(4)

| 1(4) | determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams |
|------|---|



**Nathan Buckles**

Distinguished Engineer
Cisco Corporate Rep.

Q. I'm just asking, are there any instances where Cisco Webex Meetings makes a determination of whether one or more clients in an audioconference has the capability to mix multiple audio streams?

A. *Yeah, again, that – that determination is based on multiple factors.*

Q. What determination?

A. *The determination of whether the client should be delivered mixed or unmixed audio streams.*

Buckles Tr., 96:5-18

58

# '858 Patent, Claim 1(4)

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1) receiving an audio packet from each of the plurality of clients; | ✅ |
| (2) determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | |
| (6) sending said multiplexed stream to each of said first subset of the plurality of clients; | |
| (7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | |
| (8) sending said combined packet to each of said second subset of the plurality of clients; | |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | |

# '858 Patent Claim 1(5)

| 1(5) | multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream |
|---|---|



# '858 Patent Claim 1(5)

| 1(5) | multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream |



**PX154**

# '858 Patent Claim 1(5)

| 1(5) | multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream |
| --- | --- |



## Changes

| MMP-CMS | • Signal between MMP and CMS (Tahoe) <br> • Add Opus negotiation to identify Convedia & CMS <br> • Add <mark>mux</mark> in the SDP, which could be used to tell the entity supporting mux or not. (so, no special case) |
| --- | --- |
| MMP | • <mark>Selected the top 3 streams or less and multiplex the streams,</mark> one by one, over the hybrid connection <br> • Forward the incoming mixed stream from CMS to all clients connected to MMP. (no difference no transcoding) <br> • Support both old and new logics according to negotiation result |
| CMS | • <mark>Support RTP stream multiplexing in single port/connection</mark> |

**PX154 at 4**

# '858 Patent Claim 1(5)

| 1(5) | multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream |
|------|---------------------------------------------------------------------------------------------------------|





**PX154 at 6**

# '858 Patent Claim 1(5)

| 1(5) | multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream |
|---|---|





Top 3 loud audio will be switched to all clients
Audio from CMS will be switched to all clients

7.    MMP switches the audio from CMS to all mobile clients

# '858 Patent Claim 1(5) – Source Code

| 1(5) | multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream |
|------|--------------------------------------------------------------------------------------------------------------------------|

**PX 240**

# Cisco's Admission, Claim 1(5)

| 1(5) | multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream |
|------|--------------------------------------------------------------------------------------------------------------------------|



Nathan Buckles

Distinguished Engineer
Cisco Corporate Rep.

Q. Do you have a description in the way -- of the way that Cisco Webex Meetings delivers multiplexed audio to clients?  Can you describe that for me?

A. **Sure. There's multiple levels of multiplexing in a Webex meeting.  We -- for example, we multiplex the audio and video delivered to a client on to the same network.  So those are sent across the same network between the server and the client. And we also multiplex multiple audio streams to -- again, to a receiving client.**

Buckles Tr., 106:12-24

66

# '858 Patent, Claim 1(5)

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✅ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✅ |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | |

# '858 Patent Claim 1(6)

| 1(6) | sending said multiplexed stream to each of said first subset of the plurality of clients |
|------|------------------------------------------------------------------------------------------|





**Top 3 loud audio will be switched to all clients**
**Audio from CMS will be switched to all clients**

**7.    MMP switches the audio from CMS to all mobile clients**

# '858 Patent Claim 1(6)

| 1(6) | sending said multiplexed stream to each of said first subset of the plurality of clients |



**PX154 at 3**

1(6) | sending said multiplexed stream to each of said first subset of the plurality of clients



# '858 Patent, Claim 1(6)

| 1(6) | sending said multiplexed stream to each of said first subset of the plurality of clients |
|------|-------------------------------------------------------------------------------------------|

**PX 240**

**PX 244**

# '858 Patent, Claim 1(6)

| Claim Language | Cisco Webex |
|---|:---:|
| 1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of: | ✓ |
| (1) receiving an audio packet from each of the plurality of clients; | ✓ |
| (2) determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✓ |
| (3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✓ |
| (4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✓ |
| (5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✓ |
| (6) sending said multiplexed stream to each of said first subset of the plurality of clients; | ✓ |
| (7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | |
| (8) sending said combined packet to each of said second subset of the plurality of clients; | |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | |

72

# '858 Patent Claim 1(7)

| 1(7) | mixing said packets of audio data received from each client on said active speakers list into one combined packet |
|------|-------------------------------------------------------------------------------------------------------------------|



# '858 Patent Claim 1(7)

| 1(7) | mixing said packets of audio data received from each client on said active speakers list into one combined packet |
|------|---|





4.    CMS selects top 3 (Calliope and MMP as a special user) and mix

# '858 Patent Claim 1(7)

| 1(7) | mixing said packets of audio data received from each client on said active speakers list into one combined packet |
|---|---|



# '858 Patent Claim 1(7) – Source Code

| 1(7) | mixing said packets of audio data received from each client on said active speakers list into one combined packet |
|------|-------------------------------------------------------------------------------------------------------------------|

**PX 245**

# Cisco's Admissions on Claim 1(7)

| 1(7) | mixing said packets of audio data received from each client on said active speakers list into one combined packet |
|------|------|



**Nathan Buckles**

Distinguished Engineer
Cisco Corporate Rep.

**CISCO**

Q. And there are -- just to be clear, and I think this one is probably asked and answered, but there are instances where Cisco Webex Meetings does mix audio before transmitting the audio in a packet back to some or all clients in a conference, right?

**A. Yes, I think that's an accurate answer.**

# '858 Patent, Claim 1(7)

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✅ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✅ |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | ✅ |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | ✅ |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | |

# '858 Patent Claim 1(8)

| 1(8) | sending said combined packet to each of said second subset of the plurality of clients; |
|------|------------------------------------------------------------------------------------------|



# '858 Patent Claim 1(8)

| 1(8) | sending said combined packet to each of said second subset of the plurality of clients; |
|------|------------------------------------------------------------------------------------------|





# '858 Patent Claim 1(8) – Source Code

| 1(8) | sending said combined packet to each of said second subset of the plurality of clients |
|------|-----------------------------------------------------------------------------------------|

**PX 241**

# '858 Patent, Claim 1(8)

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✅ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✅ |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | ✅ |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | ✅ |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | ✅ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | |

# '858 Patent Claim 1(9)

| 1(9) | Whereby said plurality of clients can simultaneously participate in a single audio conference application |
|------|--------|



# '858 Patent Claim 1(9)

| 1(9) | Whereby said plurality of clients can simultaneously participate in a single audio conference application |
| --- | --- |



# Cisco Infringes Claim 1

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✅ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✅ |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | ✅ |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | ✅ |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | ✅ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✅ |



# "Each"

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✓ |
| (1)  receiving an audio packet from **<u>each</u>** of the plurality of clients; | ✓ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✓ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✓ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✓ |
| (5)  multiplexing said packets of audio data received from **<u>each</u>** client on said active speakers list into a multiplexed stream; | ✓ |
| (6)  sending said multiplexed stream to **<u>each</u>** of said first subset of the plurality of clients; | ✓ |
| (7)  mixing said packets of audio data received from **<u>each</u>** client on said active speakers list into one combined packet; and | ✓ |
| (8)  sending said combined packet to **<u>each</u>** of said second subset of the plurality of clients; | ✓ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✓ |

# Person of Ordinary Skill in the Art



Bachelor's degree in computer science, computer engineering, or a related field





Two years of experience in field of communications and networking.



**POSITA**











# Specification, Column 5



FIG. 3

In step **314**, control flow **300** multiplexes (by employing mix/mux **208**) the audio stream data (stored on retriever **206**) for all k active speakers. In step **314**, active speaker audio data for each and every active speaker is multiplexed. However, as will be apparent to those skilled in the relevant art(s), if party j is an active speaker, step **314** will not include party j's own audio data in the multiplexed packets. This is, in essence, an echo suppression function so that party j will not "hear themselves speak."

5:44-52

PX16

88



# "Each"

| Claim Language | Cisco Webex |
|---|---|
| 1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of: | ✓ |
| (1)  receiving an audio packet from **each** of the plurality of clients; | ✓ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✓ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✓ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✓ |
| (5)  multiplexing said packets of audio data received from **each** client on said active speakers list into a multiplexed stream; | ✓ |
| (6)  sending said multiplexed stream to **each** of said first subset of the plurality of clients; | ✓ |
| (7)  mixing said packets of audio data received from **each** client on said active speakers list into one combined packet; and | ✓ |
| (8)  sending said combined packet to **each** of said second subset of the plurality of clients; | ✓ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✓ |

# '858 Patent Claim 2



**1**. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

**2**. The method of claim **1**, further comprising the step of: before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

**3**. The method of claim **1**, further comprising the step of: before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packet said packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

**4**. The method of claim **1**, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**5**. The method of claim **1**, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.

PX 16

90

# '858 Patent Claim 2

| 2 | The method of claim 1, further comprising the step of: before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list. |
|---|---|

**PX 240**

# Cisco Infringes Claim 2

| Claim Language | Cisco Webex |
| --- | :---: |
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✅ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✅ |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | ✅ |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | ✅ |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | ✅ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✅ |
| **2. The method of claim 1, further comprising the step of: before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.** | ✅ |

# '858 Patent Claim 3



**1.** A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

**2.** The method of claim **1**, further comprising the step of:

before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

**3.** The method of claim **1**, further comprising the step of:

before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packet said packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

**4.** The method of claim **1**, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**5.** The method of claim **1**, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.

**PX 16**

93

# '858 Patent Claim 3

| 3 | The method of claim 1, further comprising the step of before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list. |

**PX 235**

**PX 236**

# Cisco Infringes Claim 3

| Claim Language | Cisco Webex |
|---|:---:|
| 1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of: | ✅ |
| (1) receiving an audio packet from each of the plurality of clients; | ✅ |
| (2) determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✅ |
| (6) sending said multiplexed stream to each of said first subset of the plurality of clients; | ✅ |
| (7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | ✅ |
| (8) sending said combined packet to each of said second subset of the plurality of clients; | ✅ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✅ |
| **3. The method of claim 1, further comprising the step of before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.** | ✅ |

95

# '858 Patent Claim 4



PX16

**1**. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

**2**. The method of claim **1**, further comprising the step of:

before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

**3**. The method of claim **1**, further comprising the step of:

before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packet said packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

**4**. The method of claim **1**, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**5**. The method of claim **1**, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.

PX 16

96

# '858 Patent Claim 4

| 4 | The method of claim 1, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP). |
|---|---|



## Webex SIP Addresses in Control Hub

As an administrator, you must add a subdomain to create Webex Session Initiation Protocol (SIP) addresses for your organization in Control Hub. The Webex SIP addresses are used behind the scenes for all SIP call routing related to Webex services in Control Hub, such as calls between Webex users or calls with an integrated call service ( Calling in Webex (Unified CM), Webex Calling, or Hybrid Calling for Webex Devices). The SIP addresses can be used to receive calls from any standards-based SIP calling service.

**PX55**

97

# '858 Patent Claim 4

| 4 | The method of claim 1, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP). |
|---|---|



# Cisco's Admissions, Claim 4

| 4 | The method of claim 1, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP). |
|---|---|



Nathan Buckles

Distinguished Engineer
Cisco Corporate Rep.

Q. And talking now about Webex Meetings, there are instances where audio clients use SIP to connect with Webex Meetings, right?

**A. Yes. Audio clients, audio video clients, different -- yeah, clients have different levels of capability.**

# Cisco Infringes Claim 4

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1) receiving an audio packet from each of the plurality of clients; | ✅ |
| (2) determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✅ |
| (6) sending said multiplexed stream to each of said first subset of the plurality of clients; | ✅ |
| (7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | ✅ |
| (8) sending said combined packet to each of said second subset of the plurality of clients; | ✅ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✅ |
| **4. The method of claim 1, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).** | ✅ |

# '858 Patent Claim 5



**1**. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

  (1) receiving an audio packet from each of the plurality of clients;

  (2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

  (3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

  (4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

  (5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

  (6) sending said multiplexed stream to each of said first subset of the plurality of clients;

  (7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

  (8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

**2**. The method of claim **1**, further comprising the step of:

before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

**3**. The method of claim **1**, further comprising the step of:

before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packet said packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

**4**. The method of claim **1**, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**5**. The method of claim **1**, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.

# '858 Patent Claim 5

| 5 | The method of claim 1, wherein at least one of said second subset of the plurality of clients is using a telephone equipment and the H.323 Protocol. |
|---|---|



# Cisco Infringes Claim 5

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✅ |
| (1)  receiving an audio packet from **each** of the plurality of clients; | ✅ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✅ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✅ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✅ |
| (5)  multiplexing said packets of audio data received from **each** client on said active speakers list into a multiplexed stream; | ✅ |
| (6)  sending **said multiplexed stream** to **each** of said first subset of the plurality of clients; | ✅ |
| (7)  mixing said packets of audio data received from **each** client on said active speakers list into one combined packet; and | ✅ |
| (8)  sending said combined packet to **each** of said second subset of the plurality of clients; | ✅ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✅ |
| **5. The method of claim 1, wherein at least one of said second subset of the plurality of clients is using a telephone equipment and the H.323 Protocol.** | ✅ |

103

# Summary of Infringement Opinions



**Cisco directly infringes Claims 1,2,3,4, and 5 of the '858 Patent.**

| | | |
|---|---|---|
| Claim 1 | ✅ | Infringed |
| Claim 2 | ✅ | Infringed |
| Claim 3 | ✅ | Infringed |
| Claim 4 | ✅ | Infringed |
| Claim 5 | ✅ | Infringed |

# Question 2:
# What Are the Benefits of the Invention? ("Apportionment")

# Apportionment Methodology

- **Step 1:** Webex Audio

- **Step 2**:  Identifying Key Features of Webex Audio

- **Step 3:**  Novelty, Design Around Potential, and Importance of Key Features

- **Step 4:**  Technical Weights of Key Features

- **Step 5:**  Percentage of Key Features Attributable to the '858 Patent

- **Step 6:**  Relative Contribution of '858 Patent to Webex Audio

# Step 1: Webex Audio



Steven Boyles

Cisco's Corporate Representative

**Q.** Mr. Boyles, do you have an understanding of what is meant by "accused functionalities" as it appears in Topic 30?

**A.** *Again, I have a broad understanding as to what it relates to.*

**Q.** And what is that broad understanding?

**A.** *That it pertains to the audio portion of the sales.*

**Q.** What do you mean by "audio portion," Mr. Boyles?

**A.** *Well, when referring to, I guess Webex products, it's the audio portion of the product functionality as opposed to the Meetings or polling or visual portions or anything else that's not related to sound.*

Boyles Tr: 18:6-20

107

# Step 2: Key Features of Webex Audio

Support for Hybrid Audio

Global Access

Scalability

Conference Management

Compatibility with other Webex Products

Remaining Features

# Step 2: Key Feature – Hybrid Audio



**PX62 at 1**

## Webex Audio Supported Platforms and Services

==Webex Audio (hybrid audio) provides flexibility for attendees to join an audio conference using their computer (VoIP) or a phone.== There are no meeting-level options to enable or disable this feature; it's available when Webex Audio is available within a Webex meeting.

Features such as muting and unmuting, icons, and active-talker notifications operate identically for attendees. Attendees may transition at any time from using their computer to phone or phone to computer. Attendee status and the mode that they're using to connect to the conference can be seen in the **Participant** list.

Webex Audio (hybrid audio) is supported on the following services and platforms:

| Support for Webex Audio (Hybrid Audio) | Windows | Mac OS X | Linux and Solaris | iOS | Android |
|---|---|---|---|---|---|
| Webex Meetings | √ | √ | √ | √ | √ |
| Webex Training | √ | √ | √ | √ | √ |
| Webex Events | √ | √ | | √ | √ |

# Step 2: Key Feature – Hybrid Audio



**PX 109**

# Step 2: Key Features of Webex Audio

**Hybrid Audio**

**Global Access**

**Scalability**

**Conference Management**

**Compatibility with other Webex Products**

**Remaining Features**

# Step 2: Key Feature – Global Access



**PX 145**



## Video quality makes a lasting impression.

The way a business presents itself—in person, over the phone, online, or via video conference—conveys a lot about who it is. A poor experience can impact customer satisfaction and loyalty, as well as a company's perception in the marketplace. So while lower-end conferencing services can be appealing, it's important to consider the business risks.

Solution quality and reliability are quickly becoming business critical, and every video conferencing experience needs a strong infrastructure. Only Cisco offers a global architecture. Some providers only support a specific country or region, which affects the video and meeting quality for remote team members. Others only support certain video devices, restricting who can join or how they can participate.

# Step 2: Key Features of Webex Audio

**Hybrid Audio**

**Global Access**

**Scalability**

**Conference Management**

**Compatibility with other Webex Products**

**Remaining Features**

# Step 2: Key Feature - Scalability



**PX 129**

# Step 2: Key Features of Webex Audio

| Hybrid Audio |
|:---:|

| Global Access |
|:---:|

| Scalability |
|:---:|

| **Conference Management** |
|:---:|

| Compatibility with other Webex Products |
|:---:|

| Remaining Features |
|:---:|

# Step 2: Key Feature – Conference Management



**PX 109**

# Step 2: Key Features of Webex Audio

Hybrid Audio

Global Access

Scalability

Conference Management

**Compatibility with other Webex Products**

Remaining Features

# Step 2: Key Feature – Compatibility



**PX 129**

# Step 2: Key Features of Webex Audio

**Hybrid Audio**

**Global Access**

**Scalability**

**Conference Management**

**Compatibility with other Webex Products**

**Remaining Features**

# Step 2: Identifying Key Features of Webex Audio

| Assumption No. 1: Equal Technical Weighting | |
|---|---|
| **Hybrid Audio** | 16.7% |
| **Global Access** | 16.7% |
| **Scalability** | 16.7% |
| **Conference Management** | 16.7% |
| **Compatibility with other Webex Products** | 16.7% |
| **Remaining Features** | 16.7% |

# Step 3: Assign Technical Weights

- **Novelty:** Is the feature novel?

- **Design Around Potential:** Were there readily available alternative technologies that could provide similar functionality at low costs?

- **Importance to Webex's Overall Function:** Is this feature of critical importance to Webex audio conferences, or is it an optional feature?

# Step 3: Technical Documents



# Step 3: Assign Technical Weights



5 reasons more companies choose **Webex**

As part of a comprehensive cloud collaboration services platform, Cisco Webex Teams provides a complete set of tools that enable you to securely <u>connect anytime, anywhere, and on any device.</u> Webex Teams enhances the benefits of Webex Meetings so you can keep the conversation going before, during, and after the meeting to stay engaged and continue to innovate.

**Meetings for up to 1000 attendees:** Cisco Webex Meetings lets you host meetings with anyone, on any device, with integrated audio, video, and content sharing. At no additional charge, you can use Cisco Webex Teams collaboration as a secure virtual space to create, share, and get work done, all in one easy-to-use app. It combines meetings with messaging, calling, file sharing, and whiteboarding to help teams keep the momentum going before, during, and after the meeting.

PX145

# Step 3: Assign Technical Weights



**Global access**

- 66-country access for toll call-in

- 85-country access for toll-free call-in

- 202-country access for call-me

- VoIP available where regulators allow

Scalability: Total audio capacities are 1000 total participants in a single meeting: up to 1000 on phones and up to 1000 on VoIP.

# Step 4: Assign Technical Weights



| Assumption No. 1: Equal Technical Weighting | | Technical Weight |
|---|---|---|
| Hybrid Audio | 16.7% | 25% |
| Global Access | 16.7% | 25% |
| Scalability | 16.7% | 20% |
| Conference Management | 16.7% | 5% |
| Compatibility with other Webex Products | 16.7% | 10% |
| Remaining features | 16.7% | 15% |

125

# Step 5: Percentage of Key Features Attributable to '858 Patent

| | Technical Weight | % Attributable to the Patent-in-Suit |
|---|---|---|
| **Hybrid Audio** | 25% | 75% |
| **Global Access** | 25% | 20% |
| **Scalability** | 20% | 45% |
| **Conference Management** | 5% | 20% |
| **Compatibility with other Webex Products** | 10% | 0% |
| **Remaining features** | 15% | 0% |

**Schaefer Supp. Report**

# '858 Patent, Columns 2-3



PX16

Another advantage of the present invention is that servers or MCUs, by realizing the audio mixing capabilities of their clients, can distribute the computational burden of mixing audio streams of the active speakers.

2:66-3:2

127

# Step 6: Relative Contribution of '858 Patent

|  | Technical Weight | % Attributable to the Patent-in-Suit | Relative Contribution |
|---|---|---|---|
| **Hybrid Audio** | 25% | 75% | 18.75% |
| **Global Access** | 25% | 20% | 5% |
| **Scalability** | 20% | 45% | 9% |
| **Conference Management** | 5% | 20% | 1% |
| **Compatibility with other Webex Products** | 10% | 0% | <1% |
| **Remaining features** | 15% | 0% | <1% |
| **Total Contribution** | | | 33.75% |

**Schaefer Supp. Report**

# Available Webex Data



# Alternative Technical Apportionment of Webex

# Alternative Relative Contribution of '858 Patent

| Assumption No. 1: Equal Technical Value | |
|---|---|
| Webex Video Conferencing | 33.3% |
| Webex Audio Conferencing | 33.3% |
| Remaining Features | 33.3% |

| Assumption No. 2: Weighted Technical Value | |
|---|---|
| Webex Video Conferencing | 45% |
| Webex Audio Conferencing | 45% |
| Remaining Features | 10% |

# Alternative Relative Contribution of '858 Patent

| Feature | Technical Weight | % Attributable to the Patent-in-Suit | Relative Contribution |
|---|---|---|---|
| **Video Conferencing + Computer Features**<br><br>• **Session Recording**<br>• **Remote Control**<br>• **Screen Sharing** | 45% | 0% | 0% |
| **Audio Conferencing** | 45% | 33.75% | 15.18% |
| **Product Specific Features**<br><br>• **Group Live Chat**<br>• **File Sharing**<br>• **Notifications Blocker** | 10% | 0% | 0% |
| **Total Contribution** | | | **15.18%** |



| 1 | The accused Cisco Webex products **infringe Claims 1-5** of the '858 Patent. |
|---|---|
| 2 | The relative contribution of the infringing functionalities to Webex Audio is **33.75%**. |
| 3 | The relative contributions of the infringing functionalities to Webex as a whole is **15.18%**. |