# Exhibit 5

# Walter Bratic, CPA, CFE, CLP, CFF
# Paltalk's Damages Expert

*Paltalk v. Cisco*

August 27, 2024



# Qualifications and Education

 University of Pennsylvania, B.A., 1975 – highest honors

 20 years public accounting (10 as partner)

 Wharton School of Business, M.B.A., 1978

 Lecturer on damages and valuation – 16 years

 CPA Licensed in Texas since 1981

 Editorial board of 3 IP publications

 30 years real world licensing and valuation experience

 Texas State Court-appointed Expert and Examiner

2

# Patent Damages Experience

 40 years experience computing damages in patent cases

 Analyzed thousands of patent license agreements

 Involved in numerous licensing discussions, including developing models and analyzing economic terms of agreements

 Involved in patent licensing negotiations since 1980

# Tasks Performed



- ✓ Reviewed legal pleadings
- ✓ Interviewed Jason Katz, Paltalk CEO and Founder
- ✓ Interviewed Dr. Schaefer, Paltalk's Technical Expert
- ✓ Interviewed Dr. Madisetti, Paltalk's Technical Expert
- ✓ Reviewed Paltalk and Cisco documents
- ✓ Reviewed numerous depositions
- ✓ Conducted independent research
- ✓ Submitted initial and supplemental reports
- ✓ Reviewed and analyzed Ms. Kindler's opinions
- ✓ Provided deposition testimony



# 35 U.S.C. § 284 Patent Damages



"Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, **but in no event less than a <u>reasonable royalty</u>** for the <mark>**<u>use made of the invention by the infringer</u>**</mark>, together with interests and costs as fixed by the court."

# The '858 Patent



PX16

- U.S. Patent No. 6,683,858

- Issued on January 27, 2004

- Expired on July 26, 2022

# Summary of Damages
## July 23, 2015 through July 26, 2022

Royalties owed for Infringement of the '858 Patent

## $102,581,465

# Royalty Formula
## Based on *Georgia – Pacific* Analysis

**1**

**Royalty Base**

(extent of use made of '858 Patent)



**2**

**Technical Apportionment Attributed to the '858 Patent**



**3**

**Split of Economic Benefit tied to '858 Patent**

# The Accused Products



- Webex App
- Webex Suite
- Webex Meetings
- Webex Messaging
- Webex Events
- Webex Training

- Webex iOS App
- Webex Android App
- Webex Meetings for iOS
- Webex Meetings for Android
- Webex Teams
- Webex Meetings for MS teams

# *Georgia-Pacific* ("GP") Factors

1.  Royalties for Patents-in-Suit
2.  Royalty Rate for Other Comparable Patents
3.  Nature and Scope of License
4.  Patent Owner's Willingness to License
5.  Competitive Nature of Parties
6.  Non-Patented Sales from Use of the Patents-in-Suit
7.  Duration of the Patent and the Term of the License
8.  Established Profitability / Commercial Success
9.  Utility & Advantages of Invention
10. Nature of the Patented Invention & Benefits to User
11. Extent of Infringer's Use
12. Customary Royalty Rates for Use of Invention in the Business
13. Profit Credited to the Invention
14. Opinion of Experts
15. ***Hypothetical Negotiation***

# Reasonable Royalty Framework



## HYPOTHETICAL NEGOTIATION

- Takes place in 2007
- '858 Patent was valid and infringed
- Negotiation is an open book
  - Cards face up
  - Book of wisdom
- Parties need to come to an agreement on a license

## REAL-WORLD NEGOTIATION

- Validity and infringement contested
- Parties can have different information
- Parties can walk away

**Bratic Report, pgs. 12-14**

12

# *Georgia-Pacific* Factors Grouped Into Buckets

| Nature/Use of Invention | Licensing Characteristics | Commercial Success | Market/Comp. Position | Experts & Negotiation |
|---|---|---|---|---|
| **9. Utility & Advantage of Invention** | **1. Royalties for Patent-in-Suit** | **6. Non-Patented Sales from Use of the Patent-in-Suit** | **4. Patent Owner's Willingness to License** | **14. Opinion of Experts** |
| **10. Nature of the Patented Invention & Benefits to User** | **2. Royalty Rates for Other Comparable Patents** | **8. Established Profitability / Commercial Success** | **5. Competitive Nature of Parties** | **15. Hypothetical Negotiation** |
| **11. Extent of Infringer's Use** | **3. Nature and Scope of License** | **13. Profit Credited to the Invention** | | |
| | **7. Duration of the Patent and the Term of the License** | | | |
| | **12. Customary Royalty Rates for Use of Invention in the Business** | | | |

13

# Licensing Bucket

| Nature/Use of Invention | Licensing Characteristics | Commercial Success | Market/Comp. Position | Experts & Negotiation |
|---|---|---|---|---|
| **9. Utility & Advantage of Invention** | **1. Royalties for Patent-in-Suit** | **6. Non-Patented Sales from Use of the Patent-in-Suit** | **4. Patent Owner's Willingness to License** | **14. Opinion of Experts** |
| **10. Nature of the Patented Invention & Benefits to User** | **2. Royalty Rates for Other Comparable Patents** | **8. Established Profitability / Commercial Success** | **5. Competitive Nature of Parties** | **15. Hypothetical Negotiation** |
| **11. Extent of Infringer's Use** | **3. Nature and Scope of License** | **13. Profit Credited to the Invention** | | |
| | **7. Duration of the Patent and the Term of the License** | | | |
| | **12. Customary Royalty Rates for Use of Invention in the Business** | | | |

14

# Commercial Success

| Nature/Use of Invention | Licensing Characteristics | Commercial Success | Market/Comp. Position | Experts & Negotiation |
|---|---|---|---|---|
| **9. Utility & Advantage of Invention** | **1. Royalties for Patent-in-Suit** | **6. Non-Patented Sales from Use of the Patent-in-Suit** | **4. Patent Owner's Willingness to License** | **14. Opinion of Experts** |
| **10. Nature of the Patented Invention & Benefits to User** | **2. Royalty Rates for Other Comparable Patents** | **8. Established Profitability / Commercial Success** | **5. Competitive Nature of Parties** | **15. Hypothetical Negotiation** |
| **11. Extent of Infringer's Use** | **3. Nature and Scope of License** | **13. Profit Credited to the Invention** | | |
| | **7. Duration of the Patent and the Term of the License** | | | |
| | **12. Customary Royalty Rates for Use of Invention in the Business** | | | |

18

# Royalty Formula



Webex
Revenues

Webex Audio
Revenues

PX116
PX117
DX244
DX393

# Nature/Use of Invention Bucket - '858 Patent

| Nature/Use of Invention | Licensing Characteristics | Commercial Success | Market/Comp. Position | Experts & Negotiation |
|---|---|---|---|---|
| **9. Utility & Advantage of Invention** | **1. Royalties for Patent-in-Suit** | **6. Non-Patented Sales from Use of the Patent-in-Suit** | **4. Patent Owner's Willingness to License** | **14. Opinion of Experts** |
| **10. Nature of the Patented Invention & Benefits to User** | **2. Royalty Rates for Other Comparable Patents** | **8. Established Profitability / Commercial Success** | **5. Competitive Nature of Parties** | **15. Hypothetical Negotiation** |
| **11. Extent of Infringer's Use** | **3. Nature and Scope of License** | **13. Profit Credited to the Invention** | | |
| | **7. Duration of the Patent and the Term of the License** | | | |
| | **12. Customary Royalty Rates for Use of Invention in the Business** | | | |

# Cisco's Corporate Representative on Webex Audio Finances



Steven Boyles

Cisco's Corporate
Representative

**CISCO**

Boyles Tr: 18:6-20

Q. Mr. Boyles, do you have an understanding of what is meant by "accused functionalities" as it appears in Topic 30?

*A. Again, I have a broad understanding as to what it relates to.*

Q. And what is that broad understanding?

*A. That it pertains to the audio portion of the sales.*

Q. What do you mean by "audio portion," Mr. Boyles?

*A. Well, when referring to, I guess Webex products, it's the audio portion of the product functionality as opposed to the Meetings or polling or visual portions or anything else that's not related to sound.*

21

# Cisco's Corporate Representative on Webex Audio Finances



Steven Boyles

Cisco's Corporate
Representative

Boyles Tr: 54:11-18

"What we know is that there are product families that are specific to audio. In that, the audio portion of the transaction is going to be broken out and separately attributed to audio as well as the Meetings portion or other aspects would be separately broken out."

22

# Cisco's Corporate Representative on Webex Audio Finances



Steven Boyles

Cisco's Corporate Representative

**CISCO**

Boyles Tr: 112:1-10

Q. My question is: Does Cisco track revenue at a more granular level than that like with respect to revenue from Webex Events, Webex Calling? Do you know the answer to that question?

*A. Well, the information in Exhibit 16 and related exhibits is the most granular level you could imagine reporting this information. It's not only is it by product; sometimes it's by elements of a product.*

23

# Commercial Success-Webex Audio Revenues

Annual Revenues
July 23, 2015 through July 26, 2022



| Jul. 23-31, 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | Aug. 1, 2021 – Jul. 26, 2022 | Total |
|---|---|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |

# GP #9, #10, #11: Benefits of '858 Patent – From Dr. Schaefer



PX16

Computer and phone users can efficiently participate in the same conference

Hybrid system for phone and PC based clients

Computational efficiency

Better sound quality

Less bandwidth usage

# GP #9, #10, #11: Benefits of the '858 Patent



PX144 at 3



# GP #9, #10, #11: Benefits of the '858 Patent

**Cisco Touted Benefits Related to the '858 Patent**



PX189



# Commercial Success - Royalty Formula
## Based on *Georgia – Pacific* Analysis



# Commercial Success - Gross Profit Margin on Webex Audio

| Annual Gross Profit Margin – WEBXU and WEBXONGPLU | |
|:---:|:---:|
| **(in millions USD)** | **Average Gross Profit %** |
| FY 2015 | █ |
| FY 2016 | █ |
| FY 2017 | █ |
| FY 2018 | █ |
| FY 2019 | █ |
| FY 2020 | █ |
| FY 2021 | █ |
| FY 2022 | █ |
| **AVERAGE** | █ |

# GP #8: Commercial Success- Webex Audio Profits

Reasonable Royalty Calculations – Webex Audio
July 23, 2015 through July 26, 2022



| | Jul. 23-31, 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | Aug. 1, 2021 – Jul. 26, 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Revenues | | | | | | | | | |
| x Gross Margin % | | | | | | | | | |
| Gross Profit | | | | | | | | | |

# Royalty Formula



Webex
Revenues

Webex Audio
Revenues

Webex Audio
Gross Profits

PX116
PX117
DX244
DX393

# Royalty Formula
## Based on *Georgia – Pacific* Analysis



# GP #13: Dr. Schaefer's Apportionment Factors Webex Audio Product

| | Technical Weight | % Attributable to the Patent-in-Suit | Relative Contribution |
|---|---|---|---|
| **Hybrid Audio** | 25% | 75% | 18.75% |
| **Global Access** | 25% | 20% | 5% |
| **Scalability** | 20% | 45% | 9% |
| **Conference Management** | 5% | 20% | 1% |
| **Compatibility with other Webex Products** | 10% | 0% | <1% |
| **Remaining features** | 15% | 0% | <1% |
| **Total Contribution** | | | 33.75% |

# GP #13: Dr. Schaefer's Apportionment Factors Webex Audio Product



Technical apportionment of '858 patent benefits



# GP #13: Dr. Schaefer's Apportionment Factors Webex Audio Product

| | Technical Weight | % Attributable to the Patent-in-Suit | Relative Contribution |
|---|---|---|---|
| **Hybrid Audio** | 25% | 75% | 18.75% |
| **Global Access** | 25% | 20% | 5% |
| **Scalability** | 20% | 45% | 9% |
| **Conference Management** | 5% | 20% | 1% |
| **Compatibility with other Webex Products** | 10% | 0% | <1% |
| **Remaining features** | 15% | 0% | <1% |
| **Total Contribution** | | | 33.75% |

# Royalty Formula



PX116
PX117
DX244
DX393

# Market / Competitive Position Bucket

| Nature/Use of Invention | Licensing Characteristics | Commercial Success | Market/Comp. Position | Experts & Negotiation |
|---|---|---|---|---|
| **9. Utility & Advantage of Invention** | **1. Royalties for Patent-in-Suit** | **6. Non-Patented Sales from Use of the Patent-in-Suit** | **4. Patent Owner's Willingness to License** | **14. Opinion of Experts** |
| **10. Nature of the Patented Invention & Benefits to User** | **2. Royalty Rates for Other Comparable Patents** | **8. Established Profitability / Commercial Success** | **5. Competitive Nature of Parties** | **15. Hypothetical Negotiation** |
| **11. Extent of Infringer's Use** | **3. Nature and Scope of License** | **13. Profit Credited to the Invention** | | |
| | **7. Duration of the Patent and the Term of the License** | | | |
| | **12. Customary Royalty Rates for Use of Invention in the Business** | | | |

38

# GP #4/5: Market/Competition

Commercial Relationship between Paltalk and Cisco:

**Inventor**





**Promoter**



# Split of Economic Benefit of the '858 Patent



# Cisco's Corporate Representative on R&D Expenses



**Steven Boyles**

Cisco's Corporate
Representative

**CISCO**

Boyles Tr: 112:11-14

Q.  And Mr. Boyles, you previously discussed that Cisco does not track for example its R&D expenses by product; is that right?

***A.  Correct.  That's my understanding.***

41

# Royalty Formula- Split of Benefit
## Based on *Georgia − Pacific* Analysis





# Reasonable Royalties Per Year

Total Reasonable Royalties - Webex Audio
July 23, 2015 through July 26, 2022

| Jul. 23-31, 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | Aug. 1, 2021 – Jul. 26, 2022 | Total |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

# 35 U.S.C. §284 Patent Damages



"Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, **but in no event less than a <u>reasonable royalty</u>** for the <mark>**<u>use made of the invention by the infringer</u>**</mark>, together with interests and costs as fixed by the court."

# Royalty Formula



Webex Revenues

Webex Audio Revenues

Webex Audio Gross Profits

$102.6 Million

Royalties Owed (After ▮ split)

PX116
PX117
DX244
DX393

**Royalties owed for use of '858 Patent = $102,581,465**

# Alternative Model

| Feature | Technical Weight | % Attributable to the Patent-in-Suit | Relative Contribution |
|---|---|---|---|
| **Video Conferencing + Computer Features**<br><br>• **Session Recording**<br>• **Remote Control**<br>• **Screen Sharing** | 45% | 0% | 0% |
| **Audio Conferencing** | 45% | 33.75% | 15.18% |
| **Product Specific Features**<br><br>• **Group Live Chat**<br>• **File Sharing**<br>• **Notifications Blocker** | 10% | 0% | 0% |
| **Total Contribution** | | | **15.18%** |

# Summary of Damages
## July 23, 2015 through July 26, 2022

Royalties owed for Infringement of the '858 Patent

**$102,581,465**