# Exhibit 6

# Walter Bratic
# Cross Examination

*Paltalk Holdings, Inc. v. Cisco Systems, Inc.*

August 27, 2024

Case No. 6:21-cv-00757

DDX-3.8

96. According to Mr. Katz, at the time of the hypothetical negotiation, Paltalk had not executed any license agreements involving rights to the '858 Patent.[156] Additionally, Paltalk has taken steps to protect its intellectual property by enforcing litigation against potential infringers.[157] In fact, the only licenses executed by Paltalk involving rights to the '858 Patent (i.e., the Paltalk Settlement Agreements) were executed in the settlement of litigation and only included the '858 Patent due to the parties agreement to include a license to any and all patents or patent applications owned or controlled by Paltalk. These agreements were not focused specifically on the benefits / value provided by the '858 Patent.[158] As a result, it appears the only licenses for rights to the '858 Patent were executed under "special conditions designed to preserve [its] monopoly."[159]

*Bratic 9/29/22 Rep., ¶ 96*

96. According to Mr. Katz, at the time of the hypothetical negotiation, Paltalk had not executed any license agreements involving rights to the '858 Patent.[156] Additionally, Paltalk has taken steps

*Bratic 9/29/22 Rep., ¶ 96*

55. According to the Paltalk / Microsoft Settlement Agreement, "Licensed Patents" were defined as the '523 Patent, the '686 Patent, any and all patents or patent applications owned or controlled by Paltalk, and any "substitutions, extensions, divisionals, continuations, continuations-in-part, re-examinations and reissues" of the previously mentioned patents.[93] In addition, "Microsoft Covered Technology" was defined as any past, present, or future product, service, software, equipment, or other technology sold by, to, or for Microsoft.[94] The Paltalk / Microsoft Settlement Agreement provided for a release by Paltalk of any and all claims by Paltalk against Microsoft relating to the "Licensed Patents" as well as any other claims that could be brought in connection with activities performed under the scope of the license granted.[95]

*Bratic 9/29/22 Rep., ¶ 55*

132. Based on Mr. Boyles's testimony and Cisco's confirmation, I understand that Cisco's position is that all revenues for the Accused Functionality are included in the Webex Audio product family type. As noted above, Cisco generated revenues and gross profits attributable to the Accused Functionality of [REDACTED], respectively.[234] However, I understand that the benefits realized by Cisco from offering the Accused Functionality in its WebEx products are not solely attributable to practicing the Patent-in-Suit.

*Bratic 9/29/22 Rep., ¶ 132*

8. In the Initial Report, I assumed the hypothetical negotiation would have occurred in July 2015 based on Dr. Schaefer's analysis of the Cisco Source Code at that time. As a result of Dr. Schaefer's updated technical analysis, I now assume that the hypothetical negotiation would have occurred in 2010. I also have considered the January 2004 hypothetical negotiation date selected by Ms. Kindler (the date the Patent-in-Suit issued) and considered a May 2007 hypothetical negotiation date based on Cisco's acquisition of WebEx Communications. An alternative hypothetical negotiation could have occurred on one of those dates, and as I explain below, it would not change my ultimate conclusion.

*Bratic 8/22/23 Suppl. Rep., ¶ 8*

27. Cisco acquired WebEx Communications in May 2007.[28] At that time, Cisco began selling WebEx software products, including audio-conferencing software with audio functionality. It is my understanding that Paltalk alleges that only Cisco products infringe, and the first time that a

*Bratic 8/22/23 Suppl. Rep., ¶ 27*

17. Ms. Kindler assumed that facilitating PSTN and VoIP users in the same conference results in alleged infringement.[13] However, I understand the Patent-in-Suit is directed to particular methods of audioconferencing that allow PSTN and VoIP to communicate seamlessly while conserving bandwidth and enhancing user experience.[14] Cisco's evidence does not establish that WebEx allowed PSTN *and* VoIP users in the same conference prior to the '858 Patent. The evidence Cisco cites states that in the early 2000s, WebEx "support[ed] [PSTN] ***or*** [VoIP] communications."[15] This document contradicts the important assumption Ms. Kindler made: "I understand that WebEx Communications' products had capabilities to host both VoIP ***and*** PSTN users in the same audioconference in the early 2000's [emphasis added]."[16]

*Bratic 8/22/23 Suppl. Rep., ¶ 17*


webex
MEDIATONE
The "Dial Tone" for
Web Communications Services
DX068

DDX-3.31







©2003 WebEx Communications, Inc. WebEx, WebEx MediaTone, and the WebEx logo are registered trademarks of WebEx Communications, Inc. All rights reserved. All other trademarks are the property of their respective owners.

011003.MTWP

*DX068, p. 8*




The WebEx MediaTone Platform positions WebEx as the technological leader in Web communications services, providing OEM services to WebEx partners and industry-leading meeting services to nearly 7000 corporations. The MediaTone architecture provides ubiquitous access—regardless of location, hardware platform, operating system, browser, and wired or wireless status—enabling everyone to reap the benefits of online meetings.

*DX068, p. 2*


webex
MEDIATONE
The "Dial Tone" for
Web Communications Services
DX068


Windows
Macintosh
Solaris
HP-UX
Linux
Tablet PC
Palm
Pocket PC
Cell Phone
Phone
ACCESS

*DX068, p. 3*







## Protocol Support

MediaTone technology supports many multimedia protocols to fulfill its mission of delivering rich-media contents to the broadest possible selection of customer devices. Supported standards and protocols include:

- H.323, the leading protocol for VoIP.
- Session Initiation Protocol (SIP), which is used for conferencing via IP phone or instant messenger (IM) device.
- Lightweight Directory Access Protocol (LDAP), a vendor-independent network directory protocol that provides directory-server integration for WebEx services.
- Extensible Markup Language (XML).
- SSL.
- Aviation Industry CBT Committee (AICC) protocol.
- SCORM.

In addition, WebEx supports the Universal Communication Format™ (UCF)—a revolutionary delivery format that enables high-speed sharing and delivery of rich content as part of a presentation. UCF enables users to share content within Microsoft™ PowerPoint™ presentations, with full control over the delivery. Users can share full PowerPoint animation and transitions, just as they would in an in-person meeting, and participants may start, stop or pause the streaming content whenever they desire.

*DX068, p. 5*

Q. Okay. So on all technical matters, including what the actual benefits of the asserted patent are, you are entirely relying on Dr. Schaefer and Dr. Madisetti?

A. That's correct.

Q. And you have no opinion yourself of what benefits the patent provides?

A. That's correct.

*Bratic Depo. 11/17/22, 91:21-92:3*

Q. Okay. Did you identify these statements and ask him about them, or was it the other way around?

A. No, I was looking at various -- my team and I were looking at various Cisco websites and so forth regarding what Cisco was saying about the WebEx products. And then we identified these. And then we asked Dr. Schaefer to comment on them and determine whether any of them were directed in any way to the 858 patent.

*Bratic Depo. 11/17/22, 94:25-95:9*

And as to these particular paragraphs, as paragraph -- as examples in my report, paragraphs 116 through paragraph, for example, 119, anytime I make a reference to an interpretation about the quoted language as to whether entirely or in part it is attributed to the 858 patent, that's information that was provided to me based on my interview of Dr. Schaefer. And I have nothing further to add to

*Bratic Depo. 11/17/22, 99:6-13*

## Bratic Report

- "Flexible communication modes: Allow seamless transitions between calling, meeting and messaging on desktop, mobile, and Webex devices."[187]

  According to Dr. Schaefer, the '858 Patent allows for standard telephone devices to participate in the same audio conference (or call) as desktop computers. Therefore, the above statement is covered by the teachings of the '858 Patent.[188]

*Bratic 9/29/22 Rep., p. 37*

## *MediaTone*

The WebEx MediaTone Platform positions WebEx as the technological leader in Web communications services, providing OEM services to WebEx partners and industry-leading meeting services to nearly 7000 corporations. The MediaTone architecture provides ubiquitous access—regardless of location, hardware platform, operating system, browser, and wired or wireless status—enabling everyone to reap the benefits of online meetings.
















ACCESS

*DX068, p. 2-3*

## Bratic Report

- "Reliable Quality: Unified Edge enhances network traffic and improves your quality and bandwidth regardless of location, devices and connection quality."[189]

According to Dr. Schaefer, one of the benefits of the '858 Patent is that it distributes computational load to clients that can mix, which improves both quality as well as the number of clients that can be handled on a variety of different devices. In addition, the use of an active speaker list means that audio from all clients is not simply forwarded, which does improve bandwidth. Therefore, the above statement is covered by the teachings of the '858 Patent.[190]

*Bratic 9/29/22 Rep., p. 38*

## *MediaTone*

### MediaTone Network

The MediaTone Network is a fully redundant, high-performance private global network specifically designed to deliver Web communications services. Created with a carrier-class information-switching architecture, the MediaTone Network delivers optimal performance by routing communications across several WebEx data centers. The result is a high-performance network that is unmatched for secure, reliable, fast, real-time Web communications. WebEx is the only company to develop and deploy a globally

*DX068, p. 2*

## Bratic Report

- "Webex® delivers the right features and a seamless user experience across devices so teams can get right down to business without technology speed bumps."[195]

According to Dr. Schaefer, the '858 Patent is directed towards enabling different types of devices to participate within the same audio conference providing a seamless experience. Therefore, the above statement is covered by the teachings of the '858 Patent.[196]

*Bratic 9/29/22 Rep., p. 39*

## *MediaTone*

WebEx™ MediaTone™ technology enables WebEx meeting participants worldwide to enjoy the richest set of data, voice and video interactive services together with unparalleled network performance and reliability. The secure, highly scalable MediaTone Network can support millions of simultaneous calls, and as many as 5,000 individuals may attend one meeting.
















ACCESS

*DX068, p. 1-2*

## Documents Reviewed

* * *

**Depositions**

Deposition of Jason Katz, September 14, 2022.

*Bratic 9/29/22 Rep., Ex. 3*

DDX-3.45

Q. Does Paltalk, Inc. or Paltalk Holdings have a policy or policies for licensing out patents?

A. No.

*Katz Depo. 9/14/22, 145:15-18*

DDX-3.45

Q. Does Paltalk, Inc. or Paltalk Holdings have a set of practices or conventions for how it licenses out patents?

A. No.

*Katz Depo. 9/14/22, 145:19-23*

Q. As Paltalk's corporate representative, what -- and somebody knowledgeable in this space, I believe -- software space -- what do you believe a reasonable royalty rate is?

***

A. I don't know what percentage that would be in a case like this. Again, it's for counsel and experts to analyze.

Q. So you will not -- strike that.

So nobody who is a fact witness for Paltalk will provide testimony at trial as to what Paltalk believes an appropriate damages number or royalty rate is.

Is that correct?

A. I think an expert will, but not anybody who is currently employed at Paltalk.

*Katz Depo. 9/14/22, 206:9-207:10*

161. Although it is my opinion that Paltalk would have had greater leverage at the hypothetical negotiation than Cisco, in light of the facts and circumstances that would have been acknowledged by the parties (as discussed above in our analysis of the *Georgia-Pacific* factors as applied to the facts of this case), I have assumed that Cisco would have agreed to split the incremental benefit Cisco realized from the Accused Functionality that can be directly attributed to the teachings of the '858 Patent ranging from [REDACTED] based on Cisco's R&D-to-operating expenses ratio.[250]

*Bratic 9/29/22 Rep., ¶ 161*

DDX-3.49

# Cisco's Negotiations at Hypothetical Negotiation



8. In the Initial Report, I assumed the hypothetical negotiation would have occurred in July 2015 based on Dr. Schaefer's analysis of the Cisco Source Code at that time. As a result of Dr. Schaefer's updated technical analysis, I now assume that the hypothetical negotiation would have occurred in 2010. I also have considered the January 2004 hypothetical negotiation date selected by Ms. Kindler (the date the Patent-in-Suit issued) and considered a May 2007 hypothetical negotiation date based on Cisco's acquisition of WebEx Communications. An alternative hypothetical negotiation could have occurred on one of those dates, and as I explain below, it would not change my ultimate conclusion.

*Bratic 8/22/23 Suppl. Rep., ¶ 8*



*Paltalk Holdings, Inc., v. Cisco Systems, Inc.*

Supplemental Exhibit 2

**Reasonable Royalty Calculation - Webex Audio**

**July 23, 2015 through July 26, 2022**

| | Jul. 23 - 31, 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | Aug. 1, 2021 - Jul. 26, 2022 | Total / Weighted-Average |
|---|---|---|---|---|---|---|---|---|---|
| Webex Audio Revenues [1] | $ | | | | | | | | |
| *Multiply:* Webex Gross Margin [2] | | | | | | | | | |
| Webex Audio Gross Profit | $ | | | | | | | | |
| *Multiply:* Technical Apportionment [3] | | | | | | | | | |
| Economic Value of the Patented Technology | $ | | | | | | | | |
| *Multiply:* Split of Economic Benefit [4] | | | | | | | | | |
| **Total Reasonable Royalties - Webex Audio** | **$** | | | | | | | | |

***Sources/Notes:***

[1] See Initial Bratic Report, Exhibit 5.

[2] See Initial Bratic Report, Exhibit 6.

[3] See discussion in Supplemental Bratic Report and Supplemental Schaefer Report.

[4] See Initial Bratic Report, Exhibit 7. For FY 2022, I have utilized the R&D-as-a-percentage of total operating expenses observed in FY 2021.

*Bratic 8/22/23 Suppl. Rep., Exhibit 2*

**Webex Audio Gross Profits**



**Technical Apportionment**



**Benefit Split**



**Reasonable Royalty**

DDX-3.52




*Willis 10/27/2022 Report at ¶ 300*







PX16

1 Computer and phone users can participate in the same conference

2 Computational efficiency—Servers can offload audio mixing to the users

3 Better sound quality

DDX-3.54


Step 2: Key Feature - Scalability


Cisco Webex Meetings Audio PSTN Coverage for Cisco Collaboration Flex Plan
PX129
Exhibit 38
PX 129
Table 1. Features and benefits
Feature
Benefit
Global access
• 85-country access for toll-free call-in
Scalability
Total audio capacities are 1000 total participants in a single meeting: up to 1000 on phones and up to 1000 on VoIP.
Conference management
The solution offers powerful conference control for management of active conferences, allowing moderators to:
• Use the active talker indicator for positive identification of the speaker
• Add or drop participants in a conference
• Mute audio from a selected participant
• Use the conference lock feature
• Terminate a conference
Audio on entry and exit
• Optionally announce name, play beep, or allow silent entry and exit
• Optionally mute participants on entry
Compatibility
• Works with all Cisco Webex services
• Supports mobility clients
• Supports Network-Based Recording (NBR) and tracking codes
Support for phone-only users
As controlled by Cisco Webex site policies, users may choose to start or join meetings from the phone, with or without starting a Cisco Webex client application.

DDX-3.55

# Step 6: Relative Contribution of '858 Patent

| | Technical Weight | % Attributable to the Patent-in-Suit | Relative Contribution |
|---|---|---|---|
| Hybrid Audio | 25% | 75% | 18.75% |
| Global Access | 25% | 20% | 5% |
| Scalability | 20% | 45% | 9% |
| Conference Management | 5% | 20% | 1% |
| Compatibility with other Webex Products | 10% | 0% | <1% |
| Remaining features | 15% | 0% | <1% |
| Total Contribution | | | 33.75% |

DDX-3.55