# Exhibit 7



# Amit Barave
# Direct Examination

*Paltalk Holdings, Inc. v. Cisco Systems, Inc.*

August 27, 2024

Case No. 6:21-cv-00757

DDX-5.1



# Latitude Communications

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q

QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the quarter ended September 30, 1999                    Commission file number 000-25475

## LATITUDE COMMUNICATIONS, INC.

Delaware                                                     94-3177392
(State or other jurisdiction of incorporation or organization)        (I.R.S. Employer Identification No.)

Note 1 – The Company and Basis of Presentation

Latitude Communications, Inc. (the "Company") is a leading provider of integrated voice and data conferencing solutions for geographically dispersed organizations. The Company develops, markets and supports its MeetingPlace system, which allows companies to conduct voice and data conferences which emulate face-to-face meetings, or what we call virtual meetings, and extend real-time decision making processes irrespective of the geographic location of participants. With MeetingPlace, participants can schedule and attend a meeting, share and edit documents, and capture and retrieve meeting content. MeetingPlace is designed to be an enterprise-wide resource and to leverage existing technologies such as telephones, cellular phones and personal computers.

*https://www.sec.gov/Archives/edgar/data/1078425/000109238899000018/0001092388-99-000018-d1.html*

DDX-5.5

# Microsoft

## Microsoft NetMeeting Conferencing Software Provides Easy Voice, Data Internet Communications; Available on the Web Now

May 29, 1996 |

### Application Sharing and Multiuser Capabilities Set NetMeeting Apart

Unlike other Internet conferencing software, the application-sharing capabilities in NetMeeting allow two or more people to simultaneously share virtually any existing Windows® operating system-based application across the Internet, a corporate LAN or the public telephone network, enabling business professionals and their clients around the world to review and edit documents without leaving their offices. Any participant in a conference can remotely view and control shared applications, enabling remote presentations, telecommuting or Web-based customer service. NetMeeting's whiteboard, chat, file transfer and shared-clipboard features allow groups of people to conduct meetings, share information, and jointly annotate diagrams, text and comments in a shared workspace.

*https://news.microsoft.com/1996/05/29/microsoft-netmeeting-conferencing-software-provides-easy-voice-data-internet-communications-available-on-the-web-now/*

DDX-5.5