# Exhibit 9

# "Multiplexing"



"Multiplexing": "A technique used in communications and input/output operations for transmitting a number of separate signals simultaneously over a single channel or line."

*Multiplexing,* Microsoft Press Computer Dictionary (3d. ed. 1997).

1

# '858 Patent



**Mixer:** 16

**Mixing:** 24

**Mix:** 29

**Multiplexed:** 21

**Multiplexing:** 3

**Multiplexes:** 3

2

# Botzko

**Mixer:** ............... **30**

**Mixing:** ............... **12**

**Mixed:** ............... **11**

**Mix:** ............... **11**



**Multiplexed:** ............... **0**

**Multiplexing:** ............... **0**

**Multiplex:** ............... **0**

**Any Version of "Multiplex"** ... **0**

3

# Bress Supplemental Report at ¶ 19

### 1. Anticipation

19. I have been informed that a patent claim is invalid under 35 U.S.C. § 102 if it anticipated by (or is "not novel" over) a prior art disclosure. I understand that a claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently, in a single prior art reference.

4