# Exhibit 10

# JAMES BRESS

August 28, 2024

**Paltalk Holdings, Inc. v. Cisco Systems, Inc.**

Case No. 6:21-cv-00757

DDX-7.0

# Experience

- AST Technology Labs – President and CTO (1995-present)

  

- Bellcore – Senior Engineer (1985-1995)

  

- Education

  

  - Caltech – M.S. in Electrical Engineering (1987)
  - UNC, Charlotte – B.S. in Electrical Engineering (1985)

- Significant Involvement in Standardization of Telecommunications Technology

  

  - Recipient of multiple industry awards for this work

DDX-7.1

# Information Considered

## '858 Patent and Prosecution History



## Prior Art



## Personal Experience and Expertise







# The '858 Patent Asserted Claims are Invalid

All asserted claims would have been **obvious** to a person of ordinary skill.

The specification provides **no description** of "removing" packets from a multiplexed stream or combined packet.

# Person of Ordinary Skill in the Art

A hypothetical person who is presumed to have known the relevant "art" (i.e., technology) at the time of the alleged invention.

- **Time of the Alleged Invention:** June 28, 2000
- **Education:** Bachelor's degree in electrical engineering, computer science, computer engineering, or another related field
- **Experience:** 2–3 years working on communication systems, hardware and software design, and network signaling services

DDX-7.4

# A Person of Ordinary Skill Knew About The Standard Protocols



H.323

DX024

SIP

DX425

DDX-7.5

# A Person of Ordinary Skill Knew About
# The Standard Protocols



**'858 Patent**

**'858 Patent at 1:47-55; 1:60-66**

**H.323**

VoIP further developed when, in March of 1996, the International Telecommunications Union-Telecommunications sector (ITU-T), a United Nations organization, adopted the H.323 Internet Telephony Standard. Among its specifications, H.323 specifies the mini-

**SIP**

developed. One such alternative is the Session Initiation Protocol (SIP) developed within the Internet Engineering Task Force (IETF) Multiparty Multimedia Session Control (MMUSIC) Working Group. SIP, which is well-known in the relevant art(s), is a signaling protocol for Internet conferencing and telephony. SIP addresses users using an

DDX-7.6

# A Person of Ordinary Skill Knew About
## The Standard Protocols



Internet Engineering Task Force                          AVT   Working Group
Internet Draft                             J.Rosenberg, H.Schulzrinne
draft-ietf-avt-aggregation-00.txt                   Bell Labs/Columbia U.
May 6, 1998
Expires: November 6, 1998

An RTP Payload Format for User Multiplexing

Internet telephone gateways (ITGs) allow a public switched telephony user (PSTN) user to contact another PSTN user, with the long distance portion of the call routed over the Internet. Such a scenario is depicted in Figure 1.

```
A --|       |    --------    |        |    --------    |       |-- C
    | PSTN  |--| ITG |---| IP NET |---| ITG |--| PSTN  |
B --|   X   |  |  J  |    |        |    |  K  |  |   Y   |-- D
```

Figure 1: Internet telephony gateway architecture

. . .

ent pair of users. Gateways can signal calls using SIP [1], H.323 or proprietary signalling protocols. Media data is transported via a

**DX045**

*DTX045 at 1-2*

DDX-7.7

# A Person of Ordinary Skill Knew About Active Speaker Determination



**'858 Patent**

'858 Patent at 5:14-23

average energy values of each participant's audio data. As will be apparent to one skilled in the relevant art(s), if a conference has N participants, the sever will only allow a certain number of speakers k to be considered "active" (i.e.,

However, as will be apparent to those skilled in the relevant art(s), if party j is an active speaker, step **314** will not include party j's own audio data in the multiplexed packets. This is, in essence, an echo suppression function so that party j will not "hear themselves speak."

DDX-7.8

# A Person of Ordinary Skill Knew About Active Speaker Determination





appropriate audio format. The MP may eliminate or attenuate some of the input signals in order to reduce noise and other unwanted signals. Each audio output may have a different mix of input signals providing for private conversations. The terminals shall assume that their audio is not present in the audio stream returned to them. Terminal removal of its own audio from the MP audio output is for further study.

DX024 at 29

DDX-7.9

# A Person of Ordinary Skill Knew About
## Device Capabilities

### PSTN-ONLY DEVICES
### NON-MIXING CLIENTS



### VoIP DEVICES
### MIXING CLIENTS



DDX-7.10

# Person of Ordinary Skill in the Art

> A hypothetical person who is presumed to have known the relevant "art" (i.e., technology) at the time of the alleged invention.

- **Time of the Alleged Invention:** June 28, 2000

- **Education:** Bachelor's degree in electrical engineering, computer science, computer engineering, or another related field

- **Experience:** 2–3 years working on communication systems, hardware and software design, and network signaling services

DDX-7.11

# "Clients"



**'858 Patent**

*'858 Patent at 3:41-42, 3:47, 3:61, Fig. 1*



architecture for mixing (e.g., mixing capable PC clients connected via Internet Protocol (IP)) and non-mixing (e.g.,

PC-based clients **102** (shown as clients **102a–102n**)

clients (i.e., participants)

# The '858 Patent Asserted Claims are Invalid

All asserted claims would have been <u>obvious</u> to a person of ordinary skill.

The specification provides <u>no description</u> of "removing" packets from a multiplexed stream or combined packet.

# Obviousness

A patent claim is invalid if it would have been **obvious** to a person of ordinary skill in the art.

DDX-7.14

# Botzko's Patent



**DX037**

**United States Patent** [19]

**Botzko** et al.

[54] **AUDIO PROCESSOR**

[75] Inventors: **Stephen C. Botzko**, Reading; **David M. Franklin**, Maynard, both of Mass.

[73] Assignee: **PictureTel Corporation**, Andover, Mass.

[21] Appl. No.: **08/925,309**

[22] Filed: **Sep. 8, 1997**



## BACKGROUND OF THE INVENTION

This invention relates generally to audio processors and more particularly to audio processors for use in audio or audio/videoconferencing systems.

*Botzko at 1:3-6, Fig. 1*

# Botzko's Patent



FIG. 1

Referring now to FIG. **1**, an audio conferencing system or the audio portion of an audio/video conferencing system **10** is shown wherein a plurality of sites, here for example four sites, SITE "A", SITE "B", SITE "C" and SITE "D" are connected together through a server, or bridge **12**. Included

*Botzko at 3:65-4:2, Fig. 1*

DDX-7.16

# Botzko's Patent



connected together through a server, or bridge 12. Included in the **bridge 12** are a **plurality of audio processors 14a, 14b, 14c and 14d** (FIG. 2) coupled to a corresponding one of the sites SITE "A", SITE "B", SITE "C", and SITE "D", respectively, as shown, for example through RTP/RTCP transport circuits. The audio data received from and sent to the various remote SITES A, B, C, and D from the bridge 12 is compressed audio, typically compressed audio packets.



FIG. 2

*Botzko at 4:2-9, Figs. 1 & 2*

DDX-7.17

# Botzko's Audio Processing: Based on Client Sites' Capabilities



## NON-MIXING CLIENTS

processors in FIG. 2. The **audio processor 14′c operates as a mixer, and is adapted to operate with**, for example, **end-point SITES that can receive only one audio stream.** It



## MIXING CLIENTS

Some end-point SITES are able to receive more than one audio stream, and perform their own local mixing. Using this capability at an end-point SITE, an improved quality of service, over a traditional audio mixer, can be achieved.

. . .

an audio mixer. The **audio processors 14a–14d** decode all audio signals they receive, but they **do not mix** and re-time compress. The decoded, that is, uncompressed, audio is only

*Botzko at 5:9-11, 5:39-42, 6:48-50*

# Botzko's Audio Processing for **Non-Mixing Clients** 



FIG. 3

SITES "A", "B", and "D", respectively. The selector **26'** includes a likelihood of speech detector and determines the one of the SITES "A", "B", or "D" with the highest (or loudest) likelihood of speech to produce the control signal

. . .

When two or more speakers are determined to exist by selector **26'** the detector provides to the mixer **28**, over lines **37**, signal information identifying on which of the input lines the speakers can be found. The mixer **28** can mix, depending upon its configuration, **2, 3, or more inputs** to produce its mixed output over line **35.** The level of mixing will depend

. . .

This mixed compressed composite audio is transmitted, through selector **34**, to the end-point SITE, here SITE "C".

*Botzko at 6:55-7:1, 7:40-47, 7:54-59, Fig. 3*

# Botzko's Audio Processing for **Non-Mixing Clients** 📞

> When "double talk" is not occurring, the mixer **28** and encoder **29** are not needed, and therefore are not enabled, which, if they are implemented in software, thereby saves considerable computational resources in the bridge. In addition, there are no transcoding losses except when the audio processor is in a mixing mode.

*Botzko at 7:48-53*

DDX-7.20

# Botzko's Audio Processing for **Mixing Clients**



FIG. 2A

to SITE "C". In an application where SITE "C" may receive multiple audio streams, the selector 26 may be appropriately modified to select more than one of the SITES "A", "B", or "D" for coupling to SITE "C". It should be noted that an

. . .

this problem. Thus, the selector 26/switch(es) 22 will output the loudest speakers (more than one) in separate streams to the local mixing end-point SITES. The system can limit the

*Botzko at 5:1-4, 5:54-56, Fig. 2A*

DDX-7.21

# Botzko's Audio Processing for **Mixing Clients**



Some end-point SITES are able to receive more than one audio stream, and perform their own local mixing. Using this capability at an end-point SITE, an improved quality of service, over a traditional audio mixer, can be achieved.

implemented in software. Thus, if the mixers need not be used and transcoding is not employed, not only is audio quality increased, but the computational savings are significant.

*Botzko at 5:39-42, 8:56-59*

DDX-7.22

# Botzko's Audio Processing: Based on Client Sites' Capabilities

 **NON-MIXING CLIENTS**

 **MIXING CLIENTS**





receive. By automatically selecting the loudest speakers for the end-point SITES, the processors **14a–14d** provide the highest possible signal quality, and avoid overloading the end-point SITES.

*Botzko at 5:58-61, Figs. 2A & 3*

# Botzko's Audio Processors: Based on Client Sites' Capabilities



the local mixing end-point SITES. **The system can limit the number of streams it outputs to the number a SITE can receive.** By automatically selecting the loudest speakers for

FIG. 1

FIG. 2

# Benefits of the Invention



**PX16**

**1** Computer and phone users can participate in the same conference

**2** Computational efficiency—Servers can offload audio mixing to the users

**3** Better sound quality

# Botzko Renders '858 Patent Claim 1 Obvious

## '858 Patent, Claim 1
### JUNE 2000

1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

## Botzko Patent
### SEPT. 1997



DDX-7.26

# Botzko Renders Claim 1 Obvious

✓ 1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

Referring now to FIG. 1, an audio conferencing system or the audio portion of an audio/video conferencing system 10 is shown wherein a plurality of sites, here for example four sites, SITE "A", SITE "B", SITE "C" and SITE "D" are connected together through a server, or bridge 12. Included . . .

direct connections, the SITES can connect to the bridge in many different ways, for example, through the public switched telephone network, by wireless, by direct connection, or in any other desired combination of the various communication paths including, for example, a local area network.



*Botzko at 3:65-4:3, 4:18-24, Fig. 1*

DDX-7.27

# Botzko Renders Claim 1 Obvious

1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

connected together through a server, or bridge 12. Included in the bridge 12 are a plurality of audio processors 14a, 14b, 14c and 14d (FIG. 2) coupled to a corresponding one of the sites SITE "A", SITE "B", SITE "C", and SITE "D", respectively, as shown, for example through RTP/RTCP transport circuits. The audio data received from and sent to the various remote SITES A, B, C, and D from the bridge 12 is compressed audio, typically compressed audio packets.



*Botzko at 4:2-9, Fig. 1*

# Botzko Renders Claim 1 Obvious

1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application



When two or more speakers are determined to exist by selector 26' the detector provides to the mixer 28, over lines 37, signal information identifying on which of the input lines the speakers can be found. The mixer 28 can mix, depending

*Botzko at 7:54-57, Fig. 3*

# Botzko Renders Claim 1 Obvious

1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

✓ (3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

✓ (4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

the local mixing end-point SITES. **The system can limit the number of streams it outputs to the number a SITE can receive.** By automatically selecting the loudest speakers for



Some end-point SITES are able to receive more than one audio stream, and perform their own local mixing, Using this capability at an end-point SITE, an improved quality of service, over a traditional audio mixer, can be achieved. First, an extra encoder (mixing) step is not required at the audio processor 12 if the mixing is performed in the end-point SITE. This reduces delay and signal degradation.



Referring now to FIG. 3, an alternative audio processor 14′c is shown which can be substituted for the audio processors in FIG. 2. The audio processor 14′c operates as a mixer, and is adapted to operate with, for example, end-point SITES that can receive only one audio stream. It

*Botzko at 5:39-45, 5:56-58, 6:46-50*

DDX-7.30

# Botzko Renders Claim 1 Obvious

1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

**(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;**

**(6) sending said multiplexed stream to each of said first subset of the plurality of clients;**

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application



to SITE "C". In an application where SITE "C" may receive multiple audio streams, the selector 26 may be appropriately modified to select more than one of the SITES "A", "B", or "D" for coupling to SITE "C". It should be noted that an

. . .

this problem. Thus, the selector 26/switch(es) 22 will output the loudest speakers (more than one) in separate streams to the local mixing end-point SITES. The system can limit the

*Botzko at 5:1-4, 5:54-56, Fig. 2A*

# Botzko Renders Claim 1 Obvious



8/26 Trial. Tr. at 188:1-3, 240:14-19

"Multiplexing is just taking the multiple streams of data and combining them together to transmit down, say, a single connection."

"It's talking about multiplexing multiple streams. So it's the multiple streams here over a single port or connection. Actually, it's a decent description of how you might actually do multiplexing. There's many ways you can multiplex, but this is one way."



to SITE "C". In an application where SITE "C" may receive multiple audio streams, the selector 26 may be appropriately modified to select more than one of the SITES "A", "B", or "D" for coupling to SITE "C". It should be noted that an
. . .
this problem. Thus, the selector 26/switch(es) 22 will output the loudest speakers (more than one) in separate streams to the local mixing end-point SITES. The system can limit the

*Botzko at 5:1-4, 5:54-56, Fig. 2A*

# Botzko Renders Claim 1 Obvious



8/26 Trial. Tr. at 241:17-23

Q. How does this concept of switching relate to the multiplexing or muxing that we saw on the prior slide?

A. So this is the multiplexing streams that are going to be sent to the different clients. He's talking about switching. It's really talking about this combined operation of multiplexing and sending.



to SITE "C". In an application where SITE "C" may receive multiple audio streams, the selector 26 may be appropriately modified to select more than one of the SITES "A", "B", or "D" for coupling to SITE "C". It should be noted that an

. . .

this problem. Thus, the selector 26/switch(es) 22 will output the loudest speakers (more than one) in separate streams to the local mixing end-point SITES. The system can limit the

*Botzko at 5:1-4, 5:54-56, Fig. 2A*

# Botzko Renders Claim 1 Obvious

1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.



processors in FIG. 2. The audio processor 14'c operates as a mixer, and is adapted to operate with, for example, end-point SITES that can receive only one audio stream. It

. . .

the speakers can be found. The mixer 28 can mix, depending upon its configuration, 2, 3, or more inputs to produce its mixed output over line 35. The level of mixing will depend

*Botzko at 6:46-50, 7:57-59, Fig. 3*

DDX-7.34

# Botzko Renders Claim 1 Obvious

1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

Referring now to FIG. 1, an audio conferencing system or the audio portion of an audio/video conferencing system 10 is shown wherein a plurality of sites, here for example four sites, SITE "A", SITE "B", SITE "C" and SITE "D" are connected together through a server, or bridge 12. Included . . .

The bridge 12 operates to selectively forward, and/or mix, the audio from the various SITES so that each SITE can participate in a conference. While four SITES are shown in



*Botzko at 3:65-4:2, 4:10-12, Fig. 1*

# Botzko Renders Claim 1 Obvious



DDX-7.36

# Botzko Renders Claims 2 and 3 Obvious

**2.** The method of claim **1**, further comprising the step of:
before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

**3.** The method of claim **1**, further comprising the step of:
before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packet said packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

DDX-7.37

# Botzko Renders Claims 2 and 3 Obvious

stream(s) to the conferencing bridge 12. **The bridge 12 selects, using selector 26, one or more streams at switches 22a, . . . , 22n,** and multicasts the selected streams to all SITES. (See FIG. 2B) Third, each end-point SITE multicasts

. . .

be multicast to multiple SITES. **That is, a single selection for the entire audio section 15 can receive all SITE audio and can control multiple switches 14,** the output of which is multicast to all SITES. In this mode, each end-point SITE must automatically ignore its own transmitted stream. Also,



FIG. 2B

*Botzko at 6:4-14, 5:63-67, Fig. 2B*

# Botzko Renders Claims 2 and 3 Obvious





*Botzko at Fig. 2B*

# Botzko Renders Claims 2 and 3 Obvious

## UNDER PALTALK'S POSITION THAT "NOT INCLUDING" = "REMOVING"



FIG. 2A

many sites are connected). This allows the loudest speaker to hear the two next loudest speakers, and the second loudest speaker to hear the loudest speaker and the third loudest speaker. The third loudest speaker hears a mix of the two loudest speakers. Everyone else hears a mix of the three loudest speakers. Note that since "triple-talk" is even rarer

*Botzko at 8:19-24, Fig. 2A*

# Botzko Renders Claims 2 and 3 Obvious

**2.** The method of claim **1**, further comprising the step of:

before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

**3.** The method of claim **1**, further comprising the step of:

before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packet said packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

DDX-7.41

# Claims 4 and 5 Were Obvious

4. The method of claim 1, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

5. The method of claim 1, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.

DDX-7.42

# Claims 4 and 5 Were Obvious

## '858 Patent, Claims 4 and 5
### JUNE 2000

**4.** The method of claim **1,** wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**5.** The method of claim **1,** wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.

## Botzko Patent
### SEPT. 1997

Some end-point SITES are able to receive more than one audio stream, and perform their own local mixing. Using

processors in FIG. 2. The audio processor **14′c** operates as a mixer, and is adapted to operate with, for example, end-point SITES that can receive only one audio stream. I



*Botzko at 5:39-40, 6:48-50, Fig. 1*

# Claims 4 and 5 Were Obvious

## '858 Patent, Claims 4 and 5
### JUNE 2000

## Rosenberg
### MAY 1998

**4.** The method of claim **1**, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**5.** The method of claim **1**, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.



```
Internet Engineering Task Force                    AVT  Working Group
Internet Draft                          J.Rosenberg, H.Schulzrinne
draft-ietf-avt-aggregation-00.txt            Bell Labs/Columbia U.
May 6, 1998
Expires: November 6, 1998


              An RTP Payload Format for User Multiplexing
```

*Rosenberg at 1*

DDX-7.44

# Claims 4 and 5 Were Obvious

## '858 Patent, Claims 4 and 5
### JUNE 2000

**4.** The method of claim **1**, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**5.** The method of claim **1**, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.

## Rosenberg
### MAY 1998



Figure 1: Internet telephony gateway architecture

ent pair of users. Gateways can signal calls using SIP [1], H.323 or proprietary signalling protocols. Media data is transported via a separate RTP [2] session for each user.

itself. The multiplexing protocol can make use of whatever encryption and authentication schemes are present in RTP, SIP, H.323 or other relevant protocols.

*Rosenberg at 2, 8*

# A Person of Ordinary Skill Would Have Been Motivated to Combine the Teachings of Botzko and Rosenberg

### Botzko's Patent
**SEPT. 1997**

### Rosenberg
**MAY 1998**



FIG. 2

This memo describes an RTP payload format for multiplexing data from multiple users into a single RTP packet. Such multiplexing is especially useful for transporting voice data between Internet telephony gateways. It causes significant reductions in header overheads and improves scalability.

A further benefit of multiplexing is a potential reduction in packetization delays. Most Internet telephony applications use fairly large packetization delays, mainly for the purpose of raising the size of the payloads to increase efficiency. However, if multiplexing is performed, the packet payload increases. This would allow smaller packetization delays to be used as the number of multiplexed users increases.

*Botzko at Fig. 2, Rosenberg at 1-3*

DDX-7.46

# Botzko + Rosenberg Renders Claims 4 and 5 Obvious

**4.** The method of claim **1**, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**5.** The method of claim **1**, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.

DDX-7.47

# The '858 Patent Asserted Claims are Invalid

All asserted claims would have been <u>obvious</u> to a person of ordinary skill.

The specification provides <u>no description</u> of "removing" packets from a multiplexed stream or combined packet.

DDX-7.48

# The '858 Patent Asserted Claims are Invalid

All asserted claims would have been **obvious** to a person of ordinary skill.

The specification provides **no description** of "removing" packets from a multiplexed stream or combined packet.

# Written Description Requirement

The patent specification **must describe** the claimed invention in sufficient detail to show that the inventor actually invented what is claimed.

DDX-7.50

# No Support for "Removing" Step in Claims 2 and 3



**NO MENTION OF:**

- **"remove"**
- **"removing"**
- **"removed"**

- **modifying "multiplexed stream" or "combined packet" in <u>any way</u>**



**ALLEGED INVENTION**

2. The method of claim 1, further comprising the step of:
before sending said multiplexed stream to one of said first subset of the plurality of clients, ==removing from said multiplexed stream said packets of audio data== received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

3. The method of claim 1, further comprising the step of:
before sending said combined packet to one of said second subset of the plurality of clients, ==removing from said combined packet said packets of audio data== received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

# Paltalk's Theory: "Not Including"

390.    Removal of audio data is addressed when the '858 Patent explains, "In step 314, active speaker audio data for each and every active speaker is multiplexed. However, as will be apparent to those skilled in the relevant art(s), if party j is an active speaker, step 314 will not include party j's own audio data in the multiplexed packets. This is, in essence, an echo suppression function so that party j will not 'hear themselves speak.'" '858 Patent at 5:46-52. The same disclosure is made with respect to non-mixing clients and combined packets. *Id.* at 5:53-65.



**VIJAY MADISETTI**
**Paltalk's Expert -**
**Validity**

*Madisetti Suppl. Rpt. ¶ 390*
*'858 Patent at Fig. 3*



DDX-7.52

# The Claims Require "<u>Removing</u>" Packets from the "Multiplexed Stream" or "Combined Packet"

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

2. The method of claim 1, further comprising the step of: before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

3. The method of claim 1, further comprising the step of: before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packet said packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

DDX-7.53

All <u>asserted claims are invalid</u> because they would have been <u>**obvious**</u> to a person of ordinary skill.

<u>Claims 2 and 3 are also invalid</u> because there is <u>no written description</u> of the claimed "removing."