# Exhibit 11

# Dean Willis
# Direct Examination

*Paltalk Holdings, Inc. v. Cisco Systems, Inc.*

August 27-28, 2024

Case No. 6:21-cv-00757

DDX-4.1

# Education & Work Experience



- B.S. in Computer Science
- Masters of Computer Science

Paranet



DynamicSoft





# Professional Organizations



SIP-WG







DDX-4.4

# Opinions Provided

## Non-Infringement

## Technical Analysis of Damages Issues

DDX-4.4

# Evidence Relied On

- My personal experience and expertise

- Webex documents and source code

- '858 patent and its prosecution history

- Paltalk's infringement allegations

- Industry standards, relevant patents, and industry journals

# Public Service Telephone Network (PSTN)



Traditional audio conferencing involved a central conferencing server which hosted an audio conference. Participants would use their telephones and dial in to the conferencing server over the Public Service Telephone Network (PSTN) (also called the Plain Old Telephone System (POTS)).

PX-016 ('858 Patent) at 1:20-25

# Voice Over Internet Protocol (VoIP)



In recent years, the possibility of transmitting voice (i.e., audio) over the worldwide public Internet has been recognized. Voice over IP (VoIP) began with computer scientists experimenting with exchanging voice using personal computers (PCs) equipped with microphones, speakers, and sound cards.

PX-016 ('858 Patent) at 1:40-45

DDX-4.6

# Echo Suppression



However, as will be apparent to those skilled in the relevant art(s), if party j is an active speaker, step **314** will not include party j's own audio data in the multiplexed packets. This is, in essence, an ==echo suppression== function so that party j will not "hear themselves speak."

PX-016 ('858 Patent) at 5:48-52

DDX-4.8

# Summary of Non-Infringement Opinions

Claim 1:    **NOT INFRINGED**

Claim 2:    **NOT INFRINGED**

Claim 3:    **NOT INFRINGED**

Claim 4:    **NOT INFRINGED**

Claim 5:    **NOT INFRINGED**

# '858 Patent, Claim 1

1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers

(3) determining that a first subset of the plurality has the capability to mix multiple audio stream

(4) determining that a second subset of the plu clients does not have the capability to mix audio streams;

(5) multiplexing said packets of audio data recei each client on said active speakers list into plexed stream;

(6) sending said multiplexed stream to each of subset of the plurality of clients;

(7) mixing said packets of audio data received fr client on said active speakers list into one co packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

DDX-4.1



In step **314**, control flow **300** multiplexes (by employing mix/mux **208**) the audio stream data (stored on retriever **206**) for all k active speakers. In step **314**, active speaker audio data for each and every active speaker is multiplexed.

PX-016 ('858 Patent) at 5:44-47

# '858 Patent



the invention. Thus the present invention should not be limited by any of the above-described exemplary embodiments, but should be defined only in accordance with the following claims and their equivalents.

PX-016 ('858 Patent) at 7:50-54

DDX-4.12

# '858 Patent, Claim 1

**1**. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from **each** of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from **each** client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to **each** of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from **each** client on said active speakers list into one combined packet; and

(8) sending said combined packet to **each** of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

DDX-4.14

6          THE COURT:  Thank you.  You may be

7    seated.

8              So here are my rulings.  I'm going to

9    start with the first motion we had.  I'm going to find

10   that the plain and ordinary meaning of "each" -- "each"

11   has a plain and ordinary meaning which can include one

12   or more.

*June 30, 2023 Transcript*

DDX-4.14

DDX-4.15

# Summary of Non-Infringement Opinions

Claim 1:     **NOT INFRINGED**

Claim 2:     **NOT INFRINGED**

Claim 3:     **NOT INFRINGED**

Claim 4:     **NOT INFRINGED**

Claim 5:     **NOT INFRINGED**

# '858 Patent, Claim 1

1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams;

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

(5) multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream;

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

# '858 Patent, Claim 1 — Not Infringed

1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list

(3) determining that a first subset of the plurality of has the capability to mix multiple audio stream

(4) determining that a second subset of the plu clients do not ~~~~~~~~~~~ mix audio str

(5) multiple ~~~~~~~~ receiv each clie ~~~~~~~~~~~~~~ into plexed st

**NOT INFRINGED**

(6) sending said multiplexed stream to each of s subset of the plurality of clients;

(7) mixing said packets of audio data received fr client on said active speakers list into one packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

(5) multiplexing said packets of audio data received from <u>each</u> client on said active speakers list into a multiplexed stream;

(6) ~~sending said multiplexed stream to each of said first subset of the plurality of clients;~~

DDX-4.17

# '858 Patent, Claim 1

**1.** A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients d... ...mix multiple audio str...

**NOT INFRINGED**

(5) multiple... receiv... each clie... ...into plexed st...

(6) sending said multiplexed stream to each of s... subset of the plurality of clients;

(7) mixing said packets of audio data received fr... client on said active speakers list into one c... packet; and

(8) sending said combined packet to each of sai... subset of the plurality of clients;

whereby said plurality of clients can simultaneou... ticipate in a single audio conference applicati...

(7) mixing said packets of audio data received from <u>each</u> client on said active speakers list into one combined packet; and

(8) sending said combined packet to <u>each</u> of said second subset of the plurality of clients;

# '858 Patent, Claim 1 — Not Infringed

**1.** A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients d... ...mix multiple audio str...

**NOT INFRINGED**

(5) multiple... ...receiv... each clie... ...into... plexed st...

(6) sending said multiplexed stream to each of s... subset of the plurality of clients;

(7) mixing said packets of audio data received fr... client on said active speakers list into one c... packet; and

(8) sending said combined packet to each of sai... subset of the plurality of clients;

whereby said plurality of clients can simultaneou... ticipate in a single audio conference applicati...

(7) mixing said packets of audio data received from <u>each</u> client on said active speakers list into one combined packet; and

(8) sending said combined packet to ~~each~~ of said second subset of the plurality of clients;

# Webex Does Not Infringe Claims 1-5

**1.** A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:

(1) receiving an audio packet from each of the plurality of clients;

(2) determining which of the plurality of clients is an active speaker and forming an active speakers list;

(3) determining that a first subset of the plurality of clients has the capability to mix multiple audio streams;

(4) determining that a second subset of the plurality of clients d̶͟o̶͟e̶͟s̶ ̶n̶͟o̶͟t̶ mix multiple audio str̶e̶a̶m̶s̶

(5) multiple̶x̶i̶n̶g̶ ̶s̶a̶i̶d̶ received from each clie̶n̶t̶ ̶o̶n̶ ̶s̶a̶i̶d̶ into a multiplexed st̶r̶e̶a̶m̶

**NOT INFRINGED**

(6) sending said multiplexed stream to each of said first subset of the plurality of clients;

(7) mixing said packets of audio data received from each client on said active speakers list into one combined packet; and

(8) sending said combined packet to each of said second subset of the plurality of clients;

whereby said plurality of clients can simultaneously participate in a single audio conference application.

**2.** The method of claim **1**, further comprising the step of:

before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list.

**NOT INFRINGED**

**3.** The method of claim **1**, further comprising the step of:

before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packet said packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list.

**NOT INFRINGED**

**4.** The method of claim **1**, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP).

**NOT INFRINGED**

**5.** The method of claim **1**, wherein at least one of said second subset of the plurality of clients is using a telephone and the H.323 protocol.

**NOT INFRINGED**

DDX-4.20

# Technical Opinions Related to Damages

Non-infringing alternatives

Analysis of Dr. Schaefer's technical valuation of the allegedly infringing functionality

Analysis of Dr. Schaefer's feature analysis

Technically comparable licenses

# Alternatives

1. Sending only one active speaker's audio to clients at a time

**100** hours
Cost: Approx. $10,000-$20,000

2. Send all user's mixed audio

**500** hours
Cost: Approx. $50,000-$100,000

# Dr. Schaefer Overstates the Value of the '858 Patent

'858 (not equal to) the ability to include both PSTN and VoIP devices on one conference

DDX-4.24

# Dr. Schaefer Overstates the Value of the '858 Patent

Patent only applicable when there are more than two devices/users

'858 patent only applicable when there is more than one person speaking



*Willis 10/27/2022 Report at ¶ 300*

# "Key Features" Identified by Dr. Schaefer

- Global Access

- Scalability/Conference Size

- Conference Management

- Compatibility With Other Webex Products

- Support for Webex Audio (Hybrid Audio) Meeting

- Remaining Features

DDX-4.27

# Features Not Addressed by Dr. Schaefer

- Webex Automatic Gain Control
- Webex Noise Removal
- Optimize for My Voice
- Webex Spatial Audio
- Webex Beamforming Microphones
- Webex Full-Band Audio
- Language Translation
- Transcribing Meeting

# Corrections to Shaefer's Technical Apportionment

| Feature Set | Technical Weight | % Attributable to the Patent-in-Suit | Relative Contribution |
|---|---|---|---|
| Support for Webex Audio (Hybrid Audio) | 17.0% | 25.0% | 4.3% |
| Global Access | 17.0% | 0% | 0% |
| Scalability and Conference Size | 17.0% | 25.0% | 4.3% |
| Conference management | 17.0% | 11.0% | 1.9% |
| Compatibility with other Webex Products | 16.0% | 0% | 0% |
| Remaining Features | 16.0% | 0% | 0% |
| **Total** | **100.0%** | | **10.4%** |

# Meetrix License



# Conclusion

Webex does not infringe
Claims 1-5 of the '858 Patent

Dr. Schaefer overstates
the value of the '858 Patent

# '858 Patent



## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

PX-016 ('858 Patent) at 3:36-37

# Echo Suppression



However, as will be apparent to those skilled in the relevant art(s), if party j is an active speaker, step **314** will not include party j's own audio data in the multiplexed packets. This is, in essence, an echo suppression function so that party j will not "hear themselves speak."

PX-016 ('858 Patent) at 5:48-52

