# Exhibit 12



# Softarmor Systems

## Softarmor Systems's History

The softarmor.com web site was launched by founder Dean Willis in 1998 to serve as a repository for work related to the standardization of SIP. It continues to serve in this capacity, as well as supporting the operations of several other working groups and related organizations, some "behind the scenes" with issue trackers and wiki support. Softarmor's infrastructure provided e-mail and testing support for numerous participants and experiments in the field over the years.

Softarmor Systems LLC formed as a Texas-based legal entity in 2007 in order to more effectively deliver consulting services to the industry. Since that time, we have operated at almost full capacity, primarily providing technical consulting services to attorneys engaged in patent defense cases related to VoIP. Our client list is confidential.



> Since that time, we have operated at almost full capacity, primarily providing technical consulting services to attorneys engaged in patent defense cases related to VoIP.



# Softarmor Systems

## Softarmor Systems's Mission

The misson of Softarmor Systems LLC is to serve and protect the Internet community through active participation in the development of standards, the promotion of best practices, training, education, the development of defensive intellectual property, and the invalidation of intellectual property used offensively.

When it comes to patent wars, a well-armed society is a polite society.



the development of defensive intellectual property, and the invalidation of intellectual property used offensively.



**Softarmor Systems**

---

**Softarmor Systems's Mission**

The misson of Softarmor Systems LLC is to serve and protect the Internet community through active participation in the development of standards, the promotion of best practices, training, education, the development of defensive intellectual property, and the invalidation of intellectual property used offensively.

When it comes to patent wars, a well-armed society is a polite society.

---



When it comes to patent wars, a well-armed society is a polite society.

# Willis: Day 2 Transcript at 670:12-02

```
12      Q.    Okay.  Mr. Willis, what is your understanding
13   of this plain and ordinary meaning of "each"?  Where
14   does that come from?
15      A.    Well, I have the plain and ordinary meaning of
16   someone who's been speaking English for 60 years, and I
17   do a lot of technical discussion and standards work.
18   So we're pretty cognizant of the meaning of words and
19   of this sort that limit or explain things that apply to
20   this whole exercise of explaining how things work.
```

# Willis on LinkedIn




# Willis Supplemental Report ¶ 75

75.     The specification and claim language of the '858 Patent indicates that the inventors intended for the term "each" to have its plain and ordinary meaning of "all" or "every." For instance, the specification state: "In step 314, active speaker audio data for each and every active speaker is multiplexed." '858 Patent at 5:44–47. This indicates to me that the inventors intended for the term "each" to be synonymous with "every"—it wouldn't make sense to say that audio date for "one or more" and every active speaker is multiplexed. Throughout the patent, the inventors used the terms "one," "one or more," "less than all," etc. And that indicates to me that if they had wanted to claim something less than all or every, they would have used those terms.