# Exhibit 14



**Dean Willis**

Cisco's Technical Expert on Infringement

Trial Tr. 761:6-11

Q. And different patents cover different things. You would agree with me that different patents, one could be much more valuable than others, correct?

*A. Yes, sir.*

1

# Belcher on Mediatone



Aaron Belcher

Principal Engineer
Cisco Corporate Rep.

Trial Tr. 611:1-18

Q. We're not going to go super far into it, but you would agree with me that this document does not discuss or use the word "multiplexing," correct, sir? It's not really a memory test, but...

A. *It uses the word "switch," which sometimes people can synonym from it, but it doesn't use the word "multiplex."*

Q. So we can agree it does not say multiplexing, correct, sir?

A. *It does not say multiplex.*

Q. Thank you, sir. And this document that we -- that you discussed with your counsel, it does not discuss active speakers, does it, sir?

A. *Correct.*

Q. And it also does not discuss the word "hybrid audio" in fact, does it?

A. *No.*

# Amit Barave Testimony



Amit Barave

VP of Product Management
Cisco Corporate Rep.

Trial Tr. 518:25-519:17

Q. But as you sit here today, you can't tell me in 2018 what the percentage was, right?

A. *I cannot right now. But if I remembered it, like at some points in 2015 or '16 or '17, I would be able to give those numbers based on having looked at that data for about a year during those times.*

Q. I understand. And really what we're trying to figure out is is this something we can tell the jury today. Because as I understand it, what you've told us is that it was 2024 -- beginning of this year, it was 18 percent. In 2022, it was 24 percent?

A. *Yep.*

Q. And we can't know if in 2016 or '17 it was 40 percent, 35 percent. We don't have the data for that as we sit here today?

A. *We don't have that data today.*

3

# % of Calls That Had Both a Phone User and a Computer User



# Amit Barave Testimony



Amit Barave

VP of Product Management
Cisco Corporate Rep.

Trial Tr. 513:16-514:10

Q. And it's -- Cisco does not have any data for 2020 usage data?

A. *We do not have it available anymore.*

Q. Cisco does not have usage data for 2019?

A. *Correct. So past the 13 months from 2019, Cisco has not had it.*

Q. And the same for 2018 and 2017 and 2016 and 2015, when the damages period started in those – in this case. For all of those years, Cisco has no data; is that correct?

A. *It would be correct for all of those time periods Cisco would have had the data for 13 months.*

Q. So if we wanted to today go look at the data from 2015 to 2021 -- and you've kept -- and you've shown us the 2021 data or you've talked about it – we would not be able to see any data between 2015 and 2021; is that correct?

A. *That's correct. We would not be able to see it today.*

5

# Amit Barave Testimony



Amit Barave

VP of Product Management
Cisco Corporate Rep.

Trial Tr. 531:12-22

Q. Mr. Barave, you were asked by your counsel that your basis for what usage might have been back in 2015 would have been based on having looked at the data in 2015. But you can't, as you sit here today, tell us what that data says, can you?

A. *Not beyond what I remember.*

Q. You can't tell us what percentage of meetings had PSTN and VoIP users like all the other data we've seen. You can't tell us that?

A. *I cannot.*

6

# Alternatives

1. Sending only one active speaker's audio to clients at a time

   **100** hours
   Cost: Approx. $10,000–$20,000

2. Send all user's mixed audio

   **500** hours
   Cost: Approx. $50,000–$100,000

DDX-4.22

# Cisco's Corporate Representative on Webex Audio Finances



Steven Boyles

Cisco's Corporate Representative

Boyles Tr: 54:11-18

"What we know is that there are product families that are specific to audio. In that, the audio portion of the transaction is going to be broken out and separately attributed to audio as well as the Meetings portion or other aspects would be separately broken out."

8

# Cisco's Corporate Representative on Webex Audio Finances



Steven Boyles

Cisco's Corporate Representative

Boyles Tr: 112:1-10

Q. My question is: Does Cisco track revenue at a more granular level than that like with respect to revenue from Webex Events, Webex Calling? Do you know the answer to that question?

A. *Well, the information in Exhibit 16 and related exhibits is the most granular level you could imagine reporting this information. It's not only is it by product; sometimes it's by elements of a product.*

9

# Mr. Willis



Dean Willis

Cisco's Technical Expert on Infringement

Trial Tr. 761:12-19

Q. And by the way, the 420 patents that you discussed and the subcategories listed on your slide that you showed earlier, you didn't look at those patents, did you?

**A. Not all of them, sir.**

Q. That was told to you by someone at Cisco, correct?

**A. That's correct.**



James Bress

Cisco's Technical Expert on Validity

Trial Tr. 868:4-8

Q. You are not offering any opinion whatsoever that some version of Webex or any Cisco product or any Webex product invalidates the '858 patent, true?

*A. Yeah. I've done no invalidity analysis with regard to Webex products. That's true.*