# Exhibit 15

# Paltalk Closing Argument

*Paltalk v. Cisco*

August 29, 2024



# Dr. Scott Schaefer



 Professor and Head of Computer Science & Engineering Department

 M.S. and Ph.D., Computer Science

 B.S., Computer Science and Mathematics

 Distinguished Achievement Award for Teaching

 Member of DARPA Computer Science Study Panel

 Visiting Researcher at Microsoft Research

 Worked at SwRI on Algorithms for the U.S. Navy

 Research Led to Advancements in Graphics Cards

 Advanced Animation Methods in Pixar Movies

2

# Actual Internal Cisco Documentation



**PX144**



**PX37**



**PX62**

## Webex Teams | Switch Between Grid and Active Speaker Layout During a Meeting

During a Webex Teams meeting in a space, you can switch between two video-only layouts anytime that content isn't being shared. Use the grid layout to see more participants at the same time and switch to the active speaker layout when you want to focus on the person speaking.



**PX228**

3

# Actual Internal Cisco Documentation



**PX154**

- Some Data consolidation post processing steps should be considered for further releases;
- The telephony data will be recorded on demand, from telephony service;
- The audio (VoIP) and video information will be recorded on demand from MCS server.
- WebEx player will provides interactive capabilities:
  - Interactive Table of meeting's contents – user can jump on the beginning of the slides and application's share.
  - User can jump within the recorded slide and application share, interrupt replay, and start it over from the beginning.
- Mixing of VoIP and PSTN audio is performed on Client Side.

**PX86**

## MMP->CMS Packet Format

(1) Standard RTP packets: each stream has its own SSRC, seqno, timestamp

(2) When active streams switch, make sure the ssrc is different and the previous stream is ended (silence marker if possible)



multiple streams over single port/connection

CMS need de-mux into individual streams up to max three streams.

**PX154**

### 3.2.5 VoIP Source Selection and Microphone Control

In a VoIP conference, the host is responsible for choosing N VoIP sources for the conference, where N is a configured parameter and is set to 2. The chosen VoIP sources are subscribed by each client. Audio mixing is performed at the client.

Notice that while N is currently assumed to be 2, the design should allow easy change of N in the future. However, the current UI also allows the half-duplex option where there is only one microphone.

Since VoIP sources are chosen at the conference level, they should be managed as such so that when there is a change of VoIP sources, the VoIP sources are changed automatically without requiring the clients to un-subscribe and re-subscribe to the chosen VoIP sources.

For microphone control, a manual method is implemented that allows the host to assign a microphone to an attendee and to take a microphone back. [In the future, some automatic methods of microphone control may be considered to avoid the embarrassing situation of the host having to choose a person to take the microphone away when N > 2.]

The host always keeps one microphone, except in the half-duplex case. The half-duplex case has only one microphone. The UI on each client will display who have the microphones.

**PX26**

## '858 Patent, Claim 1

| Claim Language | Cisco Webex |
|---|:---:|
| **1. A method of providing audio conferencing for a plurality of clients using varying equipment and protocols, comprising the steps of:** | ✔ |
| (1)  receiving an audio packet from each of the plurality of clients; | ✔ |
| (2)  determining which of the plurality of clients is an active speaker and forming an active speakers list; | ✔ |
| (3)  determining that a first subset of the plurality of clients has the capability to mix multiple audio streams; | ✔ |
| (4)  determining that a second subset of the plurality of clients does not have the capability to mix multiple audio streams; | ✔ |
| (5)  multiplexing said packets of audio data received from each client on said active speakers list into a multiplexed stream; | ✔ |
| (6)  sending said multiplexed stream to each of said first subset of the plurality of clients; | ✔ |
| (7)  mixing said packets of audio data received from each client on said active speakers list into one combined packet; and | ✔ |
| (8)  sending said combined packet to each of said second subset of the plurality of clients; | ✔ |
| whereby said plurality of clients can simultaneously participate in a single audio conference application. | ✔ |

## '858 Patent, Claims 2-5

| Claim Language | Cisco Webex |
|---|:---:|
| 2. The method of claim 1, further comprising the step of: before sending said multiplexed stream to one of said first subset of the plurality of clients, removing from said multiplexed stream said packets of audio data received from said one of said first subset of the plurality of clients when said one of said first subset of the plurality of clients is on said active speakers list. | ✓ |
| 3. The method of claim 1, further comprising the step of before sending said combined packet to one of said second subset of the plurality of clients, removing from said combined packets of audio data received from said one of said second subset of the plurality of clients when said one of said second subset of the plurality of clients is on said active speakers list. | ✓ |
| 4. The method of claim 1, wherein at least one of said first subset of the plurality of clients is using PC-based equipment and the Session Initiation Protocol (SIP). | ✓ |
| 5. The method of claim 1, wherein at least one of said second subset of the plurality of clients is using a telephone equipment and the H.323 Protocol. | ✓ |

## Cisco Agrees Webex Multiplexes and Webex Mixes



**Nathan Buckles**

Distinguished Engineer
Cisco Corporate Rep.

Trial Tr. 575:14-20

Q. And I had some other questions, but I think we're in agreement, you agree ==Webex multiplexes==, right?

**A.  *I do, sir.***

Q. It -- and for some clients it ==mixes audio==, correct?

**A.  *That's correct.***

7

## Cisco Agrees Webex Has Active Speakers and Active Speaker Lists



Nathan Buckles

Distinguished Engineer
Cisco Corporate Rep.

CISCO

Trial Tr. 576:1-14

Q.  Okay. And you'll agree that ==Webex has active speakers==, correct?

*A.  Yes, sir.*

Q. ==Active speaker lists==?

*A.  Yes.*

8

## Cisco Agrees Webex Meetings Capable of Determining



Nathan Buckles

Distinguished Engineer
Cisco Corporate Rep.

Trial Tr. 151:20-24

Q. Can you confirm, sir, that ==Webex Meetings is capable of determining==, in at least some instances, ==which clients have the capability to mix multiple audio streams and which do not==?

*A. Yeah. In some but not all instances.*

9

## Cisco's Expert Mostly Agrees With Dr. Schaefer



Dean Willis

Cisco's Technical Expert on Infringement

Trial Tr. 742:18-743:1

Q. Other than Element [6] and Element [8] of Claim 1, you have not offered any testimony to this jury disputing or claiming that Webex doesn't perform those elements, correct?

**A. *That is correct.***

Q. Okay. Would you agree that you and Dr. Schaefer agree on most points about how Webex operates?

**A. *I'd say there's a majority there, sir. Yes.***

10

# Did Not Testify About Source Code or Internal Cisco Documents



**Aaron Belcher**

Q. And in your testimony just now, you <mark>did not show</mark> the jury any <mark>source code</mark>, correct, sir?

***A. Correct.***

Trial Tr. 613:8-11

 



**Amit Barave**

***A. The documents that I presented to the jury are not technical documents….***

Q. <mark>You didn't talk about any Cisco source code</mark> during your testimony today?

***A. I did not.***

Trial Tr. 508:10-15

 



**Nathan Buckles**

Q. And in your presentation to the jury today, <mark>you didn't show us any source code, you didn't show us any Webex documentation</mark>, did you?

***A. No, sir.***

Trial Tr. 575:10-13

 



**Dean Willis**

Q. <mark>You did not testify about any</mark> of the many, many <mark>Cisco technical documentation</mark> documents that Dr. Schaefer went over in his testimony, did you?

***A. No.***

Q. And you <mark>didn't address the majority</mark> of the plaintiff's exhibits <mark>of source code</mark> discussed by Dr. Schaefer for hours and hours, did you?

***A. No, I did not.***

Trial Tr. 729:20-730:3

11

## Cisco Engineers Have Access



Nathan Buckles

Distinguished Engineer
Cisco Corporate Rep.

Trial Tr. 575:2-13

Q.   But as a distinguished engineer, ==you have access to the source code of Webex==, right?

*A.   That's correct.*

Q.   ==You have access to the documentation about Webex==, correct?

*A.   That's correct.*

Q.   And in your presentation to the jury today, ==you didn't show us any source code, you didn't show us any Webex documentation==, did you?

*A.   No, sir.*

# Cisco's "Evidence"






**No Cisco Technical Documents**


**No Source Code**

## Cisco's Expert



Dean Willis

Cisco's Technical Expert on Infringement

Trial Tr. 760:25-761:5

Q. You've cited -- you say there are like 420 patents relating to Webex, correct?

*A. That's true, sir.*

Q. That's not a defense to infringing this patent, is it?

*A. No, sir.*

14

## Jury Instruction No. 2: Evidence

The evidence you are to consider consists of the testimony of the witnesses here at trial or at a deposition that will be presented to you, the documents and exhibits that I will admit into evidence, and any facts the lawyers agreed or stipulated to. You are to apply any fair inferences and reasonable conclusions you draw from the facts and circumstances that you believe have been proven.

Nothing else is evidence. The statements, arguments, and questions by the attorneys are not evidence. Objections to questions are not evidence. The attorneys that are seated in front of you may object if they believe that documents or testimony that is attempted to be offered into evidence is improper under the rules of evidence. My legal rulings are not evidence. My comments and questions are not evidence. The notes taken by any juror are not evidence.



# Person of Ordinary Skill in the Art


Bachelor's degree in computer science, computer engineering, or a related field




Two years of experience in field of communications and networking.


POSITA












17

## Dr. Schaefer



Dr. Scott Schaefer

Infringement Expert

Trial Tr.199:5-10

Q. And did you -- how did you bring your expertise as an expert in the field as a computer scientist to bear as you interpreted this patent?

*A. Yeah. I used my experience in field when I was reading this patent and interpreting the terms of the patent.*

18

## Mr. Willis Omits How the Patent Claims Use the Term "each"



In step **314**, control flow **300** multiplexes (by employing mix/mux **208**) the audio stream data (stored on retriever **206**) for all k active speakers. In step **314**, active speaker audio data for each and every active speaker is multiplexed.

*PX-016 ('868 Patent) at 5:44–47*

# Mr. Willis Omits How the Patent Claims Use the Term "each"



In step **314**, control flow **300** multiplexes (by employing mix/mux **208**) the audio stream data (stored on retriever **206**) for all k active speakers. In step **314**, active speaker audio data for each and every active speaker is multiplexed. However, as will be apparent to those skilled in the relevant art(s), if party j is an active speaker, step **314** will not include party j's own audio data in the multiplexed packets. This is, in essence, an echo suppression function so that party j will not "hear themselves speak."

*PX-016 ('868 Patent) at 5:44-52*

## Court's Construction of Each

```
 6                    THE COURT:   Thank you.   You may be
 7   seated.
 8                    So here are my rulings.   I'm going to
 9   start with the first motion we had.   I'm going to find
10   that the plain and ordinary meaning of "each" -- "each"
11   has a plain and ordinary meaning which can include one
12   or more.
```

June 30, 2023 Transcript

21

## Jury Instruction No. 15: Patent Claims

You should not take my definition of the language of the claims as an indication that I have a view regarding how you should decide the issues you are being asked to decide. For any words in the claims for which I have not provided you a definition, you should apply the ordinary meaning of those terms in the field of the patent. Patent claim terms are given the plain and ordinary meaning of those terms as understood by one of ordinary skill in the art. This means that claims are read and understood by a person with skill in the field of the patent in light of the patent's specification and prosecution history.

My claim constructions are as follows:

| Claim Term | Court's Claim Construction |
|---|---|
| "each"<br><br>'858 claim 1 | each has a plain and ordinary meaning which can include one or more |

## Cisco's Expert On Cross Admits Infringement



Dean Willis

Cisco's Technical Expert on Infringement

CISCO

Trial Tr. 738:3-18

Q. Okay. And so you're not saying, are you, that the term "each" cannot mean "one or more." You're not saying that, are you?

***A. No. I'm not.***

Q. And so you would agree with me that the term "each" can mean "one or more," right?

***A. I so agree.***

23

## Cisco's Expert On Cross Admits Infringement



Trial Tr. 791:16-792:19

Q. <mark>And read together</mark>, the sentence beginning in Step 314 and the sentence beginning "however," suggests that even though under this patent, active speaker audio data for each and every active speaker will be multiplexed, someone skilled in the art would just -- would understand that even that concept of "each" and "every" would still account for the fact that an active speaker would not receive back his own audio data. Is that a fair interpretation of those two sentences?

A. *Roughly, yes.*

Q. <mark>So the concept of "each" and "every" accounts for the fact that some audio, i.e., the audio of an active speaker, will be not included in the multiplexed packet going back to the -- to an active speaker, right?</mark>

A. <mark>*I believe that is supported teaching there, yes, in general.*</mark>

## Jury Instruction No. 3: Witnesses And Witness Credibility

You alone are to determine the questions of credibility or truthfulness of the witnesses.

In weighing the testimony of the witnesses, you may consider the witness's manner and demeanor on the witness stand, any feelings or interest in the case, or any prejudice or bias about the case, that he or she may have, and the consistency or inconsistency of his or her testimony considered in the light of the circumstances. For instance, has the witness been contradicted by other credible evidence? Has he or she made statements at other times and places contrary to those made here on the witness stand? You must give the testimony of each witness the credibility that you think it deserves.

# Buckles Had Not Seen key Document



Nathan Buckles

Distinguished Engineer
Cisco Corporate Rep.



Trial Tr. 582:21-583:9



**PX213**

Q.   And is it fair to say you never saw this document until Cisco's lawyers showed it to you recently?

*A.   That's correct.*

Q.   And did you discuss what testimony you'd be giving about this document?

*A.   Yes. We did.*

26

## Cisco Relies on Data that Does Not Exist



Amit Barave

VP of Product Management
Cisco Corporate Rep.

Trial Tr. 518:25-519:17

Q. And we can't know if in 2016 or '17 it was 40 percent, 35 percent. We don't have the data for that as we sit here today?

**A. *We don't have that data today.***

27

## Kindler Did Not Ask the Questions



Lauren Kindler

Cisco's Damages Expert

- Did not analyze the features of Webex

- Relied on "data" that does not exist

- Relied on license from the Meetrix case but never asked Cisco or Mr. Willis, the expert in that case

- Did not ask about the details of any Cisco patents

- Ignored necessity of hybrid audio function

28



the development of defensive intellectual property, and the invalidation of intellectual property used offensively.

When it comes to patent wars, a well-armed society is a polite society.

## Jury Instruction No. 12: Preponderance Of The Evidence

Paltalk has the burden of proving patent infringement and damages by a preponderance of the evidence.

A preponderance of the evidence means to prove something is more likely than not – i.e., evidence that persuades you that a claim is more likely true than not true. Sometimes this is talked about as being the greater weight and degree of credible testimony. You may think of this preponderance of the evidence standard as slightly greater than 50%. If you find that Paltalk has failed to prove any element of its claim of patent infringement or damages by a preponderance of the evidence, then it may not recover on that claim.

Cisco does not have any burden of proof on the issues of patent infringement or damages.

# Preponderance Of The Evidence



## Verdict Form Question 1: Direct Infringement

**QUESTION 1:** Has **Paltalk** proven by a preponderance of the evidence that **Cisco** directly infringed the following claims of the Patent-in-Suit? "Yes" is a finding for **Paltalk**. "No" is a finding for **Cisco**.



The '858 Patent

Claim 1: Yes \_\_\_✓\_\_\_ No_____

Claim 2: Yes \_\_\_✓\_\_\_ No_____

Claim 3: Yes \_\_\_✓\_\_\_ No_____

Claim 4: Yes \_\_\_✓\_\_\_ No_____

Claim 5: Yes \_\_\_✓\_\_\_ No_____

## Jury Instruction No. 13: Burden Of Proof – Clear And Convincing Evidence

The ultimate burden of proof of proving by clear and convincing evidence that the Asserted Claims of Paltalk's patent are invalid is on Cisco, and this burden never shifts.

For invalidity, you must use a higher standard and decide whether the fact has been proven by clear and convincing evidence, that is, that you have been left with a clear conviction that the fact has been proven. Clear and convincing evidence is evidence so clear, direct, weighty, and convincing as to enable you to come to a clear conviction without hesitancy.

33

## Jury Instruction No. 19: Obviousness

In determining whether a claimed invention is obvious, you must consider the level of ordinary skill in the field of technology of the patent, that someone would have had, at the time the claimed invention was made, the scope and content of the prior art, any differences between the prior art and the claimed invention, as well as the ordinary knowledge of the person of ordinary skill at the time of the invention.

Do not use hindsight; consider only what was known at the time of the invention.

The existence of each and every element of the claimed invention in the prior art does not necessarily prove obviousness. Most, if not all, inventions rely on building blocks of prior art.

34

# Chronology of Systems



| | | |
|---|---|---|
| **PX9** | | May 15, 2000 |
| **PX16** | | **Application:** June 28, 2000 **Patent Approved:** January 2004 |
| **PX213** | | **Hybrid Audio Revision 1** June 2, 2007 |
| **PX154** | | February 15, 2015 |

## Cisco's Expert – Active Speaker List?

| Botzko (Fig. 3) | '858 Patent (Fig. 3) |
|---|---|



# Botzko



| | |
|---|---|
| Mixer: 30 | Multiplexed: 0 |
| Mixing: 12 | Multiplexing: 0 |
| Mixed: 11 | Multiplex: 0 |
| Mix: 11 | Any Version of "Multiplex": 0 |

# Cisco Must Prove Invalidity By Clear and Convincing Evidence



# Verdict Form Question 2: Invalidity – Obviousness

**QUESTION 2:** Has **Cisco** proven by clear and convincing evidence that the following claims of the Patent-in-Suit are invalid based on obviousness? "Yes" is a finding for **Cisco**. "No" is a finding for **Paltalk**.

The '858 Patent

Claim 1: Yes _____ No _____ ✓

Claim 2: Yes _____ No _____ ✓

Claim 3: Yes _____ No _____ ✓

Claim 4: Yes _____ No _____ ✓

Claim 5: Yes _____ No _____ ✓

## Verdict Form Question 3: Invalidity – Written Description

**QUESTION 3:** Has **Cisco** proven by clear and convincing evidence that the following claims of the Patent-in-Suit are invalid for inadequate written description? "Yes" is a finding for **Cisco**. "No" is a finding for **Paltalk**.

The '858 Patent

Claim 2: Yes _____ No\_\_✓\_\_\_\_\_

Claim 3: Yes _____ No\_\_✓\_\_\_\_\_

## 2003 Mediatone: 3 Years After '858 Patent Filed



# Cisco Added Hybrid Audio After Buying Webex for $3.2B



**HYBRID SERVER ARCHITECTURE FOR MIXING AND NON-MIXING CLIENT CONFERENCING**

**June 2000**

**Hybrid Audio Architecture Design**

**First Version**    **July 2, 2007**

### Revision History

| Version | Date | Authors | Contributors | Description | Au |
|---------|------|---------|--------------|-------------|-----|
| Rev 1.0 | Jul. 2, 07 | Paul Liu<br>Hubert Hu | Steve Chen<br>Haitao Xin | Initial Draft | |
| | | | | | |
| | | | | | |

**WebEx Confidential Information**

This document contains confidential information belonging to WebEx communications, Inc. ("WebEx"). You cannot access this document unless you are a WebEx employee and have been expressly authorized by your supervisor to have such access. You cannot disclose, copy, display, or otherwise communicate the contents of this document except to other WebEx employees who have been authorized to access the document.

**PX213**

42

# Cisco Added Hybrid Audio After Buying Webex for $3.2B



**HYBRID SERVER ARCHITECTURE FOR MIXING AND NON-MIXING CLIENT CONFERENCING**

**June 2000**



**Hybrid Audio Architecture Design**

### Revision History

| Version | Date | Authors | Contributors | Description | Au |
|---------|------|---------|--------------|-------------|-----|
| Rev 1.0 | Jul. 2, 07 | Paul Liu | Steve Chen | Initial Draft | |
| | | Hubert Hu | Haitao Xin | | |

## 1. Introduction

The hybrid audio service is a new service that this engineering release will introduce. The service will offer user the capability to join audio conference via VoIP or PSTN.

**PX213**

# Cisco's Infringing Use

# % of Calls That Had Both a Phone User and a Computer User



**DX421**

## 35 U.S.C. § 284 Patent Damages



"Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, **but in no event less than a <u>reasonable royalty</u>** for the <mark>**<u>use made of the invention by the infringer</u>**</mark>, together with interests and costs as fixed by the court."

46

## Unique Value of '858 Patent



Dean Willis

Cisco's Technical Expert on Infringement

CISCO

Trial Tr. 761:6-11

Q. And different patents cover different things. You would agree with me that different patents, one could be much more valuable than others, correct?

**A. Yes, sir.**

# Reasonable Royalty Damages



Webex Revenues

Webex Audio Revenues

Webex Audio Gross Profits

$102.6 Million

Royalties Owed (After ███ split)

PX116
PX117
DX244
DX393

**Royalties owed for use of '858 Patent = $102,581,465**

48

## Cisco's Corporate Representative on Webex Audio Finances



Steven Boyles

Cisco's Corporate Representative

CISCO

Boyles Tr: 112:1-10

Q. Does Cisco track revenue at a more granular level than that like with respect to revenue from Webex Events, Webex Calling? Do you know the answer to that question?

A. *Well, the information in Exhibit 16 and related exhibits is the most granular level you could imagine reporting this information. It's not only is it by product; sometimes it's by elements of a product.*

49

## Dr. Schaefer's Apportionment Factors Webex Audio Product

| | Technical Weight | % Attributable to the Patent-in-Suit | Relative Contribution |
|---|---|---|---|
| Hybrid Audio | 25% | 75% | 18.75% |
| Global Access | 25% | 20% | 5% |
| Scalability | 20% | 45% | 9% |
| Conference Management | 5% | 20% | 1% |
| Compatibility with other Webex Products | 10% | 0% | <1% |
| Remaining features | 15% | 0% | <1% |
| Total Contribution | | | 33.75% |



# Reasonable Royalty Damages

Webex Revenues

Webex Audio Revenues

Webex Audio Gross Profits

Royalties Owed (After ▮ split)

$102.6 Million

**Royalties owed for use of '858 Patent = $102,581,465**

PX116
PX117
DX244
DX393

51

## Verdict Form Question 4: Damages

**QUESTION 4**: If you found any Asserted Claim of the '858 Patent both infringed and not invalid, what is the amount of damages that **Paltalk** has proven by a preponderance of the evidence that it is entitled to for **Cisco's** infringement of the Asserted Claims of the Patent-in-Suit?

$_____102,581,465_____

# Court's Construction of Each

```
 6                    THE COURT:   Thank you.   You may be
 7    seated.
 8                    So here are my rulings.   I'm going to
 9    start with the first motion we had.   I'm going to find
10    that the plain and ordinary meaning of "each" -- "each"
11    has a plain and ordinary meaning which can include one
12    or more.
```

June 30, 2023 Transcript

## Jury Instruction No. 15: Patent Claims

You should not take my definition of the language of the claims as an indication that I have a view regarding how you should decide the issues you are being asked to decide. For any words in the claims for which I have not provided you a definition, you should apply the ordinary meaning of those terms in the field of the patent. Patent claim terms are given the plain and ordinary meaning of those terms as understood by one of ordinary skill in the art. This means that claims are read and understood by a person with skill in the field of the patent in light of the patent's specification and prosecution history.

My claim constructions are as follows:

| Claim Term | Court's Claim Construction |
|---|---|
| "each"<br><br>'858 claim 1 | each has a plain and ordinary meaning which can include one or more |









**Cisco directly infringes Claims 1,2,3,4, and 5 of the '858 Patent.**

Claim 1

Claim 2

Claim 3

Claim 4

Claim 5

PX16

# Botzko



Mixer: ......... 30

Mixing: ......... 12

Mixed: ......... 11

Mix: ......... 11

Multiplexed: ......... 0

Multiplexing: ......... 0

Multiplex: ......... 0

Any Version of "Multiplex" ... 0

## Person of Ordinary Skill in the Art

 Bachelor's degree in computer science, computer engineering, or a related field



 Two years of experience in field of communications and networking.

 POSITA

         

8

# How the Patent Claims Use the Term "each"



'868 Patent

PX16

In step **314**, control flow **300** multiplexes (by employing mix/mux **208**) the audio stream data (stored on retriever **206**) for all k active speakers. In step **314**, active speaker audio data for each and every active speaker is multiplexed. However, as will be apparent to those skilled in the relevant art(s), if party j is an active speaker, step **314** will not include party j's own audio data in the multiplexed packets. This is, in essence, an echo suppression function so that party j will not "hear themselves speak."

5:44-52

9

## Cisco's Expert



Dean Willis

Cisco's Technical Expert on Infringement

**CISCO**

Trial Tr. 752:16-23

Q. The preferred embodiment disclosed in the patent is one in which the audio data for each and every active speaker is multiplexed. However, recognizing as a person of ordinary skill in the art that that means that if someone is an active speaker, then their own audio is not sent back to them. Is that fair?

*A. Yes.*

## Cisco's Expert



Dean Willis

Cisco's Technical Expert on Infringement

**CISCO**

Trial Tr. 745:21-746:6

Q. And so this detailed description of the preferred embodiments, surely you'll agree that those are a description of the preferred embodiments covered by the claims in the patent, right?

*A. That is a detailed description of preferred embodiments, sir.*

Q. Okay. And yet your reading of the patent is that none of Claims 1 through 5 would cover the embodiments described in this section. Is that fair to say?

*A. Yes, sir.*

11



12

## Patent Damages Statute



"Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, but **in no event less than a reasonable royalty for the use made of the invention by the infringer** . . ."

*The Patent Act*  *35 U.S. Code § 284*

13

 **2001**



PX16

 **2007**



PX213

## Jury Instruction No. 2: Evidence

The evidence you are to consider consists of the testimony of the witnesses here at trial or at a deposition that will be presented to you, the documents and exhibits that I will admit into evidence, and any facts the lawyers agreed or stipulated to. You are to apply any fair inferences and reasonable conclusions you draw from the facts and circumstances that you believe have been proven.

Nothing else is evidence. The statements, arguments, and questions by the attorneys are not evidence. Objections to questions are not evidence. The attorneys that are seated in front of you may object if they believe that documents or testimony that is attempted to be offered into evidence is improper under the rules of evidence. My legal rulings are not evidence. My comments and questions are not evidence. The notes taken by any juror are not evidence.

15