# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00757-ADA <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF AMBER B. MAGEE IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE FINAL JUDGMENT

I, Amber B. Magee hereby declare as follows:

1. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I am an attorney at Susman Godfrey, LLP counsel for Plaintiff Paltalk Holdings, Inc. ("Paltalk"). This declaration is submitted in support of Plaintiff Paltalk Holdings, Inc.'s Motion to Amend the Final Judgment.

2. Attached as **Exhibit 2** is a true and correct copy of Walter Bratic's Prejudgment Interest Calculations.

3. Attached as **Exhibit 3** is a true and correct copy of an email sent by Elise Edlin on September 24, 2024.

4. Attached as **Exhibit 4** are excerpts of a true and correct copy of Volume 1 of the Trial Transcript in *Paltalk v. Cisco*.

5. Attached as **Exhibit 5** is an excerpt of a true and correct copy of the September 14, 2022 Deposition of Jason Katz.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my current knowledge.

2

Executed this 5th day of November, 2024 in Houston, Texas.

                                                  */s/ Amber Magee*
                                                  Amber Magee