# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO.: 6:21-cv-00757-ADA-DTG <br><br> JURY TRIAL DEMANDED |

## AMENDED FINAL JUDGMENT

This action came before the Court for a trial by jury commencing on August 26, 2024 between Plaintiff Paltalk Holdings, Inc. ("Paltalk") and Defendant Cisco Systems, Inc. ("Cisco"). The issues have been tried and the jury rendered its unanimous verdict on August 29, 2024. Dkt. 211. The Court entered a Final Judgment on October 8, 2024. Dkt. 221. On November 5, 2024, Paltalk moved to amend that judgment, and the Court now issues the following AMENDED FINAL JUDGMENT.

In accordance with the jury verdict, it is hereby ORDERED and ADJUDGED that:

1. Cisco has directly infringed claims 1, 2, 3, 4, and 5 of U.S. Patent No. 6,683,858 (the "'858 Patent").

2. Claims 1, 2, 3, 4, and 5 of the '858 Patent are not obvious as of the '858 Patent's effective filing date, and such claims are not invalid under 35 U.S.C. § 103.

3. Claims 2 and 3 of the '858 Patent do not lack a sufficient written description, and such claims are not invalid under 35 U.S.C. § 112.

4. Judgment is hereby entered in favor of Paltalk and against Cisco in the sum of $65,720,700 in damages for Cisco's infringement of claims 1, 2, 3, 4, and 5 of the '858 Patent.

5. Paltalk is awarded prejudgment interest beginning on July 23, 2015 and calculated using the average one-year Treasury Bill constant maturity rate since July 2015, compounded annually. Paltalk is awarded $8,960,896 in prejudgment interest.

6. Paltalk is awarded post-judgment interest on both the damages award and the prejudgment interest. Post-judgment interest will be calculated using the statutory rate of the weekly average 1-year constant maturity Treasury yield, computed daily and compounded annually, from the date of entry of the October 8, 2024 Final Judgment until the date of payment. *See* 28 U.S.C. § 1961. The applicable daily rate is to be calculated in good faith by the parties and submitted to the Court within 30 days of the entry of the October 8, 2024 Final Judgment.

7. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Paltalk is the prevailing party in this case and shall recover allowed costs from Cisco and shall present the Court with an accounting of those costs within 14 days from the entry of the October 8, 2024 Final Judgment.

8. This Amended Final Judgment does not restart the time for filing any post-trial motions or appeals.

This is an **AMENDED FINAL JUDGMENT.**

SIGNED this ___ day of November, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE