# EXHIBIT 3

Tuesday, November 5, 2024 at 18:31:46 Central Standard Time

| | |
|---|---|
| **Subject:** | RE: Paltalk v. Cisco - Proposed Redactions to Trial Transcripts |
| **Date:** | Tuesday, September 24, 2024 at 12:32:36 PM Central Daylight Time |
| **From:** | Edlin, Elise (Perkins Coie) |
| **To:** | Ryan Caughey, Hawkins, Ryan B. (Perkins Coie), Amber Magee |
| **CC:** | shaunhassett@potterminton.com, Vanesa Keller, Max Tribble, msiegmund@cjsjlaw.com, Kalpana Srinivasan, mikejones@potterminton.com, Cisco-Paltalk@perkinscoie.com |
| **Attachments:** | 2024-09-13 PT Draft Motion for Entry of Judgment (atd).docx, Ex. 2 PJI Schedules[88].pdf, 2024-09-13 Ex. 1 Final Judgment [atd].docx |

==EXTERNAL Email==

Ryan,

We have attached minor redlines/corrections to the motion for entry of judgment and draft final judgment. Cisco opposes Paltalk's request for prejudgment interest due to the unreasonable delay in filing suit.

Thank you,

**Elise Edlin**
PARTNER

**Perkins Coie**
505 Howard Street Suite 1000
San Francisco, CA 94105-3204
+1.415.344.7191
eedlin@perkinscoie.com
perkinscoie.com

---

**From:** Ryan Caughey <rcaughey@susmangodfrey.com>
**Sent:** Tuesday, September 24, 2024 7:10 AM
**To:** Hawkins, Ryan B. (SDO) <RHawkins@perkinscoie.com>; Amber Magee <AMagee@susmangodfrey.com>
**Cc:** shaunhassett@potterminton.com; Vanesa Keller <VKeller@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; msiegmund@cjsjlaw.com; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; mikejones@potterminton.com; *Cisco-Paltalk <Cisco-Paltalk@perkinscoie.com>
**Subject:** RE: Paltalk v. Cisco - Proposed Redactions to Trial Transcripts

Ryan – Just following up on this.

**Ryan Caughey | Susman Godfrey LLP**
713.653.7823 | c. 202.714.2302
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
HOUSTON • NEW YORK • LOS ANGELES • SEATTLE
rcaughey@susmangodfrey.com | Ryan Caughey Bio

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

**From:** Hawkins, Ryan B. (Perkins Coie) <RHawkins@perkinscoie.com>
**Sent:** Thursday, September 19, 2024 1:25 PM
**To:** Amber Magee <AMagee@susmangodfrey.com>
**Cc:** shaunhassett@potterminton.com; Vanesa Keller <VKeller@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; msiegmund@cjsjlaw.com; Ryan Caughey <rcaughey@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; mikejones@potterminton.com; Cisco-Paltalk@perkinscoie.com
**Subject:** RE: Paltalk v. Cisco - Proposed Redactions to Trial Transcripts

EXTERNAL Email
Hi Amber,

I can speak in 35 minutes—at 2:00pm CT/noon PT.

**Ryan Hawkins**
SENIOR COUNSEL

**Perkins Coie**
11452 El Camino Real Ste 300
San Diego, CA 92130-2080
+1.858.720.5709
rhawkins@perkinscoie.com
perkinscoie.com

**From:** Amber Magee <AMagee@susmangodfrey.com>
**Sent:** Thursday, September 19, 2024 10:44 AM
**To:** Hawkins, Ryan B. (SDO) <RHawkins@perkinscoie.com>
**Cc:** shaunhassett@potterminton.com; Vanesa Keller <VKeller@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; msiegmund@cjsjlaw.com; Ryan Caughey <rcaughey@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; mikejones@potterminton.com; *Cisco-Paltalk <Cisco-Paltalk@perkinscoie.com>
**Subject:** Re: Paltalk v. Cisco - Proposed Redactions to Trial Transcripts

Hi Ryan. Can we talk sometime between 2-4pm Central today?

Amber Magee

**From:** Hawkins, Ryan B. (Perkins Coie) <RHawkins@perkinscoie.com>
**Sent:** Wednesday, September 18, 2024 5:52:55 PM
**To:** Amber Magee <AMagee@susmangodfrey.com>
**Cc:** shaunhassett@potterminton.com <shaunhassett@potterminton.com>; Vanesa Keller <VKeller@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; msiegmund@cjsjlaw.com <msiegmund@cjsjlaw.com>; Ryan Caughey <rcaughey@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; mikejones@potterminton.com <mikejones@potterminton.com>; Cisco-Paltalk@perkinscoie.com <Cisco-Paltalk@perkinscoie.com>
**Subject:** Re: Paltalk v. Cisco - Proposed Redactions to Trial Transcripts

EXTERNAL Email

Amber,

Our damages team is still going through the math. I should hear back from them soon/tonight. We hopefully can talk in the morning. One thing to note, in the Ex 1, we believe bullet 3 should be limited to Claims 2 and 3. But we can discuss that tomorrow as well.

**From:** Amber Magee <AMagee@susmangodfrey.com>
**Sent:** Wednesday, September 18, 2024 1:40:22 PM
**To:** Hawkins, Ryan B. (SDO) <RHawkins@perkinscoie.com>
**Cc:** shaunhassett@potterminton.com <shaunhassett@potterminton.com>; Vanesa Keller <VKeller@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; msiegmund@cjsjlaw.com <msiegmund@cjsjlaw.com>; Ryan Caughey <rcaughey@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; mikejones@potterminton.com <mikejones@potterminton.com>; *Cisco-Paltalk <Cisco-Paltalk@perkinscoie.com>
**Subject:** Re: Paltalk v. Cisco - Proposed Redactions to Trial Transcripts

Hi Ryan. What time today works for you? I'm available anytime before 6:30pm Central.

Amber Magee

**From:** Hawkins, Ryan B. (Perkins Coie) <RHawkins@perkinscoie.com>
**Date:** Tuesday, September 17, 2024 at 3:00 PM
**To:** Amber Magee <AMagee@susmangodfrey.com>
**Cc:** shaunhassett@potterminton.com <shaunhassett@potterminton.com>, Vanesa Keller <VKeller@susmangodfrey.com>, Max Tribble <MTRIBBLE@SusmanGodfrey.com>, msiegmund@cjsjlaw.com <msiegmund@cjsjlaw.com>, Ryan Caughey <rcaughey@susmangodfrey.com>, Amber Magee <AMagee@susmangodfrey.com>, Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>, mikejones@potterminton.com <mikejones@potterminton.com>, Cisco-Paltalk@perkinscoie.com <Cisco-Paltalk@perkinscoie.com>
**Subject:** Paltalk v. Cisco - Proposed Redactions to Trial Transcripts

EXTERNAL Email
Amber,

Please find attached Cisco proposed redactions to the trial transcripts. Cisco has no proposed redactions for Volume 4. Happy to discuss these when we speak later this week if it would be helpful.

**Ryan Hawkins**
**SENIOR COUNSEL**

**Perkins Coie**
11452 El Camino Real Ste 300
San Diego, CA 92130-2080
+1.858.720.5709
rhawkins@perkinscoie.com
perkinscoie.com

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.