# EXHIBIT 4

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                        WACO DIVISION

 3   PALTALK HOLDINGS, INC.  *     August 26, 2024
                             *
 4   VS.                     * CIVIL ACTION NO. 6:21-CV-757
                             *
 5   CISCO SYSTEMS, INC.     *

 6          BEFORE THE HONORABLE ALAN D ALBRIGHT
                      TRIAL PROCEEDINGS
 7                    Volume 1 of 4

 8   APPEARANCES:

 9   For the Plaintiff:   Max L. Tribble, Jr., Esq.
                          Ryan V. Caughey, Esq.
10                        Amber Brianna Magee, Esq.
                          Susman Godfrey LLP
11                        1000 Louisiana Street, Suite 5100
                          Houston, TX 77002
12
                          Kalpana Srinivasan, Esq.
13                        Susman Godfrey LLP
                          1900 Avenue of the Stars, Ste 1400
14                        Los Angeles, CA 90067-6029

15                        Mark Siegmund, Esq.
                          Cherry Johnson Siegmund James, PLLC
16                        The Roosevelt Tower
                          400 Austin Avenue, 9th Floor
17                        Waco, Texas 76701

18   For the Defendant:   Sarah E. Piepmeier, Esq.
                          Elise Edlin, Esq.
19                        Nate Sabri, Esq.
                          Karl Johnston, Esq.
20                        Perkins Coie LLP
                          505 Howard Street
21                        San Francisco, CA 94117

22                        Ryan Hawkins, Esq.
                          Abigail Ann Gardner, Esq.
23                        Perkins Coie LLP
                          11452 El Camino Real, Suite 300
24                        San Diego, CA 92130

25
```

```
                        Jessica J. Delacenserie, Esq.
                        Perkins Coie LLP
                        1201 Third Ave., Suite 4900
                        Seattle, WA 98101

                        Andrew T. Dufresne, Esq.
                        Perkins Coie LLP
                        33 E. Main Street, Suite 201
                        Madison, WI 53703

                        Michael E. Jones, Esq.
                        Shaun William Hassett, Esq.
                        Potter Minton PC
                        102 North College, Suite 900
                        Tyler, TX 75702

                        Jonathan Irvin Tietz, Esq.
                        Perkins Coie LLP
                        700 13th St. NW, Suite 800
                        Washington, DC 20005

Court Reporter:         Kristie M. Davis, CRR, RMR
                        PO Box 20994
                        Waco, Texas 76702-0994
                        (254) 340-6114
```

   Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

the service side of the software, one person to do the client side of the software, and one person to make a web page. And we worked that way, you know, through 1998 and launched the first version of the software in January 1999.

Q. Okay. Mr. Katz, I'm going to back up for a second.

When did you form the Paltalk company?

A. Yeah. 1998. Sort of right after my son jumped on me, I knew that it would be a good idea to make it a corporation. And, you know, I didn't raise money from anybody.

And people didn't work full time either. They all had full-time jobs. Everybody that was working on this project with me in 1998 had a day job, and they worked on this at night. And we'd meet once a week to do it.

So I started and I formed the company in '98. First software was January of 1999.

Q. Okay. Mr. Katz, how many employees did you start out with in 1998?

A. Zero. Just self -- I was -- as I just described, everybody had a job. They were just working and paying them literally by the hour as an extra moneymaker for them.

79

10:23  1   Q.   And how many employees does Paltalk have
10:23  2   today?
10:23  3   A.   We have 17 right now.
10:23  4   Q.   Is Paltalk profitable?
10:23  5   A.   Paltalk's -- I mean, I've been in business
10:23  6   since 1999.  So Paltalk has historically been
10:23  7   profitable.  Otherwise, I wouldn't be here, is what I
10:23  8   would say.  It's not easy running a business.
10:23  9        In 2016, after, you know, 18 years of this, we
10:23 10   decided to merge the company into a small public
10:23 11   company.  The biggest reason for that was people had
10:23 12   invested in 1999 and 2000, after we grouped and we
10:23 13   really didn't talk about it, but I put the software on
10:23 14   the Internet.
10:23 15        There's a website called download.com.  People
10:23 16   could go there and download software.  It was free.  So
10:23 17   I have to say, I was mildly surprised.  A lot of people
10:23 18   did download the software, and it just started to
10:24 19   spread because they realized they could talk for free
10:24 20   worldwide using their Internet connection.
10:24 21        So off of that, I did raise some money and the
10:24 22   next year raised some money again.  And all those
10:24 23   investors from 1999, which is thousands, they never
10:24 24   were able to sell any shares to the company even though
10:24 25   I'd been around such a long time.

```
11:24   1         Q.    Through that merger, Paltalk gets 80 percent
11:24   2   of the stock?
11:24   3         A.    Correct.
11:24   4         Q.    And you sold the product off?
11:25   5         A.    In 2019.  Yes.
11:25   6         Q.    The people went their own way.  That's what
11:25   7   you testified?
11:25   8         A.    Correct.
11:25   9         Q.    Now, 2020 is the next time that you recall
11:25  10   reading the '858 patent, correct?
11:25  11         A.    Yes.  I think that's right.
11:25  12         Q.    So the patent issues in 2004, and you don't
11:25  13   look at it again until 2020?
11:25  14         A.    I think that's correct.
11:25  15         Q.    And in 2021, 17 years after the patent issues,
11:25  16   Paltalk first begins investigating Cisco?
11:25  17         A.    Approximately, you know, in that time period
11:25  18   as you said, 2020 to 2021.  That's right.
11:25  19         Q.    Well, it's 2021.  That's -- is when you
11:25  20   first -- sometime in 2021 is when you began
11:25  21   investigating Cisco, correct?
11:25  22         A.    I don't agree precisely with that.  It was
11:25  23   sometime in that period, though.
11:26  24         Q.    Okay.  Could you please turn to Page 36 of
11:26  25   your deposition to Line 16 to 23?  I'll give you a
```

1   UNITED STATES DISTRICT COURT )

2   WESTERN DISTRICT OF TEXAS    )

3

4

5               I, Kristie M. Davis, Official Court

6   Reporter for the United States District Court, Western

7   District of Texas, do certify that the foregoing is a

8   correct transcript from the record of proceedings in

9   the above-entitled matter.

10              I certify that the transcript fees and

11  format comply with those prescribed by the Court and

12  Judicial Conference of the United States.

13              Certified to by me this 6th day of

14  September 2024.

15

16                    /s/ Kristie M. Davis
                      KRISTIE M. DAVIS
                      Official Court Reporter
17                    PO Box 20994
                      Waco, Texas 76702
18                    (254) 666-0904
                      kmdaviscsr@yahoo.com
19

20

21

22

23

24

25

05:49