# EXHIBIT 5

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2            WACO DIVISION
 3            --------------------------------X
 4            PALTALK HOLDINGS, INC.,
 5                        Plaintiff,
                 vs.
 6
              CISCO SYSTEMS, INC.,
 7
                           Defendant.
 8
              Case No. 6:21-cv-00757-ADA
 9
              --------------------------------X
10
11
12                 VIDEOTAPED DEPOSITION OF
13                   PALTALK HOLDINGS, INC.
14                           BY
15                       JASON KATZ
16              Wednesday, September 14, 2022
17                    Conducted Remotely
18
19
20
21
22
23            REPORTED BY:
24            Christina Diaz, CRC, CRR, RMR, CSR, CLR
25            Job Number:  5415520

                                              Page 1
```

1    consistent theme, albeit not frequent, not
2    often, only a few litigations, but it's
3    certainly been a focus of mine.
4    BY MS. PIEPMEIER:
5        Q.   So I appreciate that explanation,
6    and I appreciate you attempting to steer
7    clear of any communications with counsel.
8    Prior to -- strike that.
9            When in 2020, to the best of your
10   ability, did Paltalk begin investigating
11   Cisco as a target for the '858 patent?
12           MS. MAGEE:   Objection.
13       Privileged.
14           Again, Mr. Katz, don't reveal the
15       details or communications with lawyers,
16       but if you can answer the question as
17       to when, you may answer it.
18       A.   I mean, generally, the when is,
19   we had a different litigation against a
20   different defendant that was finally
21   dismissed on appeal in 2020.  So once that
22   occurred, I sort of turned my attention to
23   the rest of the IP.  That litigation
24   concerned two different patents; the same
25   two patents that were licensed by

Page 38

```
1        Microsoft, Sony, and Activision.
2        BY MS. PIEPMEIER:
3              Q.    And just for the record.  Those
4        are the '523 and '686 patents.
5              Is that correct?
6              A.    Correct.
7              Q.    So prior to the final judgment
8        that you mentioned in 2020 on those
9        patents, which we will get to later today,
10       Paltalk had not considered asserting the
11       '858 patent against any target, Cisco or
12       otherwise.
13             Is that correct?
14             MS. MAGEE:   Again.  Objection.
15       Privileged.
16             Mr. Katz, don't reveal the
17       communications with your attorneys, but
18       if you can answer this question without
19       revealing the communication, you may do
20       so.
21             A.    Again, just to reiterate, we are
22       a small company, and we don't have a whole
23       lot of bandwidth for many things.  We have
24       to sort of focus.  So that other litigation
25       had been, I think, ongoing from 2016.  It
```

1        was four years.  There was no way we could
2        be doing anything else.  So, again, once
3        that ended, I think my responsibility,
4        again, as the CEO, is to try and maximize
5        shareholder value so I turned back to the
6        patents that we own to try and figure out
7        how best to do that.
8             Q.    Paltalk first filed litigation on
9        either the '523 or '686 patent in
10       approximately 2006; is that right?
11            A.    That's right.
12            Q.    So from 2006 to 2020, Paltalk was
13       engaged or consumed with prosecuting a
14       series of litigations against targets on
15       the '686 and the '523 patents, correct?
16                 MS. MAGEE:  Objection.  Vague and
17            ambiguous.  Misstates prior testimony
18            and also privileged.  Mr. Katz, don't
19            reveal your conversations with lawyers
20            even as it pertains to litigation with
21            the other patents.  If you can answer
22            without revealing that information,
23            please do.
24            A.    I wouldn't say consumed.  I mean,
25       I have been running a software company for

Page 40

```
 1                  C E R T I F I C A T E
 2      STATE OF NEW YORK )
 3                       ) ss.:
 4      COUNTY OF NEW YORK)
 5             I, Christina Diaz, a Certified Realtime
 6      Captioner, Registered Merit Reporter and
 7      Certified Realtime Reporter and Notary Public
 8      within and for the State of New York, do hereby
 9      certify:
10             That JASON KATZ, the witness whose
11      deposition is hereinbefore set forth, was duly
12      remotely sworn by me and that such deposition is
13      a true record of the testimony given by such
14      witness on September 14, 2022.
15             I further certify that I am not related
16      to any of the parties to this action by blood or
17      marriage and that I am in no way interested in
18      the outcome of this matter.
19      Dated:  September 19, 2022
20
21
22
23                     CHRISTINA DIAZ
                       NCRA Certified Realtime Captioner
24                     NCRA Certified Realtime Reporter
                       NCRA Registered Merit Reporter
25                     NYS Certified Shorthand Reporter
```

Page 216

Veritext Legal Solutions
866 299-5127