UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO.: 6:21-cv-00757-ADA-DTG <br><br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF AGREED POST-JUDGMENT INTEREST RATE

Pursuant to the Court's Final Judgment (Dkt. 221), the parties have conferred in good faith on the applicable post-judgment interest rate. Applying the weekly average 1-year constant maturity Treasury yield for the week ending on October 8, 2024, the annual post-judgment rate is 4.13%. Applying that rate to the judgment award of $65,720,700, the applicable daily rate for post-judgment interest is $7,412 per day.

The daily rate does not include post-judgment interest on any prejudgment interest amounts. Cisco objects to Paltalk receiving prejudgment interest, and Paltalk's Motion to Amend the Judgment to add prejudgment and post-judgment interest is pending at Dkt. 226. If the Court awards Paltalk prejudgment interest, Paltalk will submit updated post-judgment interest calculations.

Dated: November 7, 2024                    Respectfully submitted,

By: */s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
State Bar No. 2021395
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

mtribble@susmangodfrey.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF PALTALK HOLDINGS, INC.**

OF COUNSEL:

Ryan Caughey
State Bar No. 24080827
Amber Magee (*admitted pro hac vice*)
State Bar No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rcaughey@susmangodfrey.com
amagee@susmangodfrey.com

Kalpana Srinivasan
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Mark D. Siegmund
State Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES, PLLC
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

## CERTIFICATE OF SERVICE

This document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.