IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC., | § | |
| Plaintiff | § § § | |
| vs. | § | No. 6:21-cv-00757-ADA |
| CISCO SYSTEMS, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## ORDER GRANTING LEAVE FOR DEFENDANT CISCO SYSTEMS, INC. TO FILE A SUPPLEMENTAL RESPONSE BRIEF

Before the Court is Defendant Cisco Systems, Inc.'s Preliminary Response to Plaintiff's Supplemental Brief on Date of First Infringement and Request for Leave to Respond. After consideration of Plaintiff's Supplemental Brief and Cisco's Preliminary Response, the Court hereby GRANTS Cisco leave to file a supplemental response, not to exceed 10 pages in length, to Paltalk's brief on or before April 22, 2025.

SO ORDERED.

**SIGNED** on this _____ day of _____, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE