# Attachment A

| | |
|---|---|
| **From:** | Paige Welch <Paige_Welch@txwd.uscourts.gov> |
| **Sent:** | Thursday, April 10, 2025 3:18 PM |
| **To:** | Gardner, Abigail (SDO); amagee@susmangodfrey.com; Dufresne, Andrew (MSN); bbarcelo@flatironslawgrouppllc.com; Edlin, Elise (SFO); Delacenserie, Jessica (SEA); Tietz, Jonathan (WDC); ksrinivasan@susmangodfrey.com; Johnston, Karl (SFO); msiegmund@cjsjlaw.com; mtribble@susmangodfrey.com; mikejones@potterminton.com; Sabri, Nathaniel (SFO); Brewer, Robin (SFO); Hawkins, Ryan B. (SDO); rcaughey@susmangodfrey.com; Piepmeier, Sarah (SFO); shaunhassett@potterminton.com |
| **Subject:** | Paltalk v. Cisco Sys. (6:21-cv-757) -- Post Trial Motion Hearing on 4/11/25 @9:30AM |

Counsel,

This case is set for a hearing regarding Cisco's post-trial motions tomorrow morning at 9:30AM via Zoom. The Court will hear Cisco's Motion for Judgment as a Matter of Law or a New Trial (ECF No. 225). The Court will decide Paltalk's Motion to Amend Judgment (ECF No. 226) on the papers.

Regarding Cisco's Motion, the Court **DENIES** both the motions for (1) new trial on infringement based on the arguments related to the scope and meaning of the "each" limitations, and (2) new trial on the infringement and invalidity of dependent claims 2 and 3.

The Court will take up the parties' arguments regarding damages. The Zoom information is provided below:

**Join ZoomGov Meeting**
https://txwd-uscourts.zoomgov.com/j/1613131172?pwd=YlROMDgzWlVicURyNHJiNTl4RFdXUT09

Meeting ID: 161 313 1172
Passcode: 120804

---

One tap mobile
+16692545252,,1613131172#,,,,*120804# US (San Jose)
+16468287666,,1613131172#,,,,*120804# US (New York)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

1

Meeting ID: 161 313 1172
Passcode: 120804

Find your local number: https://txwd-uscourts.zoomgov.com/u/ae3OuAb5i

---

Join by SIP
• 1613131172@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 161 313 1172
Passcode: 120804


Best regards,
Paige



**Paige Welch**
Law Clerk to the Honorable Alan D Albright
United States District Court, Western District of Texas
Office: 254-750-1520

2