IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., § § **Plaintiff** § § vs. § CISCO SYSTEMS, INC., § § **Defendant.** § § | No. 6:21-cv-00757-ADA JURY TRIAL DEMANDED |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that defendant Cisco Systems, Inc. ("Cisco") appeals to the United States Court of Appeals for the Federal Circuit from the judgment entered on October 8, 2024 (ECF No. 221); this Court's email ruling of April 10, 2025, denying Cisco's JMOL and new-trial motions as to noninfringement and invalidity; this Court's Memorandum Opinion and Order of August 27, 2025, denying Cisco's JMOL and new-trial motions as to noninfringement and validity (ECF No. 246); and all orders that, for purposes of appeal, merge into the judgment. Although the August 27, 2025, Memorandum Opinion and Order granted Cisco's motion for a new trial on damages, an appeal is proper 28 U.S.C. § 1292(c)(2) because this Court's judgment is final except for an accounting. *See Robert Bosch, LLC v. Pylon Mfg. Corp.*, 719 F.3d 1305 (Fed. Cir. 2013) (en banc).

Cisco previously filed a notice of appeal following this Court's email of April 10, 2025 (*see* ECF No. 245) and then filed a motion in the Federal Circuit seeking clarification of whether appellate jurisdiction was proper at that time (*see* Fed. Cir. No. 2025-1766, ECF No. 8). The Federal Circuit has not yet ruled on Cisco's motion for clarification. Cisco has informed the Federal Circuit of its intent to file this additional notice of appeal and asked that this notice be

treated as an amended/supplemental notice of appeal if the Federal Circuit desires to proceed under existing docket number 2025-1766 or, alternatively, as a new notice of appeal if the Federal Circuit decides to dismiss appeal no. 2025-1766. Cisco believes that no additional filing fee is required if the original appeal continues. *See* Fed. R. App. P. 4(a)(4)(B)(iii). Nevertheless, in case this notice is deemed a notice of a new appeal, Cisco is submitting the $605 filing fee to this Court with this filing.

| | |
|---|---|
| Dated: September 19, 2025 | Respectfully submitted, |
| Ryan Hawkins (admitted *pro hac vice*)<br>Abigail A. Gardner<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130<br>RHawkins@perkinscoie.com<br>AGardner@perkinscoie.com<br>Telephone: (858) 720-5709<br><br>Jessica J. Delacenserie (admitted *pro hac vice*)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>JDelacenserie@perkinscoie.com<br>Telephone: (206) 359-3644<br><br>Andrew T. Dufresne<br>PERKINS COIE LLP<br>33 East Main Street, Suite 201<br>Madison, WI 53703<br>ADufresne@perkinscoie.com<br>Telephone: (608) 663-7460<br><br>Jonathan I. Tietz (admitted *pro hac vice*)<br>PERKINS COIE LLP<br>700 13th Street NW, Suite 800<br>Washington, DC 20005<br>JTietz@perkinscoie.com<br>Telephone: (202) 942-8667 | */s/ Michael E. Jones*<br>Sarah E. Piepmeier<br>Elise Edlin (admitted *pro hac vice*)<br>Robin L. Brewer (admitted *pro hac vice*)<br>Nathan B. Sabri (admitted *pro hac vice*)<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>SPiepmeier@perkinscoie.com<br>EEdlin@perkinscoie.com<br>RBrewer@perkinscoie.com<br>NSabri@perkinscoie.com<br>Telephone: (415) 344-7000<br>Facsimile: (415) 344-7050<br><br>Michael E. Jones (SBN: 10929400)<br>Shaun W. Hassett (SBN: 24074372)<br>POTTER MINTON<br>102 North College, Suite 900<br>Tyler, TX 75702<br>mikejones@potterminton.com<br>shaunhassett@potterminton.com<br>Telephone: (903) 597.8311<br>Facsimile: (903) 593.0846<br><br>ATTORNEYS FOR DEFENDANT<br>CISCO SYSTEMS, INC. |